IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| BUFFET PARTNERS, L.P. § | CASE NO. 14-30699-11 |
| § | |
| DEBTOR. § | CHAPTER 11 |
| § | |
| § | |
| § | |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 1. | The Richards Group, Inc. | 8750 North Central Expressway, Dallas, TX 75231<br>Attn: Scot Dykema, CFO<br>scot_dykema@richards.com<br>(214) 891-5700 | Trade | | $938,818.59 |
| 2. | Wells Fargo Insurance Services | 5151 Belt Line Road, Suite 200, Dallas, TX 75254<br>Attn: Gary Donofrio, Senior Client Executive<br>gary.donofrio@wellsfargo.com<br>(972) 588-6426 | Trade | | $274,910.08 |
| 3. | Local & Western of Texas, Inc. | 5445 La Sierra, Suite 100, Dallas, TX 75231<br>Attn: Seth Schnittman, National Sales Manager<br>seth@lwtex.com<br>(214) 750-6633 | Trade | | $210,417.65 |

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
735582-v1\DALDMS

EXHIBIT A

**In re Buffet Partners, L.P.**            **Case No. 14-30699-11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 4. | Ecolab Inc. | 4855 International Blvd., Ste. 103, Frederick, MD 21703<br>Attn: Kent Kidwell, Asst. VP Inst. Area Sales<br>kent.kidwell@ecolab.com<br>(803) 743-7775 | Trade | | $140,222.63 |
| 5. | Papercraft Southwest | 2005 Valley View Lane, Ste. 120, Dallas, TX 75234<br>Attn: Tony Wood, Sales Mgr.<br>Tony.wood@r3redistribution.com<br>(972) 406-0500 | Trade | | $131,305.25 |
| 6. | National Retail Properties, LP | 450 S. Orange Avenue, Suite 900, Orlando, FL 32801<br>Christopher Tessitore, General Counsel<br>chris.tessitore@nnnreit.com<br>(800) 666-7348 | Landlord | | $112,375.97 |
| 7. | Pepsi-Cola | 4610 S. Ulster St., Ste. 200, Denver, CO 80237<br>Attn: Todd Bass, National Account Sales Manager<br>todd.bass@pepsico.com<br>(303) 713-4957 | Trade | | $104,204.50 |
| 8. | Lynx Associates, LP | NC1-002-18-16, Charlotte, NC 28255<br>Attn: Ryan Epstein, Director-Global Principal Investments<br>ryan.j.epstein@bankofamerica.com<br>(980) 683-5024 | Landlord | | $ 90,187.52 |
| 9. | SAMP 2 L.L.C. | 1604 Chasewood Drive, Austin, TX 78727<br>Attn: Ashvin Patel, Owner<br>pashvin31@yahoo.com<br>(512) 731-1791 | Landlord | | $ 88,076.37 |
| 10. | Valassis Dire | 600 North Cockrell Hill Road, Dallas, TX 75211<br>Attn: Mary Sanderson, Key Account Executive<br>mksander@advo.com<br>(214) 353-6302 | Trade | | $ 85,263.36 |

**In re Buffet Partners, L.P.**                                               **Case No. 14-30699-11**

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | *Name of Creditor and Complete Mailing Address Including Zip Code* | *Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted* | *Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.)* | *Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff* | *Amount of Claim (if Secured Also State Value of Security)* |
|---|---|---|---|---|---|
| 11. | National Frozen Foods Cor | PO Box 9366, Seattle, WA 98109<br>Attn: Bob Ashmun, VP Sales<br>bashmun@nationalfrozenfoods.com<br>(206) 322-8900 | PACA | | $ 82,492.37 |
| 12. | N3 335 Plano TX LLC | 620 E. Southlake Blvd., Southlake, TX 76092<br>Attn: Brenna Wadleigh, President<br>bwadleigh@n3realestate.com<br>(817) 552-6781 | Landlord | | $ 77,277.34 |
| 13. | QVD USA LLC | 15 Lake Bellevue Dr. Ste. 109, Bellevue, WA 98005<br>Attn: Sheri Sund. Sales Coordinator<br>sales@qvdaquaculture.com<br>(425) 637-0090 | Trade | | $ 75,487.50 |
| 14. | ARC CafeUSA001, LLC | 200 Dryden Road, Suite 1100, Dresher, PA 19025<br>Attn: Cindy Dip, Portfolio Controller<br>cdip@americanrealtycap.com<br>(212) 415-3687 | Landlord | | $ 73,971.44 |
| 15. | Mission Foods | 5125 West Scott Drive, Greenwood, IN 46142<br>Attn: Jane Bohley, Director of Nat'l Accounts<br>jane_bohley@missionfoods.com<br>(317) 502-4899 | Trade | | $ 71,057.76 |
| 16. | Okeene Milling Co. | PO Box 1000, Okeene, OK 73763<br>Attn: Bob Ford, Owner<br>pcokm11000@pldi.net<br>(580) 822-4411 | Trade | | $ 66,372.00 |
| 17. | Pacific Cheese Co., Inc. | PO Box 56598 / 21090 Cabot Blvd., Hayward, CA 94545<br>Attn: Betty Laxton, Ntl Sales Mgr.<br>Blaxson@pacificcheese.com<br>(972) 632-9331 | Trade | | $ 61,246.90 |

**In re Buffet Partners, L.P.**                                                                 Case No. 14-30699-11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, Etc.) | Indicate if Claim is Contingent, Unliquidated, or Disputed or Subject to Setoff | Amount of Claim (if Secured Also State Value of Security) |
|---|---|---|---|---|
| 18. Inland Diversified Dallas Wheatland LLC | Bldg. #65092, 2901 Butterfield Rd., Oakbrook, IL 60523<br>Attn: JoAnn McGuinness, President<br>JoAnn.McGuinness@inlandgroup.com<br>(630) 586-6443 | Landlord | | $ 60,320.03 |
| 19. Rubin Sales | 2111 11th Avenue W, Seattle, WA 98119<br>Attn: Rafi Rubin, Sales<br>rsi@comcast.net<br>(206) 297-8209 | Trade | | $ 60,142.50 |
| 20. Houlounnn LLC | 5944 Luther Lane, Suite 725, Dallas, TX 75225<br>Attn: Kirk Hermansen, Manager<br>Kirk@hermansenlanddevelopment.com<br>214-373-4202 | Landlord | | $ 58,717.58 |

**DATE:** February 4, 2014                                    **BUFFET PARTNERS, L.P.**

                                                      By: Buffet G.P., Inc.
                                                    Its: General Partner

                                                          By: /s/ Barry M. Barron, Sr.
                                                          Its: CEO

**In re Buffet Partners, L.P.**                                                                                             **Case No. 14-30699-11**

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**
(Continuation Sheet)

**DECLARATION UNDER PENALTY OF PERJURY
ON BEHALF OF A PARTNERSHIP**

    I, Barry M. Barron, Sr., the Chief Executive Officer of Buffet G.P., Inc., the general partner of Buffet Partners, L.P., named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding the 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

    **DATE:** February 4, 2014                          **BUFFET PARTNERS, L.P.**

                                                                     By: Buffet G.P., Inc.
                                                                     Its: General Partner

                                                                          By:  /s/ Barry M. Barron, Sr.
                                                                          Its:  CEO