IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| BUFFET PARTNERS, L.P. | § | CASE NO. 14 - 30699 -11 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |
| | § | |
| | § | |

## LIST OF EQUITY SECURITY HOLDERS
## OF BUFFET PARTNERS, L.P.

The following is the list of equity security holders of Debtor **Buffet Partners, L.P.**, which is prepared in accordance with Rule 1007(a)(3):

| Name and last known address or place of business of holder | Interest Percentage | Kind of Interest |
|---|---|---|
| Buffet G.P., Inc.<br>2701 E. Plano Parkway, Suite 200<br>Plano, Texas 75074 | 0.1% | General partnership interest |
| Buffet Partners Holding Company, LLC<br>2701 E. Plano Parkway, Suite 200<br>Plano, Texas 75074 | 99.9% | Limited partnership interest |

## DECLARATION

The undersigned, the Chief Executive Officer of Buffet G.P., Inc., the general partner of Buffet Partners, L.P., named as the debtor in this case, declares under penalty of perjury that the foregoing List of Equity Security Holders is true and correct to the best of his information and belief.

DATE: February 4, 2014

BUFFET PARTNERS, L.P.

By: Buffet G.P., Inc.
Its: General Partner

By: _____
Its: CEO

735583-v1\DALDMS

**EXHIBIT A**