## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFET PARTNERS, L.P., | § | Case No. 14-30699-hdh-11 |
| BUFFET G.P., INC. | § |       14-30704-bjh-11 |
| | § | |
| Debtors. | § | (Joint Administration requested) |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**NOTICE IS HEREBY GIVEN**, pursuant to Fed. R. Bankr. P. 9010(b), that the law firm of Lackey Hershman, L.L.P., by Jamie R. Welton and Deborah Deitsch-Perez, hereby gives notice of its appearance as attorneys of record for The Richards Group, Inc. ("TRG") with respect to the above-captioned case.

**NOTICE IS FURTHER GIVEN**, that pursuant to Fed. R. Bankr. P. 2002, Lackey Hershman, L.L.P. requests that all notices given or required to be given in this case, including, but not limited to, all papers filed and served in all adversary proceedings and all notices mailed to any statutory committees or their authorized agents, be given to and served upon:

Jamie R. Welton
Deborah Deitsch-Perez
LACKEY HERSHMAN, L.L.P.
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Telecopier: (214) 560-2203
Email: jrw@lhlaw.net
ddp@lhlaw.net

**NOTICE IS FURTHER GIVEN**, that the foregoing request includes not only notices and papers referred to in Fed. R. Bankr. P. 2002, 3017 and 9007, but also includes, without limitation, all orders and notices of applications, hearing notices, motions, petitions, pleadings, requests, complaints, demands and other documents brought before the Court whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the Debtors, the property of the Debtors or their estates.

**NOTICE IS FURTHER GIVEN**, that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit (unless expressly stated otherwise therein) is intended to waive (i) TRG's right to have final orders in non-core matters entered only after de novo review by a district judge, (ii) TRG's right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto, (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which TRG may be entitled to in law or in equity, all of which such rights, claims, actions, defenses, setoffs, and recoupments TRG expressly reserves.

Dated: February 4, 2014        Respectfully submitted,

By: */s/Jamie R. Welton*
Jamie R. Welton
State Bar No. 24013732
Deborah Deitsch-Perez
State Bar No. 24036072
LACKEY HERSHMAN, L.L.P.
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
Telephone: (214) 560-2201
Telecopier: (214) 560-2203
Email: jrw@lhlaw.net
       ddp@lhlaw.net

**Attorneys for The Richards Group, Inc.**

Copy mailed/e-mailed
this February 4, 2014 to:

John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

*Attorneys for Debtor*

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE - Page 3**