UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Buffet Partners, L.P., et al.

§
§   Case No.:  14-30699-hdh11
§
§
§   (Joint Administration Requested)
Debtor(s)   §

**APPLICATION FOR ADMISSION *PRO HAC VICE***

1. Name: Glover, Bryan T.
   *Last*           *First*           *MI*

2. Firm Name: Burr & Forman LLP

3. Address: 171 Seventeenth Street NW, Suite 1100
   Atlanta, GA 30363

4. Phone: 404-815-3000      FAX: 404-817-3244
   Email: bglover@burr.com

5. Name used to sign *all* pleadings: Bryan Glover

6. Retained by: Chatham Credit Management III LLC

7. Admitted on November 27, 2006 and presently a member in good standing of the bar of the highest court of the state of Georgia and issued the bar license number of 993070.

8. Admitted to practice before the following courts:

   | *Court:* | *Admission Date:* |
   |---|---|
   | U.S. District Court for the Northern District of Georgia | 11/27/06 |
   | U.S. District Court for the Middle District of Georgia | 03/08/07 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | n/a | n/a |
    |  |  |
    |  |  |

13. Local counsel of record: Jason B. Binford and Joseph M. Coleman

14. Local counsel's address: Kane Russell Coleman & Logan PC
    1601 Elm Street, Suite 3700, Dallas Texas 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Bryan T. Glover
Printed Name of Applicant

February 4, 2014
Date

/s/ Bryan T. Glover
Signature of Applicant