John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | |
| | § | **CASE NO. 14-30699-11** |
| **BUFFET PARTNERS, L.P., et al.** | § | |
| | § | **CHAPTER 11** |
| **DEBTORS.**[1] | § | |
| | § | **(Joint Administration Requested)** |
| | § | |

<u>**NOTICE OF HEARING**</u>
*[Relates to Docket No. 6]*

**PLEASE TAKE NOTICE** that a hearing on the following motion is set for hearing on

**February 10, 2014 at 10:30 A.M. (prevailing Central Time)** before the Honorable Judge

Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, 1100

Commerce Street, Courtroom 3, 14th Floor, Dallas, Texas  75242-1496:

- Debtors' Emergency Motion for Interim and Final Order Providing Adequate Assurance of Utility Payments [Docket No. 6].

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

Dated: February 5, 2014
Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Emails: john.mitchell@bakermckenzie.com
     rosa.shirley@bakermckenzie.com


By: */s/ John E. Mitchell*
    John E. Mitchell, SBT # 00797095
    Rosa A. Shirley, SBT #24056313

**PROPOSED ATTORNEYS**
**FOR THE DEBTORS**


## CERTIFICATE OF SERVICE

    This is to certify that on February 5, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid, or electronic mail, to those parties listed on the Debtors' proposed Master Service List and those parties identified in the attached **Exhibit A**.


        */s/ Rosa A. Shirley*
        Rosa A. Shirley

**Exhibit A to Certificate of Service**

| | | | | | |
|---|---|---|---|---|---|
| CITY OF VICTORIA UBO | PO BOX 1279 | | VICTORIA | TX | 77902 |
| BLACK HILLS ENERGY | PO BOX 6001 | | RAPID CITY | SD | 55709 |
| NORTH RICHLAND HILLS UTILITY | BILLING DEPARTMENT | PO BOX 961092 | FORT WORTH | TX | 76161 |
| NORTH RICHLAND HILLS UTILITY | BILLING DEPARTMENT | PO BOX 961092 | FORT WORTH | TX | 76161 |
| XCEL ENERGY | PO BOX 9477 | | MINNEAPOLIS | MN | 55484 |
| CENTERPOINT ENERGY ARKLA | PO BOX 4583 | | HOUSTON | TX | 77210 |
| AOG | 115 N 12TH ST | PO BOX 2415 | FORT SMITH | AR | 72902 |
| TEXAS GAS SERVICE | PO BOX 219913 | | KANSAS CITY | MO | 64121 |
| CITY OF OKLAHOMA CITY | PO BOX 26570 | | OKLAHOMA CITY | OK | 73126 |
| DIRECTV | PO BOX 60036 | | LOS ANGELES | CA | 90060 |
| CLEAR CREEK VALLEY | SANITATION INC | 5420 HARLAN ST  PO BOX 156 | ARVADA | CO | 80001 |
| CITY OF SAN MARCOS | 630 E HOPKINS | | SAN MARCOS | TX | 78666 |
| REPUBLIC SVCS OF TEXAS LTD DBA | DUNCAN DISPOSAL #794 | PO BOX 78829 | PHOENIX | AZ | 85062 |
| PUBLIC SERVICE CO OF OKLAHOMA | PO BOX 24421 | | CANTON | OH | 44701 |

| | | | | | |
|---|---|---|---|---|---|
| CITY OF LAS CRUCES | CUSTOMER SERVICE DEPARTMENT | PO BOX 20000 | LAS CRUCES | NM | 88004 |
| MID STATES ENERGY | PO BOX 203874 | | DALLAS | TX | 75320 |
| MEGAHERTZ COMPUTER | CONSULTING INC | 555 S MIRANDA | LAS CRUCES | NM | 88005 |
| SUDDENLINK | PO BOX 660365 | | DALLAS | TX | 75266 |
| AT&T MOBILITY | PO BOX 6463 | | CAROL STREAM | IL | 60197 |
| CITY OF MOORE | PO BOX 6830 | | MOORE | OK | 73153 |
| ECHOSTAR DBS CORP DBA | DISH NETWORK | DEPT 0063 | PALATINE | IL | 60055 |
| AT&T | PO BOX 105414 | | ATLANTA | GA | 30348 |
| AT&T | PO BOX 5019 | | CAROL STREAM | IL | 60197 |
| CITY OF TUCSON WATER DEPT | PO BOX 28804 | | TUCSON | AZ | 85726 |
| BROWNSVILLE PUBLIC UTILITIES | BOARD | PO BOX 660566 | DALLAS | TX | 75266 |
| VALLEY WATER DISTRICT | 12101 W 52ND AVE | | WHEATRIDGE | CO | 80033 |
| CPL RETAIL ENERGY | PO BOX 660897 | | DALLAS | TX | 75266 |
| EL PASO ELECTRIC CO INC | PO BOX 650801 | | DALLAS | TX | 75265 |
| KANSAS GAS SERVICE | PO BOX 219296 | | KANSAS CITY | MO | 64121 |
| MCALLEN PUBLIC UTILITIES | PO BOX 280 | | MCALLEN | TX | 78502 |
| AT&T | PO BOX 5001 | | CAROL STREAM | IL | 60197 |

| OKLAHOMA NATURAL GAS | PO BOX 219296 | | KANSAS CITY | MO | 64121 |
|---|---|---|---|---|---|
| WESTAR ENERGY | PO BOX 758500 | | TOPEKA | KS | 66675 |
| CITY OF CORPUS CHRISTI | PO BOX 659722 | | SAN ANTONIO | TX | 78265 |
| CITY OF SANTA FE UTILITIES | PO BOX 5439 | | SANTA FE | NM | 87502 |
| CITY OF BIG SPRING WATER DEPT | 501 RUNNELS | | BIG SPRING | TX | 79720 |
| TXU ENERGY | PO BOX 650638 | | DALLAS | TX | 75265 |
| MCM PROPERTIES LTD DBA | MUSIC CITY MALL | 4101 E 42ND ST | ODESSA | TX | 79762 |
| WINDSTREAM | PO BOX 9001908 | | LOUISVILLE | KY | 40290 |
| BP ENERGY INC | BANK OF AMER LOCKBOX 012130 | COLLECTIONS CENTER DR | CHICAGO | IL | 60693 |
| ATMOS ENERGY | PO BOX 790311 | | ST LOUIS | MO | 63179 |
| FORT WORTH WATER DEPARTMENT | PO BOX 870 | | FORT WORTH | TX | 76101 |
| CITY OF PLAINVIEW | 121 W 7TH | | PLAINVIEW | TX | 79072 |
| OG&E | PO BOX 24990 | | OKLAHOMA CITY | OK | 73124 |
| BOARD OF WATER WORKS | PO BOX 755 | | PUEBLO | CO | 81002 |
| CITY OF RICHARDSON UTILITIES | PO BOX 831907 | | RICHARDSON | TX | 75083 |

| | | | | | |
|---|---|---|---|---|---|
| CITY OF FARMINGTON | PO BOX 4100 | | FARMINGTON | NM | 87499 |
| ZIA NATURAL GAS CO | PO BOX 2220 | | HOBBS | NM | 88241 |
| CITY OF ALBUQUERQUE UTILITY | PO BOX 1313 | | ALBUQUERQUE | NM | 87103 |
| CITY OF AMARILLO UTILITY | PO BOX 100 | | AMARILLO | TX | 79105 |
| CITY OF HOBBS WATER DEPT | 200 E BROADWAY | | HOBBS | NM | 88240 |
| CITY OF MIDLAND WTR DEPT | PO BOX 1152 | | MIDLAND | TX | 79702 |
| CITY OF ODESSA | PO BOX 2552 | | ODESSA | TX | 79760 |
| QWEST | DBA CENTURY LINK | PO BOX 29040 | PHOENIX | AZ | 85038 |
| CITY OF AUSTIN UTILITY | PO BOX 2267 | | AUSTIN | TX | 78768 |
| APS | PO BOX 2906 | | PHOENIX | AZ | 85062 |
| LUBBOCK POWER & LIGHT WTR | PO BOX 10541 | | LUBBOCK | TX | 79408 |
| CENTERPOINT ENERGY ENTEX | PO BOX 4981 | | HOUSTON | TX | 77210 |
| SOUTHWEST GAS CORP | PO BOX 98890 | | LAS VEGAS | NV | 89150 |
| PNM | PO BOX 17970 | | DENVER | CO | 80217 |
| CITY OF LAWTON WATER UTILITY | 103 SW 4TH ST | | LAWTON | OK | 73501 |
| CITY OF FORT SMITH | PO BOX 1907 | | FORT SMITH | AR | 72902 |

| CITY OF TULSA | UTILITIES SERVICE | | TULSA | OK | 74187 |
|---|---|---|---|---|---|
| CITY OF GALLUP UTILITY SYSTEMS | PO BOX 1400 | | GALLUP | NM | 87305 |
| CITY OF DALLAS | CITY HALL 2D SOUTH | | DALLAS | TX | 75277 |
| VERIZON SOUTHWEST | PO BOX 920041 | | DALLAS | TX | 75392 |
| EL PASO WATER UTILITIES | PUBLIC SERVICE BOARD | PO BOX 511 | EL PASO | TX | 79961 |
| EL PASO WATER UTILITIES | PUBLIC SERVICE BOARD | PO BOX 511 | EL PASO | TX | 79961 |
| CITY OF CARLSBAD NEW MEX | PO BOX 1569 | | CARLSBAD | NM | 88220 |
| CITY OF CLOVIS SEWAGE SANITA | BOX 760 | | CLOVIS | NM | 88102 |
| CITY OF GARLAND | PO BOX 461508 | | GARLAND | TX | 75046 |
| TUCSON ELECTRIC POWER CO | PO BOX 80077 | | PRESCOTT | AZ | 86304 |
| ARLINGTON UTILITIES | PO BOX 90020 | | ARLINGTON | TX | 76004 |
| CITY OF SULPHUR SPRINGS | 125 S DAVIS ST | | SULPHUR SPRINGS | TX | 75482 |
| CITY OF WICHITA | 455 N MAIN | | WICHITA | KS | 67202 |
| NEW MEXICO GAS COMPANY | PO BOX 173341 | | DENVER | CO | 80217 |
| EXELON CORP DBA | CONSTELLATION NEWENERGY-GAS | 15246 COLLECTIONS CENTER DR | CHICAGO | IL | 60693 |

| MEXUS GROUP LP | 1012 N CAMPBELL | | EL PASO | TX | 79902 |
|---|---|---|---|---|---|
| RISE VISION USA INC DBA | RISE DISPLAY | 22109 W 83RD ST | SHAWNEE | KS | 66227 |
| SAN ANTONIO WATER SYSTEM | PO BOX 2990 | | SAN ANTONIO | TX | 78299 |
| HARRIS CO WCID #110 | PO BOX 690928 | | HOUSTON | TX | 77269 |
| CPS ENERGY | PO BOX 2678 | | SAN ANTONIO | TX | 78289 |
| SEMINOLE RETAIL ENERGY SVCS | DEPT 1886 | PO BOX 26706 SECTION 4133 | OKLAHOMA CITY | OK | 73126 |
| EPCOR WATER | PO BOX 80036 | | PRESCOTT | AZ | 86304 |
| EPCOR WATER | BOX 80037 | | PRESCOTT | AZ | 86304 |
| CITY OF PLANO | PO BOX 861990 | | PLANO | TX | 75086 |
| COMCAST CORP | ONE COMCAST CENTER 32ND FLOOR | | PHILADELPHIA | PA | 19103 |
| CONEDISON SOLUTIONS INC | PO BOX 223246 | | PITTSBURGH | PA | 15251 |
| AT&T | PO BOX 5014 | | CAROL STREAM | IL | 60197 |
| XCEL ENERGY | PO BOX 9477 | | MINNEAPOLIS | MN | 55484 |
| OLD SEVILLE WASTE CONSULTING | INC | PO BOX 967 | GULF BREEZE | FL | 32562 |
| RADIANT SYSTEMS INC | PO BOX 198755 | | ATLANTA | GA | 30384 |
| AT&T MOBILITY | PO BOX 6463 | | CAROL STREAM | IL | 60197 |

| AT&T | PO BOX 5019 | | CAROL STREAM | IL | 60197 |
|------|-------------|--|--------------|----|--------|
| AT&T | PO BOX 105414 | | ATLANTA | GA | 30348 |
| Lubbock Power & Light Wtr | Attn:  City of Lubbock Utilities | PO Box 10541 | Lubbock | TX | 79408-3541 |