

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 5, 2014**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § § § BUFFET PARTNERS, L.P., et al. § § DEBTORS.[1] § § § | CASE NO. 14-30699-11 CHAPTER 11 (Joint Administration Requested) |

**INTERIM ORDER AUTHORIZING MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM**

On February 5, 2014, the Court considered the Emergency Motion to Authorize Maintenance of Certain Prepetition Bank Accounts and Cash Management System (the "Motion")[2] filed by the above-captioned debtors (the "Debtors"). The Court finds that good causes exists for granting the relief requested in the Motion and granting the Motion is in the best interest of the Debtors' estate and their creditors. The Court further finds that the Debtors will suffer immediate and irreparable harm if the Court denies the relief sought in the Motion. The

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.
[2] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

**ORDER AUTHORIZING MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS
AND CASH MANAGEMENT SYSTEM – Page 1**
735598-v7\DALDMS

Court further finds that adequate notice of this Motion has been given and no other notice needs to be given.  Therefore, it is

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that the Debtors are authorized to continue to use the Cash Management System.  It is further

**ORDERED** that the Debtors are authorized to continue to use the prepetition depository, payroll and worker's compensation bank accounts listed on <u>Exhibit A</u> hereto, that are not otherwise marked as "Close" or "Closing."  It is further

**ORDERED** that the only prepetition "ACHs" , drafts or checks that may clear on any account are those drawn on Workers Compensation Claims DDA # ******7474 and Payroll Account (DDA) ******7458.  It is further

**ORDERED** that each of the Debtors' Banks is authorized to debit the Debtors' accounts in the ordinary course of business without need for further order of this Court for:  (i) all checks, items, and other payment orders drawn on the Debtors' accounts which are cashed at such Bank's counters or exchanged for cashier's checks by the payees thereof prior to the Bank's receipt of notice of filing of the Petition; (ii) all checks, automated clearing house entries, and other items deposited or credited to one of Debtors' accounts with such Bank prior to filing of the Petition which have been dishonored, reversed, or returned unpaid for any reason, together with any fees and costs in connection therewith, to the same extent the Debtors were responsible for such items prior to filing of the Petition; and (iii) all undisputed prepetition amounts outstanding as of the date hereof, if any, owed to any Bank as service charges for the maintenance of the Cash Management System.  It is further

**ORDERED** that any of the Debtors' Banks may rely on the representations of the Debtors with respect to whether any check, item, or other payment order drawn or issued by the Debtors prior to filing of the Petition should be honored pursuant to this or any other order of this Court, and such Bank shall not have any liability to any party for relying on such representations by the Debtors as provided for herein. It is further

**ORDERED** that the United States Trustee shall receive notice of opening or closing of any of the Debtors'' bank accounts. It is further

**ORDERED** that the Debtors shall print "Debtor in Possession" with case number on all checks. It is further

**ORDERED** that nothing herein waives compliance with Bankruptcy Code Section 365. It is further

**ORDERED** that the Debtors' banks are directed not to honor any checks or other withdrawals drawn on the Debtors' bank accounts for obligations prior to the Petition Date unless otherwise authorized by an Order of this Court. It is further

**ORDERED** that the Debtors will promptly serve a copy of this Order on the Banks.

All relief not expressly granted in this order is denied.

# # # END OF ORDER # # #

Prepared and submitted by:

*/s/ John E. Mitchell*
John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT #24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:  john.mitchell@bakermckenzie.com
    rosa.shirley@bakermckenzie.com

PROPOSED ATTORNEYS FOR THE DEBTORS

## Exhibit A

| Account # | Bank | Use of Account | Account Description | Designation |
|---|---|---|---|---|
| **CORPORATE ACCOUNTS** | | | | |
| ******7441 | Wells Fargo | Corporate | Master Operating Account | Depository |
| ******1246 | Wells Fargo | Corporate | Depository account for subaccounts | Depository |
| ******7391 | Wells Fargo | All Stores | Mastercard/Visa Account | Depository |
| ******4282 | Wells Fargo | Dynamic Foods | Dynamic Foods Depository/Wires | Depository |
| ******7458 | Wells Fargo | Corporate | Payroll Account | Payroll Account |
| ******7474 | Wells Fargo | Corporate | Workers Comp Liability Claims | Workers Comp Claims |
| ******8122 | Wells Fargo | Dynamic Foods | Dynamic Foods A/P | Disbursement - Close |
| ******8130 | Wells Fargo | Corporate | Restaurant Operations A/P | Disbursement - Close |
| ******5289 | Wells Fargo | Corporate | Restricted Cash Account | Dormant - Close |
| ****2671 | Wells Fargo | Corporate | Investment Account | Dormant - Close |
| **DEPOSITORY SUB-ACCOUNTS** | | | | |
| ******1485 | Wells Fargo | Store # 101 | Depository Odessa | Depository |
| ******1493 | Wells Fargo | Store # 102 | Depository Odessa Mall | Depository |
| ******1501 | Wells Fargo | Store # 103 | Depository Hobbs | Depository |
| ******1782 | Wells Fargo | Store # 104 | Depository Midland | Depository |
| ******1543 | Wells Fargo | Store # 110 | Depository Amarillo | Depository |
| ******1550 | Wells Fargo | Store # 115 | Depository Albuquerque Wyoming | Depository |
| ******1568 | Wells Fargo | Store # 116 | Depository Santa Fe | Depository |
| ******1584 | Wells Fargo | Store # 123 | Depository Amarillo Soncy | Depository |
| ******1592 | Wells Fargo | Store # 128 | Depository Clovis | Depository |
| ******5978 | Bank of America | Store # 141 | Depository Tulsa | Depository |
| ******1600 | Wells Fargo | Store # 148 | Depository Garland | Depository |
| ******2178 | Wells Fargo | Store # 160 | Depository Albuquerque | Depository |
| ******2194 | Wells Fargo | Store # 175 | Depository Farmington | Depository |
| ******1790 | Wells Fargo | Store # 176 | Depository Plainview | Depository |
| ******2236 | Wells Fargo | Store # 190 | Depository Lubbock | Depository |
| ******1618 | Wells Fargo | Store # 191 | Depository Fort Worth | Depository |
| ******1675 | Wells Fargo | Store # 204 | Depository McAllen | Depository |
| ******1725 | Wells Fargo | Store # 228 | Depository Gallup | Depository |
| ******1733 | Wells Fargo | Store # 231 | Depository Tucson | Depository |
| ******1741 | Wells Fargo | Store # 232 | Depository Richardson | Depository Closed Store - Closing |
| ******1758 | Wells Fargo | Store # 234 | Depository Dallas | Depository |
| ******1766 | Wells Fargo | Store # 235 | Depository Lubbock | Depository |
| ******1832 | Wells Fargo | Store # 247 | Depository Wheat Ridge | Depository Closed Store - Closing |
| ******1840 | Wells Fargo | Store # 271 | Depository Big Spring | Depository Closed Store - Closing |
| ******4074 | Wells Fargo | Store # 273 | Depository Wichita | Depository Closed Store - Closing |
| *8878 | City National Bank | Store # 302 | Depository Sulphur Springs | Depository |
| ******1535 | Wells Fargo | Store # 308 | Depository Las Cruces | Depository Closed Store - Closing |
| ******4082 | Wells Fargo | Store # 311 | Depository Moore | Depository |
| ****5348 | Simmons First Bank | Store # 312 | Depository Fort Smith | Depository |
| ******8041 | Wells Fargo | Store # 313 | Depository Arlington | Depository |

| Account # | Bank | Use of Account | Account Description | Designation |
|---|---|---|---|---|
| ******0375 | Wells Fargo | Store # 315 | Depository Dallas | Depository |
| ******5956 | Wells Fargo | Store # 316 | Depository Spring | Depository Closed Store - Closing |
| ******1804 | Wells Fargo | Store # 317 | Depository San Antonio | Depository Closed Store - Closing |
| ******6204 | Wells Fargo | Store # 318 | Depository San Antonio | Depository |
| ******2464 | Wells Fargo | Store # 319 | Depository Plano | Depository |
| ******1774 | Wells Fargo | Store # 500 | Depository El Paso | Depository |

**ORDER AUTHORIZING MAINTENANCE OF CERTAIN PREPETITION BANK ACCOUNTS AND CASH MANAGEMENT SYSTEM – Page 6**
735598-v7\DALDMS