IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| | § | CASE NO. 14-30699-11 |
| BUFFET PARTNERS, L.P., et al. | § § | CHAPTER 11 |
| DEBTORS.[1] | § § | (Joint Administration Requested) |
| | § | |

### ORDER AUTHORIZING THE EMPLOYMENT OF
### BAKER & McKENZIE LLP AS COUNSEL FOR THE DEBTORS

On March 4, 2014, the Court considered the Application for Approval of Employment of Baker & McKenzie LLP as Counsel for the Debtors (the "Application") filed by the above-captioned Debtors (the "Debtors"), seeking approval of their employment of the law firm of Baker & McKenzie LLP ("B&M") to represent them as bankruptcy counsel for the Debtors; and upon consideration of the Affidavit of John E. Mitchell, a partner of B&M, annexed to the Application as Exhibit A; and the Court finding that the Application has been properly served to the parties listed therein; and the Court being satisfied that B&M and its attorneys are

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

**ORDER AUTHORIZING THE EMPLOYMENT OF**
**BAKER & McKENZIE LLP AS COUNSEL FOR THE DEBTOR**                                    Page 1 of 2
735593-v1\DALDMS

"disinterested" as that term is defined in 11 U.S.C. §101(14), represent no interest adverse to the Debtors or their estate in the matters upon which they are to be employed and that B&M has no adverse interest within the meaning of 11 U.S.C. § 327(e); it is hereby:

**ORDERED** that the Application is **GRANTED**.  It is further

**ORDERED** that the employment by the Debtors of B&M on the terms and conditions set forth in the Application is authorized and approved, nunc pro tunc to the Petition Date, in accordance with 11 U.S.C. §§ 327 and 328(a).

All relief not expressly granted in this order is denied.

# # # END OF ORDER # # #

Prepared and submitted by:

*/s/ John E. Mitchell*
John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT #24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:  john.mitchell@bakermckenzie.com
           rosa.shirley@bakermckenzie.com

PROPOSED ATTORNEYS FOR THE DEBTORS