John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: | |
| | CASE NO. 14-30699-11 |
| BUFFET PARTNERS, L.P., et al. | |
| | CHAPTER 11 |
| DEBTORS.[1] | |
| | Jointly Administered |

## NOTICE OF OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that the Court has scheduled the following dates and times for the next six weeks as the pre-set hearing dates and times for hearing all motions and other matters in the above-captioned cases:

- **February 18, 2014 at 2:00 p.m. CST**
- **March 4, 2014 at 10:00 a.m. CST**
- **March 19, 2014 at 2:00 p.m. CDT**

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

Dated: February 7, 2014
       Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:  john.mitchell@bakermckenzie.com
            rosa.shirley@bakermckenzie.com

By:  */s/ John E. Mitchell*
     John E. Mitchell, SBT # 00797095
     Rosa A. Shirley, SBT #24056313

**PROPOSED ATTORNEYS**
**FOR THE DEBTORS**

## CERTIFICATE OF SERVICE

This is to certify that on February 7, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and to those parties listed on the Debtors' proposed Master Service List.

                              */s/ Rosa A. Shirley*
                              Rosa A. Shirley