John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 14-30699-11 |
| BUFFET PARTNERS, L.P., et al. | § § § | CHAPTER 11 |
| DEBTORS.[1] | § § § | Jointly Administered |

**NOTICE OF CONTINUED HEARING**
*[Relates to Docket No. 10]*

**PLEASE TAKE NOTICE** that the hearing on the following motion is continued to **Tuesday, February 18, 2014 at 2:00 P.M. (Prevailing Central Time)** before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, in Courtroom 3, 14th Floor, 1100 Commerce Street, Dallas, Texas 75242-1496:

- Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(B), and (II) Granting Adequate Protection to the Prepetition Secured Lender [Docket No. 10].

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

| | |
|---|---|
| Dated: February 10, 2014<br>Dallas, Texas | Respectfully submitted,<br><br>**BAKER & McKENZIE LLP**<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 2300<br>Dallas, Texas 75201<br>Tel: (214) 978-3000<br>Fax: (214) 978-3099<br>Emails: john.mitchell@bakermckenzie.com<br>          rosa.shirley@bakermckenzie.com<br><br>By: */s/ John E. Mitchell*<br>     John E. Mitchell, SBT # 00797095<br>     Rosa A. Shirley, SBT #24056313<br><br>**PROPOSED ATTORNEYS**<br>**FOR THE DEBTORS** |

## CERTIFICATE OF SERVICE

This is to certify that on February 10, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid, or electronic mail, to those parties listed on the Debtors' Master Service List.

 */s/ Rosa A. Shirley*
 Rosa A. Shirley