John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 14-30699-11 |
| BUFFET PARTNERS, L.P., et al. | § § | CHAPTER 11 |
| DEBTORS.[1] | § § | Jointly Administered |
| | § § | |

### NOTICE OF HEARING
*[Relates to Docket Nos. 4, 6, 40, 41, 42, 44]*

**PLEASE TAKE NOTICE** that a hearing on the following matters filed by the Debtors

are set for hearing on **March 4, 2014 at 10:00 A.M. (Prevailing Central Time)** before the

Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, in

Courtroom 3, 14th Floor, 1100 Commerce Street, Dallas, Texas 75242-1496:

- Emergency Motion to Authorize Maintenance of Certain Prepetition Bank Accounts and Cash Management System [Docket No. 4] (final hearing);

- Emergency Motion for Interim and Final Order Providing Adequate Assurance of Utility Payments [Docket No. 6] (final hearing);

- Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals [Docket No. 40];

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

- Application to Employ Bridgepoint Consulting LLC Pursuant to 11 U.S.C. § 327(a) to Provide Financial Advisory and Restructuring Services to the Debtors [Docket No. 41];

- Application for Approval of Employment of Baker & McKenzie LLP as Counsel for the Debtors [Docket No. 42]; and

- Application for an Order Authorizing the Employment and Retention of James W. Sargent as Special Finance Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) *Nunc Pro Tunc* to the Petition Date [Docket No. 44].

Dated: February 10, 2014
       Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:  john.mitchell@bakermckenzie.com
         rosa.shirley@bakermckenzie.com

By:  */s/ John E. Mitchell*
     John E. Mitchell, SBT # 00797095
     Rosa A. Shirley, SBT #24056313

**PROPOSED ATTORNEYS
FOR THE DEBTORS**


<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that on February 10, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid, or electronic mail, to those parties listed on the Debtors' proposed Master Service List.

       */s/ Rosa A. Shirley*
       Rosa A. Shirley