

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 10, 2014**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| BUFFET PARTNERS, L.P. | § § | CASE NO. 14-30699-11 |
| | § § | CHAPTER 11 |
| IN RE: | § § § | |
| BUFFET G.P., INC. | § § | CASE NO. 14-30704-11 |
| | § § | CHAPTER 11 |
| DEBTORS. | § § | |

### ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Motion, dated February 4, 2014, (the "Motion"), of Buffet Partners, L.P. and Buffet G.P., Inc. (collectively, the "Debtors"), as debtors-in-possession, requesting joint administration of the Debtors' Chapter 11 cases for procedural purposes only, as more fully set forth in the Motion; it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided as set forth in the Motion and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion is

in the best interests of the Debtors and their estates and creditors; and upon all of the proceedings held before the Court; and after due deliberation and sufficient cause appearing therefor, it is

**ORDERED** that the above-captioned Chapter 11 cases be, and hereby are, consolidated for procedural purposes only, and that the above-captioned Chapters 11 cases be jointly administered by the Court effective as of the filing of the petitions; and it is further

**ORDERED** that nothing contained in this Order or the Motion shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned cases; and it is further

**ORDERED** that one disclosure statement and plan of reorganization may be (but is not required to be) filed for any of the above listed cases by any plan proponent; and it is further

**ORDERED** that hearings in these jointly administered cases shall be joint hearings unless otherwise specified; and it is further

**ORDERED** that the Clerk shall use a single docket, creditor matrix, and Master Service List for administrative matters for the filing and docketing of all orders, pleadings, papers and documents in the Debtors' cases into the case of Buffet Partners, L.P., Case No. 14-30699-11. Each case will maintain its own separate claims register; and it is further

**ORDERED** that each Debtor shall file its own monthly operating reports, schedules, and statement of financial affairs; and it is further

**ORDERED** that in the event these cases are assigned to separate judges, all cases shall be transferred to the judge who has the lowest-numbered case and the lead case shall be Buffet Partners, L.P.; and it is further

**ORDERED** that the joint administration includes: (i) the combining of notices to creditors and other parties in interest; (ii) the scheduling of hearings; (iii) the ability to file a

single plan and a single disclosure statement; and (iv) the joint handling of other administrative matters; and it is further

**ORDERED** that the following caption:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 14-30699-11** |
| **BUFFET PARTNERS, L.P., et al.** | § | |
| | § | **CHAPTER 11** |
| Debtors. | § | |
| | § | **(Jointly Administered)** |
| | § | |

shall be the official caption of the jointly administered cases; and it is further

**ORDERED** that the Debtors shall serve a copy of this Order upon (i) the Office of the United States Trustee; (ii) the Debtors' secured creditors, (iii) those parties appearing on the consolidated list of the twenty largest unsecured creditors of the Debtors; and (iv) those parties who have filed and served on the Debtors a notice of appearance and request for service of documents in compliance with Fed. R. Bankr. P. 2002.

All relief not expressly granted in this order is denied.

# # # END OF ORDER # # #

Prepared and submitted by:

*/s/ John E. Mitchell*
John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT #24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:  john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

PROPOSED ATTORNEYS FOR THE DEBTORS