

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**
**THE DATE OF ENTRY IS**
**ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 10, 2014**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 14-30699-11 |
| BUFFET PARTNERS, L.P., et al. § | |
| § | CHAPTER 11 |
| DEBTORS.[1] § | |
| § | (Joint Administration Requested) |

### ORDER GRANTING DEBTORS' EMERGENCY
### MOTION TO EXTEND TIME TO FILE SCHEDULES OF ASSETS
### AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS
### AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS

The Court has considered the Debtors' Emergency Motion to Extend Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statement of Financial Affairs (the "Motion").[2]  The Court finds that notice of the Motion is sufficient under the circumstances and that the requested relief should be granted.  Accordingly, it is therefore:

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

[2] Capitalized terms not otherwise defined herein shall have the meaning assigned to them in the Motion.

ORDERED that the Motion is GRANTED as described herein; and it is further

ORDERED that the deadline under Rule 1007(c) of the Federal Rules of Bankruptcy Procedure for the Debtors to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statement of financial affairs is extended so that the Debtors have until March 3, 2014 to file such documents.

All relief not expressly granted in this order is denied.

# # # END OF ORDER # # #

Prepared and submitted by:

*/s/ John E. Mitchell*
John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT #24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:  john.mitchell@bakermckenzie.com
            rosa.shirley@bakermckenzie.com

PROPOSED ATTORNEYS FOR THE DEBTORS