United States Department of Justice
Office of the United States Trustee
1100 Commerce Street
Dallas, Texas 75242
(214) 767-8967

Erin Marie Schmidt,
For the United States Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **Buffet Partners, L.P.,** | § | Case No.    14-30699-HDH-11 |
| **et al.,** | § | |
| | § | **(Jointly Administered)** |
| **Debtors-in-Possession.** | § | |
| | § | |

### Appointment of the Official Committee of Unsecured Creditors

TO THE HONORABLE HARLIN D. HALE, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee for Region 6 appoints the following unsecured creditors to the Official Committee of Unsecured Creditors in this case:

    Houlounnn, LLC
    Kirk Hermansen
    5944 Lunter Lane
    Dallas, TX 75225
    (214) 373-4202
    (214) 373-0737 (fax)
    kirk@hermansenlanddevelopment.com

    Okeene Milling Company
    Randel Nusz
    P.O. Box 1000
    Okeene, OK 73763

(580) 822-4411
(580) 822-3099 (fax)
Rn1000@pidi.net

PepsiCo
Michael Bevilacqua, Sr.
1100 Reynolds Blvd.
Winston-Salem, NC 27102
(336) 896-5577
Mike.Bevilacqua@pepsico.com

The Richards Group, Inc.
Michael "Scooter" Heath
8750 N. Central Expressway
Dallas, TX 75231
(214) 891-5772
(214) 891-3568 (fax)
Scooter_heath@richards.com

Valassis
Hal Manoian
235 Great Pond Drive
Windsor, CT 06095
(860) 602-1679
(860) 602-4783 (fax)
hxmanoia@valassis.com


DATED:       February 11, 2014                 Respectfully submitted,

                                               WILLIAM T. NEARY
                                               UNITED STATES TRUSTEE

                                               /s/ Erin Marie Schmidt
                                               Erin Marie Schmidt
                                               Texas State Bar No. 24033042
                                               Office of the United States Trustee
                                               1100 Commerce St.  Room 976
                                               Dallas, Texas  75242
                                               Erin.Schmidt2@usdoj.gov
                                               (214) 767-1075


**Appointment of the Official Committee of Unsecured Creditors – Page 2 of 3**

CERTIFICATE OF SERVICE

    I certify that on February 11, 2014, this document was served 1) via first class U.S. Mail, postage prepaid, to the unsecured creditors listed above and 2) via ECF to all parties consenting to receive email notice in this case.

    /s/ Erin Marie Schmidt
    Erin Marie Schmidt

**Appointment of the Official Committee of Unsecured Creditors – Page 3 of 3**