BTXN 104a (rev. 09/12)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

BUFFET PARTNERS, L.P., et al. § Case No.: 14-30699-11
§
§
§
§
Debtor(s) §

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Pomerantz           Jeffrey           N.
        Last          First         MI

2. Firm Name: Pachulski Stang Ziehl & Jones LLP

3. Address: 10100 Santa Monica Blvd.
   13th Floor
   Los Angeles, CA 90067

4. Phone: 310/277-6910    FAX: 310/201-0760
   Email: jpomerantz@pszjlaw.com

5. Name used to sign *all* pleadings: Jeffrey N. Pomerantz

6. Retained by: The Official Committee of Unsecured Creditors

7. Admitted on 12/11/89 and presently a member in good standing of the bar of the highest court of the state of California and issued the bar license number of 143717.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | US District Court - Central District of California | 03/15/90 |
   | US District Court - Eastern District of California | 08/23/93 |
   | US District Court - Northern District of California | 04/09/92 |
   | US District Court - Northern District of California | 05/16/91 |

   *Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | 05/06/08 | 08-31790 (Jointly Administered) Chapter 11 - Keys Fitness Products, LP, et al. |
    | | |

13. Local counsel of record: Kevin M. Lippman and Deborah M. Perry

14. Local counsel's address: Munsch Hardt Kopf & Harr
    500 N. Akard Street, Suite 3800, Dallas, TX 75201-6659

*Continued.*

   I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

   I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

   ☐ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

   ☒ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on February 13, 2014 .

Jeffrey N. Pomerantz　　　　　　　　　　　　02/13/14
Printed Name of Applicant　　　　　　　　　　Date

*[signature]*
Signature of Applicant