# EXHIBIT 1



**Invoice For: FURRS WHEAT RIDGE 247 (270247)**

| Shipping Address | Billing Address |
|---|---|
| FURRS WHEAT RIDGE 247 | FURRS 247 WHEAT RIDGE |
| 4900 KIPLING ST | 2701 E PLANO PKWY STE 200 |
|  | BUFFET PARTNERS LP |
| WHEAT RIDGE, CO 80033 | PLANO, CO 75074 |
|  | (214) 291-2900 |

| | | | |
|---|---|---|---|
| Invoice Number | 5026890 | Customer PO Number | FRG24713010834914 |
| Sales Associate | X78 Kevin Bright | Original Invoice | 5022675 |
| Invoice Date | 01/15/2013 | Terms | 21 DAYS |
| Payment Due | 01/30/2013 | | |

Please remit to  
P.O. BOX 561439  
DENVER, CO 80256-1439

Special Instructions

**Items**

| Item Number | Quantity Order | Quantity Shipped | UM | Ship Weight | Pack/Size | Brand | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 75109 | -1 | -1 | CS | | 1/CTN | | CUCUMBERS SEL GRN | | $22.93 | ($22.93) |

| | | | | |
|---|---|---|---|---|
| **Shipped Weight** | **-52.00** | | Subtotal | ($22.93) |
| **No. of Pieces** | **-1** | | Freight | $0.00 |
| Dry Goods | -1 | | Fees | $0.00 |
| Freezer | 0 | | Tax | $0.00 |
| Cooler | 0 | | Total | ($22.93) |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable agricultural commodities act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

1.5% per month, or 18.0% per annum service charge will be charged on all past due accounts. Returned checks subject to handling fee.

Page 1 of 1



FOOD SERVICES OF AMERICA®

**Invoice For: FURRS 247 WHEAT RIDGE (270247)**

| Shipping Address | Billing Address |
|---|---|
| FURRS 247 WHEAT RIDGE | FURRS 247 WHEAT RIDGE |
| 4900 KIPLING ST | 2701 E PLANO PKWY STE 200 |
|  | BUFFET PARTNERS LP |
| WHEAT RIDGE, CO 80033 | PLANO, CO 75074 |
|  | (214) 291-2900 |

| | | | | |
|---|---|---|---|---|
| Invoice Number | 5132908 | Customer PO Number | FRG24713070541334 |
| Sales Associate | X78 Kevin Bright | Original Invoice | 5129957 |
| Invoice Date | 07/11/2013 | Terms | 21 DAYS |
| Payment Due | 07/27/2013 | | |

Please remit to  
P.O. BOX 561439  
DENVER, CO 80256-1439

Special Instructions

**Items**

| Item Number | Quantity Order | Quantity Shipped | UM | Ship Weight | Pack/Size | Brand | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 87581 | -2 | -2 | EA | | 1/3# | EARTHBOUND | SALAD SPRING MIX | | $5.95 | ($11.90) |

| | | | | |
|---|---|---|---|---|
| **Shipped Weight** | **-6.50** | | Subtotal | ($11.90) |
| **No. of Pieces** | **-2** | | Freight | $0.00 |
| Dry Goods | 0 | | Fees | $0.00 |
| Freezer | 0 | | Tax | $0.00 |
| Cooler | -2 | | Total | ($11.90) |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable agricultural commodities act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

1.5% per month, or 18.0% per annum service charge will be charged on all past due accounts. Returned checks subject to handling fee.

Page 1 of 1

## FSA LOVELAND
## Food Services of America.

**NORMAL ORDER**

TIN 41-0826179

PLEASE REMIT TO:
P.O. BOX 561439
DENVER, CO 80256-1439

FOR ASSISTANCE CALL: 866-926-2397

**INVOICE**

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 12/18/2013 | 5231163 | 1 of 2 |

**SHIP TO:**
TRUJIJO
*** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
ACCOUNT NO. 270247
WHEAT RIDGE  CO  80033
STORE#-247

**SOLD TO:**
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO  CO  75074

MEMO-
CUSTOMER PHONE NO. 303-423-4602
CUSTOMER P.O. NO.
FRG24713121747002

| ER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5645502 | X78 KEVIN BRIGHT | | 1/08/14 | 21 DAYS | DM | |

PLEASE NOTE OUR NEW REMITTANCE ADDRESS
AND UPDATE YOUR RECORDS ACCORDINGLY
WEB ORDER #2029297

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | HM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85355 | 1 | 1 | CS | | 165/CT | | LEMON CH | * | 22.06 | 22.06 | |
| 85504 | 1 | 1 | CS | | 6/CT | | PINEAPPLE GOLD CR | * | 16.81 | 16.81 | |
| 75557 | 1 | 1 | CS | | 20/# | | SQUASH YLW MED US | * | 16.38 | 16.38 | |
| 75109 | 1 | 1 | CS | | 1/CTN | | CUCUMBERS SEL GRN | * | 21.26 | 21.26 | |
| 75336 | 1 | 1 | CS | | 1/CTN | | PEPPER GRN CHOPPER USA | * | 16.27 | 16.27 | |
| 75035 | 2 | 2 | CS | | 50/# | | CABBAGE GRN LRG | * | 16.60 | 33.20 | |
| 88910 | 1 | 1 | CS | | 24/CT | | LETTUCE ICEBERG | * | 18.01 | 18.01 | |
| 85230* | 1 | 1 | CS | | 24/12Z | | CRANBERRIES USA | * | 32.00 | 32.00 | |
| 314808 | 4 | 4 | CS | | 12/10Z | ROBINS | MILK 1% VIT A&D  49633 | * | 8.16 | 32.64 | |
| 80113* | 1 | 1 | CS | | 4/5# | | CARROTS SHREDDED | * | 17.97 | 17.97 | |
| 85270 | 1 | 1 | CS | | 19/# | | GRAPES RED SDLS MEX | * | 27.40 | 27.40 | |
| 311132 | 1 | 1 | CS | | 19/# | | GRAPES GRN SDLS USA | * | 29.40 | 29.40 | |
| 75491* | 1 | 1 | CS | | 4/2.5# | | SPINACH CELLO | * | 15.22 | 15.22 | |
| 85524* | 1 | 1 | CS | | 8/1# | | STRAWBERRIES USA | * | 26.92 | 26.92 | |
| 245253* | 1 | 1 | CS | | 2/5# | ROBINS | COTTAGE CHEESE LF  46281 | * | 24.80 | 24.80 | |
| 80018 | 1 | 1 | CS | | 20/# | | BROCCOLI CROWNS ICELESS US | * | 16.72 | 16.72 | |
| 75550 | 1 | 1 | CS | | 35/# | | SQUASH BUTTERNUT USA | * | 21.47 | 21.47 | |
| 75619 | 1 | 1 | CS | | 40/# | | YAMS 20-24Z | * | 26.41 | 26.41 | |
| 75289 | 1 | 1 | CS | | 50/# | | ONION YLW JBO USA | * | 14.39 | 14.39 | |
| 315368 | 1 | 1 | CS | | 40/# | | BANANA #4 GRN TIP GT | * | 21.35 | 21.35 | |
| 75595 | 1 | 1 | CS | | 25/# | | TOMATO MEDIUM M.G. | * | 21.01 | 21.01 | |
| 75650 | 1 | 1 | CS | | 1/10# | | TOMATO GRAPE 10# | * | 18.05 | 18.05 | |

RECEIVED BY X

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| DRIVER | STOP | | NO. OF PIECES | PER MONTH OR ON ALL PAST DUE ACCOUNTS | PER ANNUM SERVICE CHARGE WILL BE CHARGED. RETURNED CHECKS SUBJECT TO HANDLING FEE. | FREIGHT ► | |
| 35531 | 15 | ROUTE- 3206 | | | | TAX ► | |

HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300

PAY THIS AMOUNT ► **CONTINUED**

www.fsafood.com    MSDS sheets for all FSA items can be found at www.fsafood.com/msds/

ORIGINAL

# INVOICE

**FSA LOVELAND**
**Food Services of America**

TIN 41-0826179

PLEASE REMIT TO:
P.O. BOX 561439
DENVER, CO 80256-1439

FOR ASSISTANCE CALL:
866-926-2397

NORMAL ORDER

SHIP TO:
TRUJIJO *** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
ACCOUNT NO. 270247
WHEAT RIDGE CO 80033
STORE#-247

SOLD TO:
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO CO 75074

INVOICE DATE: 12/18/2013
INVOICE NUMBER: 5231163
PAGE: 2 of 2

MEMO- 30
CUSTOMER PHONE NO. 303-423-4602
CUSTOMER P.O. NO. FRG24713121747002

| ORDER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5645502 | X78 KEVIN BRIGHT | | 1/08/14 | 21 DAYS | DM | |

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | H/M | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | 26 | | 675.30 | | | *** INVOICE SUB-TOTAL *** | | | 489.74 | |

RECEIVED BY X

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVEABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER: 35531  STOP: 15  ROUTE- 3206  NO. OF PIECES: 26

1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

DRY 6  FROZEN 0  CHILLED 20
HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300

FREIGHT ► .00
TAX ► .00
PAY THIS AMOUNT ► 489.74

ORIGINAL

www.fsafood.com

**Food Services OF AMERICA**

NORMAL ORDER

P.O. BOX 561439
DENVER, CO 80256-1439

| | | |
|---|---|---|
| INVOICE DATE | INVOICE NUMBER | PAGE |
| 12/21/2013 | 5233465 | 1 of 2 |

INVOICE

TIN 4-086124

SHIP TO:
ARNOLAA  *** FURRS 247 WHEAT RIDGE
           4900 KIPLING ST

ACCOUNT NO.
  270247      WHEAT RIDGE    CO 80033
STORE#-247

FOR ASSISTANCE CALL:
866-926-2397

SOLD TO:
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO                CO 75074

MEMO- 60
CUSTOMER PHONE NO.
303-423-4602
CUSTOMER P.O. NO.
FRG247131220A7138

| ORDER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5648656 | X78 KEVIN BRIGHT | | 1/11/14 | 21 DAYS | DM | |

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | H/M | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PLEASE NOTE OUR NEW REMITTANCE ADDRESS | | | | |
| | | | | | | | AND UPDATE YOUR RECORDS ACCORDINGLY | | | | |
| | | | | | | | WEB ORDER #2033337 | | | | |
| 85359 | 2 | 2 | CS | | 165/CT | | LEMON CH | * | 22.06 | 44.12 | |
| 85504 | 1 | 1 | CS | | 6/CT | | PINEAPPLE GOLD CR | * | 16.81 | 16.81 | |
| 75359 | 1 | 1 | CS | | 10/# | | PEPPER JALAPENO MEX | * | 13.29 | 13.29 | |
| 85407 | 1 | 1 | CS | | 88/CT | | ORANGE CH | * | 21.01 | 21.01 | |
| 75109 | 2 | 2 | CS | | 1/CTN | | CUCUMBERS SEL GRN | * | 21.26 | 42.52 | |
| 75233 | 1 | 1 | CS | | 24/CT | | LETTUCE ROMAINE | * | 17.85 | 17.85 | |
| 75035 | 3 | 3 | CS | | 50/# | | CABBAGE GRN LRG | * | 16.60 | 49.80 | |
| 88910 | 1 | 1 | CS | | 24/CT | | LETTUCE ICEBERG | * | 18.01 | 18.01 | |
| 314429 | 1 | 1 | CS | | 36/CT | | CELERY | * | 23.96 | 23.96 | |
| 75056 | 1 | 1 | CS | | 25/# | | CARROTS TABLE | * | 13.81 | 13.81 | |
| 85230* | 2 | 2 | CS | | 24/12Z | | CRANBERRIES USA | * | 32.00 | 64.00 | |
| 75615 | 1 | 1 | CS | | 25/# | | TURNIP US | * | 23.28 | 23.28 | |
| 314808 | 4 | 4 | CS | | 12/10Z | ROBIN | MILK 1% VIT A&D   49633 | * | 8.16 | 32.64 | |
| 75491* | 2 | 2 | CS | | 4/2.5# | | SPINACH CELLO | * | 15.22 | 30.44 | |
| 85524* | 4 | 4 | CS | | 8/1# | | STRAWBERRIES USA | * | 26.92 | 107.68 | |
| 87581 | 1 | 1 | CS | | 4/3# | EARTH | SALAD SPRING MIX | * | 23.81 | 23.81 | |
| 75177 | 2 | 2 | CS | | 24/CT | | KALE MX | * | 12.91 | 25.82 | |
| 80018 | 1 | 1 | CS | | 20/# | | BROCCOLI CROWNS ICELESS US | * | 16.72 | 16.72 | |
| 75619 | 2 | 2 | CS | | 40/# | | YAMS 20-24Z | * | 26.41 | 52.82 | |
| 75289 | 2 | 2 | CS | | 50/# | | ONION YLW JBO USA | * | 14.39 | 28.78 | |
| 75270 | 1 | 1 | CS | | 25/# | | ONION RED JBO USA | * | 12.96 | 12.96 | |
| 75599 | 1 | 1 | CS | | 25/# | | TOMATO MEDIUM M.G. | * | 21.01 | 21.01 | |

RECEIVED BY X [signature]

DRIVER 35479   STOP 13   ROUTE- 6206   NO. OF PIECES

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVEABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

PER MONTH OR PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300
MSDS sheets for all FSA items can be found at www.fsafood.com/msds/

FREIGHT ▸
TAX ▸
PAY THIS AMOUNT ▸  CONTINUED

ORIGINAL

www.fsafood.com

# FSA LOVELAND
## Food Services of America.

**INVOICE**

TIN 41-0626174  
PLEASE REMIT TO:  
P.O. BOX 561439  
DENVER, CO 80256-1439

NORMAL ORDER

| | |
|---|---|
| INVOICE DATE | 12/21/2013 |
| INVOICE NUMBER | 5233465 |
| PAGE | 2 of 2 |

SHIP TO:  
ARNOLAA  *** FURRS 247 WHEAT RIDGE  
4900 KIPLING ST  
WHEAT RIDGE  CO 80033  

ACCOUNT NO. 270247  
STORE#-247

FOR ASSISTANCE CALL:  
866-926-2397

SOLD TO:  
FURRS 247 WHEAT RIDGE  
2701 E PLANO PKWY STE 200  
BUFFET PARTNERS LP  
PLANO  CO  75074

MEMO- 60  
CUSTOMER PHONE NO. 303-423-4602  
CUSTOMER P.O. NO. FRG247131220471 38

| ORDER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5648656 | X78 KEVIN BRIGHT | | 1/11/14 | 21 DAYS | DM | |

| ITEM NUMBER | QUANTITY ORDERED | SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | H/M | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75650 | 2 | 2 | CS | | 1/10# | | TOMATO GRAPE 10# | | 18.05 | 36.10 | |
| | 39 | 39 | | 1080.80 | | | *** INVOICE SUB-TOTAL *** | | | 737.24 | |

RECEIVED BY X _[signature]_

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER 35479  STOP 13  ROUTE- 6206  NO. OF PIECES 39

1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

DRY 8  FROZEN 0  CHILLED 31  
HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300  
MSDS sheets for all FSA items can be found at www.fsafood.com/msds/

FREIGHT ▶ .00  
TAX ▶ .00  
PAY THIS AMOUNT ▶ 737.24  

ORIGINAL

www.fsafood.com



## FSA LOVELAND
### Food Services of America

TIN 41-0826179

PLEASE REMIT TO:
P.O. BOX 561439
DENVER, CO 80256-1439

FOR ASSISTANCE CALL:
866-926-2397

NORMAL ORDER

**INVOICE**

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 12/24/2013 | 5234990 | 1 of 2 |

SHIP TO:
*** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
WHEAT RIDGE  CO 80033

SOLD TO:
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO  CO 75074

TRUJIJO
ACCOUNT NO. 270247
STORE#-247

MEMO- 20
CUSTOMER PHONE NO. 303-423-4602
CUSTOMER P.O. NO. FRG24713122347222

| ORDER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5650138 | X78 KEVIN BRIGHT | | 1/14/14 | 21 DAYS | DM | |

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | HM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PLEASE NOTE OUR NEW REMITTANCE ADDRESS | | | | |
| | | | | | | | AND UPDATE YOUR RECORDS ACCORDINGLY | | | | |
| | | | | | | | WEB ORDER #2036626 | | | | |
| 85355 | 1 | 1 | CS | | 165/CT | | LEMON CH | * | 22.06 | 22.06 | |
| 85504 | 1 | 1 | CS | | 6/CT | | PINEAPPLE GOLD CR | * | 16.81 | 16.81 | |
| 75557 | 1 | 1 | CS | | 20/# | | SQUASH YLW MED US | * | 16.38 | 16.38 | |
| 75233 | 1 | 1 | CS | | 24/CT | | LETTUCE ROMAINE | * | 17.85 | 17.85 | |
| 75035 | 1 | 1 | CS | | 50/# | | CABBAGE GRN LRG | * | 16.60 | 16.60 | |
| 88910 | 1 | 1 | CS | | 24/CT | | LETTUCE ICEBERG | * | 18.01 | 18.01 | |
| 85074 | 1 | 1 | CS | | 88/CT | | APPLE RED DEL XFCY WA | * | 23.49 | 23.49 | |
| 85025 | 1 | 1 | CS | | 88/CT | | APPLE GRANNY SMITH BULK XFC333 | * | 35.49 | 35.49 | |
| 75056 | 1 | 1 | CS | | 25/# | | CARROTS TABLE | * | 13.81 | 13.81 | |
| 80111* | 1 | 1 | CS | | 4/5# | | CABBAGE RED SHRED | * | 19.98 | 19.98 | |
| 314808 | 3 | 3 | CS | | 12/10Z | ROBIN | MILK 1% VIT A&D  49633 | * | 8.16 | 24.48 | |
| 80113* | 1 | 1 | CS | | 4/5# | | CARROTS SHREDDED | * | 17.97 | 17.97 | |
| 85270 | 1 | 1 | CS | | 19/# | | GRAPES RED SDLS MEX | * | 21.40 | 21.40 | |
| 311132 | 1 | 1 | CS | | 19/# | | GRAPES GRN SDLS USA | * | 28.40 | 28.40 | |
| 75491* | 2 | 2 | CS | | 4/2.5# | | SPINACH CELLO | * | 15.22 | 30.44 | |
| 85524* | 3 | 3 | CS | | 8/1# | | STRAWBERRIES USA | * | 26.92 | 80.76 | |
| 245253* | 1 | 1 | CS | | 2/5# | ROBIN | COTTAGE CHEESE LF  46281 | * | 24.80 | 24.80 | |
| 87581 | 1 | 1 | CS | | 4/3# | EARTHB | SALAD SPRING MIX | * | 23.81 | 23.81 | |
| 75247 | 4 | 4 | CS | | 10/# | | MUSHROOM BUTTON USA | * | 18.30 | 73.20 | |
| 75177 | 1 | 1 | CS | | 24/CT | | KALE MX | * | 12.91 | 12.91 | |
| 80018 | 1 | 1 | CS | | 20/# | | BROCCOLI CROWNS ICELESS US | * | 16.72 | 16.72 | |
| 75423 | 1 | 1 | CS | | 90/CT | | POTATOES BAKER | * | 12.08 | 12.08 | |

RECEIVED BY X

DRIVER 35517  STOP 15  ROUTE- 2206  NO. OF PIECES

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVEABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

PER MONTH OR PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS  RETURNED CHECKS SUBJECT TO HANDLING FEE.

HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300
MSDS sheets for all FSA items can be found at www.fsafood.com/msds/

FREIGHT ▶
TAX ▶
PAY THIS AMOUNT ▶ CONTINUED
ORIGINAL

www.fsafood.com

# FSA LOVELAND
## Food Services of America.

**INVOICE**

TIN 41-0820179
PLEASE REMIT TO:
P.O. BOX 561439
DENVER, CO 80256-1439

NORMAL ORDER

SHIP TO:
TRUJIJO
*** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
WHEAT RIDGE  CO 80033

ACCOUNT NO. 270247
STORE#-247

FOR ASSISTANCE CALL:
866-926-2397

SOLD TO:
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO   CO 75074

INVOICE DATE: 12/24/2013
INVOICE NUMBER: 5234990
PAGE: 2 of 2

MEMO- 20
CUSTOMER PHONE NO. 303-423-4602
CUSTOMER P.O. NO. FRG24713122347222

ORDER REF. 5650138
SALES ASSOCIATE: X78 KEVIN BRIGHT
DATE DUE: 1/14/14
TERMS: 21 DAYS
CREDIT: DM

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | H/M | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 75619 | 1 | 1 | CS | | 40/# | | YAMS 20-24Z | | 26.41 | 26.41 | |
| 75289 | 1 | 1 | CS | | 50/# | | ONION YLW JBO USA | | 14.39 | 14.39 | |
| 315368 | 1 | 1 | CS | | 40/# | | BANANA #4 GRN TIP GT | | 21.35 | 21.35 | |
| | 33 | 33 | | 775.35 | | | *** INVOICE SUB-TOTAL *** | | | 629.60 | |

RECEIVED BY X  Ed Kant

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER 35517
STOP 15
ROUTE- 2206
NO. OF PIECES 33

1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

DRY 4   FROZEN 0   CHILLED 29
HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300
MSDS sheets for all FSA items can be found at www.fsafood.com/msds/

www.fsafood.com

FREIGHT ▶ .00
TAX ▶ .00
PAY THIS AMOUNT ▶ 629.60

ORIGINAL



# Food Services of America

**FSA LOVELAND** — NORMAL ORDER

**INVOICE**

TIN 41-0826179
PLEASE REMIT TO:
P.O. BOX 561439
DENVER, CO 80256-1439

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 12/28/2013 | 5236769 | 1 of 1 |

SHIP TO:
LOWNEPA
*** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
WHEAT RIDGE  CO 80033

FOR ASSISTANCE CALL: 866-926-2397

SOLD TO:
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO  CO 75074

ACCOUNT NO. 270247
STORE#-247

MEMO- 60
CUSTOMER PHONE NO. 303-423-4602
CUSTOMER P.O. NO. FRG24713122747349

| ORDER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5652742 | X78 KEVIN BRIGHT | | 1/18/14 | 21 DAYS | DM | |

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | HM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PLEASE NOTE OUR NEW REMITTANCE ADDRESS | | | | |
| | | | | | | | AND UPDATE YOUR RECORDS ACCORDINGLY | | | | |
| | | | | | | | WEB ORDER #2040488 | | | | |
| 85504 | 1 | 1 | CS | | 6/CT | | PINEAPPLE GOLD CR | * | 16.81 | 16.81 | |
| 75109 | 1 | 1 | CS | | 1/CTN | | CUCUMBERS SEL GRN | * | 21.26 | 21.26 | |
| 75035 | 2 | 2 | CS | | 50/# | | CABBAGE GRN LRG | * | 16.60 | 33.20 | |
| 88910 | 1 | 1 | CS | | 24/CT | | LETTUCE ICEBERG | * | 18.01 | 18.01 | |
| 75491* | 1 | 1 | CS | | 4/2.5# | | SPINACH CELLO | * | 15.22 | 15.22 | |
| 85524* | 2 | 2 | CS | | 8/1# | | STRAWBERRIES USA | * | 26.92 | 53.84 | |
| 245253* | 1 | 1 | CS | | 2/5# | ROBINS | COTTAGE CHEESE LF  46281 | * | 24.80 | 24.80 | |
| 80018 | 1 | 1 | CS | | 20/# | | BROCCOLI CROWNS ICELESS US | * | 16.72 | 16.72 | |
| 75289 | 2 | 2 | CS | | 50/# | | ONION YLW JBO USA | | 14.39 | 28.78 | |
| 315368 | 1 | 1 | CS | | 40/# | | BANANA #4 GRN TIP GT | | 21.35 | 21.35 | |
| | 13 | 13 | | 421.50 | | | *** INVOICE SUB-TOTAL *** | | | 249.99 | |

RECEIVED BY X (signature)

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(c) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

| DRIVER | STOP | ROUTE | NO. OF PIECES |
|---|---|---|---|
| 35479 | 17 | 6206 | 13 |

DRY 3  FROZEN 0  CHILLED 10
HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300
MSDS sheets for all FSA items can be found at www.fsafood.com/msds/

FREIGHT ▸ .00
TAX ▸ .00
**PAY THIS AMOUNT ▸ 249.99**

ORIGINAL

*www.fsafood.com*

# INVOICE

**FSA LOVELAND**
**Food Services of America**

TIN 41-0826179

PLEASE REMIT TO:
P.O. BOX 561439
DENVER, CO 80256-1439

FOR ASSISTANCE CALL:
866-926-2397

NORMAL ORDER

SHIP TO:
ARNOLAA
*** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
WHEAT RIDGE   CO 80033

ACCOUNT NO. 270247
STORE #-247

SOLD TO:
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO   CO 75074

INVOICE DATE: 1/01/2014
INVOICE NUMBER: 5238706
PAGE: 1 of 1

MEMO- 30
CUSTOMER PHONE NO.: 303-423-4602
CUSTOMER P.O. NO.: FRG24713123147459

ORDER REF.: 5654982    SALES ASSOCIATE: X78 KEVIN BRIGHT
DATE DUE: 1/22/14    TERMS: 21 DAYS    CREDIT: DM    COPY

PLEASE NOTE OUR NEW REMITTANCE ADDRESS
AND UPDATE YOUR RECORDS ACCORDINGLY
WEB ORDER #2045098

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | H/M | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85355 | 1 | 1 | CS | | 165/CT | | LEMON CH | * | 25.22 | 25.22 | |
| 85504 | 1 | 1 | CS | | 6/CT | | PINEAPPLE GOLD CR | * | 16.81 | 16.81 | |
| 75557 | 1 | 1 | CS | | 20/# | | SQUASH YLW MED US | * | 16.38 | 16.38 | |
| 75109 | 1 | 1 | CS | | 1/CTN | | CUCUMBERS SEL GRN | * | 21.26 | 21.26 | |
| 75336 | 1 | 1 | CS | | 1/CTN | | PEPPER GRN CHOPPER USA | * | 16.27 | 16.27 | |
| 75035 | 2 | 2 | CS | | 50/# | | CABBAGE GRN LRG | * | 16.60 | 33.20 | |
| 85230* | 1 | 1 | CS | | 24/12Z | | CRANBERRIES USA | * | 32.00 | 32.00 | |
| 314808 | 4 | 4 | CS | | 12/10Z | ROBINS | MILK 1% VIT A&D   49633 | * | 8.16 | 32.64 | |
| 85270 | 1 | 1 | CS | | 19/# | | GRAPES RED SDLS MEX | * | 23.40 | 23.40 | |
| 311132 | 1 | 1 | CS | | 19/# | | GRAPES GRN SDLS USA | * | 33.40 | 33.40 | |
| 75491* | 1 | 1 | CS | | 4/2.5# | | SPINACH CELLO | * | 15.22 | 15.22 | |
| 85524* | 3 | 3 | CS | | 8/1# | | STRAWBERRIES USA | * | 26.92 | 80.76 | |
| 87581 | 1 | 1 | CS | | 4/3# | EARTHB | SALAD SPRING MIX | * | 23.81 | 23.81 | |
| 75083* | 1 | 0 | EA | | 1/1# | | HERB CILANTRO | * | PLEASE REORDER | | |
| 315368 | 1 | 1 | CS | | 40/# | | BANANA #4 GRN TIP GT | | 22.40 | 22.40 | |
| 75595 | 1 | 1 | CS | | 25/# | | TOMATO MEDIUM M.G. | | 21.01 | 21.01 | |
| 75650 | 3 | 3 | CS | | 1/10# | | TOMATO GRAPE 10# | | 18.05 | 54.15 | |
| | 25 | 24 | | 493.80 | | | *** INVOICE SUB-TOTAL *** | | | 467.93 | |

RECEIVED BY X

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER: 35531    STOP: 10    ROUTE- 3206    NO. OF PIECES: 24

1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

DRY 5    FROZEN 0    CHILLED 19
HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300

FREIGHT ▶ .00
TAX ▶ .00
PAY THIS AMOUNT ▶ 467.93

ORIGINAL

www.fsafood.com

# FSA LOVELAND
## Food Services of America

TIN 419826179

NORMAL ORDER

PLEASE REMIT TO:
P.O. BOX 561439
DENVER, CO 80256-1439

**INVOICE**

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 1/04/2014 | 5240602 | 1 of 1 |

SHIP TO:
ARNOLAA
*** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
WHEAT RIDGE  CO 80033

ACCOUNT NO. 270247
STORE#-247

FOR ASSISTANCE CALL:
866-926-2397

SOLD TO:
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO  CO 75074

MEMO- 60
CUSTOMER PHONE NO.
303-423-4602
CUSTOMER P.O. NO.
FRG24714010347574

| ORDER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5657283 | X78 KEVIN BRIGHT | | 1/25/14 | 21 DAYS | DM | |

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | HM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PLEASE NOTE OUR NEW REMITTANCE ADDRESS | | | | |
| | | | | | | | AND UPDATE YOUR RECORDS ACCORDINGLY | | | | |
| | | | | | | | WEB ORDER #2048284 | | | | |
| 75561 | 1 | 1 | CS | | 20/# | | SQUASH ZUCCHINI MED USA | * | 14.38 | 14.38 | |
| 75557 | 1 | 1 | CS | | 20/# | | SQUASH YLW MED US | * | 16.38 | 16.38 | |
| 75233 | 1 | 1 | CS | | 24/CT | | LETTUCE ROMAINE | * | 17.85 | 17.85 | |
| 75035 | 3 | 3 | CS | | 50/# | | CABBAGE GRN LRG | * | 16.60 | 49.80 | |
| 88910 | 1 | 1 | CS | | 24/CT | | LETTUCE ICEBERG | * | 18.01 | 18.01 | |
| 85074 | 1 | 1 | CS | | 88/CT | | APPLE RED DEL XFCY WA | * | 23.49 | 23.49 | |
| 85025 | 1 | 1 | CS | | 88/CT | | APPLE GRANNY SMITH BULK XFC333 | * | 35.49 | 35.49 | |
| 80111* | 1 | 1 | CS | | 4/5# | | CABBAGE RED SHRED | * | 19.98 | 19.98 | |
| 314808 | 4 | 4 | CS | | 12/10Z | ROBINS | MILK 1% VIT A&D  49633 | * | 8.16 | 32.64 | |
| 80113* | 1 | 1 | CS | | 4/5# | | CARROTS SHREDDED | * | 17.97 | 17.97 | |
| 85270 | 1 | 1 | CS | | 19/# | | GRAPES RED SDLS MEX | * | 23.40 | 23.40 | |
| 311132 | 1 | 1 | CS | | 19/# | | GRAPES GRN SDLS USA | * | 33.40 | 33.40 | |
| 75491* | 2 | 2 | CS | | 4/2.5# | | SPINACH CELLO | * | 15.22 | 30.44 | |
| 245253* | 1 | 1 | CS | | 2/5# | ROBINS | COTTAGE CHEESE LF  46281 | * | 24.80 | 24.80 | |
| 87581 | 1 | 1 | CS | | 4/3# | EARTHS | SALAD SPRING MIX | * | 23.81 | 23.81 | |
| 75177 | 1 | 1 | CS | | 24/CT | | KALE MX | * | 12.91 | 12.91 | |
| 80018 | 1 | 1 | CS | | 20/# | | BROCCOLI CROWNS ICELESS US | * | 16.72 | 16.72 | |
| 75289 | 3 | 3 | CS | | 50/# | | ONION YLW JBO USA | * | 14.39 | 43.17 | |
| 75650 | 2 | 2 | CS | | 1/10# | | TOMATO GRAPE 10# | * | 18.05 | 36.10 | |
| | 28 | 28 | | 741.30 | | | *** INVOICE SUB-TOTAL *** | | | 490.74 | |

RECEIVED BY X ___(signature)___

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

| DRIVER | STOP | ROUTE- 6206 | NO. OF PIECES |
|---|---|---|---|
| 35517 | 11 | | 28 |

1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

DRY 5    FROZEN 0    CHILLED 23
HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300
MSDS sheets for all FSA items can be found at www.fsafood.com/msds/

| FREIGHT ▶ | .00 |
|---|---|
| TAX ▶ | .00 |
| **PAY THIS AMOUNT ▶** | **490.74** |

ORIGINAL

www.fsafood.com



**FSA LOVELAND**
**Food Services of America**

INVOICE

TIN: ...
PLEASE REMIT TO:
P.O. BOX 561439
DENVER, CO 80256-1439

NORMAL ORDER

SHIP TO:
TRUJIJO
*** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
WHEAT RIDGE    CO 80033

ACCOUNT NO. 270247
STORE#-247

FOR ASSISTANCE CALL:
866-926-2397

SOLD TO:
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO    CO 75074

INVOICE DATE: 1/08/2014
INVOICE NUMBER: 5242524
PAGE: 1 of 1
MEMO-30
CUSTOMER PHONE NO.: 303-423-4602
CUSTOMER P.O. NO.: FRG24714010747703

| ORDER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5659700 | X78 KEVIN BRIGHT | | 1/29/14 | 21 DAYS | DM | |

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | | HHM/MM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PLEASE NOTE OUR NEW REMITTANCE ADDRESS | | | | | |
| | | | | | | | AND UPDATE YOUR RECORDS ACCORDINGLY | | | | | |
| | | | | | | | WEB ORDER #2053550 | | | | | |
| 85355 | 1 | 1 | C$ | | 165/CT | | LEMON CH | | * | 25.22 | 25.22 | |
| 85504 | 1 | 1 | C$ | | 6/CT | | PINEAPPLE GOLD CR | | * | 16.81 | 16.81 | |
| 75109 | 1 | 1 | C$ | | 1/CTN | | CUCUMBERS SEL GRN | | * | 21.26 | 21.26 | |
| 75056 | 1 | 1 | C$ | | 25/# | | CARROTS TABLE | | * | 13.31 | 13.31 | |
| 75070 | 1 | 1 | C$ | | 12/CT | | CAULIFLOWER US | | * | 17.07 | 17.07 | |
| 314808 | 2 | 2 | C$ | | 12/10Z | ROBIN | MILK 1% VIT A&D | 49633 | * | 8.28 | 16.56 | |
| 85524* | 1 | 1 | C$ | | 8/1# | | STRAWBERRIES USA | | * | 26.92 | 26.92 | |
| 75289 | 1 | 1 | C$ | | 50/# | | ONION YLW JBO USA | | | 14.39 | 14.39 | |
| 75595 | 1 | 1 | C$ | | 25/# | | TOMATO MEDIUM M.G. | | | 21.01 | 21.01 | |
| | 10 | 10 | | 263.90 | | | *** INVOICE SUB-TOTAL *** | | | | 172.55 | |

RECEIVED BY X

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER: 35531    STOP: 10    ROUTE- 3206    NO. OF PIECES: 10

1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

DRY 2    FROZEN 0    CHILLED 8

HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300

FREIGHT ▶ .00
TAX ▶ .00
PAY THIS AMOUNT ▶ 172.55
ORIGINAL

www.fsafood.com

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **INVOICE** |

TIN 419826179  
PLEASE REMIT TO:  
P.O. BOX 561439  
DENVER, CO 80256-1439

INVOICE DATE: 1/11/2014  
INVOICE NUMBER: 5244266  
PAGE: 1 of 1

NORMAL ORDER

SHIP TO:  
LOWNEPA  
*** FURRS 247 WHEAT RIDGE  
4900 KIPLING ST  
WHEAT RIDGE CO 80033  
ACCOUNT NO. 270247  
STORE#-247

FOR ASSISTANCE CALL: 866-926-2397

SOLD TO:  
FURRS 247 WHEAT RIDGE  
2701 E PLANO PKWY STE 200  
BUFFET PARTNERS LP  
PLANO CO 75074

CUSTOMER PHONE NO. 303-423-4602  
MEMO- 60  
CUSTOMER P.O. NO. FRG24714011047820

ORDER REF.: 5661982  
SALES ASSOCIATE: X78 KEVIN BRIGHT  
DATE DUE: 2/01/14  
TERMS: 21 DAYS  
DM  CREDIT COPY

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | H/M | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PLEASE NOTE OUR NEW REMITTANCE ADDRESS | | | | |
| | | | | | | | AND UPDATE YOUR RECORDS ACCORDINGLY | | | | |
| | | | | | | | WEB ORDER #2058125 | | | | |
| 75561 | 1 | 1 | CS | | 20/# | | SQUASH ZUCCHINI MED USA | * | 14.38 | 14.38 | |
| 75557 | 1 | 1 | CS | | 20/# | | SQUASH YLW MED US | * | 16.38 | 16.38 | |
| 75109 | 1 | 1 | CS | | 1/CTN | | CUCUMBERS SEL GRN | * | 21.26 | 21.26 | |
| 75233 | 1 | 1 | CS | | 24/CT | | LETTUCE ROMAINE | * | 17.85 | 17.85 | |
| 75035 | 1 | 1 | CS | | 50/# | | CABBAGE GRN LRG | * | 16.60 | 16.60 | |
| 88910 | 1 | 1 | CS | | 24/CT | | LETTUCE ICEBERG | * | 18.01 | 18.01 | |
| 75491* | 1 | 1 | CS | | 4/2.5# | | SPINACH CELLO | * | 15.22 | 15.22 | |
| 85524* | 1 | 1 | CS | | 8/1# | | STRAWBERRIES USA | * | 26.92 | 26.92 | |
| 75083* | 1 | 1 | EA | | 1/1# | | HERB CILANTRO | * | 5.44 | 5.44 | |
| 80018 | 1 | 1 | CS | | 20/# | | BROCCOLI CROWNS ICELESS US | * | 16.72 | 16.72 | |
| 75289 | 1 | 1 | CS | | 50/# | | ONION YLW JBO USA | * | 14.39 | 14.39 | |
| 315368 | 1 | 1 | CS | | 40/# | | BANANA #4 GRN TIP GT | | 22.40 | 22.40 | |
| 75595 | 1 | 1 | CS | | 25/# | | TOMATO MEDIUM M.G. | | 21.01 | 21.01 | |
| | 13 | 13 | | 395.25 | | | *** INVOICE SUB-TOTAL *** | | | 226.58 | |

RECEIVED BY X: [signature]

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVEABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

DRIVER: 35479  STOP: 12  ROUTE- 6206  NO. OF PIECES: 13  
1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

DRY 3  FROZEN 0  CHILLED 10  
HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300  
MSDS sheets for all FSA items can be found at www.fsafood.com/msds/

FREIGHT ► .00  
TAX ► .00  
PAY THIS AMOUNT ► 226.58  
ORIGINAL

www.fsafood.com


FOOD SERVICES OF AMERICA®

**Invoice For: FURRS 247 WHEAT RIDGE (270247)**

| Shipping Address | Billing Address |
|---|---|
| FURRS 247 WHEAT RIDGE | FURRS 247 WHEAT RIDGE |
| 4900 KIPLING ST | 2701 E PLANO PKWY STE 200 |
| | BUFFET PARTNERS LP |
| WHEAT RIDGE, CO 80033 | PLANO, CO 75074 |
| | (214) 291-2900 |

| | | | | |
|---|---|---|---|---|
| Invoice Number | 5245256 | Customer PO Number | FRG24713120646676 |
| Sales Associate | X78 Kevin Bright | Original Invoice | 5224440 |
| Invoice Date | 01/13/2014 | Terms | 21 DAYS |
| Payment Due | 01/13/2014 | | |

| | | |
|---|---|---|
| Please remit to | Special Instructions | |
| P.O. BOX 561439 | NPCR | |
| DENVER, CO 80256-1439 | | |

**Items**

| Item Number | Quantity Order | Quantity Shipped | UM | Ship Weight | Pack/Size | Brand | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 314808 | -3 | -3 | CS | | 12/10Z | ROBINSON'S | MILK 1% VIT A&D | | $8.16 | ($24.48) |

| | | | | |
|---|---|---|---|---|
| **Shipped Weight** | -26.85 | | Subtotal | ($24.48) |
| **No. of Pieces** | -3 | | Freight | $0.00 |
| Dry Goods | 0 | | Fees | $0.00 |
| Freezer | 0 | | Tax | $0.00 |
| Cooler | -3 | | Total | ($24.48) |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(C) of the perishable agricultural commodities act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

 1.5% per month, or 18.0% per annum service charge will be charged on all past due accounts.  Returned checks subject to handling fee.

Page 1 of 1

# FSA LOVELAND
## Food Services of America

TIN 41-0826179

**PLEASE REMIT TO:**
P.O. BOX 561439
DENVER, CO 80256-1439

**FOR ASSISTANCE CALL:**
866-926-2397

**INVOICE**

| INVOICE DATE | INVOICE NUMBER | PAGE |
|---|---|---|
| 1/15/2014 | 5246313 | 1 of 1 |

NORMAL ORDER

**SHIP TO:**
TRUJIJO
*** FURRS 247 WHEAT RIDGE
4900 KIPLING ST
WHEAT RIDGE CO 80033

ACCOUNT NO. 270247
STORE#-247

**SOLD TO:**
FURRS 247 WHEAT RIDGE
2701 E PLANO PKWY STE 200
BUFFET PARTNERS LP
PLANO CO 75074

MEMO- 30
CUSTOMER PHONE NO. 303-423-4602
CUSTOMER P.O. NO. FRG24714011447932

| ORDER REF. | SALES ASSOCIATE | DELIVERY INSTRUCTIONS | DATE DUE | TERMS | CREDIT | COPY |
|---|---|---|---|---|---|---|
| 5664248 | X78 KEVIN BRIGHT | | 2/05/14 | 21 DAYS | DM | |

| ITEM NUMBER | QTY ORDERED | QTY SHIPPED | U/M | SHIP WEIGHT | PACK SIZE | BRAND | DESCRIPTION | HMM | UNIT PRICE | AMOUNT | TAX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PLEASE NOTE OUR NEW REMITTANCE ADDRESS | | | | |
| | | | | | | | AND UPDATE YOUR RECORDS ACCORDINGLY | | | | |
| | | | | | | | WEB ORDER #2062521 | | | | |
| 85355 | 1 | 1 | CS | | 165/CT | | LEMON CH | * | 25.22 | 25.22 | |
| 85504 | 1 | 1 | CS | | 6/CT | | PINEAPPLE GOLD CR | * | 16.81 | 16.81 | |
| 75336 | 1 | 1 | CS | | 1/CTN | | PEPPER GRN CHOPPER USA | * | 16.27 | 16.27 | |
| 75035 | 1 | 1 | CS | | 50/# | | CABBAGE GRN LRG | * | 16.60 | 16.60 | |
| 75056 | 1 | 1 | CS | | 25/# | | CARROTS TABLE | * | 13.31 | 13.31 | |
| 80111* | 1 | 1 | CS | | 4/5# | | CABBAGE RED SHRED | * | 19.98 | 19.98 | |
| 314808 | 4 | 4 | CS | | 12/10Z | ROBINS | MILK 1% VIT A&D  49633 | * | 8.28 | 33.12 | |
| 80113* | 1 | 1 | CS | | 4/5# | | CARROTS SHREDDED | * | 17.97 | 17.97 | |
| 75491* | 1 | 1 | CS | | 4/2.5# | | SPINACH CELLO | * | 15.22 | 15.22 | |
| 85524* | 2 | 2 | CS | | 8/1# | | STRAWBERRIES USA | * | 26.92 | 53.84 | |
| 245253* | 1 | 1 | CS | | 2/5# | ROBINS | COTTAGE CHEESE LF  46281 | * | 25.20 | 25.20 | |
| 87581 | 1 | 1 | CS | | 4/3# | EARTHB | SALAD SPRING MIX | * | 23.81 | 23.81 | |
| 75177 | 1 | 1 | CS | | 24/CT | | KALE MX | * | 12.91 | 12.91 | |
| 75289 | 1 | 1 | CS | | 50/# | | ONION YLW JBO USA | * | 14.39 | 14.39 | |
| 315368 | 1 | 1 | CS | | 40/# | | BANANA #4 GRN TIP GT | * | 22.40 | 22.40 | |
| 75650 | 1 | 1 | CS | | 1/10# | | TOMATO GRAPE 10# | * | 18.05 | 18.05 | |
| | 20 | 20 | | 416.30 | | | *** INVOICE SUB-TOTAL *** | | | 345.10 | |

RECEIVED BY X

THE PERISHABLE AGRICULTURAL COMMODITIES LISTED ON THIS INVOICE ARE SOLD SUBJECT TO THE STATUTORY TRUST AUTHORIZED BY SECTION 5(C) OF THE PERISHABLE AGRICULTURAL COMMODITIES ACT, 1930 (7 U.S.C. 499e(c)). THE SELLER OF THESE COMMODITIES RETAINS A TRUST CLAIM OVER THESE COMMODITIES, ALL INVENTORIES OF FOOD OR OTHER PRODUCTS DERIVED FROM THESE COMMODITIES, AND ANY RECEIVABLES OR PROCEEDS FROM THE SALE OF THESE COMMODITIES UNTIL FULL PAYMENT IS RECEIVED.

1.50 % PER MONTH OR 18.0 PER ANNUM SERVICE CHARGE WILL BE CHARGED ON ALL PAST DUE ACCOUNTS. RETURNED CHECKS SUBJECT TO HANDLING FEE.

| DRIVER | STOP | | NO. OF PIECES |
|---|---|---|---|
| 35531 | 11 | ROUTE- 3206 | 20 |

DRY 3 FROZEN 0 CHILLED 17
HAZ-MAT EMRG #: CHEMTREC 1-800-424-9300

| FREIGHT ▶ | .00 |
|---|---|
| TAX ▶ | .00 |
| **PAY THIS AMOUNT ▶** | **345.10** |

ORIGINAL

www.fsafood.com



**Current Summary Statement for: FURRS 247 WHEAT RIDGE**

| | | |
|---|---|---|
| **Past Due:** $3,809.47 | **Current Balance Including Credits:** | $3,750.16 |
| | **Unapplied Credit(s):** | ($59.31) |
| | **Pending Payment(s):** | $0.00 |

**Detailed information by account continues on the following pages.**

Page 1 of 1



**FURRS 247 WHEAT RIDGE #270247**

**Credit Terms:** 21 DAYS  **Past Due:** $3,809.47  **Current Balance Including Credits:** $3,750.16

**Credit Consultant:**  **Unapplied Credit(s):** ($59.31)

**Pending Payment(s):** $0.00

| Invoice Date | Invoice/Credit | Due Date | Open Amount | Customer PO | Original Invoice | "X" if Paying |
|---|---|---|---|---|---|---|
| 01/15/2013 | 5026890 | 01/30/2013 | ($22.93) | FRG2471301083 | 5022675 | |
| 07/11/2013 | 5132908 | 07/27/2013 | ($11.90) | FRG2471307054 | 5129957 | |
| 12/18/2013 | 5231163 | 01/08/2014 | $489.74 | FRG2471312174 | | |
| 12/21/2013 | 5233465 | 01/11/2014 | $737.24 | FRG2471312204 | | |
| 12/24/2013 | 5234990 | 01/14/2014 | $629.60 | FRG2471312234 | | |
| 12/28/2013 | 5236769 | 01/18/2014 | $249.99 | FRG2471312274 | | |
| 01/01/2014 | 5238706 | 01/22/2014 | $467.93 | FRG2471312314 | | |
| 01/04/2014 | 5240602 | 01/25/2014 | $490.74 | FRG2471401034 | | |
| 01/08/2014 | 5242524 | 01/29/2014 | $172.55 | FRG2471401074 | | |
| 01/11/2014 | 5244266 | 02/01/2014 | $226.58 | FRG2471401104 | | |
| 01/13/2014 | 5245256 | 01/13/2014 | ($24.48) | FRG2471312064 | 5224440 | |
| 01/15/2014 | 5246313 | 02/05/2014 | $345.10 | FRG2471401144 | | |

Pay Online using E-Pay or mail payments to: P.O. BOX 561439
DENVER, CO 80256-1439