# EXHIBIT 3



**Hardie's Houston**
Phone: 713.926.4445
Fax: 713.926.4353

**CUSTOMER STATEMENT**
DATE: 02/06/14
CUSTOMER CODE: FUR316

Remit to:
P.O. Box 610413, Dallas, TX 75261

Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|---|---|---|---|---|---|---|
| 00717727 | 04/06/13 | I | | 109.86 | 109.86 | 109.86 |
| 00762971 | 10/02/13 | I | | 385.08 | 385.08 | 494.94 |
| 00762971 | 11/13/13 | P | 174599 | -378.37 | 6.71 | 116.57 |
| 00767639 | 10/19/13 | I | | 482.00 | 482.00 | 598.57 |
| 00767639 | 11/26/13 | P | 175042 | -480.50 | 1.50 | 118.07 |
| 00767897 | 10/21/13 | I | | 20.84 | 20.84 | 138.91 |
| 01001135 | 11/06/13 | I | | 26.84 | 26.84 | 165.75 |
| 01001135 | 12/17/13 | P | 175686 | -20.84 | 6.00 | 144.91 |
| 01007563 | 12/02/13 | I | P.O. FRG31613120146524/2 | 331.87 | 331.87 | 476.78 |
| 01007563 | 12/17/13 | C | CM:00002657 | -56.00 | 275.87 | 420.78 |
| 01007563 | 01/07/14 | P | 176360 | -269.86 | 6.01 | 150.92 |
| 01011513 | 12/16/13 | I | P.O. FRG31613121546965/2 | 502.80 | 502.80 | 653.72 |
| 01012122 | 12/18/13 | I | P.O. FRG31613121747029/2 | 585.85 | 585.85 | 1,239.57 |
| 01012675 | 12/20/13 | I | P.O. FRG31613121947110/2 | 528.70 | 528.70 | 1,768.27 |
| 01013002 | 12/21/13 | I | P.O. FRG31613122047165/2 | 501.10 | 501.10 | 2,269.37 |
| 01013217 | 12/23/13 | I | P.O. FRG31613122247213/2 | 939.55 | 939.55 | 3,208.92 |
| 01013217 | 12/23/13 | C | CM:00002905 | -31.50 | 908.05 | 3,177.42 |
| 01013303 | 12/23/13 | I | | 51.00 | 51.00 | 3,228.42 |
| 01013660 | 12/26/13 | I | P.O. FRG31613122547297/2 | 258.59 | 258.59 | 3,487.01 |
| 01013855 | 12/27/13 | I | P.O. FRG31613122647328/2 | 373.87 | 373.87 | 3,860.88 |
| 01014122 | 12/28/13 | I | P.O. FRG31613122747368/2 | 258.45 | 258.45 | 4,119.33 |
| 01014395 | 12/30/13 | I | P.O. FRG31613122947418/2 | 666.32 | 666.32 | 4,785.65 |
| 01014395 | 12/30/13 | C | CM:00003147 | -27.58 | 638.74 | 4,758.07 |
| 01014892 | 01/02/14 | I | P.O. FRG31613123147492/2 | 698.75 | 698.75 | 5,456.82 |
| 01015563 | 01/04/14 | I | P.O. FRG31614010347598/2 | 567.39 | 567.39 | 6,024.21 |
| 01015772 | 01/06/14 | I | P.O. FRG31614010547650/2 | 526.30 | 526.30 | 6,550.51 |
| 01015867 | 01/06/14 | I | | 16.65 | 16.65 | 6,567.16 |
| 01016351 | 01/08/14 | I | P.O. FRG31614010747724/2 | 305.63 | 305.63 | 6,872.79 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | Statement Total |
|---|---|---|---|---|---|
| 305.63 | 6,416.24 | 6.01 | 28.34 | 116.57 | $6,872.79 |

**TERMS AND CONDITIONS**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 10% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

**CREDIT CODES**

D=DR Memo  I=Invoice  F=Finance Charge
C=CR Memo  P=Payment  A=Discount Allowed
J=Adjustment



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

## INVOICE

| | |
|---|---|
| INVOICE | 01013217 |
| DATE | 12/23/13 |
| TRIP | 00001534 |
| ROUTE/STOP | 06 / 70 |
| CUSTOMER CODE | FUR316 / |

**Bill to:**
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

**Ship to:**
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

**Remit to:**
P.O Box 610413, Dallas, TX 75261

INV11M000101
010132170001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 00305 | BROCCOLI CROWNS | 18/20# | 17.24 | 34.48 | |
| 3 | 3 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.44 | 52.32 | |
| 1 | 1 | 00975 | CILANTRO WASHED & TRIMMED | 4/1# | 16.57 | 16.57 | |
| 2 | 2 | 74071 | CUCUMBER SELECT 1 1/9 BU | 45# | 21.96 | 43.92 | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.61 | 13.61 | |
| 1 | 1 | 01707 | LETTUCE ICEBERG LINER ABOY | 24 CT | 18.74 | 18.74 | |
| 3 | 3 | 71113 | LETTUCE ROMAINE | 24 CT | 18.69 | 56.07 | |
| 1 | 1 | 71205 | MUSHROOM BUTTON (SMALL) | 10# | 18.30 | 18.30 | |
| 1 | 1 | 71218 | MUSHROOM SLICED | 10# | 18.20 | 18.20 | |
| 2 | 2 | 02257 | ONION GREEN CLEAN & TRIM | 4/2# | 16.65 | 33.30 | |
| 1 | 1 | 71406 | ONION RED JUMBO | 25# | 14.97 | 14.97 | |
| 3 | 3 | 71415 | ONION YELLOW JUMBO | 50# | 16.41 | 49.23 | |
| 2 | 2 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.79 | 33.58 | |
| 2 | 2 | 02836 | POTATO IDAHO | 90 CT | 14.43 | 28.86 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 16.74 | |
| 1 | 1 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 14.74 | |
| 4 | 4 | 71574 | POTATO SWEET JUMBO | 40# | 25.26 | 101.04 | |
| 2 | 2 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 24.54 | 49.08 | |
| 3 | 3 | 03610 | TOMATO GRAPE | 10# | 17.45 | 52.35 | |
| 1 | 1 | 00071 | APPLE RED XFCY | 88 CT | 26.06 | 26.06 | |
| 1 | 1 | 70101 | BANANA 1 4 COLOR GREEN TIP | 40# | 20.20 | 20.20 | |
| 3 | 3 | 71842 | STRAWBERRY DOMES DRISCOLL | 8/1# | 27.58 | 82.74 | |
| 1 | 1 | 01245 | GRAPES RED SEEDLESS | 18-20# | 38.38 | 38.38 | |
| 1 | 1 | 01642 | LEMON SK CHOICE | 165 CT | 22.69 | 22.69 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.26 | 17.26 | |
| 1 | 1 | 00412 | HP CARROT SHRED 1/8 | 4/5# | 18.98 | 18.98 | |
| 0 | 0 | 01940 | MILK 2% | 4/1 GAL | 17.00 | .00 | |
| 1 | 1 | 01013 | COTTAGE CHEESE TUBS 2/5# | 4/5# | 31.50 | 31.50 | 15.75 |



| | | |
|---|---|---|
| ORDER TAKER | EDI | |
| ORDER DATE | | |
| DRIVER'S NAME | | |
| SALESPERSON | | |
| CUSTOMER PO# | FRG31613122247213 | |
| TERMS | NET 21 DAYS | |
| SUBTOTAL | -15.75 | 939.55 |
| TAX | | .00 |
| TOTAL INVOICE | 423.80 | $939.55 |

| REPACKS | 1 |
|---|---|
| FULL CASES | 47 |
| WEIGHT | 1381.76 |
| TOTAL PCS | 47 |

**CUSTOMER SIGNATURE**
X
NAME (PLEASE PRINT)

DATE

NOTES

### TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

**INVOICE**

| | |
|---|---|
| | 01013303 |
| DATE | 12/23/13 |
| TRIP | 00001548 |
| ROUTE/STOP | 802 / 1 |
| CUSTOMER CODE | FUR316 / |

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261



INV11M000101
010133030001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 3 | 3 | 01940 | MILK 2% | 4/1 GAL | 17.00 | 51.00 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 51.00 |
|---|---|---|---|---|---|
| LC1 | | | PRO·ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | America's Produce Specialists | TOTAL INVOICE | $51.00 |
| | | NET 21 DAYS | | | |

| REPACKS | 0 |
|---|---|
| FULL CASES | 3 |
| WEIGHT | 108.63 |
| TOTAL PCS | 3 |

CUSTOMER SIGNATURE
X [signature]
NAME (PLEASE PRINT)

DATE

NOTES

**TERMS AND CONDITIONS**
Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

| INVOICE | 01013660 |
|---|---|
| DATE | 12/26/13 |
| TRIP | 00001592 |
| ROUTE/STOP | 06 / 50 |
| CUSTOMER CODE | FUR316 / |

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.24 | 17.24 | |
| 1 | 1 | 71109 | LETTUCE GREEN LEAF | 24 CT | 18.11 | 18.11 | |
| 1 | 1 | 01883 | MESCLUN MIX | 4/3# | 24.51 | 24.51 | |
| 1 | 1 | 71415 | ONION YELLOW JUMBO | 50# | 16.41 | 16.41 | |
| 2 | 2 | 02836 | POTATO IDAHO | 90 CT | 14.43 | 28.86 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 24.54 | 24.54 | |
| 1 | 1 | 01255 | GRAPES WHITE SEEDLESS | 18-20# | 36.38 | 36.38 | |
| 1 | 1 | 70712 | HONEYDEW | 8 CT | 18.19 | 18.19 | |
| 1 | 1 | 02412 | ORANGE SK CHOICE | 088 CT | 22.47 | 22.47 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.26 | 17.26 | |
| 1 | 1 | 00412 | HP CARROT SHRED 1/8 | 4/5# | 18.98 | 18.98 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 258.59 |
|---|---|---|---|---|---|
| EDI | | | PRO-ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL INVOICE | $258.59 |
| | FRG31613122547297 | NET 21 DAYS | | | |

| REPACKS | 1 |
|---|---|
| FULL CASES | 13 |
| WEIGHT | 374.00 |
| TOTAL PCS | 13 |

CUSTOMER SIGNATURE
X _____
NAME (PLEASE PRINT)
DATE

NOTES

**TERMS AND CONDITIONS**
Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

| INVOICE | 01013855 |
|---|---|
| DATE | 12/27/13 |
| TRIP | 00001630 |
| ROUTE/STOP | 06 / 100 |
| CUSTOMER CODE | FUR316 / |

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261



TNV11H000101
01013855O001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.24 | 17.24 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.44 | 17.44 | |
| 1 | 1 | 74071 | CUCUMBER SELECT 1 1/9 BU | 45# | 21.96 | 21.96 | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.61 | 13.61 | |
| 2 | 2 | 71113 | LETTUCE ROMAINE | 24 CT | 18.69 | 37.38 | |
| 1 | 1 | 71218 | MUSHROOM SLICED | 10# | 18.20 | 18.20 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.79 | 16.79 | |
| 1 | 1 | 02646 | PEPPER RED BELL CHOPPER | 1 1/9 BU | 22.79 | 22.79 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 16.74 | |
| 1 | 1 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 14.74 | |
| 1 | 1 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 24.54 | 24.54 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 2 | 2 | 71842 | STRAWBERRY DOMES DRISCOLL | 8/1# | 27.58 | 55.16 | |
| 2 | 2 | 01642 | LEMON SK CHOICE | 165 CT | 22.69 | 45.38 | |
| 1 | 1 | 01940 | MILK 2% | 4/1 GAL | 17.00 | 17.00 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 373.87 |
|---|---|---|---|---|---|
| EDI | | | PRO-ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | America's Produce Specialists | TOTAL INVOICE | $373.87 |
| | FRG31613122647328 | NET 21 DAYS | | | |

| REPACKS | 0 |
|---|---|
| FULL CASES | 19 |
| WEIGHT | 498.21 |
| TOTAL PCS | 19 |

CUSTOMER SIGNATURE
X _[signature]_
NAME (PLEASE PRINT)

DATE

NOTES

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

| INVOICE | 01014122 |
|---|---|
| DATE | 12/28/13 |
| TRIP | 00001666 |
| ROUTE/STOP | 23 / 30 |
| CUSTOMER CODE | FUR316 / |

**Bill to:**
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

**Ship to:**
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

**Remit to:**
P.O Box 610413, Dallas, TX 75261

INV11M000101
01014122D001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.24 | 17.24 | |
| 1 | 1 | 74071 | CUCUMBER SELECT 1 1/9 BU | 45# | 21.96 | 21.96 | |
| 1 | 1 | 71415 | ONION YELLOW JUMBO | 50# | 16.41 | 16.41 | |
| 3 | 3 | 02836 | POTATO IDAHO | 90 CT | 14.43 | 43.29 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 16.74 | |
| 1 | 1 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 24.54 | 24.54 | |
| 1 | 1 | 03610 | TOMATO GRAPE | 10# | 17.45 | 17.45 | |
| 1 | 1 | 70101 | BANANA 1 4 COLOR GREEN TIP | 40# | 20.20 | 20.20 | |
| 1 | 1 | 00412 | HP CARROT SHRED 1/8 | 4/5# | 18.98 | 18.98 | |
| 1 | 1 | 01940 | MILK 2% | 4/1 GAL | 17.00 | 17.00 | |
| 1 | 1 | 01115 | EGGS LARGE | 15 DZ | 29.00 | 29.00 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 258.45 |
|---|---|---|---|---|---|
| EDI | | |  PRO·ACT American Produce Specialist | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL INVOICE | $258.45 |
| | FRG31613122747368 | NET 21 DAYS | | | |

| REPACKS | 1 |
|---|---|
| FULL CASES | 14 |
| WEIGHT | 465.21 |
| TOTAL PCS | 14 |

**CUSTOMER SIGNATURE**
X _Michael_
NAME (PLEASE PRINT)
DATE

NOTES

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

# 3147

| INVOICE | 01014395 |
|---|---|
| DATE | 12/30/13 |
| TRIP | 00001690 |
| ROUTE/STOP | 06 / 60 |
| CUSTOMER CODE | FUR316 / |

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261



INV11M000101
010143950001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.44 | 34.88 | |
| 1 | 1 | 70224 | CAULIFLOWER CELLO | 12 CT | 17.59 | 17.59 | |
| 1 | 1 | 00546 | CELERY | 30/36 CT | 25.66 | 25.66 | |
| 1 | 1 | 01707 | LETTUCE ICEBERG LINER ABOY | 24 CT | 18.74 | 18.74 | |
| 2 | 2 | 71113 | LETTUCE ROMAINE | 24 CT | 18.69 | 37.38 | |
| 1 | 1 | 71218 | MUSHROOM SLICED | 10# | 18.20 | 18.20 | |
| 1 | 1 | 71406 | ONION RED JUMBO | 25# | 14.97 | 14.97 | |
| 1 | 1 | 71415 | ONION YELLOW JUMBO | 50# | 16.41 | 16.41 | |
| 1 | 1 | 71536 | PEPPER JALAPENO | 38-40# | 30.72 | 30.72 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.79 | 16.79 | |
| 2 | 2 | 02836 | POTATO IDAHO | 90 CT | 14.43 | 28.86 | |
| 2 | 2 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 22.44 | 44.88 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 00071 | APPLE RED XFCY | 88 CT | 26.06 | 26.06 | |
| 1 | 1 | 00054 | APPLE GS PREMIUM | 88 CT | 38.06 | 38.06 | |
| 1 | 1 | 70101 | BANANA 1-4 COLOR GREEN TIP | 40# | 20.76 | 20.76 | |
| 1-1/1-1 | | 71842 | STRAWBERRY DOMES DRISCOLL short | 8/1# | 27.58 | 55.10 | 2758 |
| 1 | 1 | 01255 | GRAPES WHITE SEEDLESS | 18-20# | 38.38 | 38.38 | |
| 1 | 1 | 01245 | GRAPES RED SEEDLESS | 18-20# | 38.38 | 38.38 | |
| 1 | 1 | 01642 | LEMON SK CHOICE | 165 CT | 26.52 | 26.52 | |
| 2 | 2 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.26 | 34.52 | |
| 1 | 1 | 01940 | MILK 2% | 4/1 GAL | 17.00 | 17.00 | |
| 1 | 1 | 01013 | COTTAGE CHEESE TUBS | 4/5# | 31.50 | 31.50 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | −27.58  666.32 |
|---|---|---|---|---|---|
| EDI | | | PRO·ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | America's Produce Specialist | TOTAL INVOICE | 638.74  $666.32 |
| | FRG316J3122947418 | NET 21 DAYS | | | |

| REPACKS | 0 |
|---|---|
| FULL CASES | 30 |
| WEIGHT | 955.97 |
| TOTAL PCS | 30 |

CUSTOMER SIGNATURE
X _[signature]_
NAME (PLEASE PRINT)
DATE
NOTES

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

**INVOICE** 01014892
DATE 01/02/14
TRIP 00001756
ROUTE/STOP 06 / 70
CUSTOMER CODE FUR316

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373
281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261

ENV11M000101
010148920001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.24 | 17.24 | |
| 2 | 2 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.44 | 34.88 | |
| 1 | 1 | 74071 | CUCUMBER SELECT 1 1/9 BU | 45# | 21.96 | 21.96 | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.61 | 13.61 | |
| 1 | 1 | 71113 | LETTUCE ROMAINE | 24 CT | 18.69 | 18.69 | |
| 1 | 1 | 01883 | MESCLUN MIX | 4/3# | 24.51 | 24.51 | |
| 1 | 1 | 71205 | MUSHROOM BUTTON (SMALL) | 10# | 18.30 | 18.30 | |
| 1 | 1 | 71218 | MUSHROOM SLICED | 10# | 18.20 | 18.20 | |
| 1 | 1 | 02257 | ONION GREEN CLEAN & TRIM | 4/2# | 16.65 | 16.65 | |
| 1 | 1 | 71406 | ONION RED JUMBO | 25# | 14.97 | 14.97 | |
| 2 | 2 | 71415 | ONION YELLOW JUMBO | 50# | 16.41 | 32.82 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.79 | 16.79 | |
| 3 | 3 | 02836 | POTATO IDAHO | 90 CT | 14.43 | 43.29 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 2 | 2 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 33.48 | |
| 2 | 2 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 29.48 | |
| 3 | 3 | 71574 | POTATO SWEET JUMBO | 40# | 25.26 | 75.78 | |
| 2 | 2 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 22.44 | 44.88 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 70101 | BANANA 1 4 COLOR GREEN TIP | 40# | 20.76 | 20.76 | |
| 2 | 2 | 71842 | STRAWBERRY DOMES DRISCOLL | 8/1# | 27.58 | 55.16 | |
| 1 | 1 | 01642 | LEMON SK CHOICE | 165 CT | 26.52 | 26.52 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.26 | 17.26 | |
| 1 | 1 | 00412 | HP CARROT SHRED 1/8 | 4/5# | 18.98 | 18.98 | |
| 2 | 2 | 01940 | MILK 2% | 4/1 GAL | 17.00 | 34.00 | |



| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 698.75 |
|---|---|---|---|---|---|
| EDI | | | | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL INVOICE | $698.75 |
| | FRG316131231247492 | NET 21 DAYS | | | |

REPACKS: 1
FULL CASES: 37
WEIGHT: 1084.42
TOTAL PCS: 37
NOTES

CUSTOMER SIGNATURE
X
NAME (PLEASE PRINT)
DATE

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

**INVOICE** 01015563
| | |
|---|---|
| DATE | 01/04/14 |
| TRIP | 00001820 |
| ROUTE/STOP | 06 / 70 |
| CUSTOMER CODE | FUR316 / |

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261



INV11M000101
01015563001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.24 | 17.24 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.44 | 17.44 | |
| 1 | 1 | 70224 | CAULIFLOWER CELLO | 12 CT | 17.59 | 17.59 | |
| 1 | 1 | 74071 | CUCUMBER SELECT 1 1/9 BU | 45# | 21.96 | 21.96 | |
| 2 | 2 | 71001 | KALE PREMIUM | 24 CT | 13.61 | 27.22 | |
| 1 | 1 | 01707 | LETTUCE ICEBERG LINER ABOY | 24 CT | 18.74 | 18.74 | |
| 2 | 2 | 71113 | LETTUCE ROMAINE | 24 CT | 18.69 | 37.38 | |
| 1 | 1 | 01883 | MESCLUN MIX | 4/3# | 24.51 | 24.51 | |
| 2 | 2 | 02836 | POTATO IDAHO | 90 CT | 14.43 | 28.86 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 16.74 | |
| 2 | 2 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 29.48 | |
| 1 | 1 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 22.44 | 22.44 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 70101 | BANANA 1 4 COLOR GREEN TIP | 40# | 20.76 | 20.76 | |
| 2 | 2 | 71842 | STRAWBERRY DOMES DRISCOLL | 8/1# | 27.58 | 55.16 | |
| 1 | 1 | 01245 | GRAPES RED SEEDLESS | 18-20# | 38.38 | 38.38 | |
| 1 | 1 | 01642 | LEMON SK CHOICE | 165 CT | 26.52 | 26.52 | |
| 1 | 1 | 01845 | CANTALOUPE | 15/18 CT | 21.49 | 21.49 | |
| 1 | 1 | 70712 | HONEYDEW | 8 CT | 18.19 | 18.19 | |
| 1 | 1 | 00388 | HP CABBAGE RED SHREDDED 1/8" | 4/5# | 20.77 | 20.77 | |
| 1 | 1 | 00412 | HP CARROT SHRED 1/8 | 4/5# | 18.98 | 18.98 | |
| 1 | 1 | 01940 | MILK 2% | 4/1 GAL | 17.00 | 17.00 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 567.39 |
|---|---|---|---|---|---|
| EDI | | | PRO-ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | America's Produce Specialist | TOTAL INVOICE | $567.39 |
| | FRG31614010347598 | NET 21 DAYS | | | |

| REPACKS | 2 |
|---|---|
| FULL CASES | 29 |
| WEIGHT | 813.21 |
| TOTAL PCS | 29 |

CUSTOMER SIGNATURE
X Michael
NAME (PLEASE PRINT)

DATE

NOTES

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

| INVOICE | 01015772 |
|---|---|
| DATE | 01/06/14 |
| TRIP | 00001845 |
| ROUTE/STOP | 06 / 80 |
| CUSTOMER CODE | FUR316 / |

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373
281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261



INV11K000101
010157720001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 00305 | BROCCOLI CROWNS | 18/20# | 17.24 | 34.48 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.44 | 17.44 | |
| 1 | 1 | 74071 | CUCUMBER SELECT 1 1/9 BU | 45# | 21.96 | 21.96 | |
| 1 | 1 | 71113 | LETTUCE ROMAINE | 24 CT | 18.69 | 18.69 | |
| 1 | 1 | 71218 | MUSHROOM SLICED | 10# | 18.20 | 18.20 | |
| 0 | 0 | 02257 | ONION GREEN CLEAN & TRIM | 4/2# | 16.65 | .00 | |
| 2 | 2 | 71415 | ONION YELLOW JUMBO | 50# | 16.41 | 32.82 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.79 | 16.79 | |
| 3 | 3 | 02836 | POTATO IDAHO | 90 CT | 14.43 | 43.29 | |
| 2 | 2 | 02866 | POTATO A SIZE RED SACK | 50# | 30.01 | 60.02 | |
| 1 | 1 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 18.79 | 18.79 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 00071 | APPLE RED XFCY | 88 CT | 26.06 | 26.06 | |
| 1 | 1 | 00054 | APPLE GS PREMIUM | 88 CT | 38.06 | 38.06 | |
| 2 | 2 | 71842 | STRAWBERRY DOMES DRISCOLL | 8/1# | 27.58 | 55.16 | |
| 1 | 1 | 01255 | GRAPES WHITE SEEDLESS | 18-20# | 38.38 | 38.38 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.26 | 17.26 | |
| 2 | 2 | 01940 | MILK 2% | 4/1 GAL | 17.00 | 34.00 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 526.30 |
|---|---|---|---|---|---|
| EDI | | | PRO•ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL INVOICE | $526.30 |
| | FRG316140010547650 | NET 21 DAYS | | | |

| REPACKS | 0 |
|---|---|
| FULL CASES | 25 |
| WEIGHT | 827.42 |
| TOTAL PCS | 25 |

CUSTOMER SIGNATURE
X Fredo Banion
NAME (PLEASE PRINT)

DATE

NOTES

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



**Hardie's Fruit & Vegetable Co. - Houston LP**
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

**INVOICE** 01015867
DATE 01/06/14
TRIP 00001871
ROUTE/STOP 806 / 3
CUSTOMER CODE FUR316 /

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261

INV11M000101
010158670001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 02257 | ONION GREEN CLEAN & TRIM | 4/2# | 16.65 | 16.65 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 16.65 |
|---|---|---|---|---|---|
| LC1 | | | PRO-ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL INVOICE | $16.65 |
| | | NET 21 DAYS | | | |

REPACKS: 0
FULL CASES: 1
WEIGHT: 9.00
TOTAL PCS: 1

CUSTOMER SIGNATURE
X Fredo Ranioh
NAME (PLEASE PRINT)

DATE

NOTES

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



Hardie's Fruit & Vegetable Co. - Houston LP
Phone: (713) 926-4445
Fax: (713) 926-4353
Accounting: (214) 708-6151

**INVOICE** 01016351
DATE 01/08/14
TRIP 00001912
ROUTE/STOP 06 / 80
CUSTOMER CODE FUR316 / FUR316

Bill to:
Furr's Buffett Partners
2701 E. Plano Parkway
Suite 200
Spring, TX 77373

Ship to:
Furr's 316-Spring
21005 Interstate 45
Spring, TX 77373

281.528.5455

Remit to:
P.O Box 610413, Dallas, TX 75261

INV11H000101
010163510001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.44 | 34.88 | |
| 1 | 1 | 71113 | LETTUCE ROMAINE | 24 CT | 18.69 | 18.69 | |
| 1 | 1 | 71415 | ONION YELLOW JUMBO | 50# | 16.41 | 16.41 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.79 | 16.79 | |
| 1 | 1 | 02836 | POTATO IDAHO | 90 CT | 14.43 | 14.43 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 2 | 2 | 71574 | POTATO SWEET JUMBO | 40# | 25.26 | 50.52 | |
| 1 | 1 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 18.79 | 18.79 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 70101 | BANANA 1 4 COLOR GREEN TIP | 40# | 20.76 | 20.76 | |
| 1 | 1 | 71842 | STRAWBERRY DOMES DRISCOLL | 8/1# | 27.58 | 27.58 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.26 | 17.26 | |
| 1 | 1 | 00412 | HP CARROT SHRED 1/8 | 4/5# | 18.98 | 18.98 | |


PRO-ACT
American Produce Specialist

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 305.63 |
|---|---|---|---|---|---|
| EDI | | | | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL INVOICE | $305.63 |
| | FRG31614010747724 | NET 21 DAYS | | | |

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | 1 |
| FULL CASES | 16 |
| WEIGHT | 496.00 |
| TOTAL PCS | 16 |

NOTES

**CUSTOMER SIGNATURE**
X _Miller_
NAME (PLEASE PRINT) _____

DATE _____