# EXHIBIT 4



Hardies South
Phone: 512-451-8757
Fax: 512-929-0041

**CUSTOMER STATEMENT**

| DATE | 02/06/14 |
|---|---|
| CUSTOMER CODE | FUR204 |

Remit to:
P.O. Box 613216. Dallas, TX 75261

Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|---|---|---|---|---|---|---|
| 00315080 | 03/09/13 | J | | -164.28 | -164.28 | -164.28 |
| 00339955 | 04/29/13 | J | | -18.72 | -18.72 | -183.00 |
| 00360921 | 06/10/13 | J | | -.11 | -.11 | -183.11 |
| 00372034 | 07/03/13 | I | | 332.74 | 332.74 | 149.63 |
| 00401529 | 08/31/13 | J | | -3.90 | -3.90 | 145.73 |
| 00406314 | 09/10/13 | I | | 13.14 | 13.14 | 158.87 |
| 00426779 | 10/16/13 | I | | 175.54 | 175.54 | 334.41 |
| 00428132 | 10/18/13 | I | | 437.54 | 437.54 | 771.95 |
| 00428860 | 10/19/13 | I | | 740.66 | 740.66 | 1,512.61 |
| 00429568 | 10/21/13 | I | | 431.40 | 431.40 | 1,944.01 |
| 00436409 | 11/01/13 | I | | 18.03 | 18.03 | 1,962.04 |
| 00441471 | 11/09/13 | I | | 37.44 | 37.44 | 1,999.48 |
| 00441765 | 11/09/13 | I | | 37.44 | 37.44 | 2,036.92 |
| 00443977 | 11/13/13 | J | | -18.72 | -18.72 | 2,018.20 |
| 00465162 | 12/23/13 | I | | 676.01 | 676.01 | 2,694.21 |
| 00465162 | 01/24/14 | P | 176762 | -662.61 | 13.40 | 2,031.60 |
| 00468787 | 12/31/13 | J | | -18.72 | -18.72 | 2,012.88 |
| 00470696 | 01/06/14 | I | | 507.67 | 507.67 | 2,520.55 |
| 00471924 | 01/08/14 | I | | 238.14 | 238.14 | 2,758.69 |
| 00472518 | 01/09/14 | I | | 820.22 | 820.22 | 3,578.91 |
| 00473805 | 01/11/14 | I | | 719.74 | 719.74 | 4,298.65 |
| 00475053 | 01/14/14 | I | | 258.67 | 258.67 | 4,557.32 |
| 00475671 | 01/15/14 | I | | 170.83 | 170.83 | 4,728.15 |
| 00476324 | 01/16/14 | I | | 717.11 | 717.11 | 5,445.26 |
| 00477625 | 01/18/14 | I | | 773.77 | 773.77 | 6,219.03 |
| 01021141 | 01/22/14 | I | P.O. FRG20414012048130/2 | 343.42 | 343.42 | 6,562.45 |
| 01021948 | 01/22/14 | I | | 253.89 | 253.89 | 6,816.34 |
| 01022141 | 01/22/14 | I | P.O. FRG20414012148162/2 | 414.72 | 414.72 | 7,231.06 |
| 01022926 | 01/23/14 | I | P.O. FRG20414012248200/2 | 233.34 | 233.34 | 7,464.40 |
| 01024831 | 01/25/14 | I | P.O. FRG20414012448260/2 | 493.86 | 493.86 | 7,958.26 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | Statement |  |
|---|---|---|---|---|---|---|---|
| CONT | CONT | CONT | CONT | CONT | | Total | CONT |

TERMS AND CONDITIONS

The perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust

CREDIT CODES

D=DR Memo I=Invoice F=Finance Charge
C=CR Memo P=Payment A=Discount Allowed
J=Adjustment



Hardies South
Phone 512-451-8757
Fax 512-929-0041

**CUSTOMER STATEMENT**

| | |
|---|---|
| DATE | 02/06/14 |
| CUSTOMER CODE | FUR204 |

Remit to:
P.O. Box 613216, Dallas, TX 75261

Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|---|---|---|---|---|---|---|
| 01025670 | 01/27/14 | I | P.O. FRG20414012648306/2 | 447.56 | 447.56 | 8,405.82 |
| 01026644 | 01/28/14 | I | P.O. FRG20414012748327/2 | 177.06 | 177.06 | 8,582.88 |
| 01027550 | 01/29/14 | I | P.O. FRG20414012848358/2 | 165.01 | 165.01 | 8,747.89 |
| 01028022 | 01/30/14 | I | | 97.97 | 97.97 | 8,845.86 |
| 01028373 | 01/30/14 | I | P.O. FRG20414012948394/2 | 459.97 | 459.97 | 9,305.83 |
| 01029585 | 01/31/14 | I | P.O. FRG20414013048434/2 | 232.30 | 232.30 | 9,538.13 |
| 01030696 | 02/01/14 | I | | 691.41 | 691.41 | 10,229.54 |
| 01031615 | 02/03/14 | I | P.O. FRG20414020248504/2 | 643.48 | 643.48 | 10,873.02 |
| 01032498 | 02/04/14 | I | P.O. FRG20414020348523/2 | 213.43 | 213.43 | 11,086.45 |
| 01033483 | 02/05/14 | I | P.O. FRG20414020448557/2 | 195.16 | 195.16 | 11,281.61 |
| 01034313 | 02/06/14 | I | P.O. FRG20414020548589/2 | 597.66 | 597.66 | 11,879.27 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | Statement Total | |
|---|---|---|---|---|---|---|---|
| 9,358.72 | 502.35 | 56.16 | 1,803.17 | 158.87 | | | $11,879.27 |

**TERMS AND CONDITIONS**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 10% added to unpaid balance. Interest and attorney fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

**CREDIT CODES**

D=DR Memo I=Invoice F=Finance Charge
C=CR Memo P=Payment A=Discount Allowed
J=Adjustment



Hardies South
Phone: 512-451-8757
Fax. 512-929-0041

### CUSTOMER STATEMENT

| | |
|---|---|
| DATE | 02/06/14 |
| CUSTOMER CODE | FUR317 |

Remit to:
P.O. Box 613216, Dallas, TX 75261

Furr's # 317 - IH 35
7863 S. Interstate 35
San Antonio, TX 78224

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|---|---|---|---|---|---|---|
| 00329201 | 04/07/13 | J | | -4.50 | -4.50 | -4.50 |
| 00465177 | 12/23/13 | I | | 1,103.51 | 1,103.51 | 1,099.01 |
| 00465177 | 01/24/14 | P | 176762 | -1,150.08 | -46.57 | -51.07 |
| 00470872 | 01/06/14 | I | | 561.56 | 561.56 | 510.49 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | Statement | |
|---|---|---|---|---|---|---|---|
| .00 | 514.99 | .00 | .00 | -4.50 | | Total | $510.49 |

### TERMS AND CONDITIONS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received.
Interest at 18% added to unpaid balance. Interest and attorneys fees necessary to collect
any balance due hereunder shall be considered sums owing in connection with this transaction
under the PACA trust.

### CREDIT CODES

D=DR Memo I=Invoice F=Finance Charge
C=CR Memo P=Payment A=Discount Allowed
J=Adjustment



Hardies South
Phone: 512-451-8757
Fax: 512-929-0041

Hardie's
CELEBRATING 70 YEARS

**CUSTOMER STATEMENT**

| DATE | 02/06/14 |
|---|---|
| CUSTOMER CODE | FURRS |

Remit to:
P.O. Box 613216, Dallas, TX 75261

Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano, TX 75074

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|---|---|---|---|---|---|---|
| 00315080 | 03/09/13 | J | | -164.28 | -164.28 | -164.28 |
| 00339955 | 04/29/13 | J | | -18.72 | -18.72 | -183.00 |
| 00360921 | 06/10/13 | J | | -.11 | -.11 | -183.11 |
| 00372034 | 07/03/13 | I | | 332.74 | 332.74 | 149.63 |
| 00401529 | 08/31/13 | J | | -3.90 | -3.90 | 145.73 |
| 00406314 | 09/10/13 | I | | 13.14 | 13.14 | 158.87 |
| 00426779 | 10/16/13 | I | | 175.54 | 175.54 | 334.41 |
| 00428132 | 10/18/13 | I | | 437.54 | 437.54 | 771.95 |
| 00428860 | 10/19/13 | I | | 740.66 | 740.66 | 1,512.61 |
| 00429568 | 10/21/13 | I | | 431.40 | 431.40 | 1,944.01 |
| 00436409 | 11/01/13 | I | | 18.03 | 18.03 | 1,962.04 |
| 00441471 | 11/09/13 | I | | 37.44 | 37.44 | 1,999.48 |
| 00441765 | 11/09/13 | I | | 37.44 | 37.44 | 2,036.92 |
| 00443977 | 11/13/13 | J | | -18.72 | -18.72 | 2,018.20 |
| 00465162 | 12/23/13 | I | | 676.01 | 676.01 | 2,694.21 |
| 00465162 | 01/24/14 | P | 176762 | -662.61 | 13.40 | 2,031.60 |
| 00468787 | 12/31/13 | J | | -18.72 | -18.72 | 2,012.88 |
| 00470696 | 01/06/14 | I | | 507.67 | 507.67 | 2,520.55 |
| 00471924 | 01/08/14 | I | | 238.14 | 238.14 | 2,758.69 |
| 00472518 | 01/09/14 | I | | 820.22 | 820.22 | 3,578.91 |
| 00473805 | 01/11/14 | I | | 719.74 | 719.74 | 4,298.65 |
| 00475053 | 01/14/14 | I | | 258.67 | 258.67 | 4,557.32 |
| 00475671 | 01/15/14 | I | | 170.83 | 170.83 | 4,728.15 |
| 00476324 | 01/16/14 | I | | 717.11 | 717.11 | 5,445.26 |
| 00477625 | 01/18/14 | I | | 773.77 | 773.77 | 6,219.03 |
| 01021141 | 01/22/14 | I | P.O. FRG20414012048130/2 | 343.42 | 343.42 | 6,562.45 |
| 01021948 | 01/22/14 | I | | 253.89 | 253.89 | 6,816.34 |
| 01022141 | 01/22/14 | I | P.O. FRG20414012148162/2 | 414.72 | 414.72 | 7,231.06 |
| 01022926 | 01/23/14 | I | P.O. FRG20414012248200/2 | 233.34 | 233.34 | 7,464.40 |
| 01024831 | 01/25/14 | I | P.O. FRG20414012448260/2 | 493.86 | 493.86 | 7,958.26 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | Statement Total | |
|---|---|---|---|---|---|---|---|
| CONT | CONT | CONT | CONT | CONT | | | CONT |

TERMS AND CONDITIONS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received.
Interest at 10% added to unpaid balance. Interest and attorneys fees necessary to collect
any balance due hereunder shall be considered sums owing in connection with this transaction
under the PACA trust.

CREDIT CODES

D=DR Memo I=Invoice F=Finance Charge
C=CR Memo P=Payment A=Discount Allowed
J=Adjustment



Hardies South
Phone: 512-451-8757
Fax: 532-929-0041

Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano, TX 75074

**CUSTOMER STATEMENT**

| | |
|---|---|
| DATE | 02/06/14 |
| CUSTOMER CODE | FURRS |

Remit to:
P.O. Box 613216, Dallas, TX 75261

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|---|---|---|---|---|---|---|
| 01025670 | 01/27/14 | I | P.O. FRG20414012648306/2 | 447.56 | 447.56 | 8,405.82 |
| 01026644 | 01/28/14 | I | P.O. FRG20414012748327/2 | 177.06 | 177.06 | 8,582.88 |
| 01027550 | 01/29/14 | I | P.O. FRG20414012848358/2 | 165.01 | 165.01 | 8,747.89 |
| 01028022 | 01/30/14 | I | | 97.97 | 97.97 | 8,845.86 |
| 01028373 | 01/30/14 | I | P.O. FRG20414012948394/2 | 459.97 | 459.97 | 9,305.83 |
| 01029585 | 01/31/14 | I | P.O. FRG20414013048434/2 | 232.30 | 232.30 | 9,538.13 |
| 01030696 | 02/01/14 | I | | 691.41 | 691.41 | 10,229.54 |
| 01031615 | 02/03/14 | I | P.O. FRG20414020248504/2 | 643.48 | 643.48 | 10,873.02 |
| 01032498 | 02/04/14 | I | P.O. FRG20414020348523/2 | 213.43 | 213.43 | 11,086.45 |
| 01033483 | 02/05/14 | I | P.O. FRG20414020448557/2 | 195.16 | 195.16 | 11,281.61 |
| 01034313 | 02/06/14 | I | P.O. FRG20414020548589/2 | 597.66 | 597.66 | 11,879.27 |
| 00329201 | 04/07/13 | J | | -4.50 | -4.50 | 11,874.77 |
| 00465177 | 12/23/13 | I | | 1,103.51 | 1,103.51 | 12,978.28 |
| 00465177 | 01/24/14 | P | 176762 | -1,150.08 | -46.57 | 11,828.20 |
| 00470872 | 01/06/14 | I | | 561.56 | 561.56 | 12,389.76 |
| 00329202 | 04/07/13 | J | | -4.50 | -4.50 | 12,385.26 |
| 00401624 | 08/31/13 | J | | -3.90 | -3.90 | 12,381.36 |
| 00456626 | 12/07/13 | J | | -18.30 | -18.30 | 12,363.06 |
| 00470758 | 01/06/14 | I | | 289.30 | 289.30 | 12,652.36 |
| 00472035 | 01/08/14 | I | | 338.93 | 338.93 | 12,991.29 |
| 00473239 | 01/10/14 | I | | 309.58 | 309.58 | 13,300.87 |
| 00473821 | 01/11/14 | I | | 653.36 | 653.36 | 13,954.23 |
| 00477734 | 01/18/14 | I | | 833.08 | 833.08 | 14,787.31 |
| 01019939 | 01/20/14 | I | P.O. FRG31814011948099/2 | 186.54 | 186.54 | 14,973.85 |
| 01023025 | 01/23/14 | I | P.O. FRG31814012248204/2 | 315.63 | 315.63 | 15,289.48 |
| 01024053 | 01/24/14 | I | P.O. FRG31814012348235/2 | 158.38 | 158.38 | 15,447.86 |
| 01024053 | 01/27/14 | C | CM:00005172 | -35.00 | 123.38 | 15,412.86 |
| 01024881 | 01/25/14 | I | P.O. FRG31814012448262/2 | 358.42 | 358.42 | 15,771.28 |
| 01025190 | 01/25/14 | I | | 104.80 | 104.80 | 15,876.08 |
| 01025739 | 01/27/14 | I | P.O. FRG31814012648309/2 | 203.34 | 203.34 | 16,079.42 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | Statement |
|---|---|---|---|---|---|---|
| CONT | CONT | CONT | CONT | CONT | | **Total** |
| | | | | | | CONT |

**TERMS AND CONDITIONS**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U S C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest at 10% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

**CREDIT CODES**

D=DR Memo I=Invoice F=Finance Charge
C=CR Memo P=Payment A=Discount Allowed
J=Adjustment



Hardies South
Phone: 512-451-8757
Fax: 512-929-0041

CUSTOMER STATEMENT

| | |
|---|---|
| DATE | 02/06/14 |
| CUSTOMER CODE | FURRS |

Remit Lo:
P.O. Box 613216, Dallas, TX 75261

Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano, TX 75074

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|---|---|---|---|---|---|---|
| 01028632 | 01/30/14 | I | P.O. FRG31814012948410/2 | 226.86 | 226.86 | 16,306.28 |
| 01029753 | 01/31/14 | I | P.O. FRG31814013048442/2 | 192.72 | 192.72 | 16,499.00 |
| 01030876 | 02/01/14 | I | P.O. FRG31814013148468/2 | 544.56 | 544.56 | 17,043.56 |
| 01033607 | 02/05/14 | I | P.O. FRG31814020448563/2 | 704.28 | 704.28 | 17,747.84 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | Statement | |
|---|---|---|---|---|---|---|---|
| 14,454.20 | 1,306.64 | 37.86 | 1,803.17 | 145.97 | | Total | $17,747.84 |

## TERMS AND CONDITIONS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory
trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930
(7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities,
all inventories of food or other products derived from these commodities, and any receivables or
proceeds from the sale of these commodities until full payment is received
Interest at 10% added to unpaid balance. Interest and attorneys fees necessary to collect
any balance due hereunder shall be considered sums owing in connection with this transaction
under the PACA trust.

## CREDIT CODES

O=DR Memo I=Invoice F=Finance Charge
C=CR Memo P=Payment A=Discount Allowed
J=Adjustment



**Hardie's**

# Invoice 315080

**Customer 15358 / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613310
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 8041

Route: 191
Stop: 20

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571



Adjustments will be honored within 24 hours of delivery and proper information in sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/09/2013 | | | | 03/09/2013 | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| GHOST ORDER | | | 03/09/2013 | MS | | RSAUCEDA | | 655705 | |
| Quantity | | Item Code | Description | | | COOL Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 170450 | Apple Gold XFcy 80-88Cl | | N | 33.00 | 33.00 | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Gt | | N | 31.60 | 31.60 | |
| 2.00 | 2.00 | CASE | 173050 | Banana Premium 40# | | N | 20.20 | 40.40 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 17.23 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50#X | | N | 17.42 | 17.42 | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 21.16 | 21.16 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 | CASE | 225760 | Cilantro Washed & Trimmed 4/1# | | N | 16.35 | 16.35 | |
| 2.00 | 2.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | 21.94 | 43.88 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 27.18 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | N | 23.03 | 46.06 | |
| 2.00 | 2.00 | CASE | 108425 | Lettuce Iceberg Contract 24 Ct. — Part No. CONTRACT | | N | 19.72 | 39.44 | |
| 2.00 | 2.00 | CASE | 108950 | Lettuce Romaine Contract 24 Ct Part No. CONTRACT | | N | 26.67 | 53.34 | |
| 2.00 | 2.00 | CASE | 108750 | Mesclun Mix 4/3# | | N | 24.49 | 48.98 | |

Ask about our wide selection of farm fresh LOCAL fruits & vegetables!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

(Continued)

Signature:_____



# Invoice 315080

**Customer 15358  / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (833) 813 - 5281

Route: 191

Stop: 20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( )  ·

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date 03/09/2013 | | Ship Via | | | Delivery Date 03/09/2013 | | | | Terms 21 Day Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | | Our Order Number | | |
| GHOST ORDER | | | 03/09/2013 | | MS | RSAUCEDA | | | 655705 | | |
| Quantity | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Code Adjustment | |
| Ordered | Shipped | Pack | | | | | | | | | |
| 3.00 | 3.00 | CASE | 110000 | Mushroom Button (Small) 10# | ~ | | N | 18.30 | 54.90 | | |
| 1.00 | 1.00 | CASE | 112950 | Mushroom Sliced 10# | . | | N | 19.10 | 19.10 | | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# ◁ | | | N | 18.34 | 18.34 | | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | 16.40 | 16.40 | | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | | N | 15.78 | 16.78 | | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | 14.30 | 28.60 | | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | 23.37 | 23.37 | | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | 7.75 | 15.50 | | |
| 2.00 | 2.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | 15.64 | 31.28 | | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | | N | 16.74 | 33.48 | | |
| 2.00 | 2.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | | N | 14.74 | 29.48 | | |
| 2.00 | 2.00 | CASE | 177550 | Strawberry 8/1# | | | N | 16.43 | 32.86 | | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | N | 7.34 | 7.34 | | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | 19.65 | 19.65 | | |
| 3.00 | 3.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 52.35 | | |

**Ask about our wide selection of farm fresh LOCAL fruits & vegetables!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | | | |
|---|---|---|---|---|---|
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | | | |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | | |

(Continued)

Signature:_____



**Hardie's**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

# Invoice 315080

Customer 15358 / FURR204

Route: 191
Stop: 20

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | | Terms | |
|------|--|----------|--|--|----------------|--|--|-------|--|
| 03/09/2013 | | | | | 03/09/2013 | | | 21 Day Terms | |

| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
|------------------------|--|--|------------|-------------|--|-------------|--|-------------------|--|
| GHOST ORDER | | | 03/09/2013 | MS | | RSAUCEDA | | 555705 | |

| Quantity | | | Item Code | Description | COOL | Tax | Unit Price | Amount | Code | Adjustment |
|----------|--|--|-----------|-------------|------|-----|-----------|--------|------|-----------|
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | BOX | 177750 | Watermelon 1 Ct. | | N | 12.69 | 12.69 | | |

Ask about our wide selection of farm fresh LOCAL fruits & vegetables!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | |
|--|--|
| NonTaxable Subtotal | |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | |

NN - Did Not Need          SH - Short On Truck          NO - Did Not Order
OO - Over Ordered          SW - Mis-shipped          MK - Mis-keyed          BD - Bad Product

Cases= 44.00  Splits= 2.00          Signature:_____          Page 3



# Invoice 372034

**Customer 15358 / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Route: 190
Stop: 20

Accounting: (832) 813 - 5281



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | | Terms | | | |
|------|------|----------|------|------|---------------|------|------|-------|------|------|------|
| 07/03/2013 | | 1824266 | | | 07/03/2013 | | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number | |
| FRG20413070241246 | | | 07/03/2013 | | MS | | WEB-2 | | | 376841 | |
| Quantity | | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Cde Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | | N | 19.65 | 19.65 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb. | | | | N | 17.45 | 17.45 | |

REMINDER: Hardie's will be closed on July 4th. Pre-cut orders are due by Tues

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | NonTaxable Subtotal | 332.74 |
|---|---|---|---|---|
| | | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | Total Invoice | 332.74 |

Cases= 17.00 Splits= 1.00

Signature:_____

Page 2



# Invoice 372034

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75361
Phone: (512) 451 - 8757
Fax: (512) 929 - 0641

Customer 15358 / FURR204

Route: 190

Stop: 20

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571



Adjustments will be honored within 24 hours at delivery and proper information is sent. Do not change this invoice

| Date | | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/03/2013 | | | 1824266 | | 07/03/2013 | | 21 Day Terms | | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Out Order Number | |
| | FRG20413070241246 | | | 07/03/2013 | MS | | WEB-2 | | 376841 | |
| Quantity | | | Item Code | Description | | | COOL | Tax Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | 17.23 | 17.23 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | | N | 21.94 | 21.94 | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | | N | 20.92 | 20.92 | |
| 1.00 | 1.00 | CASE | 173900 | Grapes White Seedless 18-20# | | | N | 23.92 | 23.92 | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Gr | | | N | 24.53 | 24.53 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | N | 18.72 | 18.72 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | | N | 18.67 | 18.67 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | N | 24.49 | 24.49 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | | N | 18.30 | 18.30 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | | N | 16.78 | 16.78 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct | | | N | 17.30 | 17.30 | |
| 1.00 | 1.00 | CASE | 203450 | Potato Sweet #1 6-8 Oz_40# | | | N | 24.47 | 24.47 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | | N | 14.74 | 14.74 | |
| 2.00 | 2.00 | CASE | 177550 | Strawberry 8/1# | | | N | 14.03 | 28.06 | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | N | 5.57 | 5.57 | |

REMINDER: Hardie's will be closed on July 4th. Pre-cut orders are due by Tues

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need      SH - Short On Truck    NO - Did Not Order
OO - Over Ordered      SW - Mis-shipped        MK - Mis-keyed        BD - Bad Product

(Continued)                                    Signature:_____                    Page 1



Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

# Invoice 401529

Customer 15358 / FURR204

Route: 190
Stop: 20



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2013 | | 1899412 | | | 08/31/2013 | | | 21 Day Terms | | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| | FRG20413083043368 | | | 08/31/2013 | MS | | WEB-2 | | | 628681 | |
| Quantity | | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | | N | 5.57 | 5.57 | |
| 2.00 | 2.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | | N | 20.65 | 41.30 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | | | N | 20.95 | 41.90 | |
| 1.00 | 1.00 | BOX | 177750 | Watermelon 1 Ct. | | | | N | 8.50 | 8.50 | |



Hardie's will be OPEN on Labor Day with first run deliveries only.

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | | |
|---|---|---|---|---|
| | | | NonTaxable Subtotal | 891.23 |
| | | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | Total Invoice | 891.23 |

Cases= 45.00 Splits= 2.00                    Signature:_____                    Page 3



# Invoice 401529

**Customer 15358 / FURR204**

Route: 100

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/31/2013 | | 1899412 | | 08/31/2013 | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG20413063043368 | | | 08/31/2013 | MS | | WEB-2 | | 628681 | |
| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Cde Adjustment |
| Ordered | Shipped | Pack | | | | | | | |

| Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Cde Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | 24.49 | 24.49 | |
| 3.00 | 3.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | 18.30 | 54.90 | |
| 1.00 | 1.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | N | 19.10 | 19.10 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | 15.42 | 15.42 | |
| 2.00 | 2.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 32.80 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu. | | N | 22.78 | 22.78 | |
| 2.00 | 2.00 | SACK | 201200 | Potato A Size Red Sack 50# | | N | 37.89 | 75.78 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | 22.30 | 22.30 | |
| 1.00 | 1.00 | CASE | 203450 | Potato Sweet #1 6-8 Oz. 40# | | N | 22.47 | 22.47 | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 15.76 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | 15.64 | 15.64 | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | N | 16.74 | 33.48 | |
| 2.00 | 2.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | N | 14.74 | 29.48 | |
| 3.00 | 3.00 | CASE | 177550 | Strawberry 8/1# | | N | 16.13 | 48.39 | |

Hardie's will be OPEN on Labor Day with first run deliveries only.

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | |
|---|---|---|---|
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product |

(Continued)

Signature: _____

Page 2



**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75361
Phone: (512) 451 - 8757
Fax: (512) 929 - 0841

Accounting: (832) 813 - 5281

# Invoice 401529

**Customer 15358 / FURR204**

Route: 190
Stop: 20



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | Ship Via | Delivery Date | Terms |
|------|----------|---------------|-------|
| 08/31/2013 | 1899412 | 08/31/2013 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|-----------------------|------------|-------------|-------------|------------------|
| FRG20413083043368 | 08/31/2013 | MS | WEB-2 | 628681 |

| Ordered | Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Cde | Adjustment |
|---------|---------|------|-----------|-------------|-----|-----|-----------|--------|-----|-----------|
| 1.00 | 1.00 | CASE | 173050 | Banana Premium 40# | | N | 20.20 | 20.20 | | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 34.46 | | |
| 1.00 | 1.00 | CASE | 221600 | Cabbage Red Shredded 4/5# | | N | 20.47 | 20.47 | | |
| 1.00 | 1.00 | CASE | 173400 | Cantaloupe 15-18 Ct. | | N | 14.03 | 14.03 | | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | 15.14 | 15.14 | | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 20.30 | 20.30 | | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | 21.94 | 21.94 | | |
| 2.00 | 2.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | 20.20 | 40.40 | | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | 21.92 | 21.92 | | |
| 1.00 | 1.00 | CASE | 173900 | Grapes White Seedless 18-20# | | N | 21.92 | 21.92 | | |
| 1.00 | 1.00 | CASE | 173950 | Honeydew 6-8 Ct. | | N | 13.57 | 13.57 | | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 13.59 | | |
| 2.00 | 2.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | N | 24.53 | 49.06 | | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 18.72 | 18.72 | | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | N | 18.67 | 18.67 | | |

Hardie's will be OPEN on Labor Day with first run deliveries only.

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need
OO - Over Ordered

SH - Short On Truck
SW - Mis-shipped

NO - Did Not Order
MK - Mis-keyed

BD - Bad Product

Signature:



# Invoice 406314

**Customer 15358 / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (833) 813 - 5281

Route: 190
Stop: 20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be factored within 24 hours of delivery and proper information is sent. So not change the invoice.



| Date 09/10/2013 | | Ship Via 1913198 | | Delivery Date 09/10/2013 | | Terms 21 Day Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order Number FRG20413004943693 | | | Order Date 09/10/2013 | Salesperson MS | | Order Taker WEB-2 | | | Out Order Number 982569 | |
| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 170450 | Apple Gold XFcy 80-88Ct. | | | N | 33.96 | 33.96 | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | 17.23 | 34.46 | |
| 1.00 | 3.00 | BAG | 221600 | Cabbage Red Shredded 4/5# | | | N | 6.57 | 19.71 | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | | N | 20.80 | 20.80 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | | N | 21.94 | 21.94 | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | N | 16.40 | 16.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | | N | 16.78 | 16.78 | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | 20.30 | 40.60 | |
| 1.00 | 1.00 | CASE | 203450 | Potato Sweet #1 6-8 Oz 40# | | | N | 24.97 | 24.97 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | 15.64 | 15.64 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | | N | 16.74 | 16.74 | |
| 2.00 | 2.00 | CASE | 177550 | Strawberry 8/1# | | | N | 14.83 | 29.66 | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | N | 5.57 | 5.57 | |
| 1.00 | 1.00 | CASE | 117500 | Tomato 2 Layer 4x5 | | | N | 27.81 | 27.81 | |

Get the inside scoop with a Hardie's warehouse tour!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | NonTaxable Subtotal | 325.04 |
|---|---|---|---|---|
| | | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed    BD - Bad Product | Total Invoice | 325.04 |

Cases= 15.00  Splits= 2.00

Signature: _____

Page 1



**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 6041

# Invoice 426779

## Customer 15358 / FURR204

Route: 190
Stop: 20

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -



Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2013 | | 1958314 | | | 10/16/2013 | | | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number |
| | FRG20413101544949 | | | 10/16/2013 | | MS | | WEB-2 | | | 515237 |
| | Quantity | | Item Code | Description | | | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | 26.23 | 26.23 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | 17.42 | 17.42 | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | | | N | 22.68 | 22.68 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | 22.72 | 22.72 | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | | N | 16.40 | 16.40 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct | | | | N | 14.30 | 14.30 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | | | N | 14.74 | 14.74 | |
| 1.00 | 1.00 | CASE | 177550 | Strawberry 8/1# | | | | N | 18.03 | 18.03 | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | | N | 5.57 | 5.57 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | | | N | 17.45 | 17.45 | |

Ask about our locally produced artisan cheese from Brazos Valley Cheese

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5% month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | |
|---|---|---|---|
| | | NonTaxable Subtotal | 175.54 |
| | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | Total Invoice | 175.54 |

Cases= 9.00 Splits= 1.00

Signature:

Page 1



**Hardie's**
CELEBRATING 70 YEARS

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75361
Phone: (512) 451 - 8757
Fax: (512) 929 - 8043

Accounting: (832) 813 - 5281

# Invoice 426779

**Customer 15358  / FURR204**

Route: 190
Stop: 20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | | Ship Via | | Delivery Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2013 | | | 1958314 | | 10/16/2013 | | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Uper Taker | | Our Order Number | | |
| FRG20413101544949 | | | | 10/16/2013 | MS | | WEB-2 | | 515237 | | |
| Quantity | | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | 26.23 | 26.23 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | 17.42 | 17.42 | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | | | N | 22.68 | 22.68 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | 22.72 | 22.72 | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | | N | 16.40 | 16.40 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | | N | 14.30 | 14.30 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | | | N | 14.74 | 14.74 | |
| 1.00 | 1.00 | CASE | 177550 | Strawberry 8/1# | | | | N | 18.03 | 18.03 | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | | N | 5.57 | 5.57 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb. | | | | N | 17.45 | 17.45 | |

Ask about our locally produced artisan cheese from Brazos Valley Cheese

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | | NonTaxable Subtotal | 175.54 |
|---|---|---|---|---|---|
| | | | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | Total Invoice | 175.54 |

Cases= 9.00 Splits= 1.00          Signature:          Page 1



# Invoice 428132

**Customer 15358 / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Route: 190
Stop: 20

Accounting: (832) 813 - 5281



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) .

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice

| Date | | Ship Via | | | Delivery Date | | | Terms | | |
|------|--|----------|--|--|---------------|--|--|-------|--|--|
| 10/18/2013 | | 1950764 | | | 10/18/2013 | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
| FRG2041310174502**6** | | | 10/18/2013 | | MS | | WEB-2 | | 576205 | |

| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Code | Adjustment |
|----------|--|--|-----------|-------------|--|------|-----|------------|--------|------|------------|
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | 15.64 | 15.64 | | |
| 1.00 | 1.00 | CASE | 177550 | Strawberry 8/1# | | | N | 18.03 | 18.03 | | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | N | 5.57 | 5.57 | | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | 19.65 | 19.65 | | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 17.45 | | |

**Ask about our locally produced artisan cheese from Brazos Valley Cheese**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 6(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | NonTaxable Subtotal | 437.54 |
|--|--|---------------------|--------|
| | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | Total Invoice | 437.54 |

Cases= 21.00 Splits= 1.00

Signature: Marcela A. Salcedo

Page 2



**Hardie's**
1843 · 2013
CELEBRATING 70 YEARS

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

# Invoice 428860

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Accounting: (833) 613 - 5381

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

PRODUCT

Adjustments will be honored within 24 hours of delivery and proper information in sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2013 | | 1962454 | | 10/19/2013 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
| FRG20413101845064 | | | 10/19/2013 | | MS | WEB-2 | | 615794 | |

| Quantity | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
| 1.00 | 1.00 | CASE | 170450 | Apple Gold XFcy 80-88Ct. | | N | 33.96 | 33.96 | | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct. | | N | 29.96 | 29.96 | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 26.23 | 26.23 | | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | 17.42 | 17.42 | | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | 14.84 | 14.84 | | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 21.30 | 21.30 | | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | N | 25.58 | 25.58 | | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | 21.94 | 21.94 | | |
| 1.00 | 1.00 | CASE | 173900 | Grapes White Seedless 18-20# | | N | 27.92 | 27.92 | | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 13.59 | | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | N | 22.68 | 22.68 | | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 22.72 | 45.44 | | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | N | 18.67 | 37.34 | | |
| 2.00 | 2.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | 18.30 | 36.60 | | |
| 1.00 | 1.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | N | 19.10 | 19.10 | | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | 14.24 | 14.24 | | |

Ask about our locally produced artisan cheese from Brazos Valley Cheese

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped       MK - Mis-keyed       BD - Bad Product

(Continued)

Signature: MARCELA A SALCEDO

Page 1



# Invoice 428860

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) ·

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date: | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/19/2013 | | 1962454 | | 10/19/2013 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG20413101845064 | | | 10/19/2013 | MS | | WEB-2 | | 615794 | |

| Quantity | | | Item Code | Description | COOL | Tax | Unit Price | Amount | Code Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 16.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35# | | N | 30.10 | 30.10 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu. | | N | 22.78 | 22.78 | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct | | N | 14.30 | 28.60 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | 24.97 | 24.97 | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 15.76 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | 15.64 | 15.64 | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | N | 16.74 | 33.48 | |
| 2.00 | 2.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | N | 14.74 | 29.48 | |
| 1.00 | 1.00 | CASE | 177550 | Strawberry 8/1# | | N | 18.03 | 18.03 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | 19.65 | 19.65 | |
| 3.00 | 3.00 | CASE | 118775 | Tomato Grape 10 lb. | | N | 17.45 | 52.35 | |
| 1.00 | 1.00 | BOX | 177750 | Watermelon 1 Ct. | | N | 8.50 | 8.50 | |

**Ask about our locally produced artisan cheese from Brazos Valley Cheese**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1936 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | |
|---|---|
| NonTaxable Subtotal | 740.66 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 740.66 |

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

Cases= 37.00 Splits= 1.00

Signature: _Marcos A Garcia_

Page 2



# Invoice 429568

**Customer 15358 / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Route: 190

Stop: 20

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/2013 | | | 1964366 | | 10/21/2013 | | 21 Day Terms | | | |

| Purchase Order Number | | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|---|
| FRG20413102045110 | | 10/21/2013 | MS | WEB-2 | 693844 |

| Quantity Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Code | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 26.23 | 26.23 | | |
| 1.00 | 1.00 | CASE | 221600 | Cabbage Red Shredded 4/5# | | N | 20.67 | 20.67 | | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 21.30 | 21.30 | | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | N | 26.58 | 26.58 | | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | 25.92 | 25.92 | | |
| 1.00 | 1.00 | CASE | 173900 | Grapes White Seedless 18-20# | | N | 27.92 | 27.92 | | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 13.59 | | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | N | 24.53 | 24.53 | | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 27.72 | 27.72 | | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | 24.49 | 24.49 | | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | 18.30 | 18.30 | | |
| 1.00 | 1.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | N | 19.10 | 19.10 | | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 16.40 | | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | 14.30 | 14.30 | | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | 15.64 | 15.64 | | |

Ask about our locally produced artisan cheese from Brazos Valley Cheese

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need      SH - Short On Truck      NO - Did Not Order
OO - Over Ordered      SW - Mis-shipped         MK - Mis-keyed         BD - Bad Product

(Continued)

Signature: _____

Page 1



# Invoice 465162

**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Customer 15358 / FURR204

Route: 190

Stop: 20



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be resolved within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | | Ship Via | | Delivery Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2013 | | | | | 12/23/2013 | | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| | | | | 12/23/2013 | MS | | LMALDONADO | | 760220 | |
| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | | |
| 2.00 | 2.00 | CASE | 110000 | Mushroom Button (Small) 10# | | | N | 18.30 | 36.60 | |
| 2.00 | 2.00 | CASE | 112950 | Mushroom Sliced 10# | | | N | 18.20 | 36.40 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | N | 16.58 | 16.58 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | N | 14.84 | 14.84 | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | N | 16.40 | 16.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1.4/9 Bu | | | N | 16.78 | 16.78 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | 14.30 | 42.90 | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | 7.88 | 15.76 | |
| 2.00 | 2.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | 15.64 | 31.28 | |
| 2.00 | 2.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | N | 6.70 | 13.40 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | 19.65 | 19.65 | |
| 3.00 | 3.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 52.35 | |
| 1.00 | 1.00 | SACK | 119550 | Turnips Poly 25# | | | N | 23.96 | 23.96 | |

Hardie's will be closed Christmas Day. Please get orders in by noon 12/24 for de

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 6(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes: add 2cs of tomatillos

| | NonTaxable Subtotal | 676.01 |
|---|---|---|
| | Taxable Subtotal | 0.00 |
| NN - Did Not Need SH - Short On Truck NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered SW - Mis-shipped MK - Mis-keyed BD - Bad Product | Total Invoice | 676.01 |

Cases= 34.00 Splits= 2.00

Signature: _____

Page 2



# Invoice 465162

**Customer 15358 / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Route: 190

Stop: 20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date 12/23/2013 | | Ship Via | | Delivery Date 12/23/2013 | | Terms 21 Day Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order Number | | | Order Date 12/23/2013 | Salesperson MS | | Order Taker LMALDONADO | | | Our Order Number 760220 | |
| Quantity Ordered | Shipped Pack | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| 2.00 | 2.00 CASE | 100700 | Broccoli Crowns 18-20# | | | | N | 17.23 | 34.46 | |
| 1.00 | 1.00 CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | 17.42 | 17.42 | |
| 1.00 | 1.00 CASE | 221600 | Cabbage Red Shredded 4/5# | | | | N | 20.66 | 20.66 | |
| 1.00 | 1.00 CASE | 223650 | Carrot Shredded 4/5# | | | | N | 18.83 | 18.83 | |
| 1.00 | 1.00 CASE | 102100 | Cauliflower 12 Ct. Cello | | | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 CASE | 225760 | Cilantro Washed & Trimmed 4/1# | | | | N | 16.46 | 16.46 | |
| 1.00 | 1.00 CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | | | N | 21.94 | 21.94 | |
| 1.00 | 1.00 CASE | 173800 | Grapes Red Seedless 18-20# | | | | N | 38.47 | 38.47 | |
| 1.00 | 1.00 CASE | 173900 | Grapes White Seedless 18-20# | | | | N | 36.47 | 36.47 | |
| 1.00 | 1.00 CASE | 107650 | Kale Premium 24 Ct. | | | | N | 13.59 | 13.59 | |
| 1.00 | 1.00 CASE | 174650 | Lemon Sk Choice 165 Ctn | | | | N | 22.68 | 22.68 | |
| 1.00 | 1.00 CASE | 108425 | Lettuce Iceberg Contract 24 Ct. Part No. CONTRACT | | | | N | 18.72 | 18.72 | |
| 2.00 | 2.00 CASE | 108950 | Lettuce Romaine Contract 24 Ct. Part No. CONTRACT | | | | N | 18.67 | 37.34 | |
| 1.00 | 1.00 CASE | 109750 | Mesclun Mix 4/3# | | | | N | 24.49 | 24.49 | |

Hardie's will be closed Christmas Day. Please get orders in by noon 12/24 for de

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes: add 2cs of tomatillos

| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | | |
|---|---|---|---|---|
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | |

(Continued)

Signature:_____

Page 1



Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8787
Fax: (512) 929 - 0041      Accounting: (832) 813 - 5281

# Invoice 470696

Customer 15358   / FURR204

Route:  190

Stop:   20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( }  -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/09/2014 | | 2052499 | | 01/06/2014 | | | 21 Day Terms | | |
| | Purchase Order Number | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| | FPO20414210547861 | | 01/06/2014 | MS | | WEB-2 | | 508395 | |
| Quantity Ordered | Shipped Pack | Item Code | Description | | | COOL | Tax Unit Price | Amount | Code Adjustment |
| 1.00 | 1.00 CASE | 173050 | Banana Premium 40# | | | N | 20.76 | 20.76 | |
| 2.00 | 2.00 CASE | 100700 | Broccoli Crowns 18-20# | | | N | 17.23 | 34.46 | |
| 1.00 | 1.00 CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | 17.42 | 17.42 | |
| 1.00 | 1.00 SACK | 101900 | Carrot Medium Table 25# | | | N | 13.89 | 13.89 | |
| 1.00 | 1.00 CASE | 223650 | Carrot Shredded 4/5# | | | N | 18.83 | 18.83 | |
| 1.00 | 1.00 CASE | 102100 | Cauliflower 12 Ct. Cello | | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | | N | 21.94 | 21.94 | |
| 1.00 | 1.00 CASE | 173800 | Grapes Red Seedless 18-20# | | | N | 38.47 | 38.47 | |
| 1.00 | 1.00 CASE | 173900 | Grapes White Seedless 18-20# | | | N | 38.47 | 38.47 | |
| 1.00 | 1.00 CASE | 107650 | Kale Premium 24 Ct. | | | N | 13.59 | 13.59 | |
| 1.00 | 1.00 CASE | 174325 | Lemon Choice Contract 165 Ct | | | N | 26.45 | 26.45 | |
| 1.00 | 1.00 CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | N | 18.72 | 18.72 | |
| 1.00 | 1.00 CASE | 108850 | Lettuce Romaine 24 Ct. | | | N | 18.67 | 18.67 | |
| 1.00 | 1.00 CASE | 110000 | Mushroom Button (Small) 10# | | | N | 18.30 | 18.30 | |
| 1.00 | 1.00 CASE | 113000 | Mushroom Sliced 10# Ingredient | | | N | 18.20 | 18.20 | |
| 1.00 | 1.00 CASE | 232350 | Onion Green Clean & Trim, 4/2# | | | N | 16.58 | 16.58 | |

## Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | | |
|---|---|---|---|---|
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | |

(Continued)

Signature:_____



**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

# Invoice 470696

**Customer 15358   / FURR204**

Route: 190
Stop:  20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/06/2014 | | 2052499 | | 01/06/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRO2041401054766 1 | | | 01/06/2014 | MS | | WEB-2 | | 508395 | |

| Quantity Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Code Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 16.40 | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | 14.30 | 28.60 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | 25.57 | 25.57 | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 7.88 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | 15.64 | 15.64 | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | N | 6.70 | 6.70 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | 19.65 | 19.65 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb. | | N | 17.45 | 34.90 | |

**Wishing you a fresh and flavorful New Year!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | NonTaxable Subtotal | 507 67 |
|---|---|---|
| | Taxable Subtotal | 0.00 |
| NN - Did Not Need   SH - Short On Truck   NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered   SW - Mis-shipped   MK - Mis-keyed   BD - Bad Product | Total Invoice | 507.67 |

Cases= 25.00 Splits= 2.00          Signature:_____          Page 2



# Invoice 471924

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | Ship Via | Delivery Date | Terms |
|---|---|---|---|
| 01/08/2014 | 2054584 | 01/08/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG20414010747728 | 01/08/2014 | MS | WEB-2 | 621918 |

| Quantity Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Code | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170450 | Apple Gold XFcy 80-88Ct. | | N | 34.06 | 34.06 | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 17.23 | | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45/50# | | N | 17.42 | 17.42 | | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 48-85# | | N | 21.94 | 21.94 | | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | 18.72 | 18.72 | | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | 14.34 | 14.34 | | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 16.40 | | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | 14.30 | 14.30 | | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 7.88 | | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | N | 16.74 | 16.74 | | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | N | 14.74 | 14.74 | | |
| 1.00 | 1.00 | CASE | 177550 | Strawberry 8/1# | | N | 27.59 | 27.59 | | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | |
|---|---|
| NonTaxable Subtotal | 238.14 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 238.14 |

NN - Did Not Need  SH - Short On Truck  NO - Did Not Order
OO - Over Ordered  SW - Mis-shipped  MK - Mis-keyed  BD - Bad Product

Cases= 12.00 Splits= 1.00  Signature:_____  Page 1



# Invoice 472518

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 8041

Accounting: (832) 813 - 5281

Customer 15358  / FURR204

Route:  190

Stop:   20



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( )  -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice

| Date | | | Ship Via | | Delivery Date | | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/2014 | | | 2056560 | | 01/09/2014 | | | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number |
| | FRG20414010847777 | | | 01/09/2014 | | MS | | WEB-2 | | | 681744 |
| Quantity | | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | |
| 3.00 | 3.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | 17.23 | 51.69 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | 17.42 | 34.84 | |
| 1.00 | 1.00 | CASE | 221600 | Cabbage Red Shredded 4/5# | | | | N | 20.66 | 20.66 | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | | | N | 18.83 | 18.83 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 | CASE | 102300 | Celery 30/35 Ct | | | | N | 24.17 | 24.17 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | | | N | 21.94 | 21.94 | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | | | N | 38.47 | 38.47 | |
| 1.00 | 1.00 | CASE | 173900 | Grapes White Seedless 18-20# | | | | N | 38.47 | 38.47 | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | | | N | 26.45 | 26.45 | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | 18.72 | 37.44 | -18.72 |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | | | N | 18.67 | 18.67 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | 24.49 | 24.49 | |
| 3.00 | 3.00 | CASE | 110000 | Mushroom Button (Small) 10# | | | | N | 18.30 | 54.90 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | | N | 16.58 | 16.58 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | | N | 14.34 | 14.34 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need       SH - Short On Truck     NO - Did Not Order
OO - Over Ordered       SW - Mis-shipped        MK - Mis-keyed          BD - Bad Product

(Continued)

Signature:  Marcin a salccas

Page  1



# Hardie's

CELEBRATING 70 YEARS

# Invoice 472518

Customer 15358 / FURR204

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice

| Date | | Ship Via | | Delivery Date | | Terms | | | |
|------|------|------|------|------|------|------|------|------|------|
| 01/09/2014 | | 2066560 | | 01/09/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number |
| FRG20414010847777 | | | 01/09/2014 | | MS | | WEB-3 | | 681744 |
| Quantity | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Cde Adjustment |
| Ordered | Shipped Pack | | | | | | | | | |
| 1.00 | 1.00 SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | | N | 16.40 | 16.40 | |
| 2.00 | 2.00 CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | | | N | 16.78 | 33.56 | |
| 1.00 | 1.00 CASE | 114700 | Pepper Jalapeno 35# | | | | N | 30.44 | 30.44 | |
| 3.00 | 3.00 CASE | 202200 | Potato Idaho 090 Ct. | | | | N | 14.30 | 42.90 | |
| 2.00 | 2.00 BAG | 241200 | Radish Trimmed 4/5# | | | | N | 7.88 | 15.76 | |
| 2.00 | 2.00 CASE | 242950 | Spinach Flat 4/2.5# | | | | N | 15.64 | 31.28 | |
| 3.00 | 3.00 CASE | 116950 | Squash Yellow Straight Med 18-20# | | | | N | 16.74 | 50.22 | |
| 2.00 | 2.00 CASE | 117050 | Squash Zucchini Medium 18-22# | | | | N | 14.74 | 29.48 | |
| 2.00 | 2.00 CASE | 177550 | Strawberry 8/1# | | | | N | 27.59 | 55.18 | |
| 2.00 | 2.00 CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | | N | 19.65 | 39.30 | |
| 2.00 | 2.00 CASE | 118775 | Tomato Grape 10 lb. | | | | N | 17.45 | 34.90 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

8,2022

| | | |
|------|------|------|
| NonTaxable Subtotal | | 838.94 |
| Taxable Subtotal | | 0.00 |
| Tax 0.000% | | 0.00 |
| Total Invoice | | 838.94 |

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

Cases= 42.00 Splits= 1.00

Signature:_____

Page 2



# Invoice 473805

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) ·

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2014 | | 2059586 | | 01/11/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG2041401 1047850 | | | 01/11/2014 | MS | | WEB-2 | | 800403 | |
| Quantity | | Item Code | Description | | | COOL Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped Pack | | | | | | | | |
| 1.00 | 1.00 CASE | 171400 | Apple Red XFCY 88 Ct | — | | N | 26.06 | 26.06 | |
| 2.00 | 2.00 CASE | 173050 | Banana Premium 40# | — | | N | 20.76 | 41.52 | |
| 1.00 | 1.00 CASE | 100700 | Broccoli Crowns 18-20# | — | | N | 17.23 | 17.23 | |
| 1.00 | 1.00 CASE | 221600 | Cabbage Red Shredded 4/5# | | | N | 20.66 | 20.66 | |
| 1.00 | 1.00 CASE | 173400 | Cantaloupe 15-18 Ct | — | | N | 21.43 | 21.43 | |
| 1.00 | 1.00 SACK | 101900 | Carrot Medium Table 25# | — | | N | 13.89 | 13.89 | |
| 1.00 | 1.00 CASE | 223650 | Carrot Shredded 4/5# | — | | N | 18.83 | 18.83 | |
| 1.00 | 1.00 CASE | 102100 | Cauliflower 12 Ct. Cello | — | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 CASE | 173950 | Honeydew 6-8 Ct | — | | N | 18.14 | 18.14 | |
| 2.00 | 2.00 CASE | 107650 | Kale Premium 24 Ct. | — | | N | 13.59 | 27.18 | |
| 2.00 | 2.00 CASE | 174325 | Lemon Choice Contract 165 Ct. | — | | N | 26.45 | 52.90 | |
| 2.00 | 2.00 CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | — | | N | 18.72 | 37.44 | |
| 2.00 | 2.00 CASE | 108850 | Lettuce Romaine 24 Ct. | | | N | 18.67 | 37.34 | |
| 1.00 | 1.00 CASE | 109750 | Mesclun Mix 4/3# | — | | N | 24.49 | 24.49 | |
| 2.00 | 2.00 CASE | 110000 | Mushroom Button (Small) 10# | — | | N | 18.30 | 36.60 | |
| 2.00 | 2.00 CASE | 113000 | Mushroom Sliced 10# Ingredient | — | | N | 18.20 | 36.40 | |

### Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | |
|---|---|
| NN - Did Not Need | SH - Short On Truck  NO - Did Not Order |
| OO - Over Ordered | SW - Mis-shipped  MK - Mis-keyed  BD - Bad Product |

(Continued)

Signature: Marcela A. Salcedo

Page 1



# Invoice 473805

**Customer 15358 / FURR204**

Route: 190
Stop: 30

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 63
McAllen TX 78501
(956) 687-9571

*Adjustments will be honored within 24 hours of delivery and proper information at store. Do not change this invoice.*

| Date | Ship Via | | Delivery Date | | Terms | | |
|---|---|---|---|---|---|---|---|
| 01/11/2014 | 2059586 | | 01/11/2014 | | 21 Day Terms | | |
| Purchase Order Number | | Order Date | Salesperson | | Order Taker | Our Order Number | |
| FRG20141011047850 | | 01/11/2014 | MS | | WEB-2 | 800403 | |

| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | N | 16.58 | 16.58 | | |
| 2.00 | 2.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | N | 16.40 | 32.80 | | |
| 1.00 | 1.00 | CASE | 176800 | Pineapple Gold Dole 7-8 Ct. | | | N | 17.25 | 17.25 | | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | 14.30 | 28.60 | | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | 25.57 | 25.57 | | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | 7.88 | 15.76 | | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | 15.64 | 15.64 | | |
| 2.00 | 2.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | N | 6.70 | 13.40 | | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | 19.65 | 19.65 | | |
| 4.00 | 4.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 69.80 | | |
| 2.00 | 2.00 | BOX | 177750 | Watermelon 1 Ct | | | N | 8.50 | 17.00 | | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | |
|---|---|---|
| NonTaxable Subtotal | | 719.74 |
| Taxable Subtotal | | 0.00 |
| Tax 0.000% | | 0.00 |
| Total Invoice | | 719.74 |

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

Cases= 38.00 Splits= 2.00

Signature:_____

Page 2



Hardie's

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0641

Accounting: (832) 813 - 5281

# Invoice 475053

Customer 15358  / FURR204

Route: 190
Stop: 20

**Bill To:**
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

**Ship To:**
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | | Ship Via | | Delivery Date | | | Terms | | |
|------|--|--|----------|--|---------------|--|--|-------|--|--|
| 01/14/2014 | | | 2062364 | | 01/14/2014 | | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| | FRG20414011347923 | | | 01/14/2014 | MS | | WEB-2 | | 876527 | |
| Quantity | | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Due Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | 17.23 | 17.23 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | 17.42 | 17.42 | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | | N | 18.83 | 18.83 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 | CASE | 102300 | Celery 30/36 Ct. | | | N | 22.67 | 22.67 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | | N | 21.94 | 21.94 | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct | | | N | 26.45 | 26.45 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | N | 18.72 | 18.72 | |
| 1.00 | 1.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | | N | 18.20 | 18.20 | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | N | 18.40 | 18.40 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct | | | N | 14.30 | 14.30 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | | N | 16.74 | 16.74 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | | N | 14.74 | 14.74 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 17.45 | |

Ask about exciting changes to our online odering system starting  Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499a(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | |
|--|--|--|
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product |

| | |
|--|--|
| NonTaxable Subtotal | 258.67 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 258.67 |

Cases= 14.00  Splits= 0.00

Signature:_____

Page  1



# Hardie's

**CELEBRATING 70 YEARS**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 6041

Accounting: (832) 813 - 5281

# Invoice 475671

**Customer 15358 / FURR204**

Route: 190
Stop: 20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) .

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent  Do not change this invoice

| Date | | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/2014 | | | 2063684 | | 01/15/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taken | | Our Order Number | |
| PRG20414011447956 | | | 01/15/2014 | | MS | | WEB-2 | | 136168 | |
| Quantity | | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Clet Adjustment |
| Ordered | Shipped | Pack | | | | | | | | |

| Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Clet Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 17.23 | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | N | 26.45 | 26.45 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | 18.30 | 18.30 | |
| 1.00 | 1.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | N | 18.20 | 18.20 | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 16.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | 14.30 | 14.30 | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 7.88 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | 15.64 | 15.64 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | 19.65 | 19.65 | |

**Ask about exciting changes to our online odering system starting Sat. 1/18**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | NonTaxable Subtotal | 170.83 |
| | | | | | Taxable Subtotal | 0.00 |
| **NN - Did Not Need** | **SH - Short On Truck** | **NO - Did Not Order** | | | Tax 0.000% | 0.00 |
| **OO - Over Ordered** | **SW - Mis-shipped** | **MK - Mis-keyed** | **BD - Bad Product** | | Total Invoice | 170.83 |

Cases= 9.00 Splits= 1.00

Signature: _____

Page 1



**Hardie's**
CELEBRATING 70 YEARS

# Invoice 476324

**Customer 15358 / FURR204**

Route: 190
Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | | Terms | | |
|------|------|----------|--------|-----|---------------|---|-----|-------|---|---|
| 01/16/2014 | | 2064635 | | | 01/16/2014 | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
| FRG20141011547993 | | | 01/16/2014 | | MS | | WEB-2 | | 194019 | |
| Quantity | | | | | | | | | | |
| Ordered | Shipped | Pack | Item Code | Description | | | CROL | Tax | Unit Price | Amount | Cost Adjustment |
| 1.00 | 1.00 | CASE | 173050 | Banana Premium 40# | | | | N | 20.76 | 20.76 | |
| 3.00 | 3.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | 17.23 | 51.69 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | 17.42 | 34.84 | |
| 1.00 | 1.00 | CASE | 221600 | Cabbage Red Shredded 4/5# | | | | N | 20.66 | 20.66 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | 13.89 | 13.89 | |
| 2.00 | 2.00 | CASE | 223650 | Carrot Shredded 4/5# | | | | N | 18.83 | 37.66 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 | CASE | 102300 | Celery 30/36 Ct. | | | | N | 22.67 | 22.67 | |
| 2.00 | 2.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | | | N | 21.94 | 43.88 | |
| 1.00 | 1.00 | 10LB | 311900 | Leaves Banana 20# | | | | N | 9.50 | 9.50 | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | | | N | 26.45 | 26.45 | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | 18.72 | 37.44 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | | | N | 18.67 | 18.67 | |
| 2.00 | 2.00 | CASE | 110000 | Mushroom Button (Small) 10# | | | | N | 18.30 | 36.60 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | | N | 16.58 | 16.58 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | | N | 14.84 | 14.84 | |

Ask about exciting changes to our online ordering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped       MK - Mis-keyed        BD - Bad Product

(Continued)

Signature: _____

Page 1



Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 8041

Accounting: (832) 813 - 5281

# Invoice 476324

**Customer 15358 / FURR204**

Route: 190

Stop: 20



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
(956) 687-9571

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/2014 | | 2064635 | | 01/16/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG20414011547993 | | | 01/16/2014 | MS | | WEB-2 | | 194010 | |
| Quantity | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Can Adjustment |
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 16.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35# | | N | 30.49 | 30.49 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | 14.30 | 42.90 | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 7.88 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | 15.64 | 15.64 | |
| 3.00 | 3.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | N | 16.74 | 50.22 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | N | 14.74 | 14.74 | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | N | 6.70 | 6.70 | |
| 2.00 | 2.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | 19.65 | 39.30 | |
| 3.00 | 3.00 | CASE | 118775 | Tomato Grape 10 lb. | | N | 17.45 | 52.35 | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | |
|---|---|---|---|
| | | NonTaxable Subtotal | 717.11 |
| | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | Total Invoice | 717.11 |

Cases= 38.00 Splits= 3.00

Signature: _A br m_

Page 2