

# Invoice 339955

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | Ship Via | | Delivery Date | | Terms | | |
|---|---|---|---|---|---|---|---|
| 04/29/2013 | FRG20413042338693 | | 04/29/2013 | | 21 Day Terms | | |
| Purchase Order Number | | Order Date | | Salesperson | Order Taker | | Our Order Number |
| 337173 04/24/2013 | | 04/29/2013 | | MS | NVEGA | | 339955 |

| Quantity | | | Item Code | Description | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| -1.00 | -1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 18.72 | -18.72 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust

Notes:

| | |
|---|---|
| NonTaxable Subtotal | -18.72 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | -18.72 |

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

Cases= -1.00 Splits= 0.00

Signature:

Page 1



# Hardie's

# Invoice 360921

**Customer 15358 / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Route: 191

Stop: 20

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | | Ship Via | | | | Delivery Date | | Terms | | | |
|------|------|------|----------|------|------|------|---------------|------|-------|------|------|------|
| 06/10/2013 | | | | | | | 06/10/2013 | | 21 Day Terms | | | |

| Purchase Order Number | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
|-----------------------|--|------------|--|-------------|-------------|--|------------------|--|
| 359781 06/08/2013 | | 06/10/2013 | | MS | ARANGEL | | 360921 | |

| Quantity | | | Item Code Description | | COOL | Tax | Unit Price | Amount | Code Adjustment |
|----------|---------|------|------------------------|--|------|-----|------------|--------|------------------|
| Ordered | Shipped | Pack | | | | | | | |
| -1.00 | -1.00 | | Manual Credit | | | N | 0.11 | -0.11 | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes: Credit - price difference - reference invoice#359781 - radish

| | NonTaxable Subtotal | -0.11 |
|--|---------------------|-------|
| | Taxable Subtotal | 0.00 |
| **NN - Did Not Need** **SH - Short On Truck** **NO - Did Not Order** | Tax 0.000% | 0.00 |
| **OO - Over Ordered** **SW - Mis-shipped** **MK - Mis-keyed** **BD - Bad Product** | Total Invoice | -0.11 |

Cases= -1.00 Splits= 0.00

Signature:

Page 1



# Invoice 436409

**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( )   ·

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( )   ·

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | Ship Via | Delivery Date | Terms |
|---|---|---|---|
| 11/01/2013 | 1976845 | 11/01/2013 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG20413103145487 | 11/01/2013 | MS | WEB-2 | 204283 |

| Quantity Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 17.23 | | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 21.30 | 21.30 | | |
| 1.00 | 1.00 | CASE | 102300 | Celery 30/36 Ct. | | N | 26.21 | 26.21 | | |
| 1.00 | 1.00 | CASE | 225760 | Cilantro Washed & Trimmed 4/1# | | N | 16.47 | 16.47 | | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | N | 22.68 | 22.68 | | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 18.72 | 18.72 | | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 7.88 | | |
| 1.00 | 1.00 | CASE | 116550 | Squash Butternut 35# | | N | 35.36 | 35.36 | | |
| 1.00 | 1.00 | CASE | 177550 | Strawberry 8/1# | | N | 18.03 | 18.03 | | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | 19.65 | 19.65 | | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb. | | N | 17.45 | 17.45 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | |
|---|---|
| NonTaxable Subtotal | 220.98 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 220.98 |

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

Cases= 10.00 Splits= 1.00

Signature:

Page 1



# Invoice 441471

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice

| Date | Ship Via | Delivery Date | Terms | | |
|---|---|---|---|---|---|
| 11/09/2013 | 1986563 | 11/09/2013 | 21 Day Terms | | |
| Purchase Order Number | | Order Date | Salesperson | Order Taker | Our Order Number |
| FRG20413110845773 | | 11/09/2013 | MS | WEB-2 | 553604 |

| Quantity | | | Item Code | Description | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 170450 | Apple Gold XFcy 80-88Ct. | | N | 33.96 | 33.96 | | |
| 1.00 | 1.00 | CASE | 173400 | Cantaloupe 15-18 Ct. | | N | 31.53 | 31.53 | | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | 14.39 | 14.39 | | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 21.30 | 21.30 | | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | N | 26.58 | 26.58 | | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | 21.94 | 21.94 | | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | 21.92 | 21.92 | | |
| 1.00 | 1.00 | CASE | 173900 | Grapes White Seedless 18-20# | | N | 23.92 | 23.92 | | |
| 1.00 | 1.00 | CASE | 173950 | Honeydew 6-8 Ct. | | N | 14.52 | 14.52 | | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 27.18 | | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | N | 22.68 | 22.68 | | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 18.72 | 37.44 | | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | N | 18.67 | 18.67 | | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | 24.49 | 24.49 | | |
| 1.00 | 1.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | N | 19.10 | 19.10 | | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | 16.42 | 16.42 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need     SH - Short On Truck     NO - Did Not Order
OO - Over Ordered     SW - Mis-shipped        MK - Mis-keyed        BD - Bad Product

(Continued)                              Signature:                              Page 1



# Hardie's

1843 · CELEBRATING 70 YEARS · 2013

# Invoice 441471

**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

**Customer 15358    / FURR204**

Route: 190

Stop: 20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



| Date | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/09/2013 | | 1986563 | | 11/09/2013 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG20413110846773 | | | 11/09/2013 | MS | | WEB-2 | | 553604 | |

| Quantity | | | Item Code | Description | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 2.00 | 2.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 32.80 | | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35# | | N | 38.05 | 38.05 | | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | 14.30 | 28.60 | | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | 24.97 | 24.97 | | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 7.88 | | |
| 2.00 | 2.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | 15.64 | 31.28 | | |
| 1.00 | 1.00 | CASE | 116550 | Squash Butternut 35# | | N | 22.36 | 22.36 | | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | N | 16.74 | 16.74 | | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | N | 14.74 | 14.74 | | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | N | 6.69 | 6.69 | | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | 19.65 | 19.65 | | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb. | | N | 17.45 | 34.90 | | |
| 1.00 | 1.00 | BOX | 177750 | Watermelon 1 Ct. | | N | 8.50 | 8.50 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | | | NonTaxable Subtotal | 679.98 |
|---|---|---|---|---|---|---|
| | | | | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | | | Tax  0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | | Total Invoice | 679.98 |

Cases= 34.00 Splits= 2.00                    Signature:                    Page  2



# Invoice 441765

**Customer 15358 / FURR204**

Route: 997

Stop: 0

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | Ship Via | | Delivery Date | Terms | | |
|---|---|---|---|---|---|---|
| 11/09/2013 | 956-682-0923 | | 11/09/2013 | 21 Day Terms | | |
| Purchase Order Number | | Order Date | Salesperson | Order Taker | | Our Order Number |
| 210285 Marco | | 11/09/2013 | MS | ARANGEL | | 579313 |

| Quantity | | | Item Code | Description | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 2.00 | 2.00 | CASE | 108425 | Lettuce Iceberg | | N | 18.72 | 37.44 | | |
| | | | | Part No. CONTRACT | | | | | | |

**Ask about exciting changes to our online odering system starting Sat. 1/18**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | |
|---|---|
| NonTaxable Subtotal | 37.44 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 37.44 |

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

Cases= 2.00 Splits= 0.00      - Signature:      Page 1



# Invoice 443977

**Customer 15358   / FURR204**

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



| Date | Ship Via | Delivery Date | Terms |
|---|---|---|---|
| 11/13/2013 | FRG20413110645693 | 11/13/2013 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| 439936 11/07/2013 | 11/13/2013 | MS | ARANGEL | 443977 |

| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | | |
| -1.00 | -1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | N | 18.72 | -18.72 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | |
|---|---|
| NonTaxable Subtotal | -18.72 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | -18.72 |

**NN - Did Not Need**     **SH - Short On Truck**     **NO - Did Not Order**
**OO - Over Ordered**     **SW - Mis-shipped**     **MK - Mis-keyed**     **BD - Bad Product**

Cases= -1.00 Splits= 0.00                    Signature:                    Page 1



# Invoice 465162

**Customer 15358 / FURR204**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Route: 190

Stop: 20

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | Terms | | | |
|------|--|----------|--|--|---------------|--|-------|--|--|--|
| 12/23/2013 | | | | | 12/23/2013 | | 21 Day Terms | | | |

| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
|----|--|--|-----------|-------------|--|-------------|--|-----------------|--|
| | | | 12/23/2013 | MS | | LMALDONADO | | 760220 | |

| Quantity | | | Item Code | Description | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|----------|---------|------|-----------|-------------|------|-----|------------|--------|-----|------------|
| Ordered | Shipped | Pack | | | | | | | | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 34.46 | | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | 17.42 | 17.42 | | |
| 1.00 | 1.00 | CASE | 221600 | Cabbage Red Shredded 4/5# | | N | 20.66 | 20.66 | | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 18.83 | 18.83 | | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | N | 17.58 | 17.58 | | |
| 1.00 | 1.00 | CASE | 225760 | Cilantro Washed & Trimmed 4/1# | | N | 16.46 | 16.46 | | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | 21.94 | 21.94 | | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | 38.47 | 38.47 | | |
| 1.00 | 1.00 | CASE | 173900 | Grapes White Seedless 18-20# | | N | 36.47 | 36.47 | | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 13.59 | | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | N | 22.68 | 22.68 | | |
| 1.00 | 1.00 | CASE | 108425 | Lettuce Iceberg Contract 24 Ct. Part No. CONTRACT | | N | 18.72 | 18.72 | | |
| 2.00 | 2.00 | CASE | 108950 | Lettuce Romaine Contract 24 Ct. Part No. CONTRACT | | N | 18.67 | 37.34 | | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | 24.49 | 24.49 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay Interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped       MK - Mis-keyed       BD - Bad Product

(Continued)                          Signature:                          Page 1



# Invoice 465162

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (513) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | | Ship Via | | Delivery Date | | | Terms | | | |
|------|---|---|----------|--------------|--------------|--------------|---------|-----------|-------|--------|-------------|
| 12/23/2013 | | | | | 12/23/2013 | | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| | | | | 12/23/2013 | MS | | LMALDONADO | | | 760220 | |
| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | | Cde Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | |
| 2.00 | 2.00 | CASE | 110000 | Mushroom Button (Small) 10# | | | N | 18.30 | 36.60 | | |
| 2.00 | 2.00 | CASE | 112950 | Mushroom Sliced 10# | | | N | 18.20 | 36.40 | | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | N | 16.58 | 16.58 | | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | N | 14.84 | 14.84 | | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | N | 16.40 | 16.40 | | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | | N | 16.78 | 16.78 | | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | 14.30 | 42.90 | | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | 7.88 | 15.76 | | |
| 2.00 | 2.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | 15.64 | 31.28 | | |
| 2.00 | 2.00 | 5LB | 117250 | Tomatillos Bushel Peeled 32-34# | | | N | 6.70 | 13.40 | | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | 19.65 | 19.65 | | |
| 3.00 | 3.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 52.35 | | |
| 1.00 | 1.00 | SACK | 119550 | Turnips Poly 25# | | | N | 23.96 | 23.96 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | | |
|---|---|---|---|---|
| | | | NonTaxable Subtotal | 676.01 |
| | | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | Total Invoice | 676.01 |

Cases= 34.00 Splits= 2.00          Signature:-          Page 2



# Hardie's

**CELEBRATING 70 YEARS**

# Invoice 468787

**Customer 15358 / FURR204**

Route: 190

Stop: 20

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen TX 78501
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



| Date | | | Ship Via | | Delivery Date | | | | Terms | | |
|------|--|--|----------|--|---------------|--|--|--|-------|--|--|
| 12/31/2013 | | | FRG20413122747370 | | 12/31/2013 | | | | 21 Day Terms | | |
| Purchase Order Number | | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
| 467051 12/28/2013 | | | | 12/31/2013 | | MS | | DLOVE | | 468787 | |
| Quantity | | | Item Code Description | | | | COOL Tax | Unit Price | Amount | | Cde Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | |
| -1.00 | -1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | N | 18.72 | -18.72 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.6%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | |
|--|--|--|
| NonTaxable Subtotal | | -18.72 |
| Taxable Subtotal | | 0.00 |
| Tax 0.000% | | 0.00 |
| Total Invoice | | -18.72 |

| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | |
|-------------------|---------------------|--------------------|--|
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product |

Cases= -1.00 Splits= 0.00

Signature:

Page 1



# Invoice 329201

**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

**Customer 15358 / F317**

Route: 153
Stop: 10

Accounting: (832) 813 - 5281

**Bill To:**
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

**Ship To:**
Furr's # 317 - IH 35
7863 S. Interstate 35
San Antonio TX 78224
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | Ship Via | | Delivery Date | | Terms | | |
|---|---|---|---|---|---|---|---|
| 04/07/2013 | FRG31713030336853 | | 04/07/2013 | | 21 Day Terms | | |
| Purchase Order Number | | Order Date | | Salesperson | Order Taker | | Our Order Number |
| 312029 03/04/2013 | | 04/07/2013 | | REED | NVEGA | | 329201 |

| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Cde | Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | | |
| -1.00 | -1.00 | | | Manual Credit | | | N | 4.50 | -4.50 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable agricultural commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes: Reference Inv 312029
Price Discrepancy in Fuel Surcharge

| | | | | |
|---|---|---|---|---|
| NonTaxable Subtotal | | | | -4.50 |
| Taxable Subtotal | | | | 0.00 |
| Tax 0.000% | | | | 0.00 |
| Total Invoice | | | | -4.50 |

| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | |
|---|---|---|---|
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product |

Cases= -1.00 Splits= 0.00

Signature: _____

Page 1



# Invoice 329202

**Customer 15358 / F318**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Route: 150
Stop: 21

Accounting: (832) 813 - 5281



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 318 - Hwy 151
8410 State Highway 151
San Antonio TX 78245
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | | | Terms | | |
|------|---|----------|---|---|---------------|---|---|---|-------|---|---|
| 04/07/2013 | | FRG31813030336866 | | | 04/07/2013 | | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number | |
| 312160 03/04/2013 | | | 04/07/2013 | | DA | | NVEGA | | | 329202 | |
| Quantity | | | Item Code Description | | | | COOL Tax | Unit Price | Amount | | Cde Adjustment |
| Ordered | Shipped | Pack | | | | | | | | | |
| -1.00 | -1.00 | | | Manual Credit | | | N | 4.50 | -4.50 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C, 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes: Reference inv 312160

Price Discrepancy in Fuel Surcharge

| | | |
|---|---|---|
| NonTaxable Subtotal | | -4.50 |
| Taxable Subtotal | | 0.00 |
| Tax 0.000% | | 0.00 |
| Total Invoice | | -4.50 |

| | | | |
|---|---|---|---|
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product |

Cases= -1.00 Splits= 0.00

Signature:

Page 1



# Hardie's

**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8257
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

# Invoice 470758

**Customer 15358   / F318**

Route: 160

Stop: 24

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( )  -

Ship To:
Furr's # 318 - Hwy 151
8410 State Highway 151
San Antonio TX 78245
( )  -

Adjustments will be honored within 24 hours of delivery and proper information is seen. Do not change this invoice



| Date | | Ship Via | | Delivery Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2014 | | 2051405 | | 01/06/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| FRG31814010547651 | | | 01/06/2014 | DA | | WEB-2 | | | 505546 | |
| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Cde Adjustment |
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 173050 | Banana Premium 40# | | | N | 20.76 | 20.76 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | 17.42 | 17.42 | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | | N | 18.83 | 18.83 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | N | 18.72 | 18.72 | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | | N | 18.67 | 37.34 | |
| 1.00 | 1.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | | N | 18.20 | 18.20 | |
| 1.00 | 1.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | | N | 16.40 | 16.40 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | 14.30 | 42.90 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | 25.57 | 25.57 | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | 7.88 | 7.88 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | 15.64 | 15.64 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | | N | 14.74 | 14.74 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 34.90 | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | NonTaxable Subtotal | 289.30 |
|---|---|---|
| | Taxable Subtotal | 0.00 |
| | Tax 0.000% | 0.00 |
| | Total Invoice | 289.30 |

| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | | |
|---|---|---|---|---|
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | |

Cases= 16.00 Splits= 1.00            Signature:                    Page 1



# Invoice 477734

**Hardie's**
*CELEBRATING 70 YEARS*

**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

**Customer 15358 / F318**

Route: 150

Stop: 24

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 318 - Hwy 151
8410 State Highway 151
San Antonio TX 78245
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.



| Date | | Ship Via | | Delivery Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/18/2014 | | 2067764 | | 01/18/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
| FRG31814011748066 | | | 01/18/2014 | | DA | WEB-2 | | 316093 | |
| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Cod | Adjustment |

| Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Cod Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CASE | 173050 | Banana Premium 40# | | N | 20.76 | 41.52 | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 34.46 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | 17.42 | 17.42 | |
| 2.00 | 2.00 | CASE | 221600 | Cabbage Red Shredded 4/5# | | N | 20.66 | 41.32 | |
| 1.00 | 1.00 | CASE | 173400 | Cantaloupe 15-18 Ct | | N | 21.43 | 21.43 | |
| 2.00 | 2.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 18.83 | 37.66 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | 21.94 | 21.94 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 27.18 | |
| 3.00 | 3.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | N | 26.45 | 79.35 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 18.72 | 18.72 | |
| 3.00 | 3.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | N | 18.67 | 56.01 | |
| 2.00 | 2.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | 24.49 | 48.98 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | 18.30 | 18.30 | |
| 2.00 | 2.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | N | 18.20 | 36.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | |

Ask about exciting changes to our online ordering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

**NN - Did Not Need**   **SH - Short On Truck**   **NO - Did Not Order**
**OO - Over Ordered**   **SW - Mis-shipped**   **MK - Mis-keyed**   **BD - Bad Product**

(Continued)

Signature:

Page 1



# Invoice 477734

**Customer 15358 / F318**

Route: 150

Stop: 24

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 318 - Hwy 151
8410 State Highway 151
San Antonio TX 78245
( ) -



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | Terms | | | | |
|------|--|----------|--|--|---------------|--|-------|--|--|--|--|
| 01/18/2014 | | 2067764 | | | 01/18/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number | |
| FRG31814011748066 | | | 01/18/2014 | | DA | | WEB-2 | | | 316093 | |

| Quantity | | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Code | Adjustment |
|----------|---------|------|-----------|-------------|--|------|-----|-----------|--------|------|------------|
| Ordered | Shipped | Pack | | | | | | | | | |
| 2.00 | 2.00 | CASE | 176800 | Pineapple Gold Dole 7-8 Ct. | | | N | 17.25 | 34.50 | | |
| 4.00 | 4.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | 14.30 | 57.20 | | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | 26.57 | 26.57 | | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | 15.64 | 15.64 | | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | | N | 16.74 | 33.48 | | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | | N | 14.74 | 14.74 | | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | 19.65 | 19.65 | | |
| 5.00 | 5.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 87.25 | | |
| 1.00 | 1.00 | BOX | 177750 | Watermelon 1 Ct. | | | N | 9.00 | 9.00 | | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | | |
|--|--|--|--|
| | | NonTaxable Subtotal | 833.08 |
| | | Taxable Subtotal | 0.00 |
| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | Tax 0.000% | 0.00 |
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product | Total Invoice | 833.08 |

Cases= 45.00 Splits= 0.00                    Signature:                    Page 2



**Hardie's Fruit & Vegetable South**
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

# Invoice 470872

**Customer 15358 / F317**

Route: 153
Stop: 12

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 317 - IH 35
7863 S. Interstate 35
San Antonio TX 78224
(210) 922-5700



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice

| Date | Ship Via | | Delivery Date | | Terms | | |
|------|----------|--|---------------|--|-------|--|--|
| 01/06/2014 | 2051364 | | 01/06/2014 | | 21 Day Terms | | |
| Purchase Order Number | | Order Date | Salesperson | Order Taker | | Our Order Number | |
| FRG31714010547649 | | 01/06/2014 | REED | WEB-2 | | 504935 | |

| Quantity | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Code Adjustment |
| 3.00 | 3.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 51.69 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | 13.89 | 13.89 | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 18.83 | 18.83 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | N | 17.58 | 17.58 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | 21.94 | 21.94 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 13.59 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 18.72 | 18.72 | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | N | 18.67 | 37.34 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | 18.30 | 18.30 | |
| 2.00 | 2.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | N | 18.20 | 36.40 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | 14.34 | 14.34 | |
| 3.00 | 3.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 49.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | 14.30 | 42.90 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | 15.64 | 15.64 | |
| 3.00 | 3.00 | CASE | 177550 | Strawberry 8/1# | | N | 27.59 | 82.77 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need     SH - Short On Truck     NO - Did Not Order
OO - Over Ordered     SW - Mis-shipped        MK - Mis-keyed          BD - Bad Product

(Continued)                                    Signature:_____                          Page 1



Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75361
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

# Invoice 470872

**Customer 15358 / F317**

Route: 153

Stop: 12

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 317 - IH 35
7883 S. Interstate 35
San Antonio TX 78224
(210) 922-5700



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | | | Terms | |
|---|---|---|---|---|---|---|---|---|---|
| 01/06/2014 | | 2051364 | | 01/06/2014 | | | | 21 Day Terms | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number |
| | FRG31714010547649 | | | 01/06/2014 | REED | | WEB-2 | | 504935 |

| Quantity Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Code Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | 19.65 | 39.30 | |
| 3.00 | 3.00 | CASE | 118775 | Tomato Grape 10 lb. | | N | 17.45 | 52.35 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | |
|---|---|
| NonTaxable Subtotal | 561.56 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 561.55 |

NN - Did Not Need     SH - Short On Truck     NO - Did Not Order
OO - Over Ordered     SW - Mis-shipped     MK - Mis-keyed     BD - Bad Product

Cases= 31.00 Splits= 0.00

Signature:_____

Page 2



**Hardie's Fruit & Vegetable Co. - South, LP**
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

| INVOICE | 01021141 |
|---|---|
| DATE | 01/22/14 |
| TRIP | 00002468 |
| ROUTE/STOP | MC190 / 65 |
| CUSTOMER CODE | FUR204 / FUR204 |

Bill to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Ship to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Remit to:
P.O Box 610413, Dallas, TX 75261



DW1LK000101
010211410001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.23 | 17.23 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.42 | 17.42 | |
| 2 | 2 | 71205 | MUSHROOM BUTTON (SMALL) | 10# | 18.30 | 36.60 | |
| 1 | 1 | 01998 | MUSHROOM SLICED INGREDIENT | 10# | 18.20 | 18.20 | |
| 1 | 1 | 71406 | ONION RED JUMBO | 25# | 15.34 | 15.34 | |
| 1 | 1 | 02392 | ONION YELLOW JUMBO CONTRACT | 50# | 17.40 | 17.40 | |
| 1 | 1 | 02617 | PEPPER JALAPENO | 35# | 30.44 | 30.44 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.78 | 16.78 | |
| 1 | 1 | 02836 | POTATO IDAHO | 90 CT | 14.30 | 14.30 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-24# | 16.74 | 16.74 | |
| 1 | 1 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 14.74 | |
| 1 | 1 | 03610 | TOMATO GRAPE | 10# | 17.45 | 17.45 | |
| 1 | 1 | 71817 | STRAWBERRY | 8/1# | 27.59 | 27.59 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.25 | 17.25 | |
| 1 | 1 | 00386 | CABBAGE RED SHREDDED | 4/5# | 20.66 | 20.66 | |
| 1 | 1 | 83015 | CARROT SHREDDED | 4/5# | 18.83 | 18.83 | |
| 1 | 1 | 01642 | LEMON SK CHOICE | 165 CT | 26.45 | 26.45 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 343.42 |
|---|---|---|---|---|---|
| JDC | | | PRO*ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | American Produce Specialist | TOTAL | |
| | FRG20414012048130 | NET 21 DAYS | | INVOICE | $343.42 |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | 0 |
|---|---|
| FULL CASES | 18 |
| WEIGHT | 463.00 |
| TOTAL PCS | 18 |
| NOTES | |

**CUSTOMER SIGNATURE**

X _____

NAME (PLEASE PRINT)

DATE

**Hardie's**

Hardie's Fruit & Vegetable Co. · South, LP
Phone: (512)-452-8757
Fax: (214)-217-4122
Accounting: (214) 708-6)51

| INVOICE | 01021948 |
|---|---|
| DATE | 01/21/14 |
| TRIP | 00002531 |
| ROUTE/STOP | MC194 / 65 |
| CUSTOMER CODE | FUR204 / FUR204 |

Bill to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Ship to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Remit to:
P.O Box 610413, Dallas, TX 75261



INV11JN000101
010219480001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 01639 | LEMON SK CHOICE | 140 CT | 50.70 | 50.70 | |
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 24.30 | 24.30 | |
| 1 | 1 | 71113 | LETTUCE ROMAINE | 24 CT | 18.67 | 18.67 | |
| 1 | 1 | 71533 | PEPPER GREEN BELL LARGE | 1 1/9 BU | 29.70 | 29.70 | |
| 1 | 1 | 03611 | TOMATO GRAPE | 12/1 PT | 45.00 | 45.00 | |
| 1 | 1 | 71415 | ONION YELLOW JUMBO | 50# | 26.10 | 26.10 | |
| 1 | 1 | 02836 | POTATO IDAHO | 90 CT | 22.50 | 22.50 | |
| 1 | 1 | 00358 | CABBAGE GREEN SHRED | 4/5# | 19.50 | 19.50 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.42 | 17.42 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 253.89 |
|---|---|---|---|---|---|
| OC1 | | | PROMACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL | |
| | | NET 21 DAYS | | INVOICE | $253.89 |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | 0 |
|---|---|
| FULL CASES | 9 |
| WEIGHT | 313.00 |
| TOTAL PCS | 9 |
| NOTES | |

**CUSTOMER SIGNATURE**

X _____
NAME (PLEASE PRINT)

DATE

Signature Only

**Hardie's** Fruit & Vegetable Co. - South, LP
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

| INVOICE | 01022141 |
| --- | --- |
| DATE | 01/22/14 |
| TRIP | 00002468 |
| ROUTE/STOP | MC190 / 65 |
| CUSTOMER CODE | FUR204 / FUR204 |

Bill to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Ship to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Remit to:
P.O Box 610413, Dallas, TX 75261

INV:1M000101
01022141060101

| QUANTITY | | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED | ADJ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| ORDERED | SHIPPED | | | | | AMOUNT | |
| 2 | 2 | 00305 | BROCCOLI CROWNS | 18/20# | 17.23 | 34.46 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.42 | 17.42 | |
| 1 | 1 | 70224 | CAULIFLOWER CELLO | 12 CT | 17.58 | 17.58 | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.59 | 13.59 | |
| 1 | 1 | 01706 | LETTUCE ICEBERG LINER | 24 CT | 18.72 | 18.72 | |
| 1 | 1 | 71113 | LETTUCE ROMAINE | 24 CT | 18.67 | 18.67 | |
| 2 | 2 | 71205 | MUSHROOM BUTTON (SMALL) | 10# | 18.30 | 36.60 | |
| 1 | 1 | 01998 | MUSHROOM SLICED INGREDIENT | 10# | 18.20 | 18.20 | |
| 1 | 1 | 71406 | ONION RED JUMBO | 25# | 15.34 | 15.34 | |
| 1 | 1 | 02392 | ONION YELLOW JUMBO CONTRACT | 50# | 17.40 | 17.40 | |
| 1 | 1 | 02836 | POTATO IDAHO | 90 CT | 14.30 | 14.30 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 16.74 | |
| 1 | 1 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 14.74 | |
| 1 | 1 | 71986 | TOMATO BULK 6X6 LARGE | 25# | 19.65 | 19.65 | |
| 1 | 1 | 03610 | TOMATO GRAPE | 10# | 17.45 | 17.45 | |
| 1 | 1 | 71817 | STRAWBERRY | 8/1# | 27.59 | 27.59 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.25 | 17.25 | |
| 1 | 1 | 00386 | CABBAGE RED SHREDDED | 4/5# | 20.66 | 20.66 | |
| 1 | 1 | 83015 | CARROT SHREDDED | 4/5# | 18.83 | 18.83 | |
| 1 | 1 | 00477 | CARROT MEDIUM TABLE | 25# | 13.89 | 13.89 | |
| 1 | 1 | 71739 | RADISH TRIMMED | 5# | 10.00 | 10.00 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 414.72 |
| --- | --- | --- | --- | --- | --- |
| JDC | | | PRO-ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL | |
| | FRG20414012148162 | NET 21 DAYS | | INVOICE | $414.72 |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorised by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | |
| --- | --- |
| 0 | CUSTOMER SIGNATURE |
| FULL CASES | X |
| 24 | NAME (PLEASE PRINT) |
| WEIGHT | |
| 584.50 | |
| TOTAL PCS | DATE |
| 24 | |
| NOTES | |

**Hardie's**

Hardie's Fruit & Vegetable Co. - South. LP
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

| INVOICE | 01022926 |
|---|---|
| DATE | 01/23/14 |
| TRIP | 00002630 |
| ROUTE/STOP | MC190 / 65 |
| CUSTOMER CODE | FUR204 / FUR204 |

Bill to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Ship to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Remit to:
P.O Box 610413, Dallas, TX 75261

DIV11#0003101
010229260001

| QUANTITY ORDERED | QUANTITY SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.23 | 17.23 | |
| 1 | 1 | 00546 | CELERY | 30/36 CT | 21.43 | 21.43 | |
| 1 | 1 | 01706 | LETTUCE ICEBERG LINER | 24 CT | 18.72 | 18.72 | -18.72 |
| 1 | 1 | 01883 | MESCLUN MIX | 4/3# | 24.49 | 24.49 | -24.49 |
| 1 | 1 | 02617 | PEPPER JALAPENO | 35# | 30.44 | 30.44 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.78 | 16.78 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 14.74 | |
| 1 | 1 | 03610 | TOMATO GRAPE | 10# | 17.45 | 17.45 | |
| 1 | 1 | 71817 | STRAWBERRY | 8/1# | 27.59 | 27.59 | |
| 1 | 1 | 83015 | CARROT SHREDDED | 4/5# | 18.83 | 18.83 | |
| 1 | 1 | 71739 | RADISH TRIMMED | 5# | 10.00 | 10.00 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | | SUBTOTAL | 233.34 |
|---|---|---|---|---|---|---|
| RGN | | | PRO-ACT | TAX | | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL | | |
| | FRG20414012248200 | NET 21 DAYS | | INVOICE | | |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities. all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | |
|---|---|
| 0 | |
| FULL CASES | |
| 12 | |
| WEIGHT | |
| 283.50 | |
| TOTAL PCS | |
| 12 | |
| NOTES | |

**CUSTOMER SIGNATURE**

X MARCELA A SALCEDO
NAME (PLEASE PRINT)

DATE

**Hardie's Fruit & Vegetable Co. - South, LP**
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

**INVOICE** 01024831
**DATE** 01/25/14
**TRIP** 00002840
**ROUTE/STOP** MC190 / 65
**CUSTOMER CODE** FUR204 / FUR204

Bill to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Ship to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Remit to:
P.O Box 610413, Dallas, TX 75261



DWV1X000101
01024B110001

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 2 | 2 | 00305 | BROCCOLI CROWNS | 18/20# | 17.23 | 34.46 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.42 | 17.42 | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.59 | 13.59 | |
| 2 | 2 | 01706 | LETTUCE ICEBERG LINER | 24 CT | 18.72 | 37.44 | -1872 |
| 2 | 2 | 71113 | LETTUCE ROMAINE | 24 CT | 18.67 | 37.34 | |
| 2 | 2 | 01883 | MESCLUN MIX | 4/3# | 24.49 | 48.98 | -12.25 |
| 2 | 2 | 71205 | MUSHROOM BUTTON (SMALL) | 10# | 18.30 | 36.60 | |
| 1 | 0 | 02257 | ONION GREEN CLEAN & TRIM | 4/2# | 16.58 | .00 | |
| 1 | 1 | 02392 | ONION YELLOW JUMBO CONTRACT | 50# | 17.40 | 17.40 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.78 | 16.78 | |
| 3 | 3 | 02636 | POTATO IDAHO | 90 CT | 14.30 | 42.90 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 16.74 | |
| 1 | 1 | 71986 | TOMATO BULK 6X6 LARGE | 25# | 19.65 | 19.65 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 70011 | APPLE GOLD XFCY | 80 CT | 34.06 | 34.06 | |
| 1 | 1 | 00156 | BANANA PREMIUM | 40# | 20.76 | 20.76 | |
| 1 | 1 | 83015 | CARROT SHREDDED | 4/5# | 18.83 | 18.83 | |
| 1 | 1 | 00477 | CARROT MEDIUM TABLE | 25# | 13.89 | 13.89 | |
| 1 | 1 | 02258 | ONION GREEN ICELESS | 4/12 CT | 16.48 | 16.48 | |

| ORDER TAKER | | ORDER DATE | | DRIVER'S NAME | | SUBTOTAL | 493.86 |
|---|---|---|---|---|---|---|---|
| RGN | | | | | | TAX | 00 |
| SALESPERSON | | CUSTOMER PO# | | TERMS | | TOTAL | |
| | | FRG20414012448260 | | NET 21 DAYS | | INVOICE | |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1030 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | |
|---|---|
| 0 | |
| FULL CASES | |
| 27 | |
| WEIGHT | |
| 805.00 | |
| TOTAL PCS | |
| 27 | |
| NOTES | |

**CUSTOMER SIGNATURE**

X MARCELA A. SALCEDO

NAME (PLEASE PRINT)

DATE

# Hardie's

**Invoice 329201**

CELEBRATING 70 YEARS

**Customer 15358 / F317**

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Route: 153
Stop: 10

Accounting: (832) 813 - 5281

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 317 - IH 35
7863 S. Interstate 35
San Antonio TX 78224
( ) -

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice

| Date | Ship Via | Delivery Date | Terms | | |
|---|---|---|---|---|---|
| 04/07/2013 | FRG31713030036853 | 04/07/2013 | 21 Day Terms | | |
| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number | |
| 312029 03/04/2013 | 04/07/2013 | REED | NVEGA | 329201 | |

| Quantity | | | Item Code Description | COOL | Tax | Unit Price | Amount | Code Adjustment |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | |
| -1.00 | -1.00 | | Manual Credit | | N | 4.50 | -4.50 | |

Ask about exciting changes to our online odering system starting Sat. 1/18

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes: Reference Inv 312029

Price Discrepancy in Fuel Surcharge

| | |
|---|---|
| NonTaxable Subtotal | -4.50 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | -4.50 |

NN - Did Not Need     SH - Short On Truck     NO - Did Not Order
OO - Over Ordered     SW - Mis-shipped       MK - Mis-keyed          BD - Bad Product

Cases= -1.00  Splits= 0.00                    Signature:                          Page 1



Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

# Invoice 465177

Customer 15358  / F317

Route: 153

Stop: 12

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( )  ·

Ship To:
Furr's # 317 - 0H 35
7863 S. Interstate 35
San Antonio TX 78224
(210) 922-5700

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice

| Date | | Ship Via | | | Delivery Date | | | | Terms | | |
|------|--|----------|--|--|---------------|--|--|--|-------|--|--|
| 12/23/2013 | | 2035784 | | | 12/23/2013 | | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number | |
| FRG31713122247206 | | | 12/23/2013 | | REED | | WEB-2- | | | 746711 | |

| Quantity Ordered | Shipped | Pack | Item Code | Description | COOL | Tax | Unit Price | Amount | Code Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | 16.78 | 16.78 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35# | | N | 30.44 | 30.44 | |
| 5.00 | 5.00 | CASE | 202200 | Potato Idaho 090 Ct | | N | 14.30 | 71.50 | |
| 4.00 | 4.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | 25.57 | 102.28 | |
| 3.00 | 3.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | 7.88 | 23.64 | |
| 1.00 | 1.00 | CASE | 116550 | Squash Butternut 35# Return | | N | 22.61 | 22.61 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 18-20# | | N | 16.74 | 16.74 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 18-22# | | N | 14.74 | 14.74 | |
| 4.00 | 4.00 | CASE | 177550 | Strawberry 8/1# | | N | 27.59 | 110.36 | |
| 3.00 | 3.00 | SLB | 117250 | Tomatillos Bushel Peeled 32-34# | | N | 6.70 | 20.10 | |
| 2.00 | 2.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | 19.65 | 39.30 | |
| 6.00 | 6.00 | CASE | 118275 | Tomato Grape 10 /b. | | N | 17.45 | 104.70 | |
| 1.00 | 1.00 | SACK | 119550 | Turnips Poly 25# Return | | N | 23.96 | 23.96 | |

Hardie's will be closed Christmas Day. Please get orders in by noon 12/24 for de

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NonTaxable Subtotal     1150.08
Taxable Subtotal           0.00
Tax 0.000%                 0.00
Total Invoice           1150.58

NN - Did Not Need      SH - Short On Truck   NO - Did Not Order
OO - Over Ordered      SW - Mis-shipped      MK - Mis-keyed        BD - Bad Product

Cases= 56.00 Splits= 2.00              Signature:_____              Page  2



Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

# Invoice 465177

Customer 15358  / F317

Route: 153

Stop: 12



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 317 - IH 35
7863 S. Interstate 35
San Antonio TX 78224
(210) 922-5700

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | Delivery Date | | Terms | | |
|------|------|-----------|--------|---------------|------|--------|------|------|
| 12/23/2013 | | 2035784 | | 12/23/2013 | | 21 Day Terms | | |
| | Purchase Order Number | | Order Date | Salesperson | | Order Taker | | Our Order Number |
| | FRG31713122247306- | | 12/23/2013 | REED - | | WEB-2- | | 746714 |
| Quantity | | Item Code | Description | | COOL | Tax | Unit Price | Amount | Cust Adjustment |
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 2.00 | CASE | 170750- | Apple Granny Smith XFcy-088 Ct- | | N - | 38.06 | 38.06 | -- | - - |
| 4.00 | 4.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | 17.23 | 68.92 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50#. | | N - | 17.42 | 17.42 | -- | - |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | 18.83 | 18.83 | |
| 1.00 | 1.00 | CASE | 102300 | Celery 30/36 Ct. | | N | 26.47 | 26.47 | |
| 2.00 | 2.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | 21.94 | 43.88 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | 13.59 | 13.59 | |
| 1.00 | 1.00 | CASE | 174325 | Lemon Choice Contract 165 Ct. | | N | 22.68 | 22.68 | |
| 4.00 | 4.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | 18.72 | 74.88 | |
| 4.00 | 4.00 | CASE | 108650 | Lettuce Romaine 24 Ct. - | | N - | 18.67 | 74.68 | -- | - |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | 18.30 | 18.30 | |
| 3.00 | 3.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient. | | N | 18.20 | 54.60 | | - |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | 16.58 | 16.58 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | 14.84 | 14.84 | |
| 3.00 | 3.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | 16.40 | 49.20 | |

Hardie's will be closed Christmas Day. Please get orders in by noon 12/24 for de

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

(Continued)                           Signature:_____                    Page 1



# Invoice 470872

**Customer 15358 / F317**

Route: 153
Stop: 12

Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281



Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 317 - IH 35
7863 S. Interstate 35
San Antonio TX 78224
(210) 922-5700

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| Date | | Ship Via | | | Delivery Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2014 | | 2051364 | | | 01/06/2014 | | | 21 Day Terms | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG31714010547649 | | | | 01/06/2014 | REED | | WEB-2 | | 504935 | |
| Country Ordered | Shipped | FAS | Item Code | Description | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| 2.00 | 2.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | 19.65 | 39.30 | |
| 3.00 | 3.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | 17.45 | 52.35 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| | | |
|---|---|---|
| NonTaxable Subtotal | | 561.56 |
| Taxable Subtotal | | 0.00 |
| Tax 0.000% | | 0.00 |
| Total Invoice | | 561.56 |

NN - Did Not Need    SH - Short On Truck    NO - Did Not Order
OO - Over Ordered    SW - Mis-shipped    MK - Mis-keyed    BD - Bad Product

Cases= 31.00 Splits= 0.00

Signature: _____



Hardie's Fruit & Vegetable South
P.O. Box 613216
Dallas TX 75261
Phone: (512) 451 - 8757
Fax: (512) 929 - 0041

Accounting: (832) 813 - 5281

# Invoice 470872

Customer 15358 / F317

Route: 153

Stop: 12

Bill To:
Furr's Corporate
2701 E. Plano Parkway-Suite 200
Plano TX 75074
( ) -

Ship To:
Furr's # 317 - IH 35
7863 S. Interstate 35
San Antonio TX 78224
(210) 922-5700



Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice

| Date | | | Ship Via | | Delivery Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2014 | | | 2051364 | | 01/06/2014 | | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Der Order Number | |
| | FRG31714010547649 | | | 01/06/2014 | REED | | WEB-2 | | 504935 | |
| Quantity | | | Item Code | Description | | | COOL | Tax | Unit Price | Amount | Code Adjustment |
| Ordered | Shipped | Pack | | | | | | | | |
| 3.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | | 17.23 | 51.69 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | | 13.89 | 13.89 | |
| 1.00 | 1.00 | CASE | 223650 | Carrot Shredded 4/5# | | N | | 18.83 | 18.83 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct. Cello | | N | | 17.58 | 17.58 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumbers Select 1 1/9 Bu 45-55# | | N | | 21.94 | 21.94 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct. | | N | | 13.59 | 13.59 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | | 18.72 | 18.72 | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct. | | N | | 18.67 | 37.34 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | | 18.30 | 18.30 | |
| 2.00 | 2.00 | CASE | 113000 | Mushroom Sliced 10# Ingredient | | N | | 18.20 | 36.40 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | | 14.34 | 14.34 | |
| 3.00 | 3.00 | SACK | 200775 | Onion Yellow Jumbo Contract 50# | | N | | 16.40 | 49.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chopper 1 1/9 Bu | | N | | 16.78 | 16.78 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | | 14.30 | 42.90 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | | 15.64 | 15.64 | |
| 3.00 | 3.00 | CASE | 177550 | Strawberry 8/1# | | N | | 27.59 | 82.77 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Notes:

| NN - Did Not Need | SH - Short On Truck | NO - Did Not Order | |
|---|---|---|---|
| OO - Over Ordered | SW - Mis-shipped | MK - Mis-keyed | BD - Bad Product |

(Continued)

Signature:_____



Hardies South
Phone: 512-451-8757
Fax: 512-929-0041

**CUSTOMER STATEMENT**

| | |
|---|---|
| DATE | 02/06/14 |
| CUSTOMER CODE | FURRS |

Remit to:
P.O. Box 613216. Dallas, TX 75261

Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano, TX 75074

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|---|---|---|---|---|---|---|
| 01028632 | 01/30/14 | I | P.O. FRG31814012948410/2 | 226.86 | 226.86 | 16.306.28 |
| 01029753 | 01/31/14 | I | P.O. FRG31814013048442/2 | 192.72 | 192.72 | 16,499.00 |
| 01030876 | 02/01/14 | I | P.O. FRG31814013148468/2 | 544.56 | 544.56 | 17,043.56 |
| 01033607 | 02/05/14 | I | P.O. FRG31814020448563/2 | 704.28 | 704.28 | 17,747.84 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | Statement | |
|---|---|---|---|---|---|---|---|
| 14,454.20 | 1,306.64 | 37.86 | 1,803.17 | 145.97 | | Total | $17,747.84 |

## TERMS AND CONDITIONS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 10% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

## CREDIT CODES

D=DR Memo I=Invoice F=Finance Charge
C=CR Memo P=Payment A=Discount Allowed
J=Adjustment



**Hardie's Fruit & Vegetable Co. - South, LP**
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

| INVOICE | 01028632 |
|---|---|
| DATE | 01/30/14 |
| TRIP | 00003261 |
| ROUTE/STOP | SA150 / 130 |
| CUSTOMER CODE | FUR318 / FUR318 |

**Bill to:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano, TX 75074

**Ship to:**
Furr's # 318 - Hwy 151
8410 State Highway 151
San Antonio, TX 78245

**Remit to:**
P.O. Box 613216, Dallas, TX 75261

| QUANTITY | | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | | |
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.23 | 17.23 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.42 | 17.42 | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.59 | 13.59 | |
| 1 | 1 | 71113 | LETTUCE ROMAINE | 24 CT | 18.67 | 18.67 | |
| 1 | 1 | 01998 | MUSHROOM SLICED INGREDIENT | 10# | 18.20 | 18.20 | |
| 1 | 1 | 02302 | ONION YELLOW JUMBO CONTRACT | 50# | 17.40 | 17.40 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71576 | POTATO SWEET JUMBO | 40# | 26.57 | 26.57 | |
| 1 | 1 | 71986 | TOMATO BULK 6X6 LARGE | 25# | 19.65 | 19.65 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 71817 | STRAWBERRY | 8/1# | 27.59 | 27.59 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | | |
|---|---|---|---|---|---|
| RGN | | | SUBTOTAL | | 226.86 |
| SALESPERSON | CUSTOMER PO# | TERMS | TAX | | .00 |
| | FRG31814012948410 | 21 Days | TOTAL INVOICE | | $226.86 |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | 0 |
|---|---|
| FULL CASES | 12 |
| WEIGHT | 301.00 |
| TOTAL PCS | 12 |
| NOTES | |

CUSTOMER SIGNATURE

X

NAME (PLEASE PRINT)

DATE _____ 01-30-14



Hardie's Fruit & Vegetable Co. - South, LP
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

**INVOICE**

| | |
|---|---|
| | 01029753 |
| DATE | 01/31/14 |
| TRIP | 00003335 |
| ROUTE/STOP | SA150 / 130 |
| CUSTOMER CODE | FUR318 / FUR318 |

Bill to:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano, TX 75074

Ship to:
Furr's # 318 - Hwy 151
8410 State Highway 151
San Antonio, TX 78245

Remit to:
P.O. Box 613216, Dallas, TX 75261



| QUANTITY | | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.59 | 13.59 | |
| | 1 | 01706 | LETTUCE ICEBERG LINER | 24 CT | 18.72 | 18.72 | |
| | 1 | 02257 | ONION GREEN CLEAN & TRIM | 4/2# | 16.58 | 16.58 | |
| | 1 | 02302 | ONION YELLOW JUMBO CONTRACT | 50# | 17.40 | 17.40 | |
| | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| | 1 | 71574 | POTATO SWEET JUMBO | 40# | 26.57 | 26.57 | |
| | 1 | 00156 | BANANA PREMIUM | 40# | 20.76 | 20.76 | |
| | 1 | 01845 | CANTALOUPE | 15/18 CT | 21.43 | 21.43 | |
| | 1 | 83015 | CARROT SHREDDED | 4/5# | 18.83 | 18.83 | |
| | 1 | 01115 | EGGS LARGE | 15 DZ | 23.20 | 23.20 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 192.72 |
|---|---|---|---|---|---|
| RGN | | | | TAX | 00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL | |
| | FRG31814013048442 | 21 Days | | INVOICE | $192.72 |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | 0 |
|---|---|
| FULL CASES | 10 |
| WEIGHT | 307.00 |
| TOTAL PCS | 10 |

NOTES

CUSTOMER SIGNATURE

X John Woods

NAME (PLEASE PRINT)
John Woods

DATE 1-31-14

**Hardie's Fruit & Vegetable Co. - South, LP**
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151,

**INVOICE** 01030876
DATE 02/01/14
TRIP 00003465
ROUTE/STOP SA150 / 130
CUSTOMER CODE FUR318 / FUR318

Bill to:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano, TX 75074

Ship to:
Furr's # 318 - Hwy 151
8410 State Highway 151
San Antonio, TX 78245

Remit to:
P.O. Box 613216, Dallas, TX 75261

| QUANTITY ORDERED | SHIPPED | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| 1/2 | 2 | 00305 | BROCCOLI CROWNS | 18/20# | 17.23 | 34.46 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.42 | 17.42 | |
| 1 | 1 | 70224 | CAULIFLOWER CELLO | 12 CT | 17.58 | 17.58 | |
| 2 | 2 | 74071 | CUCUMBER SELECT 1 1/9 BU | 45# | 21.94 | 43.88 | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.59 | 13.59 | |
| 1 | 1 | 01706 | LETTUCE ICEBERG LINER | 24 CT | 18.72 | 18.72 | |
| 3 | 3 | 71113 | LETTUCE ROMAINE | 24 CT | 18.67 | 56.01 | |
| 1 | 1 | 71205 | MUSHROOM BUTTON (SMALL) | 10# | 18.30 | 18.30 | |
| 1 | 1 | 01998 | MUSHROOM SLICED INGREDIENT | 10# | 18.20 | 18.20 | |
| 1 | 1 | 71536 | PEPPER JALAPENO | 38-40# | 26.44 | 26.44 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.78 | 16.78 | |
| 1 | 1 | 02836 | POTATO IDAHO | 90 CT | 14.30 | 14.30 | |
| 2 | 2 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 31.28 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 16.74 | |
| 1 | 1 | 71574 | POTATO SWEET JUMBO | 40# | 26.57 | 26.57 | |
| 1 | 1 | 71966 | TOMATO BULK 6X6 LARGE | 25# | 19.65 | 19.65 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 00156 | BANANA PREMIUM | 40# | 20.76 | 20.76 | |
| 2 | 2 | 01642 | LEMON SK CHOICE | 165 CT | 26.45 | 52.90 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.25 | 17.25 | |
| 1 | 1 | 83015 | CARROT SHREDDED | 4/5# | 18.83 | 18.83 | |
| 1 | 1 | 71739 | RADISH TRIMMED | 5# | 10.00 | 10.00 | |

ORDER TAKER: RGN
SALESPERSON
CUSTOMER PO#: FRG31814013148468
TERMS: 21 Days

SUBTOTAL 544.56
TAX .00
TOTAL INVOICE $544.56

REPACKS 0
FULL CASES 29
WEIGHT 838.50
TOTAL PCS 29

**TERMS AND CONDITIONS**

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

**Hardie's** Fruit & Vegetable Co. - South. LP
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

**INVOICE** 01033607
DATE 02/05/14
TRIP 00003786
ROUTE/STOP SA150 / 130
CUSTOMER CODE FUR318 / FUR318

Bill to:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano, TX 75074

Ship to:
Furr's # 318 - Hwy 151
8410 State Highway 151
San Antonio, TX 78245

Remit to:
P.O. Box 613216, Dallas , TX 75261



INV1LM000101
01031657000S

| QUANTITY | | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED | ADJ |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | AMOUNT | |
| 2 | 2 | 00305 | BROCCOLI CROWNS | 18/20# | 17.98 | 35.96 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON | 45/50# | 17.42 | 17.42 | |
| 1 | 1 | 00546 | CELERY | 30/36 CT | 20.32 | 20.32 | |
| 1 | 1 | 74071 | CUCUMBER SELECT 1 1/9 BU | 45# | 22.67 | 22.67 | |
| 2 | 2 | 71001 | KALE PREMIUM | 24 CT | 14.52 | 29.04 | |
| 1 | 1 | 71109 | LETTUCE GREEN LEAF | 24 CT | 16.40 | 16.40 | |
| 2 | 2 | 01706 | LETTUCE ICEBERG LINER | 24 CT | 19.49 | 38.98 | |
| 2 | 2 | 71113 | LETTUCE ROMAINE | 24 CT | 19.54 | 39.08 | |
| 1 | 1 | 01883 | MESCLUN MIX | 4/3# | 25.22 | 25.22 | |
| 2 | 2 | 71205 | MUSHROOM BUTTON (SMALL) | 10# | 18.80 | 37.60 | |
| 1 | 1 | 01998 | MUSHROOM SLICED INGREDIENT | 10# | 18.20 | 18.20 | |
| 1 | 1 | 71406 | ONION RED JUMBO | 25# | 13.89 | 13.89 | |
| 2 | 2 | 02392 | ONION YELLOW JUMBO CONTRACT | 50# | 19.38 | 38.76 | |
| 1 | 1 | 02836 | POTATO IDAHO | 90 CT | 16.06 | 16.06 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 16-20# | 17.12 | 17.12 | |
| 1 | 1 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 15.12 | 15.12 | |
| 1 | 1 | 71574 | POTATO SWEET JUMBO | 40# | 27.57 | 27.57 | |
| 2 | 2 | 03570 | TOMATO 2 LAYER 4X5 | 20# | 24.67 | 49.34 | |
| 4 | 4 | 03610 | TOMATO GRAPE | 10# | 17.71 | 70.84 | |
| 2 | 2 | 00156 | BANANA PREMIUM | 40# | 20.76 | 41.52 | |
| 2 | 2 | 71817 | STRAWBERRY | 8/1# | 20.72 | 41.44 | |
| 2 | 2 | 01642 | LEMON SK CHOICE | 165 CT | 26.45 | 52.90 | |
| 1 | 1 | 83015 | CARROT SHREDDED | 4/5# | 18.83 | 18.83 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 704.28 |
|---|---|---|---|---|---|
| RGN | | | PRO-ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL | |
| | FRG31814000448563 | 21 Days | Nutrend Product Specialist | INVOICE | $704.28 |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | |
|---|---|
| 0 | |
| FULL CASES | |
| 36 | |
| WEIGHT | |
| 1038.00 | |
| TOTAL PCS | |
| 36 | |

NOTES

CUSTOMER SIGNATURE

X _Thirest Reyes_

NAME (PLEASE PRINT)

DATE 2-5-14



Hardies South
Phone: 512-451-8757
Fax: 512-929-0041

**CUSTOMER STATEMENT**

DATE | 02/06/14
CUSTOMER CODE | FUR204

Remit to:
P.O. Box 613216, Dallas TX 75261

Furr's # 204 – McAllen
901 W Expressway 83
McAllen, TX 78501

Amount Enclosed

| INVOICE # | INVOICE DATE | CODE | DESCRIPTION | AMOUNT | BALANCE | FORWARD |
|-----------|--------------|------|-------------|--------|---------|---------|
| 01025670 | 01/27/14 | I | P.O. FRG20414012648306/2 | 447.56 | 447.56 | 8,405.82 |
| 01026644 | 01/28/14 | I | P.O. FRG20414012748327/2 | 177.06 | 177.06 | 8,582.88 |
| 01027550 | 01/29/14 | I | P.O. FRG20414012848358/2 | 165.01 | 165.01 | 8,747.89 |
| 01028022 | 01/30/14 | I | | 97.97 | 97.97 | 8,845.86 |
| 01028373 | 01/30/14 | I | P.O. FRG20414012948394/2 | 459.97 | 459.97 | 9,305.83 |
| 01029585 | 01/31/14 | I | P.O. FRG20414013048434/2 | 232.30 | 232.30 | 9,538.13 |
| 01030696 | 02/01/14 | I | | 691.41 | 691.41 | 10,229.54 |
| 01031615 | 02/03/14 | I | P.O. FRG20414020248504/2 | 643.48 | 643.48 | 10,873.02 |
| 01032498 | 02/04/14 | I | P.O. FRG20414020348523/2 | 213.43 | 213.43 | 11,086.45 |
| 01033483 | 02/05/14 | I | P.O. FRG20414020448557/2 | 195.16 | 195.16 | 11,281.61 |
| 01034313 | 02/06/14 | I | P.O. FRG20414020548589/2 | 597.66 | 597.66 | 11,879.27 |

| 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | | Statement | |
|--------|---------|---------|----------|----------|--|-----------|--|
| 9,358.72 | 502.35 | 56.16 | 1,803.17 | 158.87 | | Total | $11,879.27 |

## TERMS AND CONDITIONS

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 10% added to unpaid balance. Interest and attorneys fees necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust

## CREDIT CODES

D=DR Memo I=Invoice F=Finance Charge
C=CR Memo P=Payment A=Discount Allowed
J=Adjustment



Hardie's Fruit & Vegetable Co. - South, LP
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

**INVOICE**

| DATE | 01025670 |
|---|---|
| DATE | 01/27/14 |
| TRIP | 00002927 |
| ROUTE/STOP | MC190 / 65 |
| CUSTOMER CODE | FUR204 / FUR204 |

Bill to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Ship to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Remit to:
P.O Box 610413, Dallas, TX 75261



| QUANTITY | | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | | |
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.23 | 17.23 | |
| 1 | 1 | 00370 | CABBAGE GREEN MEDIUM CARTON. | 45/50# | 17.42 | 17.42 | |
| 1 | 1 | 70224 | CAULIFLOWER CELLO | 12 CT | 17.58 | 17.58 | |
| 1 | 1 | 00546 | CELERY | 30/36 CT | 22.32 | 22.32 | |
| 1 | 1 | 71001 | KALE PREMIUM | 24 CT | 13.59 | 13.59 | |
| 1 | 1 | 01883 | MESCLUN MIX | 4/3# | 24.49 | 24.49 | |
| 2 | 2 | 71205 | MUSHROOM BUTTON (SMALL) | 10# | 18.30 | 36.60 | |
| 1 | 1 | 01998 | MUSHROOM SLICED INGREDIENT | 10# | 18.20 | 18.20 | |
| 1 | 1 | 02392 | ONION YELLOW JUMBO CONTRACT | 50# | 17.40 | 17.40 | |
| 1 | 1 | 02573 | PEPPER GREEN BELL CHOPPER | 1 1/9 BU | 16.78 | 16.78 | |
| 1 | 1 | 02646 | PEPPER RED BELL CHOPPER | 1 1/9 BU | 22.79 | 22.79 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71813 | SQUASH YELLOW STRAIGHT MED | 18-20# | 16.74 | 16.74 | |
| 1 | 1 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 14.74 | |
| 2 | 2 | 03610 | TOMATO GRAPE | 10# | 17.45 | 34.90 | |
| 1 | 1 | 00071 | APPLE RED XFCY | 88 CT | 26.06 | 26.06 | |
| 1 | 1 | 00156 | BANANA PREMIUM | 40# | 20.76 | 20.76 | |
| 1 | 1 | 71817 | STRAWBERRY | 8/1# | 27.59 | 27.59 | |
| 1 | 1 | 02720 | PINEAPPLE GOLD DOLE | 7-8 CT | 17.25 | 17.25 | |
| 1 | 1 | 00386 | CABBAGE RED SHREDDED | 4/5# | 20.66 | 20.66 | |
| 1 | 1 | 83015 | CARROT SHREDDED | 4/5# | 18.83 | 18.83 | |
| 1 | 1 | 71739 | RADISH TRIMMED | 5# | 10.00 | 10.00 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 447.56 |
|---|---|---|---|---|---|
| RGN | | | PRO-ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL | |
| | FRG20414012648306 | 21 Days | American Produce Specialist | INVOICE | $447.56 |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | | CUSTOMER SIGNATURE |
|---|---|---|
| 0 | | |
| FULL CASES | | X |
| 24 | | NAME (PLEASE PRINT) |
| WEIGHT | | |
| 566.50 | | |
| TOTAL PCS | | DATE |
| 24 | | |
| NOTES | | |

**Hardie's**

Hardie's Fruit & Vegetable Co. - South, LP
Phone: (512)-451-8757
Fax: (214)-217-4122
Accounting: (214) 708-6151

**INVOICE** 01026644
DATE 01/28/14
TRIP 00003018
ROUTE/STOP MC190 / 65
CUSTOMER CODE FUR204 / FUR204

Bill to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Ship to:
Furr's # 204 - McAllen
901 W Expressway 83
McAllen, TX 78501

Remit to:
P.O Box 610413, Dallas, TX 75261



INV1 Lm000101
010266440001

| QUANTITY | | ITEM CODE | DESCRIPTION | PACK | UNIT PRICE | EXTENDED AMOUNT | ADJ |
|---|---|---|---|---|---|---|---|
| ORDERED | SHIPPED | | | | | | |
| 1 | 1 | 00305 | BROCCOLI CROWNS | 18/20# | 17.23 | 17.23 | |
| 1 | 1 | 71113 | LETTUCE ROMAINE | 24 CT | 18.67 | 18.67 | |
| 1 | 1 | 01883 | MESCLUN MIX | 4/3# | 24.49 | 24.49 | |
| 1 | 1 | 02392 | ONION YELLOW JUMBO CONTRACT | 50# | 17.40 | 17.40 | |
| 1 | 1 | 02617 | PEPPER JALAPENO | 35# | 26.44 | 26.44 | |
| 1 | 1 | 03398 | SPINACH FLAT | 4/2.5# | 15.64 | 15.64 | |
| 1 | 1 | 71815 | SQUASH ZUCCHINI MEDIUM | 18-22# | 14.74 | 14.74 | |
| 1 | 1 | 03610 | TOMATO GRAPE | 10# | 17.45 | 17.45 | |
| 1 | 1 | 71739 | RADISH TRIMMED | 5# | 10.00 | 10.00 | |
| 1 | 1 | 03801 | MINIMUM DELIVERY FEE | | 15.00 | 15.00 | |

| ORDER TAKER | ORDER DATE | DRIVER'S NAME | | SUBTOTAL | 177.06 |
|---|---|---|---|---|---|
| RGN | | | PRO-ACT | TAX | .00 |
| SALESPERSON | CUSTOMER PO# | TERMS | | TOTAL | |
| | FRG20414012748327 | 21 Days | | INVOICE | $177.06 |

## TERMS AND CONDITIONS

Interest at 1.5% per month added to unpaid balance. Buyer agrees to pay interest, attorney's fees, and costs necessary to collect any balance due hereunder. Interest, attorney's fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

The perishable agricultural commodities listed on this invoice are sold subjected to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Adjustments will be honored within 24 hours of delivery and proper information is sent. Do not change this invoice.

| REPACKS | |
|---|---|
| 0 | |
| FULL CASES | |
| 9 | |
| WEIGHT | |
| 207.50 | |
| TOTAL PCS | |
| 9 | |
| NOTES | |

**CUSTOMER SIGNATURE**

X

NAME (PLEASE PRINT)

DATE