# EXHIBIT 6

# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0959 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com




## STATEMENT OF ACCOUNT

Page 1

| Statement Date | Account No. |
|---|---|
| 02/12/14 | 6379 |

Customer Terms
NET 14 DAYS

**Bill To:**

FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

**Ship To:**

| Transaction Date | Invoice Number | Description | Amount | Balance |
|---|---|---|---|---|
| 12/17/13 | 5288375 | Invoice | 264.96 | 264.96 |
| 12/19/13 | 5290229 | Invoice | 306.38 | 571.34 |
| 12/21/13 | 5291989 | Invoice | 392.74 | 964.08 |
| 12/23/13 | 5293033 | Credit 5290229 | -34.22 | 929.86 |
| 12/24/13 | 5293341 | Invoice | 244.47 | 1174.33 |
| 12/28/13 | 5295695 | Invoice | 126.15 | 1300.48 |
| 12/31/13 | 5297302 | Invoice | 284.78 | 1585.26 |
| 01/02/14 | 5298359 | Invoice | 214.54 | 1799.80 |
| 01/04/14 | 5300248 | Invoice | 205.13 | 2004.93 |
| 01/07/14 | 5301825 | Invoice | 164.65 | 2169.58 |
| 01/09/14 | 5303837 | Invoice | 99.46 | 2269.04 |
| 01/11/14 | 5306012 | Invoice | 202.28 | 2471.32 |
| 01/14/14 | 5308015 | Invoice | 153.90 | 2625.22 |

| Current | Over 14 | Over 21 | Over 30 | Over 45 | Total |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 153.90 | 1,170.84 | 1,300.48 | 2,625.22 |

# LOFFREDO FRESH PRODUCE CO., INC.

**OMAHA**
1101 Avenue H, Suite E
Carter Lake, IA 51510
Toll Free: (877) 676-9841
Local: (712) 347-6767

**QUAD CITIES**
500 46th Street
Rock Island, IL 61201
Toll Free: (800) 397-2096
Local: (309) 786-0969

**KANSAS CITY**
750 Wyoming
Kansas City, MO 64101
Toll Free: (877) 375-2056
Local: (816) 421-7480

**MADISON**
800 Burton Boulevard
Deforest, WI 53532
Toll Free: (800) 596-0659
Local: (608) 846-2839

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3307 • Toll Free: (800) 383-3367

www.loffredo.com

## Invoice 5288375

**Customer 6379**

**Delivery Window**
Route: 432    Start: 08:00
Stop: 011    Stop: 10:00

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

You must check your merchandise before signing
X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 12/17/13 | | | NET 14 DAYS | FRG27313121646990 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2028830 | 12/16/13 | 19 | PROA | 3951167 |

| Quantity Req. | Quantity Ship | Unit | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CTN | 10510 | CUCUMBERS/PLAIN (1 1/9 BUSHEL) PLU#4062 | N | 22.32 | 22.32 |
| 1.00 | 1.00 | CTN | 10710 | LETTUCE/ROMAINE (24 CT.) | N | 19.13 | 19.13 |
| 1.00 | 1.00 | CTN | 10740 | SPRING MIX (3 LB) | N | 8.51 | 8.51 |
| 1.00 | 1.00 | CTN | 11065 | PEPPER/JALAPENO (10 LB.) | N | 19.78 | 19.78 |
| 1.00 | 1.00 | CTN | 11010 | PEPPER/GREEN CHOICE 1 1/9th BU | N | 17.07 | 17.07 |
| 1.00 | 1.00 | CTN | 20125 | APPLES/RED DEL (88 CT) | N | 29.96 | 29.96 |
| 1.00 | 1.00 | CTN | 21029 | STRAWBERRIES/CALIFORNIA (8/1 LB) | N | 27.70 | 27.70 |
| 1.00 | 1.00 | CTN | 21605 | GRAPES/GREEN SEEDLESS (18 LB) | N | 29.97 | 29.97 |
| 1.00 | 1.00 | CTN | 21600 | GRAPES/RED SEEDLESS (16/18 LB) | N | 27.97 | 27.97 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 1.00 | 1.00 | CTN | 30168 | CARROT/SHREDDED (4/5 LB) KINGSTON | N | 18.83 | 18.83 |
| 2.00 | 2.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.58 | 7.16 |
| 2.00 | 2.00 | EACH | 253010 | CHEESE/COTTAGE SMALL CURD (4/5 LB) | N | 9.53 | 19.06 |

15.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 264.96 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 264.96 |

Customer Original (Reprinted)    Page 1

ar\lfparbas.frx



# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0959 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W 63rd St. Des Moines, IA 50321 • (515) 285-3367• Toll Free: (800) 383-3367

www.loffredo.com

  

**Invoice 5290229**

**Customer 6379**

**Delivery Window**

| Route: | 431 | Start: | 08:00 |
| Stop: | 007 | Stop: | 10:00 |

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

You must check your merchandise before signing

X
_____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 12/19/13 | | | NET 14 DAYS | FRG27313121847052 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2030941 | 12/18/13 | 19 | PROA | 3952832 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | Unit. | | | | | |
| 1.00 | 1.00 | CTN | 10114 | BROCCOLI/CROWNS ICELESS (20 LB) "CT" | N | 17.52 | 17.52 |
| 2.00 | 2.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 35.76 |
| 1.00 | 1.00 | CTN | 10150 | CAULIFLOWER (12 CT.) | N | 17.87 | 17.87 |
| 1.00 | 1.00 | CTN | 10695 | LETTUCE/PALLETIZED LINER (24 CT.) | N | 19.13 | 19.13 |
| 1.00 | 1.00 | CTN | 10920 | ONION/JUMBO YELLOW (50 LB.) | N | 15.64 | 15.64 |
| 2.00 | 2.00 | CTN | 10595 | SQUASH/YELLOW MEDIUM (18-22#) PLU#4782 | N | 16.94 | 33.88 |
| 2.00 | 2.00 | CTN | 11405 | TOMATOES/6X6 LARGE (25 LB.) | N | 20.45 | 40.90 |
| 1.00 | 1.00 | CTN | 20210 | APPLES/GRANNY SMITH (88 CT) | N | 35.96 | 35.96 |
| 1.00 | 1.00 | CTN | 21370 | LEMONS/CHOICE (165 CT.) | N | 23.02 | 23.02 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 1.00 | 1.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.58 | 3.58 |
| 1.00 | 1.00 | CTN | 253010 | CHEESE/COTTAGE SMALL CURD (4/5 LB) | N | 45.62 | 45.62 |

15.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out:___

| NonTaxable | 306.38 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 306.38 |

Customer Original (Reprinted)          Page 1

ar\lfparbas.frx



# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0959 | Local: (816) 421-7460 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

Cook&Thurber 

**Invoice 5291989**

**Customer 6379**

**Delivery Window**

| | | | |
|---|---|---|---|
| Route: | 432 | Start: | 08:00 |
| Stop: | 013 | Stop: | 10:00 |

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

You must check your merchandise before signing

X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 12/21/13 | | | NET 14 DAYS | FRG27313122047142 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2033623 | 12/20/13 | 19 | PROA | 3954832 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | Unit. | | | | | |
| 1.00 | 1.00 | CTN | 10114 | BROCCOLI/CROWNS ICELESS (20 LB) "CT" | N | 17.52 | 17.52 |
| 1.00 | 1.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 17.88 |
| 1.00 | 1.00 | CTN | 10510 | CUCUMBERS/PLAIN (1 1/9 BUSHEL) PLU#4062 | N | 22.32 | 22.32 |
| 1.00 | 1.00 | CTN | 10265 | KALE (24 CT.) | N | 13.97 | 13.97 |
| 1.00 | 1.00 | CTN | 10740 | SPRING MIX (3 LB) | N | 8.51 | 8.51 |
| 1.00 | 1.00 | CTN | 10960 | ONION/JUMBO RED (25 LB.) PLU#4082 | N | 13.68 | 13.68 |
| 1.00 | 1.00 | CTN | 10920 | ONION/JUMBO YELLOW (50 LB.) | N | 15.64 | 15.64 |
| 1.00 | 1.00 | CTN | 10335 | SPINACH/C&C (4-2.5 LB.) | N | 15.86 | 15.86 |
| 1.00 | 1.00 | CTN | 10585 | SQUASH/BUTTERNUT (40 LB.) local | N | 22.76 | 22.76 |
| 1.00 | 1.00 | CTN | 11370 | YAMS/SOUTHERN JUMBO (40 LB) PLU#4817 | N | 24.12 | 24.12 |
| 1.00 | 1.00 | CTN | 10605 | TURNIPS (25 LB.) | N | 23.96 | 23.96 |
| 1.00 | 1.00 | CTN | 20125 | APPLES/RED DEL (88 CT) | N | 29.96 | 29.96 |
| 1.00 | 1.00 | CTN | 20800 | BANANAS/STAGE 4.0-6.0 (40 LB.) | N | 21.40 | 21.40 |
| 5.00 | 5.00 | CTN | 21029 | STRAWBERRIES/CALIFORNIA (8/1 LB) | N | 27.70 | 138.50 |
| 1.00 | 1.00 | EACH | 30160 | CABBAGE/RED SHREDDED N&D(4-5#) | N | 6.66 | 6.66 |

19.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 392.74 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 392.74 |

Customer Original (Reprinted)   Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9641 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0969 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 363-3367

www.loffredo.com

 

Cook & Thurber

## Invoice C5293033

**Customer 6379**

| | Delivery Window |
|---|---|
| Route: 431 | Start: |
| Stop: | Stop: |

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

Phone: 316/618-9850

You must check your merchandise before signing
X _____ customer signature

### THIS IS A CREDIT MEMO

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 12/23/13 | | | NET 14 DAYS | FRG27313121847052 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2030941 | 12/23/13 | 19 | ELS | 5290229 |

| Quantity Req. | Quantity Ship | Unit. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| -0.75 | -0.75 | CTN | 253010 | CHEESE/COTTAGE SMALL CURD (4/5 LB) | N | 45.62 | -34.22 |

-0.75 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | -34.22 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | -34.22 |

Customer Original (Reprinted)   Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0969 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

Cook & Thurber  

**Invoice 5293341**

**Customer 6379**

**Delivery Window**
Route: 432   Start: 08:00
Stop: 009    Stop: 10:00

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

You must check your merchandise before signing
X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 12/24/13 | | | NET 14 DAYS | FRG27313122347237 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2037075 | 12/23/13 | 19 | PROA | 3956420 |

| Quantity Req. | Quantity Ship | Unit. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CTN | 10114 | BROCCOLI/CROWNS ICELESS (20 LB) "CT" | N | 17.52 | 17.52 |
| 1.00 | 1.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 17.88 |
| 1.00 | 1.00 | CTN | 10265 | KALE (24 CT.) | N | 13.97 | 13.97 |
| 1.00 | 1.00 | CTN | 10740 | SPRING MIX (3 LB) | N | 8.51 | 8.51 |
| 2.00 | 2.00 | CTN | 10751 | MUSHROOMS/SMALL (10 LB. BOX) | N | 17.55 | 35.10 |
| 1.00 | 1.00 | CTN | 10335 | SPINACH/C&C (4-2.5 LB.) | N | 15.86 | 15.86 |
| 1.00 | 1.00 | CTN | 11405 | TOMATOES/6X6 LARGE (25 LB.) | N | 20.45 | 20.45 |
| 1.00 | 1.00 | CTN | 20800 | BANANAS/STAGE 4.0-6.0 (40 LB.) | N | 21.40 | 21.40 |
| 1.00 | 1.00 | CTN | 21605 | GRAPES/GREEN SEEDLESS (18 LB) | N | 35.95 | 35.95 |
| 1.00 | 1.00 | CTN | 21440 | ORANGES/CHOICE (88 CT.) | N | 22.28 | 22.28 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 1.00 | 1.00 | CTN | 10450 | CARROT/JUMBO (25 LB.) | N | 14.50 | 14.50 |
| 1.00 | 1.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.55 | 3.55 |

14.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 244.47 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 244.47 |

Customer Original (Reprinted)     Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0969 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

 

**Invoice 5295695**

**Customer 6379**

**Delivery Window**

| Route: | 432 | Start: | 08:00 |
| Stop: | 007 | Stop: | 10:00 |

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

Phone: 316/618-9850

You must check your merchandise before signing

X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 12/28/13 | | | NET 14 DAYS | FRG27313122747355 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2040803 | 12/27/13 | 19 | PROA | 3958813 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | Unit | | | | | |
| 1.00 | 1.00 | CTN | 10114 | BROCCOLI/CROWNS ICELESS (20 LB) "CT" | N | 17.52 | 17.52 |
| 2.00 | 2.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 35.76 |
| 1.00 | 1.00 | CTN | 10265 | KALE (24 CT.) | N | 13.97 | 13.97 |
| 1.00 | 1.00 | CTN | 10710 | LETTUCE/ROMAINE (24 CT.) | N | 19.13 | 19.13 |
| 1.00 | 1.00 | CTN | 10740 | SPRING MIX (3 LB) | N | 8.51 | 8.51 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 1.00 | 1.00 | EACH | 30160 | CABBAGE/RED SHREDDED N&D(4-5#) | N | 6.66 | 6.66 |
| 2.00 | 2.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.55 | 7.10 |

10.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 126.15 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 126.15 |

Customer Original (Reprinted)

Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0969 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

Cook & Thurber

**Invoice 5297302**

**Customer 6379**

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Delivery Window**
Route: 432   Start: 08:00
Stop: 009   Stop: 10:00

You must check your merchandise before signing
X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 12/31/13 | | | NET 14 DAYS | FRG27313123047443 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2044544 | 12/30/13 | 19 | PROA | 3960976 |

| Quantity Req. | Ship | Unit. | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CTN | 10114 | BROCCOLI/CROWNS ICELESS (20 LB) "CT" | N | 17.52 | 17.52 |
| 1.00 | 1.00 | CTN | 10510 | CUCUMBERS/PLAIN (1 1/9 BUSHEL) PLU#4062 | N | 22.32 | 22.32 |
| 1.00 | 1.00 | CTN | 10740 | SPRING MIX (3 LB) | N | 8.51 | 8.51 |
| 2.00 | 2.00 | CTN | 10920 | ONION/JUMBO YELLOW (50 LB.) | N | 15.64 | 31.28 |
| 1.00 | 1.00 | CTN | 11065 | PEPPER/JALAPENO (10 LB.) | N | 16.28 | 16.28 |
| 1.00 | 1.00 | CTN | 11010 | PEPPER/GREEN CHOICE 1 1/9th BU | N | 17.07 | 17.07 |
| 1.00 | 1.00 | CTN | 10335 | SPINACH/C&C (4-2.5 LB.) | N | 15.86 | 15.86 |
| 1.00 | 1.00 | CTN | 20210 | APPLES/GRANNY SMITH (88 CT) | N | 37.96 | 37.96 |
| 1.00 | 1.00 | CTN | 20800 | BANANAS/STAGE 4.0-6.0 (40 LB.) | N | 20.83 | 20.83 |
| 1.00 | 1.00 | CTN | 21370 | LEMONS/CHOICE (165 CT.) | N | 26.78 | 26.78 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 2.00 | 2.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.59 | 7.18 |
| 1.00 | 1.00 | CTN | 253010 | CHEESE/COTTAGE SMALL CURD (4/5 LB) | N | 45.69 | 45.69 |

15.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

NonTaxable   284.78
Taxable       0.00
Tax           0.00
Total Invoice 284.78

Customer Original (Reprinted)   Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| | | | | |
|---|---|---|---|---|
| **OMAHA** | **QUAD CITIES** | **KANSAS CITY** | **MADISON** | |
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard | |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 | |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 | |
| Local: (712) 347-6787 | Local: (309) 786-0969 | Local: (816) 421-7480 | Local: (608) 846-2839 | |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W 63rd St  Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

Cook & Thurber

## Invoice 5298359

**Customer 6379**

**Delivery Window**

| Route: | 432 | Start: | 08:00 |
|---|---|---|---|
| Stop: | 007 | Stop: | 10:00 |

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

Phone: 316/618-9850

You must check your merchandise before signing
X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 01/02/14 | | | NET 14 DAYS | FRG27314010147516 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2046307 | 01/01/14 | 19 | PROA | 3961907 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | Unit. | | | | | |
| 1.00 | 1.00 | CTN | 10114 | BROCCOLI/CROWNS ICELESS (20 LB) "CT" | N | 17.52 | 17.52 |
| 1.00 | 1.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 17.88 |
| 1.00 | 1.00 | CTN | 10265 | KALE (24 CT.) | N | 13.97 | 13.97 |
| 1.00 | 1.00 | CTN | 10740 | SPRING MIX (3 LB) | N | 8.51 | 8.51 |
| 1.00 | 1.00 | CTN | 10901 | ONION/GREEN ICELESS (4-2 LB.) | N | 16.58 | 16.58 |
| 1.00 | 1.00 | CTN | 10960 | ONION/JUMBO RED (25 LB.) PLU#4082 | N | 14.18 | 14.18 |
| 1.00 | 1.00 | CTN | 11405 | TOMATOES/6X6 LARGE (25 LB.) | N | 20.45 | 20.45 |
| 1.00 | 1.00 | CTN | 20125 | APPLES/RED DEL (88 CT) | N | 25.96 | 25.96 |
| 1.00 | 1.00 | CTN | 21605 | GRAPES/GREEN SEEDLESS (18 LB) | N | 37.95 | 37.95 |
| 1.00 | 1.00 | CTN | 21600 | GRAPES/RED SEEDLESS (16/18 LB) | N | 37.95 | 37.95 |
| 1.00 | 1.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.59 | 3.59 |

11.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 214.54 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 214.54 |

Customer Original (Reprinted)     Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

**OMAHA**
1101 Avenue H, Suite E
Carter Lake, IA 51510
Toll Free: (877) 676-9841
Local: (712) 347-6787

**QUAD CITIES**
500 46th Street
Rock Island, IL 61201
Toll Free: (800) 397-2096
Local: (309) 786-0969

**KANSAS CITY**
750 Wyoming
Kansas City, MO 64101
Toll Free: (877) 375-2056
Local: (616) 421-7480

**MADISON**
800 Burton Boulevard
Deforest, WI 53532
Toll Free: (800) 596-0659
Local: (608) 846-2839

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

Cook & Thurber  

**Invoice 5300248**

**Customer 6379**

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Delivery Window**
Route: 432  Start: 08:00
Stop: 004   Stop: 10:00

You must check your merchandise before signing
X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 01/04/14 | | | NET 14 DAYS | FRG27314010347576 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2048505 | 01/03/14 | 19 | PROA | 3963724 |

| Req. | Ship | Unit | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 17.88 |
| 1.00 | 1.00 | CTN | 10150 | CAULIFLOWER (12 CT.) | N | 17.87 | 17.87 |
| 1.00 | 1.00 | CTN | 10510 | CUCUMBERS/PLAIN (1 1/9 BUSHEL) PLU#4062 | N | 22.32 | 22.32 |
| 3.00 | 3.00 | CTN | 11238 | POTATO/A RED (50 LB) PLU#4073 | N | 29.76 | 89.28 |
| 1.00 | 1.00 | CTN | 10335 | SPINACH/C&C (4-2.5 LB.) | N | 15.86 | 15.86 |
| 1.00 | 1.00 | CTN | 20800 | BANANAS/STAGE 4.0-6.0 (40 LB.) | N | 20.83 | 20.83 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 1.00 | 1.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.59 | 3.59 |

10.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 205.13 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 205.13 |

Customer Original (Reprinted)                                Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0969 | Local: (816) 421-7460 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

Cook & Thurber  

**Invoice 5301825**

**Customer 6379**

**Delivery Window**
Route: 432   Start: 08:00
Stop: 010   Stop: 10:00

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

You must check your merchandise before signing

X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 01/07/14 | | | NET 14 DAYS | FRG27314010647678 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2053153 | 01/06/14 | 19 | PROA | 3965670 |

| Quantity Req. | Ship | Unit | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CTN | 10114 | BROCCOLI/CROWNS ICELESS (20 LB) "CT" | N | 17.52 | 17.52 |
| 1.00 | 1.00 | CTN | 10265 | KALE (24 CT.) | N | 13.97 | 13.97 |
| 1.00 | 1.00 | CTN | 10695 | LETTUCE/PALLETIZED LINER (24 CT.) | N | 19.13 | 19.13 |
| 1.00 | 1.00 | CTN | 10920 | ONION/JUMBO YELLOW (50 LB.) | N | 15.64 | 15.64 |
| 1.00 | 1.00 | CTN | 11065 | PEPPER/JALAPENO (10 LB.) | N | 16.28 | 16.28 |
| 1.00 | 1.00 | CTN | 11405 | TOMATOES/6X6 LARGE (25 LB.) | N | 20.45 | 20.45 |
| 1.00 | 1.00 | CTN | 21029 | STRAWBERRIES/CALIFORNIA (8/1 LB) | N | 27.70 | 27.70 |
| 1.00 | 1.00 | CTN | 21370 | LEMONS/CHOICE (165 CT.) | N | 26.78 | 26.78 |
| 2.00 | 2.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.59 | 7.18 |

10.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 164.65 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 164.65 |

Customer Original (Reprinted)   Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| OMAHA | QUAD CITIES | KANSAS CITY | MADISON |
|---|---|---|---|
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0969 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

Cook & Thurber 

## Invoice 5303837

**Customer 6379**

**Delivery Window**

| Route: | 431 | Start: | 08:00 |
| Stop: | 009 | Stop: | 10:00 |

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

Phone: 316/618-9850

You must check your merchandise before signing

X
_____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 01/09/14 | | | NET 14 DAYS | |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| | 01/08/14 | 19 | MV2 | 3967378 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | Unit | | | | | |
| 1.00 | 1.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 17.88 |
| 1.00 | 1.00 | EACH | 30160 | CABBAGE/RED SHREDDED N&D(4-5#) | N | 6.66 | 6.66 |
| 1.00 | 1.00 | CTN | 10510 | CUCUMBERS/PLAIN (1 1/9 BUSHEL) PLU#4062 | N | 22.32 | 22.32 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 2.00 | 2.00 | CTN | 10870 | MUSHROOMS/SMALL (10 LB.) OSI | N | 17.55 | 35.10 |

6.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 99.46 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 99.46 |

Customer Original (Reprinted)           Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| | | | |
|---|---|---|---|
| **OMAHA** | **QUAD CITIES** | **KANSAS CITY** | **MADISON** |
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-5787 | Local: (309) 786-0969 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com


## Invoice 5306012

### Customer 6379

**Delivery Window**

Route: 432  Start: 08:00
Stop: 006  Stop: 10:00

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

You must check your merchandise before signing

X _____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 01/11/14 | | | NET 14 DAYS | FRG27314011047823 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2058339 | 01/10/14 | 19 | PROA | 3969606 |

| Quantity Req. | Ship | Unit | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CTN | 10114 | BROCCOLI/CROWNS ICELESS (20 LB) "CT" | N | 17.52 | 17.52 |
| 1.00 | 1.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 17.88 |
| 1.00 | 1.00 | CTN | 10265 | KALE (24 CT.) | N | 13.97 | 13.97 |
| 2.00 | 2.00 | CTN | 10740 | SPRING MIX (3 LB) | N | 8.51 | 17.02 |
| 1.00 | 1.00 | CTN | 11405 | TOMATOES/6X6 LARGE (25 LB.) | N | 20.45 | 20.45 |
| 1.00 | 1.00 | CTN | 20210 | APPLES/GRANNY SMITH (88 CT) | N | 37.96 | 37.96 |
| 1.00 | 1.00 | CTN | 20800 | BANANAS/STAGE 4.0-6.0 (40 LB.) | N | 20.83 | 20.83 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 1.00 | 1.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.59 | 3.59 |
| 1.00 | 1.00 | CTN | 40910 | EGGS/LARGE GRADE AA (15 DZ.) local | N | 35.56 | 35.56 |

11.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE OF 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 202.28 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 202.28 |

Customer Original (Reprinted)   Page 1

ar\lfparbas.frx

# LOFFREDO
## FRESH PRODUCE CO., INC.

| | | | |
|---|---|---|---|
| **OMAHA** | **QUAD CITIES** | **KANSAS CITY** | **MADISON** |
| 1101 Avenue H, Suite E | 500 46th Street | 750 Wyoming | 800 Burton Boulevard |
| Carter Lake, IA 51510 | Rock Island, IL 61201 | Kansas City, MO 64101 | Deforest, WI 53532 |
| Toll Free: (877) 676-9841 | Toll Free: (800) 397-2096 | Toll Free: (877) 375-2056 | Toll Free: (800) 596-0659 |
| Local: (712) 347-6787 | Local: (309) 786-0969 | Local: (816) 421-7480 | Local: (608) 846-2839 |

Please remit all payments to corporate headquarters
**CORPORATE HEADQUARTERS**
4001 S.W. 63rd St. Des Moines, IA 50321 • (515) 285-3367 • Toll Free: (800) 383-3367

www.loffredo.com

Cook & Thurber 

## Invoice 5308015

### Customer 6379

**Delivery Window**

| Route: | 432 | Start: | 08:00 |
|---|---|---|---|
| Stop: | 010 | Stop: | 10:00 |

**Ship To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

**Bill To:**
FURR'S FAMILY DINING #273
1606 SOUTH GEORGETOWN
WICHITA, KS 67218

Phone: 316/618-9850

Phone: 316/618-9850

You must check your merchandise before signing

X
_____
customer signature

| Date | Ship Via | F.O.B. | Terms | Customer PO |
|---|---|---|---|---|
| 01/14/14 | | | NET 14 DAYS | FRG27314011347910 |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| PROACT # 2061872 | 01/13/14 | 19 | PROA | 3971571 |

| Quantity | | | Item Number | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|
| Req. | Ship | Unit | | | | | |
| 1.00 | 1.00 | CTN | 10135 | CABBAGE/CARTON GREEN 45# PLU #4069 local | N | 17.88 | 17.88 |
| 1.00 | 1.00 | CTN | 10265 | KALE (24 CT.) | N | 13.97 | 13.97 |
| 1.00 | 1.00 | CTN | 10960 | ONION/JUMBO RED (25 LB.) PLU#4082 | N | 14.18 | 14.18 |
| 1.00 | 1.00 | CTN | 10920 | ONION/JUMBO YELLOW (50 LB.) | N | 15.64 | 15.64 |
| 1.00 | 1.00 | CTN | 10335 | SPINACH/C&C (4-2.5 LB.) | N | 15.86 | 15.86 |
| 1.00 | 1.00 | CTN | 20125 | APPLES/RED DEL (88 CT) | N | 25.96 | 25.96 |
| 1.00 | 1.00 | CTN | 22010 | PINEAPPLE/EXTRA SWEET (6/7 CT.) PLU# 4430 | N | 17.50 | 17.50 |
| 1.00 | 1.00 | EACH | 30160 | CABBAGE/RED SHREDDED N&D(4-5#) | N | 6.66 | 6.66 |
| 1.00 | 1.00 | CTN | 30168 | CARROT/SHREDDED (4/5 LB) KINGSTON | N | 18.83 | 18.83 |
| 2.00 | 2.00 | EACH | 206256 | MILK/2% GALLON JUGS (4-1 GAL) | N | 3.71 | 7.42 |

11.00 ← Total Qty Shipped

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Buyer agrees to pay all costs of collection including attorney's fees and costs as sums owed in connection with this transaction in the event collection action becomes necessary.

A FINANCE CHARGE of 1 1/2% per month will be added to all Accounts 30 days old, which is an ANNUAL PERCENTAGE RATE of 18% applied to the PREVIOUS BALANCE

Pallets In: ___
Pallets Out: ___

| | |
|---|---|
| NonTaxable | 153.90 |
| Taxable | 0.00 |
| Tax | 0.00 |
| Total Invoice | 153.90 |

Customer Original (Reprinted)       Page 1

ar\lfparbas.frx