# EXHIBIT 7

POTATO SPECIALTY CO.
P.O. BOX 3925
LUBBOCK, TEXAS 79452

| Inv Number | Delivery | Route | Customer Name | Conf Number | Amount |
|---|---|---|---|---|---|
| 785128 | 1/4/14 | Odessa | Furr's Cafeterias Restaurants * 101520 | FRG10214010347573 | 426.54 |
| 785076 | 1/4/14 | Amarillo | Furr's Cafeterias Restaurants * 101520 | FRG12314010347575 | 985.63 |
| 785071 | 1/4/14 | Amarillo | Furr's Cafeterias Restaurants * 101520 | FRG11014010347579 | 395.32 |
| 785130 | 1/4/14 | Odessa | Furr's Cafeterias Restaurants * 101520 | FRG10114010347581 | 508.19 |
| 785044 | 1/4/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014010347583 | 366.40 |
| 785092 | 1/4/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514010347587 | 184.46 |
| 785151 | 1/4/14 | SAN | Furr's Cafeterias Restaurants * 101520 | FRG27114010347589 | 94.72 |
| 785062 | 1/4/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG17614010347590 | 252.89 |
| 785279 | 1/6/14 | HOB | Furr's Cafeterias Restaurants * 101520 | FRG10314010547623 | 613.09 |
| 785289 | 1/6/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414010547639 | 546.76 |
| 785227 | 1/6/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314010547620 | 674.84 |
| 785269 | 1/6/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814010547643 | 143.93 |
| 785197 | 1/6/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014010547625 | 491.23 |
| 785251 | 1/6/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514010547626 | 282.05 |
| 785476 | 1/7/14 | SC3 | Furr's Cafeterias Restaurants * 101520 | FRG17614010647674 | 201.29 |
| 785438 | 1/7/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114010647676 | 369.31 |
| 785394 | 1/7/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014010647679 | 261.04 |
| 785440 | 1/7/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214010647680 | 144.14 |
| 785457 | 1/7/14 | SAN | Furr's Cafeterias Restaurants * 101520 | FRG27114010647682 | 181.68 |
| 785514 | 1/8/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014010747698 | 297.11 |
| 785583 | 1/8/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414010747699 | 62.32 |
| 785557 | 1/8/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814010747701 | 158.49 |

| | | | | | |
|---|---|---|---|---|---|
| 785539 | 1/8/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514010747713 | 197.46 |
| 785568 | 1/8/14 | HOB | Furr's Cafeterias Restaurants * 101520 | FRG10314010747714 | 319.50 |
| 785680 | 1/9/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314010847738 | 570.94 |
| 785674 | 1/9/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG17614010847740 | 214.89 |
| 785684 | 1/9/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014010847748 | 286.22 |
| 785748 | 1/9/14 | SAN | Furr's Cafeterias Restaurants * 101520 | FRG27114010847756 | 175.77 |
| 785728 | 1/9/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214010847768 | 67.62 |
| 785726 | 1/9/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114010847769 | 194.71 |
| 785879 | 1/10/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414010947787 | 804.21 |
| 785867 | 1/10/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814010947793 | 106.33 |
| 785850 | 1/10/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514010947797 | 320.87 |
| 785898 | 1/10/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10314010947798 | 386.38 |
| 785969 | 1/11/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314011047822 | 571.76 |
| 785944 | 1/11/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014011047826 | 540.29 |
| 786049 | 1/11/14 | SAN | Furr's Cafeterias Restaurants * 101520 | FRG27114011047833 | 108.87 |
| 786029 | 1/11/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114011047834 | 636.74 |
| 786027 | 1/11/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214011047836 | 372.57 |
| 785988 | 1/11/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514011047838 | 250.32 |
| 785964 | 1/11/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014011047845 | 251.47 |
| 785953 | 1/11/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG17614011047846 | 297.33 |
| 786158 | 1/13/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514011247866 | 175.02 |
| 786094 | 1/13/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014011247869 | 166.93 |
| 786202 | 1/13/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414011247879 | 215.54 |

| | | | | | |
|---|---|---|---|---|---|
| 786129 | 1/13/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314011247883 | 596.64 |
| 786136 | 1/13/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014011247884 | 228.55 |
| 786180 | 1/13/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814011247894 | 137.76 |
| 786336 | 1/14/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214011347905 | 138.68 |
| 786373 | 1/14/14 | SC3 | Furr's Cafeterias Restaurants * 101520 | FRG17614011347911 | 156.00 |
| 786333 | 1/14/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114011347915 | 503.80 |
| 786415 | 1/15/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014011447929 | 379.67 |
| 786444 | 1/15/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514011447933 | 301.83 |
| 786469 | 1/15/14 | HOB | Furr's Cafeterias Restaurants * 101520 | FRG10314011447946 | 160.62 |
| 786460 | 1/15/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814011447948 | 126.29 |
| 786484 | 1/15/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414011447949 | 157.49 |
| 786646 | 1/16/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114011547982 | 247.19 |
| 786648 | 1/16/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214011547981 | 286.91 |
| 786602 | 1/16/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014011547975 | 357.92 |
| 786598 | 1/16/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314011547969 | 621.33 |
| 786592 | 1/16/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG17614011547970 | 196.09 |
| 786667 | 1/16/14 | SAN | Furr's Cafeterias Restaurants * 101520 | FRG27114011547980 | 158.36 |
| 786820 | 1/17/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414011648003 | 326.36 |
| 786840 | 1/17/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10314011648005 | 344.54 |
| 786719 | 1/17/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014011648011 | 223.88 |
| 786788 | 1/17/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514011648015 | 271.93 |
| 786808 | 1/17/14 | CLV | Furr's Cafeterias Restaurants * 101520 | | 46.71 |
| 786942 | 1/18/14 | FF1 | Furr's Cafeterias Restaurants * 101520 | FRG17614011648029 | 242.98 |

| | | | | | |
|---|---|---|---|---|---|
| 786910 | 1/18/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314011748033 | 924.93 |
| 786904 | 1/18/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014011748035 | 369.42 |
| 786975 | 1/18/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114011748038 | 567.95 |
| 786882 | 1/18/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014011748039 | 345.48 |
| 786997 | 1/18/14 | SAN | Furr's Cafeterias Restaurants * 101520 | FRG27114011748040 | 225.50 |
| 786927 | 1/18/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514011748048 | 365.68 |
| 786973 | 1/18/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214011748053 | 342.85 |
| 787141 | 1/20/14 | HOB | Furr's Cafeterias Restaurants * 101520 | FRG10314011948085 | 303.73 |
| 787148 | 1/20/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414011948074 | 435.01 |
| 787081 | 1/20/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014011948086 | 237.43 |
| 787025 | 1/20/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314011948083 | 717.96 |
| 787126 | 1/20/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814011948090 | 268.87 |
| 787125 | 1/20/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814011948092 | 25.64 |
| 787038 | 1/20/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014011948075 | 230.30 |
| 787103 | 1/20/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514011948082 | 250.62 |
| 787326 | 1/21/14 | SC3 | Furr's Cafeterias Restaurants * 101520 | FRG17614012048109 | 198.92 |
| 787294 | 1/21/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114012048118 | 607.04 |
| 787296 | 1/21/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214012048122 | 196.66 |
| 787367 | 1/22/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014012148137 | 413.08 |
| 787433 | 1/22/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414012148141 | 269.15 |
| 787393 | 1/22/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514012148142 | 412.48 |
| 787410 | 1/22/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814012148149 | 141.45 |
| 787419 | 1/22/14 | HOB | Furr's Cafeterias Restaurants * 101520 | FRG10314012148153 | 371.25 |

| | | | | | |
|---|---|---|---|---|---|
| 787518 | 1/23/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314012248172 | 689.78 |
| 787498 | 1/23/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG17614012248175 | 182.65 |
| 787521 | 1/23/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014012248180 | 269.71 |
| 787568 | 1/23/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114012248186 | 294.85 |
| 787593 | 1/23/14 | SAN | Furr's Cafeterias Restaurants * 101520 | FRG27114012248193 | 158.12 |
| 787570 | 1/23/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214012248194 | 237.33 |
| 787730 | 1/24/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414012348212 | 324.30 |
| 787701 | 1/24/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514012348219 | 173.99 |
| 787749 | 1/24/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10314012348225 | 271.15 |
| 787807 | 1/25/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014012348232 | 277.60 |
| 787815 | 1/25/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314012448239 | 788.76 |
| 787795 | 1/25/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG17614012448240 | 222.93 |
| 787831 | 1/25/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514012448244 | 330.98 |
| 787879 | 1/25/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114012448246 | 503.83 |
| 787782 | 1/25/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014012448252 | 582.55 |
| 787877 | 1/25/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214012448254 | 394.94 |
| 787972 | 1/27/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314012648274 | 179.61 |
| 788002 | 1/27/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514012648276 | 474.61 |
| 788050 | 1/27/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414012648277 | 361.76 |
| 787935 | 1/27/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014012648278 | 220.19 |
| 788037 | 1/27/14 | HOB | Furr's Cafeterias Restaurants * 101520 | FRG10314012648290 | 146.09 |
| 787978 | 1/27/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014012648291 | 383.12 |
| 788023 | 1/27/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814012648298 | 223.17 |

| | | | | | |
|---|---|---|---|---|---|
| 788225 | 1/28/14 | SC3 | Furr's Cafeterias Restaurants * 101520 | FRG17614012748315 | 128.82 |
| 788188 | 1/28/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114012748319 | 456.58 |
| 788191 | 1/28/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214012748322 | 220.55 |
| 788270 | 1/29/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014012848337 | 239.72 |
| 788300 | 1/29/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514012848339 | 113.78 |
| 788312 | 1/29/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814012848352 | 88.60 |
| 788335 | 1/29/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414012848357 | 93.21 |
| 788378 | 1/30/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314012948380 | 757.55 |
| 788401 | 1/30/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG17614012948381 | 169.26 |
| 788382 | 1/30/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014012948383 | 269.51 |
| 788444 | 1/30/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114012948400 | 137.68 |
| 788446 | 1/30/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214012948399 | 160.57 |
| 788627 | 1/31/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10314013048427 | 359.63 |
| 788607 | 1/31/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414013048417 | 556.63 |
| 788592 | 1/31/14 | CLV | Furr's Cafeterias Restaurants * 101520 | | 20.98 |
| 788510 | 1/31/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014013048423 | 182.94 |
| 788572 | 1/31/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | | 230.03 |
| 788695 | 2/1/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314013148447 | 745.23 |
| 788725 | 2/1/14 | FF1 | Furr's Cafeterias Restaurants * 101520 | FRG17614013148451 | 291.31 |
| 788661 | 2/1/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014013148452 | 391.64 |
| 788758 | 2/1/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114013148453 | 499.15 |
| 788760 | 2/1/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214013148456 | 501.22 |
| 788710 | 2/1/14 | CC1 | Furr's Cafeterias Restaurants * 101520 | FRG23514013148459 | 489.55 |

| | | | | | |
|---|---|---|---|---|---|
| 788689 | 2/1/14 | AMA | Furr's Cafeterias Restaurants * 101520 | | 227.85 |
| 788921 | 2/3/14 | MID | Furr's Cafeterias Restaurants * 101520 | FRG10414020248481 | 148.16 |
| 788858 | 2/3/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG11014020248489 | 308.87 |
| 788849 | 2/3/14 | AMA | Furr's Cafeterias Restaurants * 101520 | FRG12314020248479 | 521.65 |
| 788897 | 2/3/14 | CLV | Furr's Cafeterias Restaurants * 101520 | FRG12814020248494 | 202.35 |
| 788814 | 2/3/14 | AA1 | Furr's Cafeterias Restaurants * 101520 | FRG19014020248488 | 207.28 |
| 789057 | 2/4/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10214020348513 | 212.56 |
| 789055 | 2/4/14 | ODE | Furr's Cafeterias Restaurants * 101520 | FRG10114020348516 | 536.35 |
| 789094 | 2/4/14 | SC3 | Furr's Cafeterias Restaurants * 101520 | FRG17614020348520 | 175.67 |

$ 46,643.00

**Bill To:** 101520  
Furr's Cafeterias Restaurants  
Vendor #11652  
2701 E Plano Pkwy, Suite 200  
Plano TX 750743716  
(316) 685-1622  

**Ship To:** 25800  
Furr's #176 - Plainview Vendor#11652  
3605 Olton Rd  
Plainview TX 79072  
(806) 293-2531  

**PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452**

**Potato Specialty Co.**  
Complete Service to the Food Industry  
Toll Free: (800) 658-2634  
All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

**Invoice - 785062**  
Route: 101520-25800  
Route: AMA  Stop: 29  
Conf#: 676838  

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2049250 | 01/25/2014 | Net 21 days | FRG17614010347590 | 01/04/2014 | RMCN | WEB-3 |

| Qty Ordered | Qty Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adj Qty | Adj $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Fresh Produce |  |  |  |  |  |  |  |  |
| 1.00 | 1.00 | CASE | 100950 |  | Banana, Premium 120ct 40# | N |  | 21.15 | 21.15 |  |  |  |
| 1.00 | 1.00 | CASE | 103216P |  | Broccoli, Crowns California 20# | N |  | 16.65 | 16.65 |  |  |  |
| 1.00 | 1.00 | SACK | 103300 |  | Cabbage, Green Jumbo 50# | N |  | 16.49 | 16.49 |  |  |  |
| 1.00 | 1.00 | EACH | 103500 |  | Cabbage, Shred Red 1/8 in #RC2 4/5# | N |  | 6.55 | 6.55 |  |  |  |
| 1.00 | 1.00 | CASE | 104150 |  | Cucumbers, Bulk US #1 50# | N |  | 21.17 | 21.17 |  |  |  |
| 1.00 | 1.00 | CASE | 101660P |  | Lemons, Choice 165ct 38# | N |  | 25.56 | 25.56 |  |  |  |
| 1.00 | 1.00 | CASE | 104951P |  | Lettuce, Icebrg Liner 24ct | N |  | 17.91 | 17.91 |  |  |  |
| 1.00 | 1.00 | CASE | 105055P |  | Lettuce, Romaine 24ct | N |  | 17.74 | 17.74 |  |  |  |
| 1.00 | 1.00 | EACH | 104920 |  | Lettuce, Spring Mix W/Spinach 4/3# | N |  | 8.16 | 8.16 |  |  |  |
| 1.00 | 1.00 | SACK | 106300P |  | Onion, Yellow Jumbo 50# | N |  | 15.81 | 15.81 |  |  |  |
| 1.00 | 1.00 | CASE | 109551 |  | Potato, Sweet Jumbo 20-24oz 40# | N |  | 25.99 | 25.99 |  |  |  |
| 1.00 | 1.00 | CASE | 104501P |  | Spinach, Reg w/Stem #20212 4/2.5# | N |  | 15.17 | 15.17 |  |  |  |
| 1.00 | 1.00 | CASE | 101039P |  | Strawberry, Fresh Domestic 8/1# | N |  | 27.09 | 27.09 |  |  |  |
| 1.00 | 1.00 | CASE | 110504 |  | Tomato, Grape Red Bulk 10# | N |  | 17.45 | 17.45 |  |  |  |

**Notes:**  
THANK YOU FOR YOUR BUSINESS!  
FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

| | |
|---|---|
| NonTaxable Subtotal | 252.89 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| **Invoice Total** | **252.89** |

Adj Total  
Pay Total

**Driver:** _(signature)_  

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

**Signature:** _(signature)_

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 12.00  Splits= 2.00

Page 1

**Potato Specialty Co.**
Complete Service to the Food Industry
Toll Free: (800) 658 - 2634

**Invoice - 785151**
Route: 101520-25807
Route: SAN  Stop: 18
Conf#: 676833

Bill To: 101520
Furr's Cafeterias Restaurants
Vendor #11652
2701 E Plano Pkwy, Suite 200
Plano TX 750743716
(316) 685-1622

Ship To: 25807
Furr's #271- Big Spring
Vendor #11652
2503 South Gregg
Big Spring TX 79720
(432) 267-2895

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2049241 | 01/25/2014 | Net 21 days | FRG27114010347589 | 01/04/2014 | BMCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adj Qty | $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fresh Produce** | | | | | | | |
| 1.00 | 1.00 | SACK | 103300 | | Cabbage, Green Jumbo 50# | N | | 16.49 | 16.49 | | | |
| 1.00 | 1.00 | CASE | 103775P | | Cauliflower, Med/Lrg US #1 12ct 20# | N | | 17.00 | 17.00 | | | |
| 1.00 | 1.00 | CASE | 104750P | | Kale, Green Fresh 24ct | N | | 12.82 | 12.82 | | | |
| 1.00 | 1.00 | CASE | 109500 | | Potato, Red Size A 50# | N | | 28.76 | 28.76 | | | |
| 1.00 | 1.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 19.65 | | | |

Notes:

**THANK YOU FOR YOUR BUSINESS!**

FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

| | |
|---|---|
| NonTaxable Subtotal | 94.72 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| Invoice Total | 94.72 |

Adj Total
Pay Total

Driver: RP
Signature: Crystal L. Nixon

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 5.00  Splits= 0.00

Page 1

**Potato Specialty Co.**
Complete Service to the Food Industry
Toll Free: (800) 658 - 2634

**Invoice - 785092**

Route: 101520-25803
Route: CC1  Stop: 17
Conf#: 676803

Bill To: 101520
Furr's Cafeterias Restaurants
Vendor #11652
2701 E Plano Pkwy, Suite 200
Plano TX 750743716
(316) 685-1622

Ship To: 25803
Furr's #235 - Slide Rd- Lubbock
Vendor #11652
6001 Slide Road
Lubbock TX 79414
(806) 797-6063

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2049073 | 01/25/2014 | Net 21 days | FRG23514010347587 | 01/04/2014 | TWCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adjustments Qty | $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fresh Produce | | | | | | | | |
| 1.00 | 1.00 | SACK | 103300 | | Cabbage, Green Jumbo 50# | N | | 16.49 | 16.49 | | | |
| 1.00 | 1.00 | CASE | 103775P | | Cauliflower, Med/Lrg US #1 12ct 20# | N | | 17.00 | 17.00 | | | |
| 1.00 | 1.00 | EACH | 104292 | | Cilantro, Triple Cleaned #29211 4/1# | N | | 5.50 | 5.50 | | | |
| 1.00 | 1.00 | CASE | 104750P | | Kale, Green Fresh 24ct | N | | 12.82 | 12.82 | | | |
| 1.00 | 1.00 | CASE | 101660P | | Lemons, Choice 165ct 38# | N | | 25.56 | 25.56 | | | |
| 1.00 | 1.00 | SACK | 106300P | | Onion, Yellow Jumbo 50# | N | | 15.81 | 15.81 | | | |
| 2.00 | 2.00 | CASE | 101039P | | Strawberry, Fresh Domestic 8/1# | N | | 27.09 | 54.18 | | | |
| 1.00 | 1.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 19.65 | | | |
| 1.00 | 1.00 | CASE | 110504 | | Tomato, Grape Red Bulk 10# | N | | 17.45 | 17.45 | | | |

Notes:
THANK YOU FOR YOUR BUSINESS!
FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR of 18% applied to the PREVIOUS BALANCE.

| | |
|---|---|
| NonTaxable Subtotal | 184.46 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| Invoice Total | 184.46 |

Adj Total
Pay Total

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver: _____  Signature: _____

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 9.00  Splits= 1.00                                                                 Page 1

# Potato Specialty Co.
Complete Service to the Food Industry
Toll Free: (800) 658 - 2634

**Invoice - 785044**

Bill To: 101520
Furr's Cafeterias Restaurants
Vendor #11652
2701 E Plano Pkwy, Suite 200
Plano TX 750743716
(316) 685-1622

Furr's #190 - S Loop- Lubbock
Vendor #11652
2817 South Loop 289
Lubbock TX 79423
(806) 745-3220

Route: 101520-25802
Route: AA1  Stop: 14
Conf#: 676749

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2048735 | 01/25/2014 | Net 21 days | FRG19014010347583 | 01/04/2014 | TWCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adj Qty | $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fresh Produce | | | | | | | |
| 1.00 | 1.00 | CASE | 100350 | | Apple, Red Del WAXF 88ct | N | | 25.85 | 25.85 | | | |
| 1.00 | 1.00 | CASE | 100950 | | Banana, Premium 120ct 40# | N | | 21.15 | 21.15 | | | |
| 1.00 | 1.00 | CASE | 103216P | | Broccoli, Crowns California 20# | N | | 16.65 | 16.65 | | | |
| 1.00 | 1.00 | SACK | 103300 | | Cabbage, Green Jumbo 50# | N | | 16.49 | 16.49 | | | |
| 1.00 | 1.00 | CASE | 103500 | | Cabbage, Shred Red 1/8 in #RC2 4/5# | N | | 20.20 | 20.20 | | | |
| 1.00 | 1.00 | CASE | 103775P | | Cauliflower, Med/Lrg US #1 12ct 20# | N | | 17.00 | 17.00 | | | |
| 1.00 | 1.00 | CASE | 104150 | | Cucumbers, Bulk US #1 50# | N | | 21.17 | 21.17 | | | |
| 2.00 | 2.00 | CASE | 101660P | | Lemons, Choice 165ct 38# | N | | 25.56 | 51.12 | | | |
| 1.00 | 1.00 | CASE | 104951P | | Lettuce, Icebrg Liner 24ct | N | | 17.91 | 17.91 | | | |
| 2.00 | 2.00 | CASE | 105450 | | Mushroom, Fresh Button Gourmet 10# | N | | 18.30 | 36.60 | | | |
| 1.00 | 1.00 | SACK | 106300P | | Onion, Yellow Jumbo 50# | N | | 15.81 | 15.81 | | | |
| 1.00 | 1.00 | CASE | 104501P | | Spinach, Reg w/Stem #20212 4/2.5# | N | | 15.17 | 15.17 | | | |
| 2.00 | 2.00 | CASE | 101039P | | Strawberry, Fresh Domestic 8/1# | N | | 27.09 | 54.18 | | | |
| 1.00 | 1.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 19.65 | | | |
| 1.00 | 1.00 | CASE | 110504 | | Tomato, Grape Red Bulk 10# | N | | 17.45 | 17.45 | | | |

Notes:

THANK YOU FOR YOUR BUSINESS!

FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

| | |
|---|---|
| NonTaxable Subtotal | 366.40 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| Invoice Total | 366.40 |

Adj Total

Pay Total

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver: _____  Signature: _____

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 18.00  Splits= 0.00

Page 1

**Bill To:** 101520
Furr's Cafeterias Restaurants
Vendor #11652
2701 E Plano Pkwy, Suite 200
Plano TX 750743716
(316) 685-1622

Furr's #101 - Odessa Andrews Hwy
Vendor #11652
3120 Andrews Highway
Odessa TX 79762
(432) 367-2791

**Potato Specialty Co.**
Complete Service to the Food Industry
Toll Free: (800) 658 - 2634

**Invoice - 785130**
Route: 101520-25810
Route: ODE    Stop: 19
Conf#: 676738

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2048660 | 01/25/2014 | Net 21 days | FRG101140103047581 | 01/04/2014 | BMCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adj Qty | Adj $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fresh Produce | | | | | | | |
| 1.00 | 1.00 | CASE | 103216P | | Broccoli, Crowns California 20# | N | | 16.65 | 16.65 | | | |
| 2.00 | 2.00 | SACK | 103300 | | Cabbage, Green Jumbo 50# | N | | 16.49 | 32.98 | | | |
| 2.00 | 2.00 | EACH | 103500 | | Cabbage, Shred Red 1/8 in #RC2 4/5# | N | | 6.55 | 13.10 | | | |
| 1.00 | 1.00 | CASE | 103701 | | Carrots, Shred/Matchstix #3331 4/5# | N | | 18.26 | 18.26 | | | |
| 1.00 | 1.00 | SACK | 103670 | | Carrots, Table Calif #1 25# | N | | 13.81 | 13.81 | | | |
| 1.00 | 1.00 | CASE | 103775P | | Cauliflower, Med/Lrg US #1 12ct 20# | N | | 17.00 | 17.00 | | | |
| 1.00 | 1.00 | CASE | 104150 | | Cucumbers, Bulk US #1 50# | N | | 21.17 | 21.17 | | | |
| 1.00 | 1.00 | CASE | 101450 | | Grapes, Green/White Seedless 18-20# | N | | 38.57 | 38.57 | | | |
| 1.00 | 1.00 | CASE | 101400 | | Grapes, Red Seedless 18/20# | N | | 38.57 | 38.57 | | | |
| 1.00 | 1.00 | CASE | 104750P | | Kale, Green Fresh 24ct | N | | 12.82 | 12.82 | | | |
| 1.00 | 1.00 | CASE | 101660P | | Lemons, Choice 165ct 38# | N | | 25.56 | 25.56 | | | |
| 2.00 | 2.00 | CASE | 104951P | | Lettuce, Icebrg Liner 24ct | N | | 17.91 | 35.82 | | | |
| 1.00 | 1.00 | CASE | 105055P | | Lettuce, Romaine 24ct | N | | 17.74 | 17.74 | | | |
| 2.00 | 2.00 | EACH | 104920 | | Lettuce, Spring Mix W/Spinach 4/3# | N | | 8.16 | 16.32 | | | |
| 1.00 | 1.00 | CASE | 106760P | | Pepper, Bell Green Choice 1-1/9Bshl | N | | 16.20 | 16.20 | | | |
| 3.00 | 3.00 | CASE | 110051P | | Squash, Yellow Medium Size 20-25# | N | | 16.33 | 48.99 | | | |
| 3.00 | 3.00 | CASE | 110000 | | Squash, Zucchini Medium Lugs 20-25# | N | | 14.33 | 42.99 | | | |
| 1.00 | 1.00 | CASE | 101039P | | Strawberry, Fresh Domestic 8/1# | N | | 27.09 | 27.09 | | | |
| 1.00 | 1.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 19.65 | | | |
| 2.00 | 2.00 | CASE | 110504 | | Tomato, Grape Red Bulk 10# | N | | 17.45 | 34.90 | | | |

**Notes:**

THANK YOU FOR YOUR BUSINESS!
FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

| | |
|---|---|
| NonTaxable Subtotal | 508.19 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| **Invoice Total** | **508.19** |

Adj Total

Pay Total

Driver: [signature]

Signature: Nancy Fierro

PACA The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 25.00  Splits= 2.00

Page 1

**Bill To:** 101520
Furr's Cafeterias Restaurants
Vendor #11652
2701 E Plano Pkwy, Suite 200
Plano TX 750743716
(316) 685-1622

**Ship To:** 25804
Furr's #110 - Wolflin--Amarillo
Vendor #11652
2640 Wolflin
Amarillo TX 79109
(806) 355-5662

**Potato Specialty Co.**
Complete Service to the Food Industry
Toll Free: (800) 658 - 2634

**Invoice - 785071**
Route: 101520-25804
Route: AMA   Stop: 19
Conf#: 676727

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2048573 | 01/25/2014 | Net 21 days | FRG11014010347579 | 01/04/2014 | RMCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adj Qty | Adj $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Dairy Products** | | | | | | | | |
| 1.00 | 1.00 | CASE | 301520 | | Eggs, Large Loose USDA 15dzn 180ct | N | | 28.60 | 28.60 | | | |
| | | | | **Fresh Produce** | | | | | | | | |
| 1.00 | 1.00 | CASE | 100300 | | Apple, Granny Smith WA 125ct | N | | 37.85 | 37.85 | | | |
| 1.00 | 1.00 | CASE | 100950 | | Banana, Premium 120ct 40# | N | | 21.15 | 21.15 | | | |
| 1.00 | 1.00 | CASE | 103216P | | Broccoli, Crowns California 20# | N | | 16.65 | 16.65 | | | |
| 1.00 | 1.00 | SACK | 103300 | | Cabbage, Green Jumbo 50# | N | | 16.49 | 16.49 | | | |
| 1.00 | 1.00 | CASE | 103800 | | Celery, Calif #1 36ct Avg 55-60# | N | | 24.24 | 24.24 | | | |
| 1.00 | 1.00 | CASE | 104150 | | Cucumbers, Bulk US #1 50# | N | | 21.17 | 21.17 | | | |
| 1.00 | 1.00 | CASE | 101660P | | Lemons, Choice 165ct 38# | N | | 25.56 | 25.56 | | | |
| 1.00 | 1.00 | CASE | 104951P | | Lettuce, Icebrg Liner 24ct | N | | 17.91 | 17.91 | | | |
| 1.00 | 1.00 | CASE | 105055P | | Lettuce, Romaine 24ct | N | | 17.74 | 17.74 | | | |
| 1.00 | 1.00 | SACK | 106300P | | Onion, Yellow Jumbo 50# | N | | 15.81 | 15.81 | | | |
| 1.00 | 1.00 | CASE | 110051P | | Squash, Yellow Medium Size 20-25# | N | | 16.33 | 16.33 | | | |
| 3.00 | 3.00 | CASE | 101039P | | Strawberry, Fresh Domestic 8/1# | N | | 27.09 | 81.27 | | | |
| 1.00 | 1.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 19.65 | | | |
| 2.00 | 2.00 | CASE | 110504 | | Tomato, Grape Red Bulk 10# | N | | 17.45 | 34.90 | | | |

**Notes:**
THANK YOU FOR YOUR BUSINESS!
FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

| | |
|---|---|
| NonTaxable Subtotal | 395.32 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| **Invoice Total** | **395.32** |

Adj Total
Pay Total

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver: Jim L
Signature: Maria Cobb

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 18.00   Splits= 0.00                                                                                  Page 1

**Potato Specialty Co.**
Complete Service to the Food Industry
Toll Free: (800) 658 - 2634

**Invoice - 785076**

Bill To: 101520
Furr's Cafeterias Restaurants
Vendor #11652
2701 E Plano Pkwy, Suite 200
Plano TX 750743716
(316) 685-1622

Furr's #123 - S Soncy-Amarillo
Vendor #11652
2221 S Soncy Rd
Amarillo TX 79124
(806) 355-8236

Route: 101520-25805
Route: AMA  Stop: 12
Conf#: 676709

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2048461 | 01/25/2014 | Net 21 days | FRG12314010347575 | 01/04/2014 | RMCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adj Qty | $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 105552 | | Mushroom, Sliced - Thin 1/8 in 10# | N | | 18.20 | 18.20 | | | |
| 1.00 | 1.00 | CASE | 106052P | | Onion, Red/Purple Large 25# | N | | 14.51 | 14.51 | | | |
| 2.00 | 2.00 | SACK | 106300P | | Onion, Yellow Jumbo 50# | N | | 15.81 | 31.62 | | | |
| 1.00 | 1.00 | CASE | 102152 | | Orange, SK Calif Choice 88ct | N | | 22.35 | 22.35 | | | |
| 1.00 | 1.00 | CASE | 106760P | | Pepper, Bell Green Choice 1-1/9Bshl | N | | 16.20 | 16.20 | | | |
| 1.00 | 1.00 | CASE | 106900P | | Pepper, Jalapeno Fresh 1-1/9th Bus | N | | 29.30 | 29.30 | | | |
| 1.00 | 1.00 | CASE | 102500 | | Pineapple, Gld Sweet 7-8ct | N | | 16.75 | 16.75 | | | |
| 1.00 | 1.00 | CASE | 108185 | | Potato, Idaho/NW#1 90ct Baker 50# | N | | 14.38 | 14.38 | | | |
| 2.00 | 2.00 | CASE | 109551 | | Potato, Sweet Jumbo 20-24oz 40# | N | | 25.99 | 51.98 | | | |
| 2.00 | 2.00 | EACH | 109651 | | Radish, Trimmed/Cleaned 4/5# | N | | 9.93 | 19.86 | | | |
| 1.00 | 1.00 | CASE | 104501P | | Spinach, Reg w/Stem #20212 4/2.5# | N | | 15.17 | 15.17 | | | |
| 1.00 | 1.00 | CASE | 110051P | | Squash, Yellow Medium Size 20-25# | N | | 16.33 | 16.33 | | | |
| 1.00 | 1.00 | CASE | 110000 | | Squash, Zucchini Medium Lugs 20-25# | N | | 14.33 | 14.33 | | | |
| 1.00 | 1.00 | CASE | 101039P | | Strawberry, Fresh Domestic 8/1# | N | | 27.09 | 27.09 | | | |
| 3.00 | 3.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 58.95 | | | |
| 3.00 | 3.00 | CASE | 110504 | | Tomato, Grape Red Bulk 10# | N | | 17.45 | 52.35 | | | |

Notes:
THANK YOU FOR YOUR BUSINESS!

FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

NonTaxable Subtotal: 985.63
Taxable Subtotal: 0.00
Tax 8.250%: 0.00
**Invoice Total: 985.63**

Adj Total
Pay Total

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver: _____  Signature: _____

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 48.00  Splits= 1.00                                                                      Page 2

Bill To:101520
Furr's Cafeterias Restaurants
Vendor #11652
2701 E Plano Pkwy, Suite 200
Plano TX 750743716
(316) 685-1622

Furr's #123 - S Soncy-Amarillo
Vendor #11652
2221 S Soncy Rd
Amarillo TX 79124
(806) 355-8236

**Potato Specialty Co.**
Complete Service to the Food Industry
Toll Free: (800) 658 - 2634

**Invoice - 785076**
Route:101520-25805
Route: AMA   Stop:12
Conf#:676709

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2048461 | 01/25/2014 | Net 21 days | FRG12314010347575 | 01/04/2014 | RMCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adj Qty | Adj $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Dairy Products** | | | | | | | |
| 1.00 | 1.00 | CASE | 301520 | | Eggs, Large Loose USDA 15dzn 180ct | N | | 28.60 | 28.60 | | | |
| | | | | | **Fresh Produce** | | | | | | | |
| 1.00 | 1.00 | CASE | 100350 | | Apple, Red Del WAXF 88ct | N | | 25.85 | 25.85 | | | |
| 3.00 | 3.00 | CASE | 100950 | | Banana, Premium 120ct 40# | N | | 21.15 | 63.45 | | | |
| 1.00 | 1.00 | CASE | 103216P | | Broccoli, Crowns California 20# | N | | 16.65 | 16.65 | | | |
| 2.00 | 2.00 | SACK | 103300 | | Cabbage, Green Jumbo 50# | N | | 16.49 | 32.98 | | | |
| 1.00 | 1.00 | CASE | 103500 | | Cabbage, Shred Red 1/8 in #RC2 4/5# | N | | 20.20 | 20.20 | | | |
| 1.00 | 1.00 | CASE | 101150P | | Cantaloupe, Melon Fresh 12-15ct | N | | 20.69 | 20.69 | | | |
| 1.00 | 1.00 | CASE | 103701 | | Carrots, Shred/Matchstix #3331 4/5# | N | | 18.26 | 18.26 | | | |
| 1.00 | 1.00 | SACK | 103670 | | Carrots, Table Calif #1  25# | N | | 13.81 | 13.81 | | | |
| 1.00 | 1.00 | CASE | 103775P | | Cauliflower, Med/Lrg US #1 12ct 20# | N | | 17.00 | 17.00 | | | |
| 1.00 | 1.00 | CASE | 104150 | | Cucumbers, Bulk US #1  50# | N | | 21.17 | 21.17 | | | |
| 1.00 | 1.00 | CASE | 101300 | | Grapefruit, 48ct 40# | N | | 19.16 | 19.16 | | | |
| 1.00 | 1.00 | CASE | 101450 | | Grapes, Green/White Seedless 18-20# | N | | 38.57 | 38.57 | | | |
| 1.00 | 1.00 | CASE | 101400 | | Grapes, Red Seedless 18/20# | N | | 38.57 | 38.57 | | | |
| 1.00 | 1.00 | CASE | 101500P | | Honeydew, Melon Fresh 6-8ct 25# | N | | 17.45 | 17.45 | | | |
| 2.00 | 2.00 | CASE | 104750P | | Kale, Green Fresh 24ct | N | | 12.82 | 25.64 | | | |
| 1.00 | 1.00 | CASE | 101550 | | Kiwi, Fresh Tray Pack 36-39ct | N | | 21.65 | 21.65 | | | |
| 1.00 | 1.00 | CASE | 101660P | | Lemons, Choice 165ct  38# | N | | 25.56 | 25.56 | | | |
| 2.00 | 2.00 | CASE | 104951P | | Lettuce, Icebrg Liner  24ct | N | | 17.91 | 35.82 | | | |
| 1.00 | 1.00 | CASE | 105055P | | Lettuce, Romaine  24ct | N | | 17.74 | 17.74 | | | |
| 2.00 | 2.00 | CASE | 104920 | | Lettuce, Spring Mix W/Spinach 4/3# | N | | 23.72 | 47.44 | | | |

Notes:

THANK YOU FOR YOUR BUSINESS!

(Continued)

FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver: _J.m.h_   Signature: _Barba Bry_

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Page 1

| Bill To: 101520 | Ship To: 25811 | Potato Specialty Co. | Invoice - 785128 |
|---|---|---|---|
| Furr's Cafeterias Restaurants<br>Vendor #11652<br>2701 E Plano Pkwy, Suite 200<br>Plano TX 750743716<br>(316) 685-1622 | Furr's #102 - 42nd - Odessa<br>Vendor #11652<br>4101 E. 42nd St<br>Odessa TX 79762<br>(432) 363-8310 | Complete Service to the Food Industry<br>Toll Free: (800) 658 - 2634 | Route: 101520-25811<br>Route: ODE  Stop: 21<br>Conf#: 676695 |

**PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452**

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/04/2014 | 2048283 | 01/25/2014 | Net 21 days | FRG10214010347573 | 01/04/2014 | BMCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adjustments Qty | $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Fresh Produce | | | | | | | |
| 1.00 | 1.00 | CASE | 100300 | | Apple, Granny Smith WA 125ct | N | | 37.85 | 37.85 | | | |
| 1.00 | 1.00 | CASE | 100350 | | Apple, Red Del WAXF 88ct | N | | 25.85 | 25.85 | | | |
| 1.00 | 1.00 | SACK | 103300 | | Cabbage, Green Jumbo 50# | N | | 16.49 | 16.49 | | | |
| 2.00 | 2.00 | EACH | 103500 | | Cabbage, Shred Red 1/8 in #RC2 4/5# | N | | 6.55 | 13.10 | | | |
| 1.00 | 1.00 | CASE | 103701 | | Carrots, Shred/Matchstix #3331 4/5# | N | | 18.26 | 18.26 | | | |
| 1.00 | 1.00 | CASE | 103775P | | Cauliflower, Med/Lrg US #1 12ct 20# | N | | 17.00 | 17.00 | | | |
| 1.00 | 1.00 | CASE | 104150 | | Cucumbers, Bulk US #1 50# | N | | 21.17 | 21.17 | | | |
| 1.00 | 1.00 | CASE | 101400 | | Grapes, Red Seedless 18/20# | N | | 38.57 | 38.57 | | | |
| 1.00 | 1.00 | CASE | 104951P | | Lettuce, Icebrg Liner 24ct | N | | 17.91 | 17.91 | | | |
| 2.00 | 2.00 | EACH | 104920 | | Lettuce, Spring Mix W/Spinach 4/3# | N | | 8.16 | 16.32 | | | |
| 1.00 | 1.00 | CASE | 106052P | | Onion, Red/Purple Large 25# | N | | 14.51 | 14.51 | | | |
| 1.00 | 1.00 | CASE | 106760P | | Pepper, Bell Green Choice 1-1/9Bshl | N | | 16.20 | 16.20 | | | |
| 1.00 | 1.00 | CASE | 102500 | | Pineapple, Gld Sweet 7-8ct | N | | 16.75 | 16.75 | | | |
| 1.00 | 1.00 | CASE | 104501P | | Spinach, Reg w/Stem #20212 4/2.5# | N | | 15.17 | 15.17 | | | |
| 2.00 | 2.00 | CASE | 110051P | | Squash, Yellow Medium Size 20-25# | N | | 16.33 | 32.66 | | | |
| 2.00 | 2.00 | CASE | 101039P | | Strawberry, Fresh Domestic 8/1# | N | | 27.09 | 54.18 | | | |
| 1.00 | 1.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 19.65 | | | |
| 2.00 | 2.00 | CASE | 110504 | | Tomato, Grape Red Bulk 10# | N | | 17.45 | 34.90 | | | |

| | | |
|---|---|---|
| Notes: | NonTaxable Subtotal | 426.54 |
| | Taxable Subtotal | 0.00 |
| THANK YOU FOR YOUR BUSINESS! | Tax 8.250% | 0.00 |
| FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE | Invoice Total | 426.54 |

Adj Total

Pay Total

PACA. The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver: _____   Signature: _____

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 19.00  Splits= 2.00

Page 1

| Bill To: 101520 | Ship To: 25812 | Potato Specialty Co. | Invoice - 785279 |
|---|---|---|---|
| Furr's Cafeterias Restaurants<br>Vendor #11652<br>2701 E Plano Pkwy, Suite 200<br>Plano TX 750743716<br>(316) 685-1622 | Furr's #103 - Hobbs NM<br>Vendor #11652<br>N. Turner & Sanger<br>Hobbs NM 88240<br>(575) 397-3211 | Complete Service to the Food Industry<br>Toll Free: (800) 658 - 2634 | Route: 101520-25812<br>Route: HOB  Stop: 11<br>Conf#: 676903 |

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/06/2014 | 2050209 | 01/27/2014 | Net 21 days | FRG10314010547623 | 01/06/2014 | LGCN | WEB-3 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adjustments Qty | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 39.30 | | |

Notes:

THANK YOU FOR YOUR BUSINESS!

FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

| | |
|---|---|
| NonTaxable Subtotal | 613.09 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| Invoice Total | 613.09 |

Adj Total

Pay Total

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver: Eddy Conejo

Signature: _(signature)_

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 29.00  Splits= 1.00

Page 2

**Bill To:** 101520  
Furr's Cafeterias Restaurants  
Vendor #11652  
701 E Plano Pkwy, Suite 200  
Plano TX 75074-3710  
(316) 685-1622  

**Ship To:** 25809  
Furr's #104 - Midland  
Vendor #11652  
1116 N Midkiff  
Midland TX 79701  
(432) 520-9629  

# Potato Specialty Co.
Complete Service to the Food Industry  
Toll Free: (800) 658 - 2634  

**Invoice -** 785289  
Route: 101520-25809  
Route: MID  Stop: 23  
Conf#: 676967  

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/06/2014 | 2050764 | 01/27/2014 | Net 21 days | FRG10414010547639 | 01/06/2014 | BMCN | WEB-3 |

| Quantity Ordered | Shipped | Pack | Item Code | Partno | Description | Tax | Weight | Unit Price | Amount | Adj Qty | Adj $ Amt | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Fresh Produce** | | | | | | | |
| 1.00 | 1.00 | CASE | 100350 | | Apple, Red Del WAXF 88ct | N | | 25.85 | 25.85 | | | |
| 1.00 | 1.00 | CASE | 100950 | | Banana, Premium 120ct 40# | N | | 21.15 | 21.15 | | | |
| 1.00 | 1.00 | CASE | 103216P | | Broccoli, Crowns California 20# | N | | 16.65 | 16.65 | | | |
| 2.00 | 2.00 | SACK | 103300 | | Cabbage, Green Jumbo 50# | N | | 16.49 | 32.98 | | | |
| 1.00 | 1.00 | CASE | 103500 | | Cabbage, Shred Red 1/8 in #RC2 4/5# | N | | 20.20 | 20.20 | | | |
| 1.00 | 1.00 | CASE | 103701 | | Carrots, Shred/Matchstix #3331 4/5# | N | | 18.26 | 18.26 | | | |
| 1.00 | 1.00 | SACK | 103670 | | Carrots, Table Calif #1  25# | N | | 13.31 | 13.31 | | | |
| 1.00 | 1.00 | CASE | 103775P | | Cauliflower, Med/Lrg US #1 12ct 20# | N | | 17.00 | 17.00 | | | |
| 1.00 | 1.00 | CASE | 104150 | | Cucumbers, Bulk US #1  50# | N | | 21.17 | 21.17 | | | |
| 1.00 | 1.00 | CASE | 101400 | | Grapes, Red Seedless 18/20# | N | | 38.57 | 38.57 | | | |
| 2.00 | 2.00 | CASE | 101660P | | Lemons, Choice 165ct 38# | N | | 25.56 | 51.12 | | | |
| 1.00 | 1.00 | CASE | 104951P | | Lettuce, Icebrg Liner 24ct | N | | 17.91 | 17.91 | | | |
| 1.00 | 1.00 | CASE | 105055P | | Lettuce, Romaine 24ct | N | | 17.74 | 17.74 | | | |
| 1.00 | 1.00 | CASE | 104920 | | Lettuce, Spring Mix W/Spinach 4/3# | N | | 23.72 | 23.72 | | | |
| 1.00 | 1.00 | CASE | 106052P | | Onion, Red/Purple Large 25# | N | | 14.01 | 14.01 | | | |
| 1.00 | 1.00 | SACK | 106300P | | Onion, Yellow Jumbo 50# | N | | 15.81 | 15.81 | | | |
| 1.00 | 1.00 | CASE | 106760P | | Pepper, Bell Green Choice 1-1/9Bshl | N | | 16.20 | 16.20 | | | |
| 4.00 | 4.00 | CASE | 101039P | | Strawberry, Fresh Domestic 8/1# | N | | 27.09 | 108.36 | | | |
| 2.00 | 2.00 | CASE | 110450P | | Tomato, 6x6 Size Bulk 25# | N | | 19.65 | 39.30 | | | |
| 1.00 | 1.00 | CASE | 110504 | | Tomato, Grape Red Bulk 10# | N | | 17.45 | 17.45 | | | |

**Notes:**  
THANK YOU FOR YOUR BUSINESS!  
FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE

| | |
|---|---|
| NonTaxable Subtotal | 546.76 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| Invoice Total | 546.76 |

Adj Total  
Pay Total

PACA The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver:  
Signature:  

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec.)  SHRT-Short on Truck

Cases= 26.00  Splits= 0.00

Page 1

**Bill To:** 101520
Furr's Cafeterias Restaurants
Vendor #11652
2701 E Plano Pkwy, Suite 200
Plano TX 750743716
(316) 685-1622

**Ship To:** 25808
Furr's #128 --CLOVIS NM
Vendor #11652
200 West 22nd
Clovis NM 88101
(575) 762-3741



**Complete Service to the Food Industry**
Toll Free: (800) 658 - 2634

**Invoice -  785269**
Route: 101520-25808
Route: CLV   Stop: 11
Conf#: 677009

PLEASE REMIT PAYMENT TO: P.O. Box 3925 Lubbock, TX 79452

All credits & adjustments will be handled in accordance with Potato Specialty credit & return policy.

| Date | Ship Via | Due Date | Terms | Purchase Order Number | Order Date | Salesperson | Order Taker |
|---|---|---|---|---|---|---|---|
| 01/06/2014 | 2051043 | 01/27/2014 | Net 21 days | FRG12814010547643 | 01/06/2014 | RMCN | WEB-3 |

| Qty Ordered | Qty Shipped | Pack | Item Code | Pack | Description | Tax | Weight | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Fresh Produce |  |  |  |  |  |
| 2.00 | 2.00 | EACH | 103500 |  | Cabbage, Shred Red 1/8 in #RC2 4/5# | N |  | 6.55 | 13.10 |
| 1.00 | 1.00 | SACK | 103670 |  | Carrots, Table Calif #1   25# | N |  | 13.31 | 13.31 |
| 2.00 | 2.00 | CASE | 104750P |  | Kale, Green Fresh 24ct | N |  | 12.82 | 25.64 |
| 1.00 | 1.00 | CASE | 101660P |  | Lemons, Choice 165ct  38# | N |  | 25.56 | 25.56 |
| 1.00 | 1.00 | CASE | 104951P |  | Lettuce, Icebrg Liner  24ct | N |  | 17.91 | 17.91 |
| 1.00 | 1.00 | CASE | 109500 |  | Potato, Red Size A  50# | N |  | 28.76 | 28.76 |
| 1.00 | 1.00 | CASE | 110450P |  | Tomato, 6x6 Size Bulk 25# | N |  | 19.65 | 19.65 |

**Notes:**
THANK YOU FOR YOUR BUSINESS!

| | |
|---|---|
| NonTaxable Subtotal | 143.93 |
| Taxable Subtotal | 0.00 |
| Tax 8.250% | 0.00 |
| **Invoice Total** | **143.93** |

Adj Total
Pay Total

FINANCE CHARGES of 1 1/2% per month will be added to all Accounts 30 days old, which is an APR OF 18% applied to the PREVIOUS BALANCE.

PACA: The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Driver: _____   Signature: _____

Reason Codes: BAD-Bad Product  CM-Customer Mistake  SM-Sales Mistake  DATE-Out of Date  DMG-Damaged  MIS-MisPulled  OVER-Over Ordered  REF-Refused (not to spec)  SHRT-Short on Truck

Cases= 7.00  Splits= 1.00

Page 1