EXHIBIT 8

**Segovia's Dist - Albuquerque**
1920-A Columbia Dr. SE

Albuquerque, NM 87106

# Customer Statement

Phone: 505.247.2997  Fax: 505.243.0902

| | |
|---|---|
| Date | 02/12/2014 |
| Customer Code | 1128 |

*Furr's (Gallup) #228*
*505 N US Hwy 491*

*Gallup NM 97301*

Amount Enclosed

Page     1

| Reference # | Ref Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 659601 | 12/27/2013 | I | FRG22813122647303 | 679.05 | 679.05 |
| 659734 | 12/30/2013 | I | FRG22813122947392 | 418.82 | 418.82 |
| 660053 | 01/06/2014 | I | FRG22814010547629 | 385.90 | 385.90 |
| 660172 | 01/08/2014 | I | FRG22814010747700 | 334.82 | 334.82 |
| 660270 | 01/10/2014 | I | FRG22814010947782 | 628.05 | 628.05 |
| 660410 | 01/13/2014 | I | FRG22814011247877 | 214.96 | 214.96 |
| 660541 | 01/15/2014 | I | FRG22814011447931 | 210.68 | 210.68 |
| 660653 | 01/17/2014 | I | FRG22814011648001 | 539.78 | 539.78 |
| 660784 | 01/20/2014 | I | FRG22814011948076 | 191.21 | 191.21 |
| 660899 | 01/22/2014 | I | FRG22814012148138 | 202.70 | 202.70 |
| 661035 | 01/24/2014 | I | FRG22814012348209 | 487.07 | 487.07 |
| 661153 | 01/27/2014 | I | FRG22814012648279 | 517.96 | 517.96 |
| 661291 | 01/29/2014 | I | FRG22814012848336 | 245.96 | 245.96 |
| 661393 | 01/31/2014 | I | FRG22814013048415 | 558.20 | 558.20 |
| 661530 | 02/03/2014 | I | FRG22814020248490 | 602.65 | 602.65 |
| 661720 | 02/06/2014 | I | | 502.93 | 502.93 |
| 661761 | 02/07/2014 | I | FRG22814020648603 | 724.58 | 724.58 |
| 661875 | 02/10/2014 | I | FRG22814020948676 | 445.29 | 445.29 |

| Codes: | C=CR Memo | P=Payment | A=Discount Allowed | Balance Due: | 7890.61 |
|---|---|---|---|---|---|
| | D=DR Memo | I=Invoice | F=Finance Charge | | |

| Current | 1-29 Past Due | 30-59 Past Due | 60-89 Past Due | 90-119 Past | 120+ Past Due |
|---|---|---|---|---|---|
| 5443.97 | 2446.64 | 0.00 | 0.00 | 0.00 | 0.00 |

**Segovia's Distribuiting, Inc.**
3701 Shell Street

El Paso, TX 79925

Phone: 915.533.3130  Fax: 915.577.0284

# CUSTOMER STATEMENT

| Date |
|---|
| 02/12/2014 |

| Customer Code |
|---|
| 1097 |

*Furr's (Gateway) #500*
*11925 Gateway West*

El Paso TX 79925

_____
Amount Enclosed

Page      1

| Reference # | Ref Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 557553 | 01/04/2014 | I | FRG50014010347600 | 884.37 | 884.37 |
| 557824 | 01/06/2014 | I | FRG50014010547664 | 473.05 | 473.05 |
| 558146 | 01/08/2014 | I | FRG50014010747732 | 570.69 | 570.69 |
| 558475 | 01/10/2014 | I | FRG50014010947812 | 280.62 | 280.62 |
| 558660 | 01/11/2014 | I | FRG50014011047848 | 1044.51 | 1044.51 |
| 558928 | 01/13/2014 | I | FRG50014011247900 | 259.31 | 259.31 |
| 559280 | 01/15/2014 | I | FRG50014011447959 | 335.26 | 335.26 |
| 559662 | 01/17/2014 | I | FRG50014011648030 | 352.42 | 352.42 |
| 559829 | 01/18/2014 | I | FRG50014011748064 | 1110.50 | 1110.50 |
| 560030 | 01/19/2014 | I | | 185.33 | 185.33 |
| 560086 | 01/20/2014 | I | FRG50014011948104 | 439.29 | 439.29 |
| 560831 | 01/24/2014 | I | FRG50014012348234 | 598.49 | 598.49 |
| 561001 | 01/25/2014 | I | FRG50014012448261 | 771.49 | 771.49 |
| 561206 | 01/26/2014 | I | | 46.48 | 46.48 |
| 561264 | 01/27/2014 | I | FRG50014012648310 | 333.20 | 333.20 |
| 561656 | 01/29/2014 | I | FRG50014012848372 | 331.88 | 331.88 |
| 561962 | 01/31/2014 | I | FRG50014013048441 | 572.89 | 572.89 |
| 562153 | 02/01/2014 | I | FRG50014013148465 | 1091.85 | 1091.85 |
| 562451 | 02/03/2014 | I | FRG50014020248506 | 314.34 | 314.34 |
| 562699 | 02/04/2014 | I | | 97.83 | 97.83 |
| 562811 | 02/05/2014 | I | FRG50014020448570 | 287.51 | 287.51 |
| 563145 | 02/07/2014 | I | FRG50014020648627 | 566.91 | 566.91 |
| 563344 | 02/08/2014 | I | FRG50014020748665 | 820.79 | 820.79 |
| 563614 | 02/10/2014 | I | FRG50014020948701 | 604.42 | 604.42 |

| Codes: | C=CR Memo | P=Payment | A=Discount Allowed | Balance Due: | 12373.43 |
|---|---|---|---|---|---|
| | D=DR Memo | I=Invoice | F=Finance Charge | | |

| Current | 1-29 Past Due | 30-59 Past Due | 60-89 Past Due | 90-119 Past | 120+ Past Due |
|---|---|---|---|---|---|
| 9120.19 | 3253.24 | 0.00 | 0.00 | 0.00 | 0.00 |

**Segovia's Dist - Albuquerque**
1920-A Columbia Dr. SE

Albuquerque, NM 87106

# Customer Statement

Phone: 505.247.2997  Fax: 505.243.0902

| Date |
|---|
| 02/12/2014 |

| Customer Code |
|---|
| 1160 |

*Furr's (San Mateo) #160*
*6111 San Mateo Blvd. NE # 109*

Albuquerque NM 87109

Amount Enclosed

Page     1

| Reference # | Ref Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 652462 | 08/17/2013 | I | FRG16013081642867 | 734.39 | 734.39 |
| 659999 | 01/04/2014 | I | FRG16014010347603 | 720.31 | 720.31 |
| 660061 | 01/06/2014 | I | FRG16014010547638 | 405.13 | 405.13 |
| 660190 | 01/08/2014 | I | FRG16014010747736 | 276.59 | 276.59 |
| 660294 | 01/10/2014 | I | FRG16014010947807 | 378.33 | 378.33 |
| 660349 | 01/11/2014 | I | FRG16014011047851 | 445.32 | 445.32 |
| 660417 | 01/13/2014 | I | FRG16014011247878 | 334.39 | 334.39 |
| 660559 | 01/15/2014 | I | FRG16014011447961 | 383.57 | 383.57 |
| 660661 | 01/17/2014 | I | FRG16014011648026 | 287.53 | 287.53 |
| 660720 | 01/18/2014 | I | FRG16014011748065 | 416.04 | 416.04 |
| 660798 | 01/20/2014 | I | FRG16014011948103 | 424.97 | 424.97 |
| 660923 | 01/22/2014 | I | FRG16014012148165 | 389.93 | 389.93 |
| 661044 | 01/24/2014 | I | FRG16014012348233 | 289.54 | 289.54 |
| 661104 | 01/25/2014 | I | FRG16014012448264 | 504.14 | 504.14 |
| 661175 | 01/27/2014 | I | FRG16014012648311 | 247.85 | 247.85 |
| 661301 | 01/29/2014 | I | FRG16014012848369 | 270.28 | 270.28 |
| 661404 | 01/31/2014 | I | FRG16014013048438 | 249.36 | 249.36 |
| 661463 | 02/01/2014 | I | FRG16014013148469 | 595.46 | 595.46 |
| 661531 | 02/03/2014 | I | FRG16014020248495 | 436.62 | 436.62 |
| 661649 | 02/05/2014 | I | FRG16014020448564 | 219.02 | 219.02 |
| 661771 | 02/07/2014 | I | FRG16014020648624 | 311.06 | 311.06 |
| 661830 | 02/08/2014 | I | FRG16014020748667 | 460.37 | 460.37 |
| 661893 | 02/10/2014 | I | FRG16014020948691 | 437.52 | 437.52 |

| Codes: | C=CR Memo | P=Payment | A=Discount Allowed | **Balance Due:** | **9217.72** |
|---|---|---|---|---|---|
| | D=DR Memo | I=Invoice | F=Finance Charge | | |

| **Current** | **1-29 Past Due** | **30-59 Past Due** | **60-89 Past Due** | **90-119 Past** | **120+ Past Due** |
|---|---|---|---|---|---|
| 6257.65 | 2225.68 | 0.00 | 0.00 | 0.00 | 734.39 |

**Segovia's Dist - Albuquerque**
1920-A Columbia Dr. SE

Albuquerque, NM 87106

# Customer Statement

Phone: 505.247.2997  Fax: 505.243.0902

| Date |
| --- |
| 02/12/2014 |
| Customer Code |
| 1116 |

*Furr's (Santa Fe)  #116*
*522  West Cordova   Road*

Santa Fe NM 87501

Amount Enclosed

Page     1

| Reference # | Ref Date | Code | Description | Amount | Balance |
| --- | --- | --- | --- | --- | --- |
| 657507 | 11/15/2013 | I | | 38.50 | 38.50 |
| 659230 | 12/18/2013 | I | FRG11613121747019 | 660.67 | 175.59 |
| 660041 | 01/06/2014 | I | FRG11614010547633 | 466.37 | 466.37 |
| 660146 | 01/08/2014 | I | FRG11614010747702 | 352.69 | 352.69 |
| 660290 | 01/10/2014 | I | FRG11614010947806 | 600.00 | 600.00 |
| 660391 | 01/13/2014 | I | FRG11614011247886 | 322.31 | 322.31 |
| 660516 | 01/15/2014 | I | FRG11614011447936 | 333.86 | 333.86 |
| 660652 | 01/17/2014 | I | FRG11614011648021 | 711.91 | 711.91 |
| 660761 | 01/20/2014 | I | FRG11614011948080 | 243.50 | 243.50 |
| 660885 | 01/22/2014 | I | FRG11614012148139 | 206.61 | 206.61 |
| 661007 | 01/24/2014 | I | FRG11614012348213 | 583.82 | 583.82 |
| 661134 | 01/27/2014 | I | FRG11614012648288 | 328.06 | 328.06 |
| 661254 | 01/29/2014 | I | FRG11614012848340 | 415.17 | 415.17 |
| 661375 | 01/31/2014 | I | FRG11614013048430 | 677.34 | 677.34 |
| 661494 | 02/03/2014 | I | FRG11614020248486 | 290.99 | 290.99 |
| 661614 | 02/05/2014 | I | FRG11614020448541 | 195.23 | 195.23 |
| 661737 | 02/07/2014 | I | FRG11614020648605 | 594.65 | 594.65 |
| 661863 | 02/10/2014 | I | FRG11614020948687 | 411.06 | 411.06 |

| Codes: | C=CR Memo | P=Payment | A=Discount Allowed | **Balance Due:** | **6947.66** |
| --- | --- | --- | --- | --- | --- |
| | D=DR Memo | I=Invoice | F=Finance Charge | | |

| **Current** | **1-29 Past Due** | **30-59 Past Due** | **60-89 Past Due** | **90-119 Past** | **120+ Past Due** |
| --- | --- | --- | --- | --- | --- |
| 5314.51 | 1594.65 | 38.50 | 0.00 | 0.00 | 0.00 |

**Segovia's Dist - Albuquerque**
1920-A Columbia Dr. SE

Albuquerque, NM 87106

Phone: 505.247.2997  Fax: 505.243.0902

# CUSTOMER STATEMENT

| Date |
| :---: |
| 02/12/2014 |
| Customer Code |
| 1115 |

*Furr's (Wyoming) #115*
*2004 Wyoming NE*

Albuquerque NM 87112

_____
Amount Enclosed

Page        1

| Reference # | Ref Date | Code | Description | Amount | Balance |
| ---: | :---: | :---: | :--- | ---: | ---: |
| 659989 | 01/04/2014 | I | FRG11514010347594 | 618.57 | 618.57 |
| 660074 | 01/06/2014 | I | FRG11514010547662 | 419.73 | 419.73 |
| 660179 | 01/08/2014 | I | FRG11514010747717 | 512.96 | 512.96 |
| 660297 | 01/10/2014 | I | FRG11514010947816 | 591.36 | 591.36 |
| 660328 | 01/11/2014 | I | FRG11514011047830 | 964.48 | 964.48 |
| 660411 | 01/13/2014 | I | FRG11514011247893 | 236.47 | 236.47 |
| 660545 | 01/15/2014 | I | FRG11514011447943 | 499.55 | 499.55 |
| 660663 | 01/17/2014 | I | FRG11514011648028 | 805.15 | 805.15 |
| 660724 | 01/18/2014 | I | FRG11514011748067 | 625.00 | 625.00 |
| 660790 | 01/20/2014 | I | FRG11514011948094 | 645.50 | 645.50 |
| 660904 | 01/22/2014 | I | FRG11514012148146 | 546.75 | 546.75 |
| 661046 | 01/24/2014 | I | FRG11514012348236 | 639.01 | 639.01 |
| 661089 | 01/25/2014 | I | FRG11514012448245 | 968.97 | 968.97 |
| 661145 | 01/27/2014 | I | FRG11514012648307 | 452.61 | 452.61 |
| 661292 | 01/29/2014 | I | FRG11514012848354 | 550.47 | 550.47 |
| 661407 | 01/31/2014 | I | FRG11514013048440 | 745.68 | 745.68 |
| 661461 | 02/01/2014 | I | FRG11514013148467 | 530.42 | 530.42 |
| 661518 | 02/03/2014 | I | FRG11514020248501 | 725.47 | 725.47 |
| 661656 | 02/05/2014 | I | FRG11514020448547 | 327.97 | 327.97 |
| 661772 | 02/07/2014 | I | FRG11514020648626 | 521.32 | 521.32 |
| 661809 | 02/08/2014 | I | FRG11514020748649 | 479.10 | 479.10 |
| 661894 | 02/10/2014 | I | FRG11514020948695 | 683.04 | 683.04 |

| Codes: | C=CR Memo<br>D=DR Memo | P=Payment<br>I=Invoice | A=Discount Allowed<br>F=Finance Charge | **Balance Due:** | **13089.58** |
| :--- | :--- | :--- | :--- | ---: | ---: |

| Current | 1-29 Past Due | 30-59 Past Due | 60-89 Past Due | 90-119 Past | 120+ Past Due |
| :---: | :---: | :---: | :---: | :---: | :---: |
| 9982.48 | 3107.10 | 0.00 | 0.00 | 0.00 | 0.00 |

**Segovia's Dist - Albuquerque**
1920-A Columbia Dr. SE

Albuquerque, NM 87106

**CUSTOMER STATEMENT**

Phone: 505.247.2997  Fax: 505.243.0902

| Date |
|------|
| 02/12/2014 |

| Customer Code |
|------|
| 1175 |

*Furr's (Farmington) #175*
*3030 East Main  Steet*

*Farmington NM 87401*

_____
Amount Enclosed

Page    1

| Reference # | Ref Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 659630 | 12/27/2013 | I | FRG17513122647331 | 707.76 | 707.76 |
| 660036 | 01/06/2014 | I | FRG17514010547622 | 508.34 | 508.34 |
| 660150 | 01/08/2014 | I | FRG17514010747708 | 358.19 | 358.19 |
| 660250 | 01/10/2014 | I | FRG17514010947788 | 492.91 | 492.91 |
| 660385 | 01/13/2014 | I | FRG17514011247876 | 442.84 | 442.84 |
| 660513 | 01/15/2014 | I | FRG17514011447935 | 310.56 | 310.56 |
| 660618 | 01/17/2014 | I | FRG17514011648004 | 453.58 | 453.58 |
| 660758 | 01/20/2014 | I | FRG17514011948079 | 337.17 | 337.17 |
| 660889 | 01/22/2014 | I | FRG17514012148145 | 286.12 | 286.12 |
| 661004 | 01/24/2014 | I | FRG17514012348211 | 587.64 | 587.64 |
| 661130 | 01/27/2014 | I | FRG17514012648289 | 388.46 | 388.46 |
| 661264 | 01/29/2014 | I | FRG17514012848338 | 294.79 | 294.79 |
| 661365 | 01/31/2014 | I | FRG17514013048418 | 498.52 | 498.52 |
| 661490 | 02/03/2014 | I | FRG17514020248485 | 470.28 | 470.28 |
| 661638 | 02/05/2014 | I | FRG17514020448543 | 307.50 | 307.50 |
| 661733 | 02/07/2014 | I | FRG17514020648604 | 596.20 | 596.20 |
| 661859 | 02/10/2014 | I | FRG17514020948685 | 431.81 | 431.81 |

| Codes: | C=CR Memo | P=Payment | A=Discount Allowed | Balance Due: | 7472.67 |
|---|---|---|---|---|---|
| | D=DR Memo | I=Invoice | F=Finance Charge | | |

| Current | 1-29 Past Due | 30-59 Past Due | 60-89 Past Due | 90-119 Past | 120+ Past Due |
|---|---|---|---|---|---|
| 5405.47 | 2067.20 | 0.00 | 0.00 | 0.00 | 0.00 |

**Segovia's Distribuiting, Inc.**
3701 Shell Street

El Paso, TX 79925

Phone: 915.533.3130  Fax: 915.577.0284

# Customer Statement

| Date |
|---|
| 02/11/2014 |

| Customer Code |
|---|
| H1010 |

*Hooters (Las Cruces)*
*3530 Foothills Road*

*Las Cruces NM 88011*

_____
*Amount Enclosed*

*Page      1*

| Reference # | Ref Date | Code | Description | Amount | Balance |
|---|---|---|---|---|---|
| 554865 | 12/17/2013 | I | | 46.38 | 46.38 |
| 555367 | 12/20/2013 | I | | 155.24 | 155.24 |

| Codes: | C=CR Memo | P=Payment | A=Discount Allowed | Balance Due: | 201.62 |
|---|---|---|---|---|---|
| | D=DR Memo | I=Invoice | F=Finance Charge | | |

| Current | 1-29 Past Due | 30-59 Past Due | 60-89 Past Due | 90-119 Past | 120+ Past Due |
|---|---|---|---|---|---|
| 0.00 | 201.62 | 0.00 | 0.00 | 0.00 | 0.00 |

**Segovias Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|---|---|
| 01/04/2014 | 557557 |

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|---|---|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| B220 | Broccoli Crowns Iceless 20# CTN | CASE | 1.00 | 16.30 | 16.30 |
| E110 | Eggs Grade A Large Loose 30 Doz | CASE | 1.00 | 54.00 | 54.00 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| M180 | Mushrooms Sliced 10# Flat | CASE | 1.00 | 19.20 | 19.20 |
| M190 | Mushrooms Small 10# Flat | FLAT | 1.00 | 18.30 | 18.30 |
| O130 | Onion Red JBO. 25# Sack | SK | 1.00 | 13.59 | 13.59 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 2.00 | 15.09 | 30.18 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| T100 | Tomatillo Con Cascara Per CTN | 10# | 1.00 | 13.25 | 13.25 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 1.00 | 19.65 | 19.65 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 1.00 | 17.45 | 17.45 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 25.99 | 25.99 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees.

| Balance Due | 285.92 |
|---|---|

**Segovias**

**Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

1

www.segoviasdistributinginc.com

| Date | Invoice No. |
|------|-------------|
| 01/06/2014 | 557826 |

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

| P.O. No. | Terms |
|----------|-------|
| FRG308101 | NET 30 |

| Description | | Quantity | Price | Amount |
|-------------|------|----------|-------|--------|
| B100 | Banana G.T. 40# Ctn | CASE | 1.00 | 21.65 | 21.65 |
| B220 | Broccoli Crowns Iceless 20# CTN | CASE | 1.00 | 16.30 | 16.30 |
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| PC1220 | Cabbage Red Shredded 4/5# CTN | CASE | 1.00 | 19.75 | 19.75 |
| C190 | Cauliflower12Count Flat | CASE | 1.00 | 16.65 | 16.65 |
| C200 | Celery 30 Count CTN | CASE | 1.00 | 21.89 | 21.89 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 3.00 | 12.34 | 37.02 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| L190 | Lettuce Romaine 24 Count CTN | CASE | 1.00 | 17.17 | 17.17 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 2.00 | 15.09 | 30.18 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| P230 | Pepper Jalapeno 40# CTN | CASE | 1.00 | 27.45 | 27.45 |
| P270 | Pepper Red Bell 25# CTN | CASE | 1.00 | 21.85 | 21.85 |
| P500 | Pineapple Golden 6-9 Count CTN | CASE | 1.00 | 16.44 | 16.44 |
| P750 | Potato 90 Count Idaho. 50# CTN | CASE | 1.00 | 13.47 | 13.47 |
| P000 | Potato A Red 50# CTN | CASE | 2.00 | 27.76 | 55.52 |
| S130 | Spinach Cello 4/2.5# CTN | CASE | 1.00 | 14.89 | 14.89 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 1.00 | 17.45 | 17.45 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 25.99 | 25.99 |

The perishable a
the perishable
these commo
the sale of th
1.5% per mo

...ted on this invoice are sold subject to the statutory trust authorized by section 5C of
...7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over
...ucts derived from these commodities, any receivables or proceeds from
... accrue on any past-due account balance at the rate of
...ble fees

| Balance Due | 443.54 |
|-------------|--------|

**Segovias Distributing, Inc.**
3701 Shell Street
El Paso, Texas 79925
P.H. (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|------|-------------|
| 01/08/2014 | 558130 |

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| PC1050 | Carrots Shredded 4/5# CTN | CASE | 1.00 | 17.68 | 17.68 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 2.00 | 12.34 | 24.68 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| O130 | Onion Red JBO. 25# Sack | SK | 1.00 | 13.09 | 13.09 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 1.00 | 15.09 | 15.09 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| P750 | Potato 90 Count Idaho. 50# CTN | CASE | 1.00 | 13.47 | 13.47 |
| P600 | Potato A Red 50# CTN | CASE | 1.00 | 27.76 | 27.76 |
| S140 | Spring Mix 4/3# CTN | CASE | 1.00 | 23.24 | 23.24 |
| S200 | Squash Italian 25# Lug | CASE | 1.00 | 14.08 | 14.08 |
| S220 | Squash Yellow 20-25# Lug | CASE | 1.00 | 16.08 | 16.08 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 1.00 | 17.45 | 17.45 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 25.99 | 25.99 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees

| Balance Due | 287.31 |
|---|---|

**Segovias Distributing, Inc.**
3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|---|---|
| 01/10/2014 | 558445 |

1

**Bill To.**
Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|---|---|
| FRG3081401 | NET 30 |

| Description | | Quantity | Price | Amount |
|---|---|---|---|---|
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| C120 | Cantaloupe 12-15 Count 35-40# CT | CASE | 1.00 | 20.02 | 20.02 |
| G100 | Grapefruit 30-48 Count CTN | CASE | 1.00 | 18.02 | 18.02 |
| H100 | Honey Dew 5-9 Count 25# CTN | CASE | 1.00 | 16.82 | 16.82 |
| K100 | Kale 24Count Per CTN | CASE | 1.00 | 12.34 | 12.34 |
| O200 | Orange 88 Count 40#CTN | CASE | 1.00 | 22.72 | 22.72 |
| P500 | Pineapple Golden 6-9 Count CTN | CASE | 1.00 | 16.44 | 16.44 |
| P600 | Potato A Red 50# CTN | CASE | 1.00 | 27.76 | 27.76 |
| S130 | Spinach Cello 4/2.5# CTN | CASE | 1.00 | 14.89 | 14.89 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 1.00 | 19.65 | 19.65 |
| W100 | Watermelon Per 60# CTN | EA | 2.00 | 7.75 | 15.50 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 25.99 | 25.99 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection. including attorneys fees

| Balance Due | 226.07 |
|---|---|

**Segovias Distributing, Inc.**
3701 Shell Street
El Paso, Texas 79925
P.H. (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

www.segoviasdistributinginc.com

| Date | Invoice No. |
|---|---|
| 01/11/2014 | 558664 |

**Bill To.**
Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

| P.O. No. | Terms |
|---|---|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| B220 | Broccoli Crowns Iceless 20# CTN | CASE | 1.00 | 16.30 | 16.30 |
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 1.00 | 12.34 | 12.34 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| M180 | Mushrooms Sliced 10# Flat | CASE | 1.00 | 19.20 | 19.20 |
| M190 | Mushrooms Small 10# Flat | FLAT | 1.00 | 18.30 | 18.30 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 2.00 | 15.09 | 30.18 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| P230 | Pepper Jalapeqo 40# CTN | CASE | 1.00 | 27.45 | 27.45 |
| P600 | Potato A Red 50# CTN | CASE | 2.00 | 27.76 | 55.52 |
| S300 | Strawberry 8/1# Flat | FT | 2.00 | 26.83 | 53.66 |
| T100 | Tomatillo Con Cascara Per CTN | 10# | 1.00 | 13.25 | 13.25 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 1.00 | 19.65 | 19.65 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 2.00 | 17.45 | 34.90 |
| W100 | Watermelon Per 60# CTN | EA | 3.00 | 7.75 | 23.25 |
| Y100 | Yams Jumbo 40# CTN | CASE | 2.00 | 25.99 | 51.98 |

...tural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of tural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over ll inventories of food, or other products derived from these commodities; any receivables or proceeds from edities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of ...er annum). Buyer agrees to pay all costs of collection, including attorneys fees.

| Balance Due | 453.19 |
|---|---|

**Segovia's Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H. (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|------|-------------|
| 01/13/2014 | 558930 |

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| A200 | Apple Red 88 Count 40# CTN | CASE | 1.00 | 24.24 | 24.24 |
| B100 | Banana G.T. 40# Ctn | CASE | 1.00 | 21.65 | 21.65 |
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| PC1220 | Cabbage Red Shredded 4/5# CTN | CASE | 1.00 | 19.75 | 19.75 |
| PC1050 | Carrota Shredded 4/5# CTN | CASE | 1.00 | 17.68 | 17.68 |
| C190 | Cauliflower12Count Flat | CASE | 1.00 | 16.65 | 16.65 |
| C200 | Celery 30 Count CTN | CASE | 1.00 | 20.39 | 20.39 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 1.00 | 12.34 | 12.34 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| L190 | Lettuce Romaine 24 Count CTN | CASE | 1.00 | 17.17 | 17.17 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| P230 | Pepper Jalapeqo 40# CTN | CASE | 1.00 | 27.50 | 27.50 |
| P500 | Pineapple Golden 6-9 Count CTN | CASE | 1.00 | 16.44 | 16.44 |
| P750 | Potato 90 Count Idaho. 50# CTN | CASE | 1.00 | 13.47 | 13.47 |
| S130 | Spinach Cello 4/2.5# CTN | CASE | 1.00 | 14.89 | 14.89 |
| S140 | Spring Mix 4/3# CTN | CASE | 1.00 | 23.24 | 23.24 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 2.00 | 17.45 | 34.90 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 26.99 | 26.99 |

*Eliseo Meza*

**Balance Due** 377.17

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees

**Segovias Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|---|---|
| 01/15/2014 | 559336 |

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|---|---|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| A1620 | Apple Granny Smith 88CT 40# CTN | CASE | 1.00 | 36.24 | 36.24 |
| C1426 | Cilantro Clean 4/1# Case | CASE | 1.00 | 15.55 | 15.55 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 2.00 | 12.34 | 24.68 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| M180 | Mushrooms Sliced 10# Flat | CASE | 1.00 | 19.20 | 19.20 |
| M190 | Mushrooms Small 10# Flat | FLAT | 1.00 | 18.30 | 18.30 |
| 0160 | Onion Yellow JBO. 50 Sack | SK | 2.00 | 15.09 | 30.18 |
| P230 | Pepper Jalapeqo 40# CTN | CASE | 1.00 | 27.50 | 27.50 |
| P750 | Potato 90 Count Idaho. 50# CTN | CASE | 1.00 | 13.47 | 13.47 |
| S140 | Spring Mix 4/3# CTN | CASE | 1.00 | 23.24 | 23.24 |
| S300 | Strawberry 8/1# Flat | FT | 2.00 | 26.83 | 53.66 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 1.00 | 19.65 | 19.65 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 1.00 | 17.45 | 17.45 |
| Y100 | Yams Jumbo 40# CTN | CASE | 2.00 | 26.99 | 53.98 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees

| Balance Due | |
|---|---|
| | 415.95 |

# Segovias Distributing, Inc.

3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|------|-------------|
| 01/17/2014 | 559614 |

**Bill To**
Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| Description | | Quantity | Price | Amount |
|-------------|---|----------|-------|--------|
| B100 | Banana G.T. 40# Ctn | CASE | 1.00 | 21.65 | 21.65 |
| B220 | Broccoli Crowns Iceless 20# CTN | CASE | 2.00 | 16.30 | 32.60 |
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| PC1220 | Cabbage Red Shredded 4/5# CTN | CASE | 1.00 | 19.75 | 19.75 |
| C120 | Cantaloupe 12-15 Count 35-40# CT | CASE | 1.00 | 20.02 | 20.02 |
| PC1050 | Carrots Shredded 4/5# CTN | CASE | 1.00 | 17.68 | 17.68 |
| C190 | Cauliflower12Count Flat | CASE | 1.00 | 16.65 | 16.65 |
| C200 | Celery 30 Count CTN | CASE | 1.00 | 20.39 | 20.39 |
| E110 | Eggs Grade A Large Loose 30 Doz | CASE | 1.00 | 54.00 | 54.00 |
| H100 | Honey Dew 5-9 Count 25# CTN | CASE | 1.00 | 16.82 | 16.82 |
| K100 | Kale 24Count Per CTN | CASE | 2.00 | 12.34 | 24.68 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 2.00 | 17.41 | 34.82 |
| L190 | Lettuce Romaine 24 Count CTN | CASE | 1.00 | 17.17 | 17.17 |
| O130 | Onion Red JBO. 25# Sack | SK | 1.00 | 13.59 | 13.59 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 3.00 | 15.09 | 45.27 |
| P221 | Pepper Green CHOICE 25# | CASE | 2.00 | 15.85 | 31.70 |
| P230 | Pepper Jalapeno 40# CTN | CASE | 1.00 | 27.50 | 27.50 |
| P270 | Pepper Red Bell 25# CTN | CASE | 1.00 | 21.85 | 21.85 |
| P500 | Pineapple Golden 6-9 Count CTN | CASE | 1.00 | 16.44 | 16.44 |
| P600 | Potato A Red 50# CTN | CASE | 2.00 | 27.76 | 55.52 |
| S130 | Spinach Cello 4/2.5# CTN | CASE | 1.00 | 14.89 | 14.89 |
| S140 | Spring Mix 4/3# CTN | CASE | 1.00 | 23.24 | 23.24 |
| S200 | Squash Italian 25# Lug | CASE | 1.00 | 14.08 | 14.08 |
| S220 | Squash Yellow 20-25# Lug | CASE | 1.00 | 16.08 | 16.08 |
| S300 | Strawberry 8/1# Flat | FT | 4.00 | 26.83 | 107.32 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 2.00 | 19.65 | 39.30 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 4.00 | 17.45 | 69.80 |
| W100 | Watermelon Per 60# CTN | EA | 3.00 | 7.75 | 23.25 |

*Eliseo Meza*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees.

**Balance Due** | 856.73

**Segovias**
**Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

1

| Date | Invoice No. |
|------|-------------|
| 01/04/2014 | 557557 |

**Bill To.**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| B220 | Broccoli Crowns Iceless 20# CTN | CASE | 1.00 | 16.30 | 16.30 |
| E110 | Eggs Grade A Large Loose 30 Doz | CASE | 1.00 | 54.00 | 54.00 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| M180 | Mushrooms Sliced 10# Flat | CASE | 1.00 | 19.20 | 19.20 |
| M190 | Mushrooms Small 10# Flat | FLAT | 1.00 | 18.30 | 18.30 |
| O130 | Onion Red JBO. 25# Sack | SK | 1.00 | 13.59 | 13.59 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 2.00 | 15.09 | 30.18 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| T100 | Tomatillo Con Cascara Per CTN | 10# | 1.00 | 13.25 | 13.25 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 1.00 | 19.65 | 19.65 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 1.00 | 17.45 | 17.45 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 25.99 | 25.99 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection. including attorneys fees

| Balance Due | 285.92 |
|-------------|--------|

**Segovias**

**Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H. (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

1

| Date | Invoice No. |
|------|-------------|
| 01/06/2014 | 557826 |

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| B100 | Banana G.T. 40# Ctn | CASE | 1.00 | 21.65 | 21.65 |
| B220 | Broccoli Crowns Iceless 20# CTN | CASE | 1.00 | 16.30 | 16.30 |
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| PC1220 | Cabbage Red Shredded 4/5# CTN | CASE | 1.00 | 19.75 | 19.75 |
| C190 | Cauliflower12Count Flat | CASE | 1.00 | 16.65 | 16.65 |
| C200 | Celery 30 Count CTN | CASE | 1.00 | 21.89 | 21.89 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 3.00 | 12.34 | 37.02 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| L190 | Lettuce Romaine 24 Count CTN | CASE | 1.00 | 17.17 | 17.17 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 2.00 | 15.09 | 30.18 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| P230 | Pepper Jalapeqo 40# CTN | CASE | 1.00 | 27.45 | 27.45 |
| P270 | Pepper Red Bell 25# CTN | CASE | 1.00 | 21.85 | 21.85 |
| P500 | Pineapple Golden 6-9 Count CTN | CASE | 1.00 | 16.44 | 16.44 |
| P750 | Potato 90 Count Idaho. 50# CTN | CASE | 1.00 | 13.47 | 13.47 |
| P600 | Potato A Red 50# CTN | CASE | 2.00 | 27.76 | 55.52 |
| S530 | Spinach Cello 4/2.5# CTN | CASE | 1.00 | 14.89 | 14.89 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 1.00 | 17.45 | 17.45 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 25.99 | 25.99 |

The perishable...
the perishable...
these commo...
the sale of th...
1.5% per mo...

...ted on this invoice are sold subject to the statutory trust authorized by section 5C of
...7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over
...ucts derived from these commodities, any receivables or proceeds from
...' accrue on any past-due account balance at the rate of
...rmal fees

| Balance Due | |
|---|---|
| | 443.54 |

**Segovia's Distributing, Inc.**
3701 Shell Street
El Paso, Texas 79925
P.H. (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|------|-------------|
| 01/08/2014 | 558130 |

www.segoviasdistributinginc.com

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| PC1050 | Carrots Shredded 4/5# CTN | CASE | 1.00 | 17.68 | 17.68 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 2.00 | 12.34 | 24.68 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| O130 | Onion Red JBO. 25# Sack | SK | 1.00 | 13.09 | 13.09 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 1.00 | 15.09 | 15.09 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| P750 | Potato 90 Count Idaho. 50# CTN | CASE | 1.00 | 13.47 | 13.47 |
| P600 | Potato A Red 50# CTN | CASE | 1.00 | 27.76 | 27.76 |
| S140 | Spring Mix 4/3# CTN | CASE | 1.00 | 23.24 | 23.24 |
| S200 | Squash Italian 25# Lug | CASE | 1.00 | 14.08 | 14.08 |
| S220 | Squash Yellow 20-25# Lug | CASE | 1.00 | 16.08 | 16.08 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 1.00 | 17.45 | 17.45 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 25.99 | 25.99 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees

| Balance Due | 287.31 |
|-------------|--------|

**Segovias**
**Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

1

| Date | Invoice No. |
|---|---|
| 01/10/2014 | 558445 |

**Bill To:**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|---|---|
| FRG3081401 | NET 30 |

| Description | | Quantity | Price | Amount |
|---|---|---|---|---|
| C100 | Cabbage Green 50# CTN CASE | 1.00 | 15.92 | 15.92 |
| C120 | Cantaloupe 12-15 Count 35-40# CT CASE | 1.00 | 20.02 | 20.02 |
| G100 | Grapefruit 30-48 Count CTN CASE | 1.00 | 18.02 | 18.02 |
| H100 | Honey Dew 5-9 Count 25# CTN CASE | 1.00 | 16.82 | 16.82 |
| K100 | Kale 24Count Per CTN CASE | 1.00 | 12.34 | 12.34 |
| O200 | Orange 88 Count 40#CTN CASE | 1.00 | 22.72 | 22.72 |
| P500 | Pineapple Golden 6-9 Count CTN CASE | 1.00 | 16.44 | 16.44 |
| P600 | Potato A Red 50# CTN CASE | 1.00 | 27.76 | 27.76 |
| S130 | Spinach Cello 4/2.5# CTN CASE | 1.00 | 14.89 | 14.89 |
| T240 | Tomato 6X6 Loose 25# CTN CASE | 1.00 | 19.65 | 19.65 |
| W100 | Watermelon Per 60# CTN EA | 2.00 | 7.75 | 15.50 |
| Y100 | Yams Jumbo 40# CTN CASE | 1.00 | 25.99 | 25.99 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees

| Balance Due | 226.07 |
|---|---|

**Segovias Distributing, Inc.**
3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|------|-------------|
| 01/11/2014 | 558664 |

www.segoviasdistributinginc.com

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|------|-------------|------|----------|-------|--------|
| B220 | Broccoli Crowns Iceless 20# CTN | CASE | 1.00 | 16.30 | 16.30 |
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 1.00 | 12.34 | 12.34 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| M180 | Mushrooms Sliced 10# Flat | CASE | 1.00 | 19.20 | 19.20 |
| M190 | Mushrooms Small 10# Flat | FLAT | 1.00 | 18.30 | 18.30 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 2.00 | 15.09 | 30.18 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| P230 | Pepper Jalapeno 40# CTN | CASE | 1.00 | 27.45 | 27.45 |
| P600 | Potato A Red 50# CTN | CASE | 2.00 | 27.76 | 55.52 |
| S300 | Strawberry 8/1# Flat | FT | 2.00 | 26.83 | 53.66 |
| T100 | Tomatillo Con Cascara Per CTN | 10# | 1.00 | 13.25 | 13.25 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 1.00 | 19.65 | 19.65 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 2.00 | 17.45 | 34.90 |
| W100 | Watermelon Per 60# CTN | EA | 3.00 | 7.75 | 23.25 |
| Y100 | Yams Jumbo 40# CTN | CASE | 2.00 | 25.99 | 51.98 |

...tural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of ...tural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over ...ll inventories of food, or other products derived from these commodities; any receivables or proceeds from ...edities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of ...er annum). Buyer agrees to pay all costs of collection, including attorneys fees.

| Balance Due | 453.19 |
|-------------|--------|

**Segovia's**
**Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H. (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

1

| Date | Invoice No. |
|------|-------------|
| 01/13/2014 | 558930 |

www.segoviasdistributinginc.com

**Bill To**

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| A200 | Apple Red 88 Count 40# CTN | CASE | 1.00 | 24.24 | 24.24 |
| B100 | Banana G.T. 40# Ctn | CASE | 1.00 | 21.65 | 21.65 |
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| PC1220 | Cabbage Red Shredded 4/5# CTN | CASE | 1.00 | 19.75 | 19.75 |
| PC1050 | Carrots Shredded 4/5# CTN | CASE | 1.00 | 17.68 | 17.68 |
| C190 | Cauliflower12Count Flat | CASE | 1.00 | 16.65 | 16.65 |
| C200 | Celery 30 Count CTN | CASE | 1.00 | 20.39 | 20.39 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 1.00 | 12.34 | 12.34 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| L190 | Lettuce Romaine 24 Count CTN | CASE | 1.00 | 17.17 | 17.17 |
| P221 | Pepper Green CHOICE 25# | CASE | 1.00 | 15.85 | 15.85 |
| P230 | Pepper Jalapeno 40# CTN | CASE | 1.00 | 27.50 | 27.50 |
| P500 | Pineapple Golden 6-9 Count CTN | CASE | 1.00 | 16.44 | 16.44 |
| P750 | Potato 90 Count Idaho. 50# CTN | CASE | 1.00 | 13.47 | 13.47 |
| S130 | Spinach Cello 4/2.5# CTN | CASE | 1.00 | 14.89 | 14.89 |
| S140 | Spring Mix 4/3# CTN | CASE | 1.00 | 23.24 | 23.24 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 2.00 | 17.45 | 34.90 |
| Y100 | Yams Jumbo 40# CTN | CASE | 1.00 | 26.99 | 26.99 |

*Eliseo Meza*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees

**Balance Due**

377.17

**Segovias Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H. (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|------|-------------|
| 01/15/2014 | 559336 |

## Bill To

Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|----------|-------|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| A1620 | Apple Granny Smith 88CT 40# CTN | CASE | 1.00 | 36.24 | 36.24 |
| C1426 | Cilantro Clean 4/1# Case | CASE | 1.00 | 15.55 | 15.55 |
| C270 | Cucumber Large 50# CTN | CASE | 1.00 | 20.69 | 20.69 |
| K100 | Kale 24Count Per CTN | CASE | 2.00 | 12.34 | 24.68 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 1.00 | 17.41 | 17.41 |
| M180 | Mushrooms Sliced 10# Flat | CASE | 1.00 | 19.20 | 19.20 |
| M190 | Mushrooms Small 10# Flat | FLAT | 1.00 | 18.30 | 18.30 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 2.00 | 15.09 | 30.18 |
| P230 | Pepper Jalapeno 40# CTN | CASE | 1.00 | 27.50 | 27.50 |
| P750 | Potato 90 Count Idaho. 50# CTN | CASE | 1.00 | 13.47 | 13.47 |
| S140 | Spring Mix 4/3# CTN | CASE | 1.00 | 23.24 | 23.24 |
| S300 | Strawberry 8/1# Flat | FT | 2.00 | 26.83 | 53.66 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 1.00 | 19.65 | 19.65 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 1.00 | 17.45 | 17.45 |
| Y100 | Yams Jumbo 40# CTN | CASE | 2.00 | 26.99 | 53.98 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees

**Balance Due** 415.95

**Segovias Distributing, Inc.**

3701 Shell Street
El Paso, Texas 79925
P.H: (915) 533-3130 & 577-0676
FAX: (915) 577-0284
1-866-377-7707

| Date | Invoice No. |
|---|---|
| 01/17/2014 | 559614 |

**Bill To**
Furr's (Las Cruces) #308
2340 E Griggs Ave.
Las Cruces, NM 88000
(575) 647-9515

www.segoviasdistributinginc.com

| P.O. No. | Terms |
|---|---|
| FRG3081401 | NET 30 |

| | Description | | Quantity | Price | Amount |
|---|---|---|---|---|---|
| B100 | Banana G.T. 40# Ctn | CASE | 1.00 | 21.65 | 21.65 |
| B220 | Broccoli Crowns Iceless 20# CTN | CASE | 2.00 | 16.30 | 32.60 |
| C100 | Cabbage Green 50# CTN | CASE | 1.00 | 15.92 | 15.92 |
| PC1220 | Cabbage Red Shredded 4/5# CTN | CASE | 1.00 | 19.75 | 19.75 |
| C120 | Cantaloupe 12-15 Count 35-40# CT | CASE | 1.00 | 20.02 | 20.02 |
| PC1050 | Carrots Shredded 4/5# CTN | CASE | 1.00 | 17.68 | 17.68 |
| C190 | Cauliflower12Count Flat | CASE | 1.00 | 16.65 | 16.65 |
| C200 | Celery 30 Count CTN | CASE | 1.00 | 20.39 | 20.39 |
| E110 | Eggs Grade A Large Loose 30 Doz | CASE | 1.00 | 54.00 | 54.00 |
| H100 | Honey Dew 5-9 Count 25# CTN | CASE | 1.00 | 16.82 | 16.82 |
| K100 | Kale 24Count Per CTN | CASE | 2.00 | 12.34 | 24.68 |
| L120 | Lemons 165 Count 40# CTN | CASE | 1.00 | 24.75 | 24.75 |
| L170 | Lettuce Iceberg 24Count CTN | CASE | 2.00 | 17.41 | 34.82 |
| L190 | Lettuce Romaine 24 Count CTN | CASE | 1.00 | 17.17 | 17.17 |
| O130 | Onion Red JBO. 25# Sack | SK | 1.00 | 13.59 | 13.59 |
| O160 | Onion Yellow JBO. 50 Sack | SK | 3.00 | 15.09 | 45.27 |
| P221 | Pepper Green CHOICE 25# | CASE | 2.00 | 15.85 | 31.70 |
| P230 | Pepper Jalapeqo 40# CTN | CASE | 1.00 | 27.50 | 27.50 |
| P270 | Pepper Red Bell 25# CTN | CASE | 1.00 | 21.85 | 21.85 |
| P500 | Pineapple Golden 6-9 Count CTN | CASE | 1.00 | 16.44 | 16.44 |
| P600 | Potato A Red 50# CTN | CASE | 2.00 | 27.76 | 55.52 |
| S130 | Spinach Cello 4/2.5# CTN | CASE | 1.00 | 14.89 | 14.89 |
| S140 | Spring Mix 4/3# CTN | CASE | 1.00 | 23.24 | 23.24 |
| S200 | Squash Italian 25# Lug | CASE | 1.00 | 14.08 | 14.08 |
| S220 | Squash Yellow 20-25# Lug | CASE | 1.00 | 16.08 | 16.08 |
| S300 | Strawberry 8/1# Flat | FT | 4.00 | 26.83 | 107.32 |
| T240 | Tomato 6X6 Loose 25# CTN | CASE | 2.00 | 19.65 | 39.30 |
| T2610 | Tomato Grape Loose 10# Case | CASE | 4.00 | 17.45 | 69.80 |
| W100 | Watermelon Per 60# CTN | EA | 3.00 | 7.75 | 23.25 |

Eliseo meza

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(C)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, any receivables or proceeds from the sale of these commodities until full payment is received. ** Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). Buyer agrees to pay all costs of collection, including attorneys fees.

| Balance Due | 856.73 |
|---|---|