EXHIBIT 9

# Stern Produce Company

3200 S. 7th Street * Phoenix, AZ 85040
Phone: 602.268.6628 Fax: 602.268.2696

# Customer Statement

| Date |
| --- |
| 02/10/2014 |
| Customer Code |
| 91700 |

Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074

Amount Enclosed

Page    1

| Reference # | Ref Date | Code | Description | Amount | Balance | Foward |
| --- | --- | --- | --- | --- | --- | --- |
| 316524 | 03/28/2013 | C | 309232 03/12/2013 | -4.25 | -4.25 | -4.25 |
| 321281 | 04/09/2013 | I | FRG23113040838163 | 203.12 | 203.12 | 198.87 |
| 322269 | 04/11/2013 | I | FRG23113041038215 | 284.60 | 284.60 | 483.47 |
| 323160 | 04/12/2013 | I | | 65.41 | 65.41 | 548.88 |
| 323351 | 04/13/2013 | I | FRG23113041238326 | 377.80 | 377.80 | 926.68 |
| 331715 | 05/01/2013 | C | 324758 04/16/2013 | -0.72 | -0.72 | 925.96 |
| 337579 | 05/15/2013 | C | 331089 04/30/2013 | -0.76 | -0.76 | 925.20 |
| 344505 | 06/04/2013 | I | FRG23113060340180 | 356.57 | 15.00 | 940.20 |
| 348907 | 06/15/2013 | I | | 80.06 | 15.00 | 955.20 |
| 403827 | 10/28/2013 | C | 394881 10/08/2013 | -1.02 | -1.02 | 954.18 |
| 408385 | 11/07/2013 | I | Troy | 50.54 | 15.00 | 969.18 |
| 412216 | 11/15/2013 | C | 400690 10/22/2013 | -1.49 | -1.49 | 967.69 |
| 412265 | 11/15/2013 | C | 405021 10/31/2013 | -0.73 | -0.73 | 966.96 |
| 431237 | 01/04/2014 | I | FRG23114010347601 | 477.27 | 477.27 | 1444.23 |
| 432195 | 01/07/2014 | I | FRG23114010647689 | 394.64 | 394.64 | 1838.87 |
| 433043 | 01/09/2014 | I | FRG23114010847774 | 338.25 | 338.25 | 2177.12 |
| 434046 | 01/11/2014 | I | FRG23114011047828 | 373.03 | 373.03 | 2550.15 |
| 435266 | 01/14/2014 | I | FRG23114011347925 | 197.97 | 197.97 | 2748.12 |
| 436260 | 01/16/2014 | I | FRG23114011547995 | 403.89 | 403.89 | 3152.01 |
| 437335 | 01/18/2014 | I | FRG23114011748062 | 250.90 | 250.90 | 3402.91 |
| 438331 | 01/21/2014 | I | FRG23114012048129 | 289.26 | 289.26 | 3692.17 |
| 439471 | 01/23/2014 | I | FRG23114012248203 | 225.44 | 225.44 | 3917.61 |
| 440664 | 01/25/2014 | I | FRG23114012448258 | 376.70 | 376.70 | 4294.31 |
| 441843 | 01/28/2014 | I | FRG23114012748333 | 210.30 | 210.30 | 4504.61 |
| 442712 | 01/30/2014 | I | FRG23114012948405 | 315.56 | 315.56 | 4820.17 |
| 443988 | 02/01/2014 | I | FRG23114013148466 | 514.04 | 514.04 | 5334.21 |
| 445080 | 02/04/2014 | I | FRG23114020348529 | 361.32 | 361.32 | 5695.53 |
| 445795 | 02/06/2014 | I | FRG23114020548597 | 295.49 | 295.49 | 5991.02 |
| 446947 | 02/08/2014 | I | FRG23114020748652 | 362.47 | 362.47 | 6353.49 |

| Codes: | C=CR Memo | P=Payment | A=Discount Allowed | Statement Total: | | 6353.49 |
| --- | --- | --- | --- | --- | --- | --- |
| | D=DR Memo | I=Invoice | F=Finance Charge | | | |

| Current | 1-20 Past Due | 21-41 Past | 42-62 Past | 63-83 Past Due | 84+ Past Due |
| --- | --- | --- | --- | --- | --- |
| 2950.58 | 2435.95 | 0.00 | 0.00 | 12.78 | 954.18 |



*Stern*
p r o d u c e

Fresh Fruits and Vegetables Since 1917

PRO·AGT
*American Produce Network*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 437335

Customer 91700  / 001

**Route: 005    Stop: 060**

*437335*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver:_____

Time In:_____

Time Out:_____

| Date | | Ship Via | | Due Date | | | Terms | | |
|------|--|----------|--|----------|--|--|-------|--|--|
| 01/18/2014 | | 2067696 | | 02/08/2014 | | | 21 days | | |
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
| FRG23114011748062 | | | 01/18/2014 | | 8 | WEB-1 | | 644481 | |

| Ordered | Quantity Shipped | Uom | Item Number | Description | | | GOO | Tax | Unit Price | Amount |
|---------|------------------|-----|-------------|-------------|--|--|-----|-----|------------|--------|
| 1.00 | 1.00 | CSE | 00020 | Tomato, Grape Red | | | | N | 21.81 | 21.81 |
| 1.00 | 1.00 | CSE | 07550 | Yam, Jumbo | | | | N | 26.57 | 26.57 |

Adjustments:_____

| | Amount |
|--|--------|
| NonTaxable Subtotal | 250.90 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| **Total Invoice** | **250.90** |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our
NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 13.00  Splits= 3.00

Signature:_____

Page  2



**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

Fresh Fruits and Vegetables Since 1917

# Invoice 437335

Customer 91700 / 001

**Route: 005   Stop: 060**

*437335*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 86746
(520) 624-1688

Driver: ANGEL
Time In: 10:15
Time Out: 10:35

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/18/2014 | 2067696 | 02/08/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114011748062 | 01/18/2014 | 8 | WEB-1 | 544481 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 32800 | Banana | | N | 20.40 | 20.40 |
| 1.00 | 1.00 | CSE | 18100 | Broccoli, Crown Local | | N | 15.45 | 15.45 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 1.00 | 1.00 | 5LB | 45500 | Cabbage, Red Shredded Local | | N | 6.38 | 6.38 |
| 1.00 | 1.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 12.62 | 12.62 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.44 | 8.88 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale Local | | N | 11.22 | 11.22 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 16.23 |
| 1.00 | 1.00 | CSE | 02630 | Lettuce, Romaine Liner | | N | 16.82 | 16.82 |
| 1.00 | 1.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.54 | 4.54 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 13.81 |
| 1.00 | 1.00 | CSE | 14500 | Orange, 88 Choice | | N | 23.33 | 23.33 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)   Signature:   Page 1

# Stern produce

**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*

PRO·ACT
*America's Produce Specialist*

## Invoice 438331

Customer 91700 / 001

**Route: 006    Stop: 080**

*438331*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furrs Cafeteria - St Marys
Attn George
1025 W. St Marys Rd
Tucson AZ 85745
(520) 624-1066

Driver:

Time In:

Time Out:

| Date | | Ship Via | | Due Date | | Terms | | |
|------|--|----------|--|----------|--|-------|--|--|
| 01/21/2014 | | 2070503 | | 02/11/2014 | | 21 days | | |
| Purchase Order Number | | Order Date | | Salesperson | | Order Taker | | Our Order Number |
| FRG23114012048129 | | 01/21/2014 | | 8 | | WEB-1 | | 545595 |

| Ordered | Quantity Shipped | Uom | Item Number | Description | COD | Tax | Unit Price | Amount |
|---------|------------------|-----|-------------|-------------|-----|-----|------------|--------|
| 1.00 | 1.00 | CSE | 03200 | Spinach, Cello 4 X 2.5 LB Local | | N | 14.21 | 14.21 |
| 1.00 | 1.00 | CSE | 03340 | Spring Mix 4/3 | | N | 22.12 | 22.12 |

**Adjustments:**

| | |
|--|--|
| NonTaxable Subtotal | 289.26 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 289.26 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduce06

The Perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 14.00  Splits= 2.00

Signature:

Page 2



# Stern produce

**Fresh Fruits and Vegetables Since 1917**

PRO*ACT
*America's Produce Specialist*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Invoice 438331**

Customer 91700 / 001

**Route: 006   Stop: 080**

*438331*

*91700*

Bill To:
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

Ship To:
Furrs Cafeteria - St. Marys
Attn: George
1025 W. St. Marys Rd
Tucson AZ 85745
(520) 624-1666

Driver: _J.W_____

Time In: _____

Time Out: _____

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 01/21/2014 | 2070503 | 02/11/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Ordermaker | Our Order Number |
|---|---|---|---|---|
| FRG2311401204812O | 01/21/2014 | 8 | WEB-1 | 645595 |

| Quantity Ordered | Quantity Shipped | Uom | Item Number | Description | (000) | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXF | | N | 31.81 | 31.81 |
| 1.00 | 1.00 | CSE | 31400 | Apple, Red Delicious 88 Count | | N | 23.81 | 23.81 |
| 1.00 | 1.00 | CSE | 32800 | Banana | | N | 20.40 | 20.40 |
| 1.00 | 1.00 | CSE | 39300 | Berry, Strawberries | | N | 28.35 | 28.35 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 1.00 | 1.00 | CSE | 19300 | Cauliflower Local | | N | 15.80 | 15.80 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.50 | 9.00 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.60 | 24.60 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 16.23 |
| 1.00 | 1.00 | CSE | 02630 | Lettuce, Romaine Liner | | N | 15.82 | 15.82 |
| 1.00 | 1.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.54 | 4.54 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 14.81 | 14.81 |
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)

Signature:_____



**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 439471

**Customer 91700 / 001**

**Route: 008  Stop: 060**

*439471*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

*91700*

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: _Ernesto_

Time In: _10:20_

Time Out: _10:36_

*Fresh Fruits and Vegetables Since 1917*

PROACT
America's Produce Specialist

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 01/23/2014 | 2072740 | 02/13/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114012248203 | 01/23/2014 | 8 | WEB-1 | 646906 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 39300 | Berry, Strawberries | | N | 26.35 | 26.35 |
| 2.00 | 2.00 | CSE | 18100 | Broccoli, Crown Local | | N | 15.45 | 30.90 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 1.00 | 1.00 | 10LB | 29800 | Chile, Jalapeno | | N | 11.93 | 11.93 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale Local | | N | 11.22 | 11.22 |
| 1.00 | 1.00 | ECH | 26320 | Herb, Cilantro / Clean Cello Local | | N | 5.33 | 5.33 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 16.23 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 14.81 | 14.81 |
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |
| 1.00 | 1.00 | CSE | 09050 | Tomato, Grape BK | | N | 17.90 | 17.90 |

| Adjustments: | | |
|---|---|---|
| | NonTaxable Subtotal | 225.44 |
| | Taxable Subtotal | 0.00 |
| | Tax 0.000% | 0.00 |
| | **Total Invoice** | **225.44** |
| | Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our
NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 12.00  Splits= 2.00

Signature: _____

Page 1



# *Stern* produce

p r o d u c e

*Fresh Fruits and Vegetables Since 1917*

PRO·ACT
*America's Produce Specialist*

Stern Produce Company
3200 S. 7th Street
Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(620) 624-1688

# Invoice 440664

Customer 91700 / 001

Route: 005   Stop: 060

*440664*

*91700*

Driver:_____
Time In:_____
Time Out:_____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/26/2014 | 2076686 | 02/15/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG2311401244625B | 01/26/2014 | B | WEB-1 | 548166 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |
| 1.00 | 1.00 | CSE | 09020 | Tomato, Grape Red | | N | 21.81 | 21.81 |
| 1.00 | 1.00 | CSE | 07550 | Yam, Jumbo | | N | 26.57 | 26.57 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 376.70 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 376.70 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 19.00  Splits= 3.00    Signature:_____    Page 2



Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 440664

Customer 91700 / 001

## Route: 005   Stop: 060

*440664*



**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

*91700*

Fresh Fruits and Vegetables Since 1917



PRO▲CT
America's Produce Specialist

**Ship To:**
Furr's Cafeteria - St Marys
Attn: George
1025 W. St Mary's Rd
Tucson AZ 85745
(520) 624-1680

Driver: _ANGEL_

Time In: _1615 8_

Time Out: _1115_

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/25/2014 | 2075685 | 02/15/2014 | 21 days |

| Purchase Order Number | | | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|---|---|
| FRG23114012448258 | | | 01/25/2014 | 8 | WEB-1 | 548166 |

| Quantity Ordered | Quantity Shipped | UOM | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CSE | 32800 | Banana | | N | 20.40 | 40.80 |
| 2.00 | 2.00 | CSE | 39300 | Berry, Strawberries | | N | 26.35 | 52.70 |
| 1.00 | 1.00 | CSE | 18100 | Broccoli, Crown Local | | N | 15.45 | 15.45 |
| 2.00 | 2.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 29.14 |
| 2.00 | 2.00 | 5LB | 45500 | Cabbage, Red Shredded Local | | N | 6.38 | 12.76 |
| 1.00 | 1.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 12.62 | 12.62 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.50 | 9.00 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | CSE | 02600 | Lettuce, Romaine Local | | N | 15.82 | 15.82 |
| 1.00 | 1.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.54 | 4.54 |
| 1.00 | 1.00 | BAG | 11400 | Onion, Red | | N | 13.76 | 13.76 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 14.81 | 14.81 |
| 1.00 | 1.00 | CSE | 17300 | Pepper, Bell Green | | N | 15.00 | 15.00 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)

Signature:_____



**Stern produce**

*Fresh Fruits and Vegetables Since 1917*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 441843

**Customer 91700 / 001**

**Route: 008 Stop: 090**

*441843*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: Ernesto

Time In: 11:43

Time Out: 11:58

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 01/28/2014 | 2078584 | 02/18/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|-----------------------|------------|-------------|-------------|------------------|
| FRG23114012748333 | 01/28/2014 | 8 | WEB-1 | 549496 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 32800 | Banana | | N | 20.40 | 20.40 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 1.00 | 1.00 | CSE | 19600 | Celery, 24-30 Count Local | | N | 19.48 | 19.48 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale Local | | N | 11.22 | 11.22 |
| 1.00 | 1.00 | ECH | 26320 | Herb, Cilantro / Clean Cello Local | | N | 5.33 | 5.33 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 16.23 |
| 1.00 | 1.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.64 | 4.64 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 14.81 | 14.81 |
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 03340 | Spring Mix 4/3 | | N | 22.12 | 22.12 |
| 1.00 | 1.00 | CSE | 09020 | Tomato, Grape Red | | N | 21.81 | 21.81 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 210.30 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 210.30 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 11.00 Splits= 2.00     Signature: _____     Page 1



*Stern*

p r o d u c e

**Fresh Fruits and Vegetables Since 1917**

PRO·ACT

*Amrit's Pastant Spacialist*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 443988

**Customer 91700   / 001**

**Route: 008   Stop: 080**

*443988*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

*91700*

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624.1688

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms | |
|---|---|---|---|---|
| 02/01/2014 | 2083753 | 02/22/2014 | 21 days | |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114013148466 | 02/01/2014 | 8 | WEB-1 | 552128 |

| Quantity Ordered | Quantity Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CSE | 02000 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 32.46 |
| 1.00 | 1.00 | CSE | 02600 | Lettuce, Romaine Local | | N | 15.82 | 15.82 |
| 2.00 | 2.00 | ECH | 90020 | Milk, 2%, 8-1 Gallon | | N | 4.54 | 9.08 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 14.81 | 14.81 |
| 1.00 | 1.00 | CSE | 14500 | Orange, 88 Choice | | N | 24.33 | 24.33 |
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 03200 | Spinach, Cello 4 X 2.5 LB Local | | N | 14.21 | 14.21 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 8x8x3 Repack | | N | 19.70 | 19.70 |
| 1.00 | 1.00 | CSE | 09020 | Tomato, Grape Red | | N | 21.81 | 21.81 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 514.04 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 514.04 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 25.00  Splits= 4.00

Signature: _____

Page 2



Fresh Fruits and Vegetables Since 1917

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice **443988**

**Customer 91700 / 001**

**Route: 008  Stop: 080**

*443988*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

*91700*

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd.
Tucson AZ 85745
(520) 624-1688

Driver: _Ernesto_

Time In: _11:40_

Time Out: _____

| Date | | Ship Via | | Due Date | | | Terms | |
|---|---|---|---|---|---|---|---|---|
| 02/01/2014 | | 2083753 | | 02/22/2014 | | | 21 days | |

| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | Our Order Number | |
|---|---|---|---|---|---|---|---|---|
| FRG23114013148466 | | | 02/01/2014 | | 8 | WEB-1 | 552128 | |

| Quantity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Uom | Item Number | Description | | COO | Tax | Unit Price | Amount |
| 1.00 | 0.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXF | | | N | 31.81 | 0.00 |
| 1.00 | 1.00 | CSE | 30600 | Apple, Granny Smith 88 Ct WAPrem | | | N | 35.81 | 35.81 |
| 1.00 | 1.00 | CSE | 31400 | Apple, Red Delicious 88 Count | | | N | 23.81 | 23.81 |
| 2.00 | 2.00 | CSE | 32800 | Banana | | | N | 20.40 | 40.80 |
| 2.00 | 2.00 | CSE | 39300 | Berry, Strawberries | | | N | 26.35 | 52.70 |
| 2.00 | 2.00 | CSE | 18100 | Broccoli, Crown Local | | | N | 15.45 | 30.90 |
| 2.00 | 2.00 | CSE | 18400 | Cabbage, Green Local | | | N | 14.57 | 29.14 |
| 1.00 | 1.00 | 5LB | 45500 | Cabbage, Red Shredded Local | | | N | 6.38 | 6.38 |
| 1.00 | 1.00 | CSE | 19300 | Cauliflower Local | | | N | 15.80 | 15.80 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | | N | 4.68 | 9.36 |
| 2.00 | 2.00 | CSE | 20200 | Cucumber, Large | | | N | 19.57 | 39.14 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale Local | | | N | 11.22 | 11.22 |
| 1.00 | 1.00 | ECH | 26320 | Herb, Cilantro / Clean Cello Local | | | N | 5.33 | 5.33 |
| 2.00 | 2.00 | CSE | 13300 | Lemon, Choice 165 Count | | | N | 24.50 | 49.00 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our
NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)

Signature: _Pedro Re_

Page 1





**Fresh Fruits and Vegetables Since 1917**

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 316524

**Customer 91700   / 001**

**Route: 009   Stop: 070**





**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(214) 291-2900

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | | Due Date | Terms | |
|---|---|---|---|---|---|
| 03/28/2013 | | | 04/18/2013 | 21 days | |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| 309232 03/12/2013 | 03/28/2013 | 8 | FRONTDESK | 316524 |

| Quantity | | | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Uom | | | | | | |
| -1.00 | -1.00 | | | Manual Credit | | N | 4.25 | -4.25 |

**CREDIT MEMO**

*pricing error*

| | |
|---|---|
| NonTaxable Subtotal | -4.25 |
| Taxable Subtotal | 0.00 |
| Tax  0.000% | 0.00 |
| Total Invoice | -4.25 |

**Adjustments:**

**For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo**

Amount After Adjustment

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= -1.00  Splits= 0.00          Signature:_____          Page  1



*Stern*

p r o d u c e

Fresh Fruits and Vegetables Since 1917

PRODUCE

American Produce Specialist

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furrs Cafeteria - St. Marys
Attn: George
1025 W. St Marys Rd.
Tucson AZ 86746
(620) 624-1688

# Invoice 321281

**Customer 91700    / 001**

## Route: 008    Stop: 070



\* 3 2 1 2 8 1 \*

\* 9 1 7 0 0 \*

Driver: _____

Time In: _____

Time Out: _____

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 04/09/2013 | 1719309 | 04/30/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23113040838163 | 04/09/2013 | 8 | WEB-1 | 413415 |

| Quantity Ordered | Quantity Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXF | | N | 30.53 | 30.53 |
| 1.00 | 1.00 | CSE | 31400 | Apple, Red Delicious 88 Count | | N | 27.53 | 27.53 |
| 1.00 | 1.00 | CSE | 39500 | Berry, Strawberries Premium | | N | 13.60 | 13.60 |
| 1.00 | 1.00 | CSE | 18100 | Broccoli, Crown | | N | 15.45 | 15.45 |
| 1.00 | 1.00 | 5LB | 45600 | Cabbage, Red Shredded | | N | 6.35 | 6.35 |
| 1.00 | 1.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 12.57 | 12.57 |
| 1.00 | 1.00 | ECH | 91140 | Cheese, Cottage Low Fat, 6- 5 LB | | N | 9.20 | 9.20 |
| 1.00 | 1.00 | CSE | 34100 | Grape, Green Seedless | | N | 26.32 | 26.32 |
| 1.00 | 1.00 | ECH | 26320 | Herb, Cilantro / Clean Cello | | N | 5.30 | 5.30 |
| 1.00 | 1.00 | CSE | 02600 | Lettuce, Romaine | | N | 15.82 | 15.82 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.61 | 13.81 |
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 03200 | Spinach, Cello 4 X 2.5 LB | | N | 14.21 | 14.21 |
| 1.00 | 0.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 0.00 |

| Adjustments: | | |
|---|---|---|
| | NonTaxable Subtotal | 203.12 |
| | Taxable Subtotal | 0.00 |
| | Tax 0.000% | 0.00 |
| | Total Invoice | 203.12 |

For weekly specials, product information, and Food Safety alerts check out our
NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

Amount After Adjustment

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases = 10.00  Splits = 3.00          Signature:           Page   1



Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 322269

**Customer 91700 / 001**

**Route: 008 Stop: 040**



**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St Marys
Attn:George
1026 W St Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: _____
Time In: _____
Time Out: _____

Fresh Fruits and Vegetables Since 1917

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 04/11/2013 | 1720835 | 05/02/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23113041038215 | 04/11/2013 | 8 | WEB-1 | 414265 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CSE | 39500 | Berry, Strawberries Premium | | N | 13.60 | 27.20 |
| 2.00 | 2.00 | CSE | 18400 | Cabbage, Green | | N | 14.57 | 29.14 |
| 1.00 | 1.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 12.57 | 12.57 |
| 3.00 | 3.00 | ECH | 91140 | Cheese, Cottage Low Fat, 6- 5 LB | | N | 9.20 | 27.60 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 34400 | Grape, Red Seedless | | N | 30.32 | 30.32 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale | | N | 11.22 | 11.22 |
| 1.00 | 1.00 | 3EA | 27700 | Herb, Parsley | | N | 2.86 | 2.86 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.39 | 24.39 |
| 2.00 | 2.00 | ECH | 90020 | Milk, 2%, 8-1 Gallon | | N | 4.63 | 9.26 |
| 2.00 | 2.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 27.62 |
| 1.00 | 1.00 | CSE | 17300 | Pepper, Bell Green | | N | 15.00 | 15.00 |
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |

**Adjustments:**

For weekly specials, product information and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)  Signature: _____  Page 1



**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

Fresh Fruits and Vegetables Since 1917

# Invoice 322269

**Customer 91700 / 001**

**Route: 008    Stop: 040**





**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W St Marys Rd
Tucson AZ 85745
(520) 624-1656

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 04/11/2013 | 1720835 | 05/02/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker: | Our Order Number |
|------|------|------|------|------|
| FRG23113041038215 | 04/11/2013 | 8 | WEB-1 | 414265 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|------|------|------|------|------|------|------|------|------|
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |

**Adjustments:**

| | |
|------|------|
| NonTaxable Subtotal | 284.60 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| **Total Invoice** | **284.60** |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our
NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products
derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 15.00 Splits= 3.00                Signature:_____                Page 2



Fresh Fruits and Vegetables Since 1917

PRO*ACT
American Produce Specialist

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

# Invoice 323351

Customer 91700  / 001

**Route: 008     Stop: 030**





Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 04/13/2013 | 1725027 | 05/04/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23113041238326 | 04/13/2013 | 8 | WEB-1 | 416017 |

| Quantity | | | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Uom | | | | | | |
| 2.00 | 2.00 | CSE | 32800 | Banana | | N | 21.18 | 42.36 |
| 2.00 | 2.00 | CSE | 18100 | Broccoli, Crown | | N | 15.45 | 30.90 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green | | N | 14.57 | 14.57 |
| 1.00 | 1.00 | 5LB | 45600 | Cabbage, Red Shredded | | N | 6.35 | 6.35 |
| 2.00 | 2.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 12.57 | 25.14 |
| 1.00 | 1.00 | CSE | 19300 | Cauliflower | | N | 15.80 | 15.80 |
| 1.00 | 1.00 | ECH | 91140 | Cheese, College Low Fat, 6- 5 LB | | N | 9.20 | 9.20 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale | | N | 11.22 | 11.22 |
| 1.00 | 1.00 | ECH | 26320 | Herb, Cilantro / Clean Cello | | N | 5.30 | 5.30 |
| 2.00 | 2.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.39 | 48.78 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count | | N | 16.23 | 16.23 |
| 1.00 | 1.00 | CSE | 02600 | Lettuce, Romaine | | N | 15.82 | 15.82 |
| 2.00 | 2.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.63 | 9.26 |

**Adjustments:**
_____
_____

For weekly specials, product information, and Food Safety alerts check out our
NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)

Signature:_____

Page  1



**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*p r o d u c e*



PROACT

*Fresh Fruits and Vegetables Since 1917*

# Invoice 323351

**Customer 91700   / 001**

# Route: 008    Stop: 030



*  3 2 3 3 5 1  *

*  9 1 7 0 0  *

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 76074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 04/13/2013 | 1725027 | 05/04/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23113041238326 | 04/13/2013 | 8 | WEB-1 | 416017 |

| Quantity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 13.81 |
| 1.00 | 1.00 | CSE | 17300 | Pepper, Bell Green | | N | 15.00 | 15.00 |
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 2.00 | 2.00 | CSE | 08500 | Tomato, 6x8x3 Repack | | N | 19.70 | 39.40 |
| 1.00 | 1.00 | CSE | 07550 | Yam, Jumbo | | N | 23.37 | 23.37 |

| | | |
|---|---|---|
| Adjustments: | NonTaxable Subtotal | 377.80 |
| | Taxable Subtotal | 0.00 |
| | Tax  0.000% | 0.00 |
| | Total Invoice | 377.80 |

**For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo**

Amount After Adjustment

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)).  The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 20.00  Splits= 4.00

Signature: 



**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696



Fresh Fruits and Vegetables Since 1917

PRO*ACT

**Invoice 337579**

Customer 91700  / 001

**Route: 420    Stop: 300**

*337579*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Marys Rd
Tucson AZ 85745
(214) 291-2900

Driver:_____
Time In:_____
Time Out:_____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 05/15/2013 | | 06/05/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| 331089 04/30/2013 | 05/15/2013 | 8 | JFERGUSON | 337579 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| -4.00 | -4.00 | ECH | 91120 | Cheese, Cottage, 6- 5 LB | | N | 9.39 | -37.56 |
| 4.00 | 4.00 | ECH | 91120 | Cheese, Cottage, 6- 5 LB | | N | 9.20 | 36.80 |

**CREDIT MEMO**

Adjustments:

| | |
|---|---|
| NonTaxable Subtotal | -0.76 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | -0.76 |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

Amount After Adjustment

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 0.00  Splits= 2.00      Signature:_____      Page 1



Stern
p r o d u c e

*Fresh Fruits and Vegetables Since 1917*



PRO·ACT
*American Produce Specialist*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furrs Cafeteria- St.Marys
Attn: George
1025 W St.Marys Rd
Tucson AZ 86746
(520) 624-1688

# Invoice 344505

**Customer 91700 / 001**

**Route: 003   Stop: 300**





Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 06/04/2013 | 1787731 | 08/25/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23113060340180 | 06/04/2013 | 8 | WEB-1 | 439186 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---------|---------|-----|-------------|-------------|-----|-----|-----------|--------|
| 1.00 | 1.00 | CSE | 30200 | Apple, Gala WAXF 88 | | N | 40.65 | 40.65 |
| 1.00 | 1.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXF | | N | 31.71 | 31.71 |
| 1.00 | 1.00 | CSE | 32800 | Banana | | N | 21.18 | 21.18 |
| 3.00 | 3.00 | CSE | 39500 | Berry, Strawberries Premium | | N | 13.50 | 40.50 |
| 1.00 | 1.00 | CSE | 17900 | Broccoli | | N | 17.50 | 17.50 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green | | N | 14.57 | 14.57 |
| 1.00 | 1.00 | 5LB | 45500 | Cabbage, Red Shredded | | N | 6.37 | 6.37 |
| 1.00 | 1.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 13.57 | 13.57 |
| 1.00 | 1.00 | CSE | 19300 | Cauliflower | | N | 15.80 | 15.80 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.39 | 24.39 |
| 1.00 | 1.00 | CSE | 02600 | Lettuce, Romaine | | N | 15.82 | 15.82 |
| 1.00 | 1.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.23 | 4.23 |
| 2.00 | 2.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 27.62 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceGo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)

Signature:_____

Page 1



Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria- St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1666

Fresh Fruits and Vegetables Since 1917

PROAGT
America's Produce Specialist

# Invoice 344505
**Customer 91700  / 001**

**Route: 003   Stop: 300**




Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 06/04/2013 | 1787731 | 06/25/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|------|------|------|------|------|
| FRG23113060340180 | 06/04/2013 | 8 | WEB-1 | 439186 |

| Ordered | Shipped | Uom | Item Number | Description | COD | Tax | Unit Price | Amount |
|---------|---------|-----|-------------|-------------|-----|-----|-----------|--------|
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 22700 | Squash, Straight Yellow | | N | 15.49 | 15.49 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |
| 1.00 | 1.00 | CSE | 07650 | Yam, Jumbo | | N | 15.47 | 15.47 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 356.57 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 356.57 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our
NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 19.00 Splits= 2.00        Signature:_____        Page  2



**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

Fresh Fruits and Vegetables Since 1917

PRO*ACT
America's Produce Specialist

# Invoice 348907

**Customer 91700 / 001**

## Route: 421  Stop: 015



**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria St Marys
Attn: George
1025 W. St Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: ANGEL

Time In: 12:25

Time Out: 12:30

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 06/15/2013 | | 07/06/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| | 08/15/2013 | 8 | CGARRETT | 444177 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | CGO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | 3EA | 18500 | Cabbage, Red | | N | 6.88 | 13.76 |
| 1.00 | 1.00 | CSE | 38000 | Melon Watermelon Seedless 2 or 3 Pk | | N | 17.80 | 17.80 |
| 1.00 | 1.00 | ECH | ZMIN | Min. Order Charge | | N | 15.00 | 15.00 |
| 2.00 | 2.00 | CSE | 23500 | Mushroom, Medium 300 | | N | 16.75 | 33.50 |
| 1.00 | 1.00 | ECH | ZFUEL | |Fuel Surcharge | | N | 0.00 | 0.00 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 80.06 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 80.06 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 5.00  Splits= 1.00          Signature:          Page 1



Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 403827

**Customer 91700 / 001**

**Route: 008 Stop: 070**



Fresh Fruits and Vegetables Since 1917

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 76074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1026 W. St. Mary's Rd.
Tucson AZ 85745
(214) 291-2900



PRO·ACT

Award Point Society

# CREDIT MEMO

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | | Due Date | | | Terms | |
|------|----------|--|----------|--|--|-------|--|
| 10/28/2013 | | | 11/18/2013 | | | 21 days | |

| Purchase Order Number | | Order Date | | Salesperson | Order Taker | | Our Order Number |
|-----------------------|--|-----------|--|-------------|-------------|--|------------------|
| 394881 10/08/2013 | | 10/28/2013 | | 8 | SLEON | | 403827 |

| Quantity | | | Item Number | Description | COO | Tax | Unit Price | Amount |
|----------|----|-----|-------------|-------------|-----|-----|-----------|--------|
| Ordered | Shipped | Uom | | | | | | |
| -1.00 | -1.00 | | | Manual Credit | | N | 1.02 | -1.02 |

**Adjustments:**

| | |
|--|--|
| NonTaxable Subtotal | -1.02 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | -1.02 |
| Amount After Adjustment | |

For weekly specials, product Information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= -1.00 Splits= 0.00

Signature:_____

Page 1



*Stern*

p r o d u c e

**Fresh Fruits and Vegetables Since 1917**

PROACT

*American Produce Specialists*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 412216

**Customer 91700 / 001**

**Route: 009    Stop: 070**





**CREDIT MEMO**

Time In:_____

Time Out:_____

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(214) 291-2900

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 11/15/2013 | | 12/06/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| 400690 10/22/2013 | 11/15/2013 | 8 | SLEON | 412216 |

| Quantity | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
| -1.00 | -1.00 | CSE | 03340 | Spring Mix 4/3 | | N | 23.61 | -23.61 |
| 1.00 | 1.00 | CSE | 03340 | Spring Mix 4/3 | | N | 22.12 | 22.12 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | -1.49 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | -1.49 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 0.00  Splits= 0.00

Signature:_____

Page  1



Fresh Fruits and Vegetables Since 1917

PRODUCE
Smith Produce Guide

**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice  412265

Customer 91700   / 001

## Route: 009    Stop: 070



| Bill To: |
|---|
| Buffet Partners,l.p. (BILL TO) |
| 2701 E Plano Parkway |
| Suite #200 |
| Plano TX 75074 |
| (214) 291-2900 |

| Ship To: |
|---|
| Furrs Cafeteria - St. Marys |
| Attn: George |
| 1025 W. St. Mary's Rd |
| Tucson AZ 85745 |
| (214) 291-2900 |

Driver: _____

Time In: _____

Time Out: _____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 11/15/2013 | | 12/06/2013 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| 405021 10/31/2013 | 11/15/2013 | 8 | SLEON | 412265 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| -1.00 | -1.00 | | | Manual Credit | | N | 0.73 | -0.73 |

CREDIT MEMO

| | |
|---|---|
| Adjustments: | |
| NonTaxable Subtotal | -0.73 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | -0.73 |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

Amount After Adjustment

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= -1.00  Splits= 0.00

Signature: _____

Page  1



*Stern produce*

**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*

PRO▲CT
*America's Freshest Specialist*

# Invoice 445080

Customer 91700 / 001

## Route: 005    Stop: 070

*445080*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Jhu's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: _____

Time In: _____

Time Out: _____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 02/04/2014 | 2086476 | 02/25/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| ERG23114020348529 | 02/04/2014 | 8 | WEB-1 | 553213 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 13.76 | 13.76 |
| 1.00 | 1.00 | CSE | 03340 | Spring Mix 4/3 | | N | 22.28 | 22.28 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 361.32 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 361.32 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 19.00  Splits= 1.00            Signature: _____            Page  2

# Stern produce

*Fresh Fruits and Vegetables Since 1917*

PRO·ACT

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 445080

**Customer 91700   / 001**

**Route: 005    Stop: 070**

*445080*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Hurts Cafeteria - St Marys
Attn: George
1025 W. St Marys Rd
Tucson AZ 85745
(620) 624-1688

Driver: ANGEL

Time In: 11:00

Time Out: 11:15

| Date | Ship Via | Due Date | Terms | | |
|---|---|---|---|---|---|
| 02/04/2014 | 2086476 | 02/25/2014 | 21 days | | |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number | |
|---|---|---|---|---|---|
| FRG2311402348529 | 02/04/2014 | 8 | WEB-1 | 553213 | |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXF | | N | 31.81 | 31.81 |
| 1.00 | 1.00 | CSE | 31400 | Apple, Red Delicious 88 Count | | N | 23.81 | 23.81 |
| 2.00 | 2.00 | CSE | 32800 | Banana | | N | 20.40 | 40.80 |
| 2.00 | 2.00 | CSE | 39300 | Berry, Strawberries | | N | 19.56 | 39.12 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 2.00 | 2.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 13.62 | 27.24 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.73 | 19.73 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.60 | 24.60 |
| 1.00 | 1.00 | CSE | 02630 | Lettuce, Romaine Liner | | N | 16.02 | 16.02 |
| 2.00 | 2.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.54 | 9.08 |
| 1.00 | 1.00 | CSE | 10950 | Onion, Green Clean | | N | 15.82 | 15.82 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 16.32 | 16.32 |
| 1.00 | 1.00 | CSE | 17300 | Pepper, Bell Green | | N | 15.12 | 15.12 |
| 2.00 | 2.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.67 | 31.34 |

**Adjustments:**

For weekly specials, product information, and food safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)                           Signature: _Peglers R_                           Page  1



**Stern Produce Company**
3200 S, 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*

PROACT
*America's Produce Specialist*

# Invoice 445795

**Customer 91700 / 001**

## Route: 006   Stop: 050





Bill To:
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

Ship To:
Furrs Cafeteria - St. Marys
Attn: George
1025 W. St Marys Rd
Tucson AZ 85745
(520) 624 1888

Driver: _____
Time In: _____
Time Out: _____

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 02/06/2014 | 2088621 | 02/27/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order taker | Our Order Number |
|-----------------------|-----------|-------------|-------------|------------------|
| FRG23114020548597 | 02/06/2014 | 8 | WEB-1 | 554239 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---------|---------|-----|-------------|-------------|-----|-----|-----------|--------|
| 2.00 | 2.00 | CSE | 39300 | Berry, Strawberries | | N | 19.56 | 39.12 |
| 2.00 | 2.00 | CSE | 16100 | Broccoli, Crown Local | | N | 15.77 | 31.54 |
| 1.00 | 1.00 | CSE | 16400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.50 | 9.00 |
| 1.00 | 1.00 | CSE | 20280 | Cucumber, Large | | N | 19.73 | 19.73 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale Local | | N | 11.58 | 11.58 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.60 | 24.60 |
| 1.00 | 1.00 | CSE | 02080 | Lettuce, Iceberg 24 Count Local | | N | 16.40 | 16.40 |
| 1.00 | 1.00 | BAG | 11400 | Onion, Red | | N | 12.36 | 12.36 |
| 2.00 | 2.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 16.32 | 32.64 |
| 2.00 | 2.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.67 | 31.34 |
| 1.00 | 1.00 | CSE | 09920 | Tomato, Grape Red | | N | 25.14 | 25.14 |
| 1.00 | 1.00 | CSE | 07550 | Yam, Jumbo | | N | 27.57 | 27.57 |

Adjustments:

| | |
|---|---|
| NonTaxable Subtotal | 295.49 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 296.49 |

For weekly specials, product information and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo.

Amount After Adjustment

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 16.00  Splits= 1.00

Signature: _____

# Stern produce

**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*

PRO·ACT
*America's Produce Specialist*

# Invoice 323160

**Customer 91700    / 001**

## Route: 420    Stop: 300



**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Mary
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: _____

Time In: _____

Time Out: _____

| Date | Ship Via | Due Date | | Terms | |
|---|---|---|---|---|---|
| 04/12/2013 | | 05/03/2013 | | 21 days | |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| | 04/12/2013 | 8 | CGARRETT | 415622 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 32800 | Banana | | N | 21.18 | 21.18 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count | | N | 16.23 | 16.23 |
| 2.00 | 2.00 | CSE | 08300 | Tomato, 5x6x2 Repack | | N | 14.00 | 28.00 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 65.41 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 65.41 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo.

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 4.00  Splits= 0.00          Signature:_____          Page 1



**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 408385

Customer 91700   / 001

**Route: 420   Stop: 080**

*408385*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

*91700*

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W St. Marys Rd
Tucson AZ 85745
(520) 624-1688

Driver:_____

Time In:_____

Time Out:_____

*Fresh Fruits and Vegetables Since 1917*


PRO-ACT
*America's Produce Specialist*

| Date | Ship Via | | Due Date | Terms | |
|------|----------|--|----------|-------|--|
| 11/07/2013 | coming to pic-up | | 11/28/2013 | 21 days | |

| Purchase Order Number | | Order Date | Salesperson | Order Taker | Our Order Number |
|-----------------------|--|------------|-------------|-------------|------------------|
| Troy | | 11/07/2013 | 8 | JOCHOA | 510825 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|------|------|------|------|------|------|------|------|------|
| 1.00 | 1.00 | CSE | 32800 | Banana | | N | 21.18 | 21.18 |
| 1.00 | 1.00 | ECH | ZMIN | Min. Order Charge | | N | 15.00 | 15.00 |
| 2.00 | 2.00 | 5LB | 23300 | Turnips | | N | 7.18 | 14.36 |

**Adjustments:**

| | |
|--|--|
| NonTaxable Subtotal | 50.54 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 50.54 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



Signature:_____

Cases= 2.00  Splits= 1.00

Page  1



*p r o d u c e*

*Fresh Fruits and Vegetables Since 1917*



PRO·ACT

*America's Produce Specialist*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 331715

**Customer 91700    / 001**

**Route: 421    Stop: 300**



* 3 3 1 7 1 5 *

* 9 1 7 0 0 *

| Bill To: |
|---|
| Buffet Partners,l.p. (BILL TO) |
| 2701 E Plano Parkway |
| Suite #200 |
| Plano TX 75074 |
| (214) 291-2900 |

| Ship To: |
|---|
| Furr's Cafeteria - St. Marys |
| Attn: George |
| 1025 W. St. Mary's Rd |
| Tucson AZ 85745 |
| (520) 624-1688 |

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|
| 05/01/2013 | | | 05/22/2013 | | 21 days | | |

| Purchase Order Number | | Order Date | Salesperson | Order Taker | | Our Order Number | |
|---|---|---|---|---|---|---|---|
| 324758 04/16/2013 | | 05/01/2013 | 8 | FRONTDESK | | 331715 | |

| Ordered | Quantity Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| -1.00 | -1.00 | | | Manual Credit | | N | 0.72 | -0.72 |

| Adjustments: | | | | | NonTaxable Subtotal | -0.72 |
|---|---|---|---|---|---|---|
| | | | | | Taxable Subtotal | 0.00 |
| | | | | | Tax  0.000% | 0.00 |
| | | | | | Total Invoice | -0.72 |

**For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo**

Amount After Adjustment

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= -1.00  Splits= 0.00            Signature:_____            Page   1



# Stern produce

Fresh Fruits and Vegetables Since 1917

PRO\*ACT
America's Produce Specialist

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Invoice 431237**

**Customer 91700 / 001**

**Route: 005   Stop: 090**

*431237*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: _____
Time In: _____11:00_____
Time Out: _____11:14_____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/04/2014 | 2049779 | 01/25/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114010347601 | 01/04/2014 | 8 | WEB-1 | 537175 |

| Quantity Ordered | Quantity Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 0.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXF | | N | 31.81 | 0.00 |
| 1.00 | 1.00 | CSE | 30600 | Apple, Granny Smith 88 Ct WAPrem | | N | 35.81 | 35.81 |
| 1.00 | 1.00 | CSE | 31400 | Apple, Red Delicious 88 Count | | N | 23.81 | 23.81 |
| 2.00 | 2.00 | CSE | 32800 | Banana | | N | 20.40 | 40.80 |
| 2.00 | 2.00 | CSE | 39300 | Berry, Strawberries | | N | 26.35 | 52.70 |
| 1.00 | 1.00 | CSE | 18100 | Broccoli, Crown Local | | N | 15.45 | 15.45 |
| 3.00 | 3.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 43.71 |
| 1.00 | 1.00 | 5LB | 45500 | Cabbage, Red Shredded Local | | N | 6.38 | 6.38 |
| 1.00 | 1.00 | SAK | 18600 | Carrot, Jumbo 25 LB | | N | 10.39 | 10.39 |
| 4.00 | 0.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.44 | 0.00 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | ECH | 26320 | Herb, Cilantro / Clean Cello Local | | N | 5.33 | 5.33 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 16.23 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo.

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)

Signature: _____

Page 1



# Stern produce

**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*



PRO•ACT
*America's Produce Specialist*

**Invoice 431237**

**Customer 91700 / 001**

**Route: 005    Stop: 090**

*431237*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria, St. Marys
Attn: George
1025 W. St Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/04/2014 | 2049779 | 01/25/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114010347601 | 01/04/2014 | 8 | WEB-1 | 537175 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 02600 | Lettuce, Romaine Local | | N | 15.82 | 15.82 |
| 2.00 | 2.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.29 | 8.58 |
| 2.00 | 2.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 27.62 |
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 03200 | Spinach, Cello 4 X 2.5 LB Local | | N | 14.21 | 14.21 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |
| 1.00 | 1.00 | CSE | 09020 | Tomato, Grape Red | | N | 17.37 | 17.37 |
| 2.00 | 2.00 | CSE | 07550 | Yam, Jumbo | | N | 25.57 | 51.14 |

Adjustments:

| | |
|---|---|
| NonTaxable Subtotal | 477.27 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 477.27 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at: http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 24.00 Splits= 4.00    Signature: _____    Page 2



# Stern

p  r  o  d  u  c  e

*Fresh Fruits and Vegetables Since 1917*



PRO*ACT

*America's Produce Specialist*

Stern Finance Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furrs Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

## Invoice #432195

Customer 91700 / 001

**Route: 008    Stop: 080**

*432195*

*91700*

Driver: _Ernesto_

Time In: _10:50_

Time Out: _11:05_

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 01/07/2014 | 2053384 | 01/28/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|-----------------------|------------|-------------|-------------|------------------|
| FRG23114010647689 | 01/07/2014 | 8 | WEB-1 | 538254 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|------------------|---------|-----|-------------|-------------|-----|-----|------------|--------|
| 1.00 | 1.00 | CSE | 32800 | Banana | | N | 20.40 | 20.40 |
| 2.00 | 2.00 | CSE | 39300 | Berry, Strawberries | | N | 26.35 | 52.70 |
| 1.00 | 1.00 | CSE | 18100 | Broccoli, Crown Local | | N | 15.45 | 15.45 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 2.00 | 0.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.44 | 0.00 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 34100 | Grape, Green Seedless | | N | 42.47 | 42.47 |
| 1.00 | 1.00 | CSE | 34400 | Grape, Red Seedless | | N | 25.02 | 25.02 |
| 2.00 | 2.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 49.00 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 16.23 |
| 1.00 | 1.00 | CSE | 02630 | Lettuce, Romaine Liner | | N | 15.82 | 15.82 |
| 1.00 | 1.00 | CSE | 10950 | Onion, Green Clean | | N | 15.82 | 15.82 |
| 1.00 | 1.00 | BAG | 11400 | Onion, Red | | N | 12.76 | 12.76 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 13.81 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)

Signature: _Pablo Ray_

Page  1



# Stern produce

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*

PRO·ACT
*America's Produce Specialist*

## Invoice #432195

Customer 91700   / 001

**Route: 008   Stop: 080**

*432195*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

*91700*

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George.
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: _____

Time In: _____

Time Out: _____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/07/2014 | 2053384 | 01/28/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114010647689 | 01/07/2014 | 8 | WEB-1 | 538254 |

| Quantity Ordered | Quantity Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 17300 | Pepper, Bell Green | | N | 14.02 | 14.02 |
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 03200 | Spinach, Cello 4 X 2.5 LB Local | | N | 14.21 | 14.21 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |
| 1.00 | 1.00 | CSE | 09020 | Tomato, Grape Red | | N | 17.37 | 17.37 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 394.64 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 394.64 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 20.00 Splits= 1.00          Signature: _____          Page  2



# Stern
p r o d u c e

**Fresh Fruits and Vegetables Since 1917**

PRO*ACT
America's Produce Specialist

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

## Invoice # 433043

Customer 91700 / 001

**Route: 005  Stop: 080**

\*433043\*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

\*91700\*

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: ANGEL

Time In: 10:35

Time Out: 10:50

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/09/2014 | 2056525 | 01/30/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114010847774 | 01/09/2014 | 8 | WEB-1 | 539375 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXF | | N | 31.81 | 31.81 |
| 1.00 | 1.00 | CSE | 31400 | Apple, Red Delicious 88 Count | | N | 23.81 | 23.81 |
| 1.00 | 1.00 | 5LB | 45500 | Cabbage, Red Shredded Local | | N | 6.38 | 6.38 |
| 1.00 | 1.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 12.62 | 12.62 |
| 1.00 | 1.00 | CSE | 19600 | Celery, 24-30 Count Local | | N | 21.33 | 21.33 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.44 | 8.88 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 6.00 | 6.00 | CSE | 67200 | Frozen, Bean Green Regular Cut | | N | 18.54 | 111.24 |
| 1.00 | 1.00 | 6EA | 26300 | Herb, Cilantro Local | | N | 4.70 | 4.70 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.29 | 4.29 |
| 1.00 | 1.00 | CSE | 10950 | Onion, Green Clean | | N | 15.82 | 15.82 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 13.81 |
| 1.00 | 1.00 | CSE | 03340 | Spring Mix 4/3 | | N | 22.12 | 22.12 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Signature:

(Continued)  Page  1

# Stern

p    r    o    d    u    c    e

Fresh Fruits and Vegetables Since 1917

PRO·ACT

America's Produce Specialist

**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

## Invoice 433043

**Customer 91700  / 001**

**Route: 005    Stop: 080**

*433043*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys,
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: _____

Time In: _____

Time Out: _____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/09/2014 | 2056525 | 01/30/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114010847774 | 01/09/2014 | 8 | WEB-1 | 539375 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 09020 | Tomato, Grape Red | | N | 17.37 | 17.37 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 338.25 |
| Taxable Subtotal | 0.00 |
| Tax  0.000% | 0.00 |
| Total Invoice | 338.25 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our
NEW website at www.sternproduce.com and our NEW Facebook page at
http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 16.00  Splits= 4.00

Signature: _____

Page  2



# Stern
**p r o d u c e**



*Fresh Fruits and Vegetables Since 1917*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Invoice 434046**

**Customer 91700 / 001**

**Route: 009    Stop: 070**

*434046*

*91700*

**BILL TO:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/11/2014 | 2058443 | 02/01/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114011047828 | 01/11/2014 | 8 | WEB-1 | 540451 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CSE | 32800 | Banana | | N | 20.40 | 40.80 |
| 2.00 | 2.00 | CSE | 39300 | Berry, Strawberries | | N | 26.35 | 52.70 |
| 1.00 | 1.00 | CSE | 18100 | Broccoli, Crown Local | | N | 15.45 | 15.45 |
| 2.00 | 2.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 29.14 |
| 1.00 | 1.00 | 5LB | 45500 | Cabbage, Red Shredded Local | | N | 6.38 | 6.38 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.44 | 8.88 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale Local | | N | 11.22 | 11.22 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | CSE | 02000 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 16.23 |
| 1.00 | 1.00 | CSE | 02630 | Lettuce, Romaine Liner | | N | 15.82 | 15.82 |
| 2.00 | 2.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.29 | 8.58 |
| 1.00 | 1.00 | BAG | 11400 | Onion, Red | | N | 12.76 | 12.76 |
| 1.00 | 1.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 13.81 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

(Continued)    Signature: _____    Page 1





**Stern produce**

Fresh Fruits and Vegetables Since 1917

PRO*ACT
America's Produce Specialist

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

# Invoice 434046

Customer 91700 / 001

**Route: 009  Stop: 070**

*434046*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 01/11/2014 | 2058443 | 02/01/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|-----------------------|------------|-------------|-------------|------------------|
| FRG23114011047828 | 01/11/2014 | 8 | WEB-1 | 540451 |

| Ordered | Quantity Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---------|---------|-----|-------------|-------------|-----|-----|-----------|--------|
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 05700 | Polato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 09050 | Tomato, Grape BK | | N | 17.90 | 17.90 |
| 2.00 | 2.00 | CSE | 07550 | Yam, Jumbo | | N | 25.57 | 51.14 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 373.03 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 373.03 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 19.00 Splits= 3.00

Signature: _Petro Ku_

Page 2

# Stern produce

**Stern Produce Company**
3200 S. 7th Street
Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*

PRO\*ACT
*America's Produce Specialists*

**Invoice 436260**

Customer 91700 / 001

**Route: 005   Stop: 080**

*436260*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver:
Time In: 1029
Time Out: 1039

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/16/2014 | 2064654 | 02/06/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114011547995 | 01/16/2014 | 8 | WEB-1 | 543074 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 09020 | Tomato, Grape Red | | N | 21.81 | 21.81 |

**Adjustments:**

NonTaxable Subtotal 403.89
Taxable Subtotal 0.00
Tax 0.000% 0.00
Total Invoice 403.89
Amount After Adjustment

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 19.00 Splits= 1.00

Signature:

Page 2



**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

**Fresh Fruits and Vegetables Since 1917**

PRO-ACT
*American Produce Specialists*

**Invoice# 436260**

**Customer 91700    / 001**

**Route: 005    Stop: 080**

\*436260\*

| Bill To: |
|---|
| Buffet Partners,l.p. (BILL TO) |
| 2701 E Plano Parkway |
| Suite #200 |
| Plano TX 75074 |
| (214) 291-2900 |

\*91700\*

| Ship To: |
|---|
| Furr's Cafeteria - St. Marys |
| Attn: George |
| 1025 W. St. Mary's Rd |
| Tucson AZ 85745 |
| (520) 624-1688 |

Driver:_____

Time In:_____

Time Out:_____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/16/2014 | 2064654 | 02/06/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114011547995 | 01/16/2014 | 8 | WEB-1 | 543074 |

| Ordered | Quantity Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXF | | N | 31.81 | 31.81 |
| 1.00 | 1.00 | CSE | 31400 | Apple, Red Delicious 88 Count | | N | 23.81 | 23.81 |
| 2.00 | 2.00 | CSE | 32800 | Banana | | N | 20.40 | 40.80 |
| 2.00 | 2.00 | CSE | 39300 | Berry, Strawberries | | N | 26.35 | 52.70 |
| 1.00 | 1.00 | CSE | 18100 | Broccoli, Crown Local | | N | 15.45 | 15.45 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 1.00 | 1.00 | SAK | 18700 | Carrot, Medium 25 LB | | N | 12.62 | 12.62 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 34100 | Grape, Green Seedless | | N | 36.47 | 36.47 |
| 1.00 | 1.00 | CSE | 34400 | Grape, Red Seedless | | N | 34.47 | 34.47 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | ECH | 90020 | Milk, 2%, 6-1 Gallon | | N | 4.54 | 4.54 |
| 2.00 | 2.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 13.81 | 27.62 |
| 1.00 | 1.00 | CSE | 17300 | Pepper, Bell Green | | N | 15.00 | 15.00 |

**Adjustments:**

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Continued)

Signature:_____

Page 1



**Stern** produce

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*



PRO*ACT
*America's Produce Specialist*

# Invoice 435266

Customer 91700 / 001

## Route: 005  Stop: 080

*435266*

*91700*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver:
Time In: 10888
Time Out: 1180h

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/14/2014 | 2062383 | 02/04/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114011347925 | 01/14/2014 | 8 | WEB-1 | 541980 |

| Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 18100 | Broccoli, Crown Local | | N | 15.45 | 15.45 |
| 1.00 | 1.00 | CSE | 18490 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 1.00 | 1.00 | CSE | 19300 | Cauliflower Local | | N | 15.80 | 15.80 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.44 | 8.88 |
| 1.00 | 1.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 19.57 |
| 1.00 | 1.00 | CSE | 02200 | Greens, Kale Local | | N | 11.22 | 11.22 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | CSE | 02090 | Lettuce, Iceberg 24 Count Local | | N | 16.23 | 16.23 |
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 03200 | Spinach, Cello 4 X 2.5 LB Local | | N | 14.21 | 14.21 |
| 1.00 | 1.00 | CSE | 03340 | Spring Mix 4/3 | | N | 22.12 | 22.12 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 197.97 |
| Taxable Subtotal | 0.00 |
| Tax 0.000% | 0.00 |
| Total Invoice | 197.97 |
| Amount After Adjustment | |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 11.00  Splits= 1.00      Signature:          Page  1

# Stern

p r o d u c e

**Stern Produce Company**
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

*Fresh Fruits and Vegetables Since 1917*

PRO*ACT

*America's Produce Specialists*

**Invoice 442712**

Customer 91700 / 001

**Route: 006   Stop: 050**

*442712*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

*91700*

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver:
Time In:
Time Out:

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 01/30/2014 | 2080647 | 02/20/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|-----------------------|------------|-------------|-------------|------------------|
| FRG23114012948405 | 01/30/2014 | 8 | WEB-1 | 550556 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|------------------|---------|-----|-------------|-------------|-----|-----|-----------|--------|
| 1.00 | 1.00 | CSE | 07550 | Yam, Jumbo | | N | 26.57 | 26.57 |

**Adjustments:**

| | |
|---|---|
| NonTaxable Subtotal | 315.56 |
| Taxable Subtotal | 0.00 |
| Tax  0.000% | 0.00 |
| Total Invoice | 315.56 |
| Amount After Adjustment | 291.06 |

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Cases= 16.00  Splits= 1.00                Signature:                              Page  2




# *Stern* produce

**Fresh Fruits and Vegetables Since 1917**



PRO•ACT
*America's Produce Specialist*

Stern Produce Company
3200 S. 7th Street

Phoenix AZ 85040
Phone: (602) 268 - 6628
Fax: (602) 268 - 2696

## Invoice 442712

Customer 91700 / 001

**Route: 006    Stop: 050**

*442712*

**Bill To:**
Buffet Partners,l.p. (BILL TO)
2701 E Plano Parkway
Suite #200
Plano TX 75074
(214) 291-2900

*91700*

**Ship To:**
Furr's Cafeteria - St. Marys
Attn: George
1025 W. St. Mary's Rd
Tucson AZ 85745
(520) 624-1688

Driver: _____
Time In: _____
Time Out: _____

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/30/2014 | 2080647 | 02/20/2014 | 21 days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23114012948405 | 01/30/2014 | 8 | WEB-1 | 550556 |

| Quantity Ordered | Shipped | Uom | Item Number | Description | COO | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CSE | 30300 | Apple, Gold Delicious 88 Ct WAXP | | N | 31.81 | 31.81 |
| 1.00 | 1.00 | CSE | 31400 | Apple, Red Delicious 88 Count | | N | 23.81 | 23.81 |
| 1.00 | 1.00 | CSE | 32600 | Banana, | | N | 20.40 | 20.40 |
| 1.00 | 1.00 | CSE | 18400 | Cabbage, Green Local | | N | 14.57 | 14.57 |
| 2.00 | 2.00 | ECH | 91140 | Cheese, Cottage Low Fat, 2- 5 LB | | N | 4.68 | 9.36 |
| 2.00 | 2.00 | CSE | 20200 | Cucumber, Large | | N | 19.57 | 39.14 |
| 1.00 | 1.00 | CSE | 13300 | Lemon, Choice 165 Count | | N | 24.50 | 24.50 |
| 1.00 | 1.00 | CSE | 02630 | Lettuce, Romaine Liner | | N | 15.82 | 15.82 |
| 2.00 | 2.00 | BAG | 12200 | Onion, Yellow Jumbo | | N | 14.81 | 29.62 |
| 1.00 | 1.00 | CSE | 35800 | Pineapple, Gold Extra Sweet | | N | 15.72 | 15.72 |
| 1.00 | 1.00 | CSE | 05700 | Potato, Idaho Baker 90 Count | | N | 12.43 | 12.43 |
| 1.00 | 1.00 | CSE | 03200 | Spinach, Cello 4 X 2.5 LB Local | | N | 14.21 | 14.21 |
| 1.00 | 1.00 | CSE | 08500 | Tomato, 6x6x3 Repack | | N | 19.70 | 19.70 |
| 1.00 | 1.00 | CSE | 09050 | Tomato, Grape BK | | N | 17.90 | 17.90 |

**Adjustments:** _____

For weekly specials, product information, and Food Safety alerts check out our NEW website at www.sternproduce.com and our NEW Facebook page at http://www.facebook.com/SternProduceCo

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.



Continued)

Signature: _____

Page 1