

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

# Invoice 187275

Customer FURRS / FUR148

Route: 106

Stop: 2



*101FURRS 187275*



| Bill To: | Ship To: |
|---|---|
| Furr's Family Dining<br>2701 E. Plano Parkway<br>Suite 200<br>Plano TX 75074<br>(214) 291-2842 | Furr's #148 - Garland<br>1540 Eastgate Dr<br>Garland TX 75041<br>(972) 682-8948 |

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/25/2014 | 2075321 | 02/15/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814012448253 | 01/25/2014 | EG | WEB-2 | 461981 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 3 00 | 3 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17 20 | $51 60 | |
| 1 00 | 1 00 | CASE | 175700 | Orange Sk Choice 088 Ct | | N | $25 08 | $25 08 | |
| 3 00 | 3 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | N | $16.68 | $50.04 | |
| 1 00 | 1 00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $30 15 | $30 15 | |
| 1 00 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | N | $22 68 | $22 68 | |
| 3 00 | 3 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17 16 | $51.48 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | $14.18 | $28 36 | |
| 2 00 | 2 00 | BAG | 241200 | Radish Trimmed 4/5# | | N | $9 43 | $18 86 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15 55 | $15 55 | |
| 2 00 | 2 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $33 32 | |
| 2 00 | 2 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14 66 | $29 32 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27 53 | $27 53 | |
| 2 00 | 2 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 40 | $38 80 | |
| 5 00 | 5 00 | CASE | 118775 | Tomato Grape 10 lb. | | N | $17 20 | $86 00 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $966.22 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $966.22 |

Cases= 51 00 Splits= 1 00

Signature: ______________________



# Invoice 187275

Customer FURRS / FUR148

Route: 106

Stop: 2



"101FURRS 187275"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/25/2014 | 2075321 | 02/15/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814012448253 | 01/25/2014 | EG | WEB-2 | 461981 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1 00 | 1 00 | CASE | 170650 | Apple GS Premium 88 Ct. | | N | $37 85 | $37 85 | |
| 1 00 | 1 00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25 85 | $25 85 | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 13 | $17 13 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $17 26 | |
| 1 00 | 1 00 | CASE | 173400 | Cantaloupe 15-18 Ct | | N | $21 33 | $21 33 | |
| 2 00 | 2 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13 84 | $27 68 | |
| 1 00 | 1 00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17 48 | $17 48 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 1 00 | 1 00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $21 88 | $21 88 | |
| 1 00 | 1 00 | CASE | 174000 | Honeydew 8 Ct | | N | $18 04 | $18 04 | |
| 3 00 | 3 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13 45 | $40 35 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26 32 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18 58 | $18 58 | |
| 3 00 | 3 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $55 53 | |
| 3 00 | 3 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18 30 | $54 90 | |
| 1 00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $15 21 | $15 21 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:________________________



# Invoice 187993

Customer FURRS / FUR148

Route: 106

Stop: 18



"101FURRS 187993"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222 Accounting: ( )



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped OD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/27/2014 | 2076565 | 02/17/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814012648293 | 01/27/2014 | EG | WEB-2 | 462554 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17.48 | $17.48 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $16.21 | $16.21 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | $14.18 | $14.18 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $16.66 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $204.99 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $204.99 |

Cases= 11.00 Splits= 0.00

Signature:



# Invoice 188767

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: [illegible]

**Customer FURRS / FUR148**

Route: 106

Stop: 11



*101FURRS 188767*



**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-6948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped OD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/28/2014 | 2078019 | 02/18/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814012748323 | 01/28/2014 | EG | WEB-2 | 463312 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $26.15 | $26.15 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $213.76 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $213.76 |

Cases= 11.00 Splts= 0.00

Signature: [illegible]



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 189373

Customer FURRS / FUR148

Route: 106

Stop: 15

"101FURRS 189373"



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/29/2014 | 2078991 | 02/19/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814012948347 | 01/29/2014 | EG | WEB-2 | 453903 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct | | N | $37.85 | $37.85 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | CASE | 221400 | Cabbage Red Shredded 1/5 ' 4/5# | | N | $20.55 | $20.55 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17.20 | $34.40 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $14.18 | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | $9.43 | $18.86 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $255.25 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $255.25 |

Cases= 12.00 Splits= 1.00

Signature: ____



# Invoice 190029

Customer FURRS / FUR148

Route: 106

Stop: 12



*01FURRS 190029*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 3222



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BO-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/30/2014 | 2080048 | 02/20/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814012948384 | 01/30/2014 | EG | WEB-2 | 454588 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 114650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17.20 | $17.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | N | $22.68 | $22.68 | |
| 3.00 | 3.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $49.98 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $17.20 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

289.66
20.26
269.40

| | |
|---|---|
| NonTaxable Subtotal | $289.66 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $289.66 |

Cases= 16.00 Splits= 0.00

Signature: ____________________



# Invoice 190480

Customer FURRS / FUR148

Route: 803

Stop: 17



'101FURRS 190480'

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222 Accounting: ( )



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/30/2014 | | 02/20/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| driver | 01/30/2014 | EG | JSANCHEZ1 | 465184 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20 26 | $20 26 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $20.26 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $20.26 |

Cases= 1.00 Splits= 0 00

Signature:



# Invoice 190578

Customer FURRS / FUR148

Route: 106

Stop: 14

'101FURRS 190578'

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: [illegible]



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/31/2014 | 2061706 | 02/21/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814013048431 | 01/31/2014 | FG | WFB-2 | 465617 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.64 | $13.64 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17.48 | $17.48 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $23.33 | $23.33 | |
| 1.00 | 1.00 | CASE | 174000 | Honeydew 8 Ct | | N | $18.04 | $18.04 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17.20 | $17.20 | |
| 1.00 | 1.00 | CASE | 175700 | Orange Sk Choice 088 Ct | | N | $26.08 | $26.08 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $14.18 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:____________________



# Invoice 190578

**Customer FURRS / FUR148**

Route: 106

Stop: 14



"101FURRS 190578"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/31/2014 | 2081706 | 02/21/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814013048431 | 01/31/2014 | EG | WEB-2 | 465617 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14.66 | $14.66 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $34.40 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $380.30 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $380.30 |

Cases= 21.00 Splits= 0.00

Signature: ______________



# Invoice 191486

Customer FURRS / FUR148

Route: 106

Stop: 1



"101FURRS 191486"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )

Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 02/01/2014 | 2083005 | 02/22/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814013148454 | 02/01/2014 | EG | WEB-2 | 466722 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct | | N | $37.85 | $37.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $34.26 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | CASE | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $20.55 | $20.55 | |
| 1.00 | 1.00 | CASE | 173400 | Cantaloupe 15-18 Ct | | N | $21.33 | $21.33 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 102350 | Celery 36 Ct. | | N | $22.03 | $22.03 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $23.33 | $23.33 | |
| 1.00 | 1.00 | CASE | 173650 | Grapefruit 32 Ct | | N | $18.82 | $18.82 | |
| 1.00 | 1.00 | CASE | 174000 | Honeydew 8 Ct | | N | $18.04 | $18.04 | |
| 3.00 | 3.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $40.35 | |
| 1.00 | 1.00 | CASE | 311900 | Leaves Banana 10/3# | | N | $26.50 | $26.50 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $52.64 | |
| 1.00 | 1.00 | CASE | 108150 | Lettuce Green Leaf 24 Ct | | N | $17.68 | $17.68 | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $37.16 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:______________________________



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )

# Invoice 191486

Customer FURRS / FUR148

Route: 106

Stop: 1



*101FURRS 191486*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BO-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 02/01/2014 | 2083005 | 02/22/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814013148454 | 02/01/2014 | EG | WEB-2 | 466722 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 3 00 | 3 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $55.53 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24 35 | $24 35 | |
| 3 00 | 3 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18 30 | $54 90 | |
| 1 00 | 1 00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16 50 | $16.50 | |
| 1 00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $16 21 | $16 21 | |
| 3 00 | 3 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17 20 | $51 60 | |
| 2 00 | 2 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | N | $16 68 | $33 36 | |
| 1 00 | 1 00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $26 15 | $26 15 | |
| 3 00 | 3 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $51 48 | |
| 3 00 | 3 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14 18 | $42.54 | |
| 1 00 | 1 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26 57 | $26 57 | |
| 2 00 | 2 00 | BAG | 241200 | Radish Trimmed 4/5# | | N | $9 43 | $18 86 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15 55 | $15 55 | |
| 3 00 | 3 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $49.98 | |
| 3 00 | 3 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14 66 | $43 98 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27 53 | $27 53 | |
| 2 00 | 2 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 40 | $38 80 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:____________________



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222 Accounting: ( ) -

# Invoice 191486

Customer FURRS / FUR148

Route: 106

Stop: 1



'101FURRS 191486'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 02/01/2014 | 2083005 | 02/22/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814013148454 | 02/01/2014 | EG | WEB-2 | 466722 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 5 00 | 5 00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $86 00 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| Non Taxable Subtotal | $1,123.59 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $1,123.59 |

Cases= 59 00 Splits= 1.00

Signature ____________________




P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222 Accounting: ( ) -

# Invoice 191975

Customer FURRS / FUR148

Route: 106

Stop: 16



"101FURRS 191975"



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 02/03/2014 | 2084784 | 02/24/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14814020248492 | 02/03/2014 | EG | WEB-2 | 467970 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1 00 | 1 00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25 85 | $25 85 | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20 26 | $20.26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 88 | $17 88 | |
| 2 00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $34 52 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $22 54 | $22 54 | |
| 2 00 | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $14 39 | $28 78 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26 32 | $26 32 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $19 39 | $19 39 | |
| 1 00 | 1 00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16 50 | $16 50 | |
| 1 00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $13 81 | $13 81 | |
| 1 00 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | N | $22 23 | $22.23 | |
| 1 00 | 1 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $15 93 | $15 93 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15 99 | $15 99 | |
| 2 00 | 2 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $17 05 | $34 10 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 68 | $19 68 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1 5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $333 78 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $333.78 |

Cases= 18.00 Splits= 0 00

Signature: HV



# Invoice 193462

Customer FURRS / FUR148

Route: 106

Stop: 14



"101FURRS 193462"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426-5666
Fax: (214) 421-2222 Accounting: ( )



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-Over/Ordered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 02/05/2014 | 2087071 | 02/26/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG14B14020448551 | 02/05/2014 | EG | WEB-2 | 469904 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.88 | $17.88 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $15.10 | $15.10 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $18.03 | $18.03 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $22.54 | $22.54 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $19.35 | $19.35 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $19.39 | $19.39 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $25.09 | $25.09 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.80 | $18.80 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $19.22 | $38.44 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct. | | N | $17.49 | $17.49 | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | N | $9.43 | $18.86 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $20.66 | $20.66 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $315.47 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $315.47 |

Cases= 15.00 Splits= 1.00

Signature:



# Invoice 194198

Customer FURRS / FUR148

Route: 106

Stop: 12

"101FURRS 194198"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2333



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #148 - Garland
1540 Eastgate Dr
Garland TX 75041
(972) 682-8948

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 02/06/2014 | 2087974 | 02/27/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG148140206548579 | 02/06/2014 | EG | WEB-2 | 470769 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.88 | $17.88 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $14.39 | $28.78 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $19.39 | $19.39 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.80 | $18.80 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $19.22 | $19.22 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $17.23 | $17.23 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $29.15 | $29.15 | |
| 2.00 | 2.00 | CASE | 116850 | Squash Yellow Straight Med 23-25# | | N | $17.05 | $34.10 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $228.13 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $228.13 |

Cases= 12.00 Splits= 0.00

Signature

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 157772

Customer FURRS / FUR191

Route: 119

Stop: 6

"101FURRS 157772"

Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 12/03/2013 | 2012996 | 12/24/2013 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19113120246544 | 12/03/2013 | EG | WEB-2 | 379462 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17.48 | $17.48 | |
| 1.00 | 1.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.56 | $5.56 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | 10LB | 114700 | Pepper Jalapeno 35-40# | (WO) | N | $13.98 | $13.98 | N/A |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillo Bushel Peeled 28-30# | | N | $6.67 | $6.67 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

Happy Holidays from Hardie's

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $154.08 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $154.08 |

$ 137.40

Cases= 7.00 Splits= 3.00

Signature

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222 Accounting: ( ) -

# Invoice 173839

Customer FURRS / FUR191

Route: 119

Stop: 13



'101FURRS 173839'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DO-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/02/2014 | 2045302 | 01/23/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19113123147476 | 01/02/2014 | EG | WEB-2 | 446400 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COD | Tax | Unit Price | Amount | Return Qty Returned |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170400 | Apple Gold Premium 88 Ct. | | N | $33.85 | $33.85 | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25.85 | |
| 3.00 | 3.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $51.78 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 3.00 | 3.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $25.57 | $76.71 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $239.55 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $239.55 |

Cases= 11.00 Splits= 0.00

Signature: [signature]



# Invoice 174940

Customer FURRS / FUR191

Route: 119

Stop: 14



'I01FURRS 174940'

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/04/2014 | 2048104 | 01/25/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114010347570 | 01/04/2014 | EG | WEB-2 | 447943 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20 26 | $20 26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 13 | $17.13 | |
| 3 00 | 3 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $51.78 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $14 34 | $14 34 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26 32 | $26.32 | |
| 2 00 | 2 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27 53 | $55 06 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1 5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $206.69 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $206.69 |

Cases= 10.00 Splits= 0 00

Signature: [signature]



# Invoice 176511

Customer FURRS / FUR191

Route: 119

Stop: 7



'I01FURRS 176511'

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting:



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/07/2014 | 2052669 | 01/28/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114010647668 | 01/07/2014 | EG | WEB-2 | 449675 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $13.28 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $24.88 | $24.88 | |
| 1.00 | 1.00 | CASE | 109550 | Mesclun Mix 3# | | N | $8.35 | $8.35 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | N | $14.08 | $14.08 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $145.58 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $145.58 |

Cases= 7.00 Splits= 2.00

Signature:



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 3666
Fax: (214) 421 - 2222

Accounting:

# Invoice 177580

Customer JCCOMB /

Route: 099

Stop: 01



"101JCCOMB 177580"



Bill To:
J.C. Combs
915 S. Harwood Street
Dallas TX 75201
(214) 748-6086

Ship To:
J.C. Combs
915 S. Harwood Street
Dallas TX 75201
(214) 748-6086

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/08/2014 | | 02/07/2014 | Net 30 Days |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| 564785 | 01/08/2014 | HOUS | INES | 451068 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 24.00 | 24.00 | CASE | 173650 | Grapes Red Seedless Lunch Bunch 20 | US | N | $34.25 | $822.00 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $822.00 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $822.00 |

Cases= 24.00 Splits= 0.00

Signature: [signature]

Page 1



# Invoice 179119

**Customer FURRS / FUR191**

Route: 119

Stop: 15



'101FURRS 179119'

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/11/2014 | 2058752 | 02/01/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114011047831 | 01/11/2014 | EG | WEB-2 | 452769 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $34.52 | |
| 2.00 | 2.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $27.68 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 175700 | Orange Sk Choice 088 Ct | | N | $24.08 | $24.08 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 3.00 | 3.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $25.57 | $76.71 | |
| 2.00 | 2.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $55.06 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $338.28 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $338.28 |

Cases= 16.00 Splits= 0.00

Signature:________________________

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 42? - 2222

Accounting: ( )

# Invoice 180655

Customer FURRS / FUR191

Route: 119

Stop: 9



"101FURRS 180655"



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BO-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/14/2014 | 2062132 | 02/04/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114011347916 | 01/14/2014 | EG | WEB-2 | 454445 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COD | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 2.00 | 2.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $27.68 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17.48 | $17.48 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 2.00 | 2.00 | CASE | 109550 | Mesclun Mix 3# | | N | $8.35 | $16.70 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 2.00 | 2.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26.57 | $53.14 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $170.61 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $170.61 |

Cases= 10.00 Splits= 0.00

Signature: ____________________



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 3232

Accounting: [illegible]

# Invoice 181893

**Customer FURRS / FUR191**

Route: 119

Stop: 12

'101FURRS 181893'



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/16/2014 | 2064597 | 02/06/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114011547990 | 01/16/2014 | FG | WEB-2 | 455823 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.59 | $5.59 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 174850 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14.71 | $14.71 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

**Wishing you a fresh and flavorful New Year!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $168.93 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $168.93 |

Cases= 9.00 Splits= 1.00

Signature



# Invoice 183162

**Customer FURRS / FUR191**

Route: 119

Stop: 15



"101FURRS 183162"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/16/2014 | 3066241 | 02/06/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114011748034 | 01/16/2014 | EG | WEB-2 | 456931 |

| Ordered | Shipped | Pack | Item Code | Description | Tax | Unit Price | Extended Price | Reason Code |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | N | $25.85 | $25.85 | |
| 3.00 | 3.00 | CASE | 101750 | Cabbage Green Medium Carton 45-50# | N | $17.26 | $51.78 | |
| 2.00 | 2.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | N | $6.64 | $13.28 | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | N | $18.58 | $37.16 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct. | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | N | $15.55 | $15.55 | |
| 2.00 | 2.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | N | $27.53 | $55.06 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | N | $19.40 | $19.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $235.24 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $235.24 |

Cases= 11.00 Splits= 1.00

Signature: [signature]

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426-3666
Fax: (214) 421-2222

# Invoice 184746

**Customer FURRS / FUR191**

Route: 119

Stop: 8

'101FURRS 184746'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/21/2014 | 2069900 | 02/11/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114012049115 | 01/21/2014 | EG | WEB-2 | 458589 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170400 | Apple Gold Premium 88 Ct | | N | $33.85 | $33.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 3.00 | 3.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $51.78 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $6.64 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 106850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16.50 | $16.50 | |
| 2.00 | 2.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26.57 | $53.14 | |
| 1.00 | 1.00 | 5LB | 117250 | Tomatillo Bushel Peeled 28-30# | | N | $6.69 | $6.69 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $237.95 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $237.95 |

Cases= 11.00 Splits= 2.00

Signature:________________



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( 5 -

# Invoice 186055

Customer FURRS / FUR191

Route: 119

Stop: 13

*I01FURRS 186055*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/23/2014 | 2072042 | 02/13/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114012248179 | 01/23/2014 | EG | WEB-2 | 460079 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $6.64 | |
| 1.00 | 1.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.59 | $5.59 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 109550 | Mesclun Mix 3# | | N | $8.35 | $8.35 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17.20 | $17.20 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26.57 | $26.57 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $184.62 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $184.62 |

Cases= 9.00 Splits= 2.00

Signature:



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 187383

Customer FURRS / FUR191

Route: 119

Stop: 15



*101FURRS 187383*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/25/2014 | 2075339 | 02/15/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG:9114012448255 | 01/25/2014 | EG | WEB-2 | 462001 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 3.00 | 3.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $51.78 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | N | $14.08 | $14.08 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 5x6 Large 25# | | N | $19.40 | $19.40 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $175.75 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $175.75 |

Cases= 0.00 Splits= 1.00

Signature: [signature]

Page 1




P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222 Accounting: ( ) -

# Invoice 188869

Customer FURRS / FUR191

Route: 119

Stop: 7



'101FURRS 188869'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/28/2014 | 2078140 | 02/18/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114012748325 | 01/28/2014 | EG | WEB-2 | 463352 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 0.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.59 | $0.00 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 109550 | Mesclun Mix 3# | | N | $8.35 | $8.35 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | N | $16.68 | $16.68 | |
| 2.00 | 2.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26.57 | $53.14 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $192.81 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $192.81 |

Cases= 10.00 Splits= 1.00

Signature:______________________



P.O. Box 610484
Dallas TX 75261
Phone: (214) 436 - 5666
Fax: (214) 431 - 2222

Accounting: ( ) -

# Invoice 189204

**Customer FURRS / FUR191**

Route: 805

Stop: 19



"I01FURRS 189204"



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/28/2014 | | 02/18/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG191140127483 | 01/28/2014 | EG | LRODRIGUEZ | 463704 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.59 | $5.59 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $5.59 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $5.59 |

Cases= 0.00 Splits= 1.00

Signature:



# Invoice 190106

Customer FURRS / FUR191

Route: 119

Stop: 10



*101FURRS 190106*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #191 - Ft. Worth
3233 Altamere Dr.
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/30/2014 | 2080484 | 02/20/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114012948398 | 01/30/2014 | EG | WEB-2 | 464827 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 13 | $17 13 | |
| 3 00 | 3 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $51 78 | |
| 1 00 | 1 00 | CASE | 175700 | Orange Sk Choice 088 Ct | | N | $26 08 | $26.08 | |
| 3 00 | 3 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26 57 | $79 71 | |
| 2 00 | 2 00 | FLAT | 177450 | Strawberry 8/1# Domes Dnscoll | | N | $27 53 | $55.06 | |

**Delight yourr guests with fresh cut flowers for Valentine's Day!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $229.76 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $229.76 |

Cases= 10 00 Splits= 0 00

Signature: ______________________



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222 Accounting: ( ) -

# Invoice 191323

Customer FURRS / FUR191

Route: 119

Stop: 13

*101FURRS 191323*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #191 - Ft. Worth
3233 Altamere Dr
Ft. Worth TX 76116
(817) 732-0422

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 02/01/2014 | 2083237 | 02/22/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG19114013148460 | 02/01/2014 | EG | WEB-2 | 466878 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1 00 | 1 00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25 85 | $25 85 | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20 26 | $20 26 | |
| 2 00 | 2 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6 64 | $13 28 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13 84 | |
| 2 00 | 2 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18 58 | $37 16 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18.51 | |
| 2 00 | 2 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17 20 | $34.40 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17 16 | $17 16 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27 53 | $27 53 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 40 | $19 40 | |

**Delight yourr guests with fresh cut flowers for Valentine's Day!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $227.39 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $227.39 |

Cases= 11.00 Splits= 1.00

Signature:____________________




P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 113917

Customer FURRS / FUR234

Route: 112

Stop: 6

"I01FURRS 113917"

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 09/28/2013 | 1936773 | 10/19/2013 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23413092744334 | 09/28/2013 | EG | WEB-2 | 154852 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.20 | $20.20 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $34.52 | |
| 2.00 | 2.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $13.28 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $14.09 | $14.09 | |
| 2.00 | 0.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.59 | $0.00 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $19.95 | $19.95 | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | $23.82 | $23.82 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $24.41 | $48.82 | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $37.16 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14.11 | $14.11 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 175700 | Orange Sk Choice 088 Ct | | N | $23.58 | $23.58 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |

Get the inside scoop with a Hardie's warehouse tour!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature: [signature]



# Invoice 113917

Customer FURRS / FUR234

Route: 112

Stop: 6



"I01FURRS 113917"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 3666
Fax: (214) 421 - 2222

Accounting: ( ) -



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 09/28/2013 | 1936773 | 10/19/2013 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23413092744334 | 09/28/2013 | CG | WEB-2 | 154852 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 6 Ct | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $24.97 | $24.97 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.55 | $15.55 | |
| 2.00 | 2.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $14.79 | $29.58 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |
| 1.00 | 1.00 | SACK | 119550 | Turnip 25# | | N | $23.80 | $23.80 | |

Get the inside scoop with a Hardie's warehouse tour!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $490.98 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $490.98 |

Cases= 25.00 Splits= 2.00

Signature: [signature]

Page 2



# Invoice 154694

**Customer FURRS / FUR234**

Route: 137

Stop: 9



"101FURRS 154694"

P.O. Box 610494
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need MO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 11/26/2013 | 2005854 | 12/17/2013 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23413112546330 | 11/26/2013 | EG | WEB-2 | 366745 |

| Ordered | Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct | | N | $35.75 | $35.75 | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $29.75 | $29.75 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# (handwritten: 5(1) cs) | | N | $20.20 | $20.20 | 5(1) cs |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $34.26 | |
| 4.00 | 4.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $69.04 | |
| 1.00 | 1.00 | CASE | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $20.45 | $20.45 | |
| 2.00 | 2.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $14.34 | $28.68 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17.48 | $17.48 | |
| 2.00 | 2.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.56 | $11.12 | |
| 2.00 | 2.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $43.60 | |
| 2.00 | 2.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $26.73 | $53.46 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $26.90 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $22.56 | $45.12 | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $37.16 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14.11 | $14.11 | |

**We will be closed for Thanksgiving starting Weds (11/27) at 1pm. Pre-cut orders**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature: Jose Ojeda



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

# Invoice 154694

Customer FURRS / FUR234

Route: 132

Stop: 9

*101FURRS 154694*

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BO-Bad Product SW-Mis-shipped DO-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 11/26/2013 | 2005854 | 12/17/2013 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23413112546330 | 11/26/2013 | EG | WEB2 | 366745 |

| Quantity Ordered | Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $32.40 | |
| 1.00 | 1.00 | CASE | 175700 | Orange Sk Choice 088 Ct | | N | $22.88 | $22.88 | |
| 1.00 | 1.00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | N | $14.98 | $14.98 | |
| 1.00 | 1.00 | CASE | 176650 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 6.00 | 6.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $25.47 | $152.82 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.55 | $15.55 | |
| 7.00 | 7.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $22.09 | $154.63 | |
| 2.00 | 2.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $38.80 | |
| 1.00 | 1.00 | BOX | 177750 | Watermelon 1 Ct. | | N | $10.00 | $10.00 | |

We will be closed for Thanksgiving starting Weds (11/27) at 1pm. Pre-cut orders

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

#968.94

| | |
|---|---|
| NonTaxable Subtotal | $969.16 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $969.16 |

Cases= 47.00 Splits= 2.00

Signature:




# Invoice 171026

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

Customer FURRS / FUR234

Route: 132

Stop: 7



"101FURRS 171026"



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 12/26/2013 | 2038139 | 01/16/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23413122447275 | 12/25/2013 | EG | WEB-2 | 433574 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct. | | N | $37.85 | $37.85 | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct. | | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $6.64 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $14.34 | $14.34 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | $38.38 | $38.38 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16.50 | $16.50 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | N | $14.08 | $14.08 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $25.57 | $25.57 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

Ask about our HOT BUY on Cauliflower this week!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from those commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $272.38 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $272.38 |

Cases= 11.00 Splits= 2.00

Signature:



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )

# Invoice 173953

**Customer FURRS / FUR234**

Route: 132

Stop: 10



"101FURRS 173953"



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/02/2014 | 2046270 | 01/23/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23414010147515 | 01/02/2014 | EG | WEB-2 | 446738 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $34.26 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $34.52 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $14.34 | $14.34 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $26.88 | $26.88 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 3.00 | 3.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $49.98 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $197.98 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $197.98 |

Cases= 11.00 Splits= 0.00

Signature: ____________

Page 1




P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222 Accounting: ( ) -

# Invoice 175046

**Customer FURRS / FUR234**

Route: 112

Stop: 5



*101FURRS 175046*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BO-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/04/2014 | 2049425 | 01/25/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23414010347596 | 01/04/2014 | EG | WEB-2 | 448712 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25 85 | |
| 1.00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 2 00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $34 52 | |
| 2.00 | 2 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $13.28 | |
| 1 00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $14 34 | $14.34 | |
| 1.00 | 1 00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5 59 | $5.59 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21.80 | |
| 2 00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | N | $26.32 | $52 64 | |
| 2 00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18 58 | $37 16 | |
| 1 00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14 71 | $14.71 | |
| 1 00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16 20 | $16 20 | |
| 1.00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | N | $16.68 | $16 68 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct. | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.55 | $15 55 | |
| 1.00 | 0.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $0.00 | |

**Wishing you a fresh and flavorful New Year!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature: ____________



# Invoice 175046

Customer FURRS / FUR234

Route: 112

Stop: 5

"101FURRS 175046"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
8465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/04/2014 | 2040425 | 01/25/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23414010347596 | 01/04/2014 | EG | WEB-2 | 448712 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |
| 2.00 | 2.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $38.80 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $414.93 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $414.93 |

Cases= 20.00 Splits= 2.00

Signature:



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 175334

**Customer FURRS / FUR234**

Route: 802

Stop: 05



"101FURRS 175334"



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/04/2014 | | 01/25/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| n/a | 01/04/2014 | EG | JUAN | 448836 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 115950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $16.66 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $16.66 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $16.66 |

Cases= 1.00 Splits= 0.00

Signature:____________________________



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

# Invoice 176750

Customer FURRS / FUR234

Route: 132

Stop: 10



*101FURRS 176750*



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/07/2014 | 2053196 | 01/28/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23414010647681 | 01/07/2014 | EG | WEB-2 | 450113 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 3.00 | 3.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $51.78 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 175700 | Orange Sk Choice 088 Ct | | N | $24.08 | $24.08 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $33.32 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $203.78 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $203.78 |

Cases= 11.00 Splits= 0.00

Signature: ______



# Invoice 178101

Customer FURRS / FUR234

Route: 132

Stop: 11



"101FURRS 178101"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 3222

Accounting: ( ) -



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/09/2014 | 2056113 | 01/30/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG2341401084 7757 | 01/09/2014 | EG | WEB-2 | 451225 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct | | N | $37.85 | $37.85 | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $24.88 | $24.88 | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | $38.38 | $38.38 | |
| 1.00 | 1.00 | CASE | 173905 | Grapes White Seedless 18# | | N | $38.38 | $38.38 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | N | $14.08 | $14.08 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | N | $22.68 | $22.68 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $293.38 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $293.38 |

Cases= 11.00 Splits= 1.00

Signature: ____________



# Invoice 179379

Customer FURRS / FUR234

Route: 132

Stop: 14

*101FURRS 179379*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 3666
Fax: (214) 421 - 2222

Accounting: [illegible]



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/11/2014 | 2059082 | 02/01/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23414011047844 | 01/11/2014 | EG | WEB-2 | 452927 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 3.00 | 3.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $51.78 | |
| 2.00 | 2.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $13.28 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17.48 | $17.48 | |
| 2.00 | 2.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.59 | $11.18 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $52.64 | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $37.16 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14.21 | $14.21 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct. | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $33.32 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature: ____________



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2232

Accounting: ( ) -

# Invoice 179379

Customer FURRS / FUR234

Route: 132

Stop: 14

"I01FURRS 179379"



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/11/2014 | 2059062 | 02/01/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23414011047544 | 01/11/2014 | EG | WEB-2 | 452927 |

| Quantity Ordered | Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 2.00 | 2.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $38.80 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $441.92 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $441.92 |

Cases= 22.00 Splits= 2.00

Signature:




P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 180888

**Customer FURRS / FUR234**

Route: 132

Stop: 13



"101FURRS 180888"



**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/14/2014 | 2052213 | 02/04/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23414011347318 | 01/14/2014 | EG | WEB-2 | 454506 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct. | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |

**Wishing you a fresh and flavorful New Year!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $112.71 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $112.71 |

Cases= 6.00 Splits= 0.00

Signature: ______________

Page 1



# Invoice 182128

Customer FURRS / FUR234

Route: 132

Stop: 8



"I01FURRS 182128"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )



**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/16/2014 | 2064082 | 02/06/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG23414011547977 | 01/16/2014 | EG | WEB-2 | 455521 |

| Quantity Ordered | Quantity Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Canon 45-50# | | N | $17.26 | $34.52 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $22.88 | $22.88 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $223.93 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $223.93 |

Cases= 12.00 Splits= 0.00

Signature: