

P.O. Box 610484
Dallas TX 75361
Phone: (214) 436 - 5666
Fax: (214) 421 - 2222      Accounting: ( )

# Invoice 183371

**Customer FURRS  / FUR313**

Route: 125

Stop:   6



*IO1FURRS  183371*

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|------|---|----------|---|----------|---|-------|---|---|---|
| 01/18/2014 | | 2067328 | | 02/08/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Customer Number |
| FRG3131401174 8055 | | | 01/18/2014 | | EG | | WEB-2 | | 457460 |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Day Reason |
|----------|---------|------|-----------|-------------|---|-----|-----|------------|--------|-------|
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | $26.57 | $26.57 | |
| 2.00 | 2.00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | $9.38 | $18.76 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16.66 | $16.66 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | N | $14.66 | $14.66 | |
| 3.00 | 3.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | $17.20 | $51.60 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $578.84 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $578.84 |

Cases= 29.00 Splits= 1.00          Signature:

Page  2



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222      Accounting: ( )  -

# Invoice 184216

**Customer FURRS  / FUR313**

Route: 810

Stop: 10



"101FURRS  184216"

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/20/2014 | | | | | 02/10/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | Our Order Number | | |
| | | | | 01/20/2014 | EG | LRODRIGUEZ | | 458449 | | |
| **Quantity** | | | Item Code Description | | | | COO Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | | N | $13.45 | $13.45 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $13.45 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $13.45 |

Cases= 1.00  Splits= 0.00                Signature:

Page  1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( 1  -

# Invoice 184009

Customer **FURRS** / **FUR313**

Route: 125

Stop: 6



'101FURRS 184009'

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  OD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|
| 01/20/2014 | | 2068490 | | 02/10/2014 | | 21 Day Terms | | |

| Purchase Order Number | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
|---|---|---|---|---|---|---|---|---|
| FRG31314011948089 | | 01/20/2014 | | EG | WEB-2 | | 457909 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana S Color 40# | | N | $20 26 | $20 26 | |
| 1.00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 13 | $17.13 | |
| 2 00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $34 52 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13 84 | $13 84 | |
| 1 00 | 1 00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17 48 | $17 48 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13 45 | $13.45 | SH |
| 2 00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $52 64 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $18.58 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18 51 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24 35 | $24 35 | |
| 1 00 | 1 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18 30 | |
| 1 00 | 1 00 | CASE | 112950 | Mushroom Sliced 10# | | N | $18 20 | $18 20 | |
| 1 00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $15.21 | $15.21 | |
| 2 00 | 2 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17 20 | $34 40 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16 68 | $16 68 | |
| 1 00 | 1 00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $30 15 | $30 15 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1630 (7 U S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:

Page 1



P.O. Box 618484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( 1  -

# Invoice 184009

Customer FURRS  / FUR313

Route: 125

Stop: 6



*101FURRS 184009*



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  ND-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/20/2014 | | | 2068490 | | 02/10/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | Our Order Number | | |
| FRG31314011948089 | | | | 01/20/2014 | EG | | WEB-2 | | 457909 | | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1 00 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | | | N | $22 68 | $22 68 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | | N | $17 16 | $17 16 | |
| 3 00 | 3 00 | CASE | 202200 | Potato Idaho 090 Ct | | | | N | $14 18 | $42 54 | |
| 1 00 | 1 00 | BAG | 241200 | Radish Trimmed 4/5# | | | | N | $9 43 | $9 43 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | | | N | $15 55 | $15 55 | |
| 2 00 | 2 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | $16 66 | $33 32 | |
| 1 00 | 1 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | | N | $14 66 | $14 66 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | | N | $19 40 | $19 40 | |
| 3 00 | 3 00 | CASE | 118775 | Tomato Grape 10 lb. | | | | N | $17 20 | $51 60 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.



| | |
|---|---|
| Non Taxable Subtotal | $811.84 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | |



Cases= 33.00 Splits= 1 00

Signature:





# Invoice 184803

**Customer FURRS / FUR313**

Route: 125

Stop: 9



'I0IFURRS 184803'

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001



NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/2014 | | 2070329 | | 02/11/2014 | | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
| FRG31314012048125 | | | 01/21/2014 | | EG | | WEB-2 | | 458815 | |

| Quantity | | | Item Code | Description | COD | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17 13 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18 58 | $18 58 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18 30 | $18.30 | |
| 1 00 | 1 00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16.50 | $16 50 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $28.36 | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $16 66 | |
| 1 00 | 1 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14 66 | $14 66 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19 40 | |
| 1 00 | 1 00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $17.20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| Non Taxable Subtotal | $244 62 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $244.62 |

Cases= 14 00  Splits= 0.00

Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: [ ]

# Invoice 186482

**Customer FURRS / FUR313**

Route: 805

Stop. 19



"101FURRS 186482"

Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/2014 | | | | | | 02/13/2014 | | 21 Day Terms | | | | |
| | Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number | |
| | | Driver | | 01/23/2014 | | EG | | JUAN | | | 460753 | |
| Quantity | | | Item Code Description | | | | | COO | Tax | Unit Price | Amount | Return |
| Ordered | Shipped | Pack | | | | | | | | | | Qty Reason |
| 1 00 | 1 00 | CASE | 118775 | Tomato Grape 10 lb | | | | N | | $17 20 | $17 20 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $17 20 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $17.20 |

Cases= 1 00  Splits= 0.00

Signature: _____

Page 1



**Hardie's**

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: 1 1 -

# Invoice 186267

**Customer FURRS** / **FUR313**

Route: 125

Stop: 8

"101FURRS 186267"

Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped OD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/23/2014 | | | 2072374 | | 02/13/2014 | | | 21 Day Terms | | | |
| | Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | | Our Order Number | |
| | FRG3131401224 8185 | | | 01/23/2014 | | EG | WEB-2 | | | 460267 | |
| Quantity | | | | | | | | | | Amount | Return |
| Ordered | Shipped | Pack | Item Code | Description | | | COO | Tax | Unit Price | | Qty Reason |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon 5x Choice 165 Ct | | | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | | N | $15.21 | $15.21 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $17.20 | $17.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | | N | $17.16 | $17.16 | |
| 2.00 | 2.00 | CASE | 202700 | Potato Idaho 090 Ct | | | | N | $14.18 | $28.36 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | | N | $14.66 | $14.66 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | | N | $27.53 | $27.53 | |
| 2.00 | 2.00 | CASF | 118775 | Tomato Grape 10 lb | | | | N | $17.20 | $34.40 | |

**Delight yourr guests with fresh cut flowers for Valentine's Day!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $342.41 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $342.41 |

Cases= 19.00 Splits= 0.00

Signature: _____

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )  -

# Invoice 186956

**Customer FURRS  / FUR313**

Route: 136

Stop:  11



*l0lFURRS  186956*



**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Old Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/24/2014 | | 2073678 | | 02/14/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
| FRG3131401234 8221 | | | 01/24/2014 | | EG | WEB-2 | | 461021 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 2 00 | 2 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17.13 | $34.26 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17.26 | $17.26 | |
| 1 00 | 1 00 | CASE | 173400 | Cantaloupe 15-18 Ct | | | N | $21 33 | $21 33 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $13 84 | $13 84 | |
| 1 00 | 1 00 | CASE | 174000 | Honeydew 8 Ct | | | N | $18.04 | $18.04 | |
| 2 00 | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | | N | $13 45 | $26 90 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | N | $26 32 | $26 32 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | N | $18.51 | $18 51 | |
| 1 00 | 1 00 | CASE | 110000 | Mushroom Button (Small) 10# | | | N | $18.30 | $18 30 | |
| 2 00 | 2 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $17.20 | $34 40 | |
| 1 00 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | | N | $22 68 | $22 68 | |
| 1 00 | 1 00 | CASE | 202200 | Potato Idaho 090 Ct | | | N | $14 18 | $14 18 | |
| 2 00 | 2 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | $26 57 | $53 14 | |
| 1 00 | 1 00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | $9 43 | $9 43 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | | N | $15 55 | $15 55 | |
| 3 00 | 3 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16 66 | $49 98 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $27.53 | $27 53 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities. all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:  _____

Page  1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )  -

# Invoice 186956

Customer **FURRS** / **FUR313**

Route: 136

Stop: 11



"I01FURRS 186956"

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/24/2014 | | 2073678 | | 02/14/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG31314012348221 | | | 01/24/2014 | EG | | WEB-2 | | 461021 | |
| Quantity | | | Item Code Description | | | | | | Return |
| Ordered | Shipped | Pack | Item Code Description | | COO | Tax | Unit Price | Amount | Qty Reason |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17 20 | $34 40 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $456.05 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $456.05 |

Cases= 24.00  Splits= 1.00

Signature: _____

Page 2



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222     Accounting: ( ) -

# Invoice 187587

**Customer FURRS   / FUR313**

Route:  125

Stop:   8



'101FURRS  187587'

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/25/2014 | | 2075304 | | 02/15/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG3131401244B251 | | | 01/25/2014 | EG | | WEB-2 | | 461944 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 170650 | Apple GS Premium 88 Ct | | N | $37 85 | $37 85 | |
| 1 00 | 1 00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25 85 | $25 85 | |
| 2 00 | 2 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20 26 | $40 52 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 13 | $17 13 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $34 52 | |
| 1 00 | 1 00 | CASE | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $20 55 | $20 55 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13 84 | $13 84 | |
| 1 00 | 1 00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17 48 | $17 48 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 2 00 | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13 45 | $26 90 | |
| 2 00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26 32 | $52 64 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | $18 58 | $18 58 | |
| 2 00 | 2 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $37 02 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24 35 | $24 35 | |
| 1 00 | 1 00 | CASE | 112950 | Mushroom Sliced 10# | | N | $18 20 | $18 20 | |
| 1 00 | 1 00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16 50 | $16 50 | |
| 1 00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $15 21 | $15 21 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature: _____

Page  1



P.fk. Bas 610484
Dallas TX 75261
Phone: (214) 426-5666
Fax: (214) 421-2222

Accounting: ( )

# Invoice 187587

**Customer FURRS / FUR313**

Route: 125

Stop: 8



'I01FURRS 187587'



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
30 ) E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|------|--|----------|--|----------|--|-------|--|--|--|
| 01/25/2014 | | 2075304 | | 02/15/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG3131401244825l | | | 01/25/2014 | EG | | WEB-2 | | 461944 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|----------|--|--|-----------|-------------|-----|-----|-----------|--------|------------------|
| Ordered | Shipped | Pack | | | | | | | |
| 2 00 | 2 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17.20 | $34 40 | |
| 1 00 | 1 00 | CASE | 175700 | Orange Sk Choice 088 Ct. | | N | $25.08 | $25 08 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16 68 | $16 68 | |
| 1 00 | 1 00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $30.15 | $30 15 | |
| 3 00 | 3 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $42.54 | |
| 1 00 | 1 00 | CASE | 203450 | Potato Sweet #1 6-8 Oz 40# | | N | $26.57 | $26 57 | |
| 1 00 | 1 00 | BAG | 241200 | Radish Trimmed 4/5# | | N | $9.43 | $9 43 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.55 | $15 55 | |
| 1 00 | 1 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14 56 | $14 66 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 40 | $19 40 | |
| 2 00 | 2 00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17 20 | $34 40 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1 5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|--|--|
| NonTaxable Subtotal | $707.80 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $707.80 |

Cases= 36 00 Splits= 1 00

Signature: 

Page 2



ardie's

CELEBRATING 70 YEARS

P.O. Box 630484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 188383

**Customer FURRS / FUR313**

Route: 125

Stop: 5



'I01FURRS 188383'

**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Data | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/2014 | | | 2077402 | | 02/17/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| FRG31314012648304 | | | | 01/27/2014 | EG | WEB-3 | | | 462884 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | Qty Reason |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Canon 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 0.00 | CASE | 311900 | Lerves Banana 18/3# | | N | $26.50 | $0.00 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $25.32 | $0.00 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 1.00 | 1.00 | CASE | 112950 | Mushroom Sliced 10# | | N | $18.20 | $18.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | N | $22.66 | $22.68 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $17.20 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $267.04 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $287.04 |

Cases= 14.00  Splits= 0.00

Signature:

Page 1



# Invoice 188558

**Customer FURRS / FUR313**

Route: 810

Stop: 10



*101FURRS 188558*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222     Accounting: ( )  -

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  OD-Damaged On Delivery

| Date | Ship Via | | Due Date | Terms | | | |
|---|---|---|---|---|---|---|---|
| 01/27/2014 | | | 02/17/2014 | 21 Day Terms | | | |
| Purchase Order Number | | Order Date | Salesperson | Order Taker | | Our Order Number | |
| Wallace | | 01/27/2014 | EG | TBARRON | | 463054 | |

| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | | | N | $26.32 | $26.32 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities. all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $26.32 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $26.32 |

Cases= 1.00  Splits= 0.00                Signature: _____                Page  1



P.O. Box 630484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )    -

# Invoice  189731

**Customer FURRS   / FUR313**

Route:  136

Stop:   10



'I01FURRS  189731'



**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need   NO-Did Not Order   OO-OverOrdered   MK-Mis-keyed   SH-Short On Truck   BD-Bad Product   SW-Mis-shipped   OD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/29/2014 | | | 2079311 | | 02/19/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
| FRG31314012848353 | | | 01/29/2014 | | EG | | WEB-2 | | 463981 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $23.33 | $23.33 | |
| 1.00 | 0.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $0.00 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17.20 | $17.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $16.66 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14.66 | $14.66 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)                    Signature:                    Page  1



# Invoice 189731

**Customer FURRS / FUR313**

Route: 136

Stop: 10



*101FURRS 189731*

P.O. Box 636484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2223

Accounting: ( 1 -

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  ND-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | Ship Via | | Due Date | | Terms | | | |
|------|----------|--|----------|--|-------|--|--|--|
| 01/29/2014 | 2079311 | | 02/19/2014 | | 21 Day Terms | | | |

| Purchase Order Number | | Order Date | Salesperson | Order Taker | | Our Order Number | |
|-----------------------|--|-----------|-------------|-------------|--|------------------|--|
| FRG31314012848353 | | 01/29/2014 | EG | WEB-2 | | 463981 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|----------|---------|------|-----------|-------------|-----|-----|------------|--------|-------------------|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $17.20 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|--|--|
| NonTaxable Subtotal | $325.18 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $325.18 |

Cases= 17.00  Splits= 0.00

Signature

Page 2



**Hardie's**

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( ) -

# Invoice 189863

**Customer FURRS / FUR313**

Route: 805

Stop: 16



'IOIFURRS 189863'



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DO-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|------|------|------|------|------|------|------|------|------|------|
| 01/29/2014 | | | | 02/19/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| | n/a | | 01/29/2014 | EG | | JUAN | | 464406 | |

| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Ordered | Shipped | Pack | | | | | | | | | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13.45 | $13 45 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | | |
|------|------|------|------|
| | | NonTaxable Subtotal | $13.45 |
| | | Taxable Subtotal | $0.00 |
| | | Tax 0.000% | $0.00 |
| | | Total Invoice | $13.45 |

Cases= 1 00 Splits= 0 00     Signature:

Page 1



ardie's
*2013*
CELEBRATING 70 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting ( ) -

# Invoice 190300

**Customer FURRS / FUR313**

Route: 125

Stop: 8



"I01FURRS 190300"



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E. Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|
| 01/30/2014 | | 2080436 | | 02/20/2014 | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | Our Order Number | |
| FRG31314012948396 | | | 01/30/2014 | EG | WEB-2 | | 464804 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 2 00 | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $26.90 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26.32 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1 00 | 1 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17.20 | $17.20 | |
| 1 00 | 1 00 | CASE | 175850 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $28.36 | |
| 2 00 | 2 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26.57 | $53.14 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.55 | $15.55 | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $16.66 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |
| 2 00 | 2 00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $34.40 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1 3%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $347.22 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| **Total Invoice** | **$347.22** |

Cases= 19.00 Splits= 0.00    Signature. Oscar Alcala    Page 1



# Invoice 190993

**Customer FURRS / FUR313**

Route: 136

Stop: 9

"I01FURRS 190993"

O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )  -



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/31/2014 | | | 2081416 | | 02/21/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| FRG31314013048425 | | | | 01/31/2014 | EG | WEB-2 | | | 465449 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |

| Ordered | Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1 00 | 1 00 | CASE | 170650 | Apple GS Premium 88 Ct | | N | $37 85 | $37 85 | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20 26 | $20.26 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 2 00 | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13 45 | $26 90 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26 32 | $26 32 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18 30 | $18 30 | |
| 1 00 | 1 00 | CASE | 112950 | Mushroom Sliced 10# | | N | $18 20 | $18 20 | |
| 1 00 | 1 00 | SACK | 203150 | Onion Red Jumbo 25# | | N | $16 21 | $16.21 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17 20 | $17 20 | |
| 1 00 | 1 00 | CASE | 114730 | Pepper Jalapeno 35-40# | | N | $26.15 | $26 15 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14 18 | $28 36 | |
| 2 00 | 2 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $33 32 | |
| 1 00 | 1 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14 66 | $14 66 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1 5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $324 04 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $324.04 |

Cases= 17.00  Splits= 0 00

Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )  -

# Invoice 191586

## Customer FURRS / FUR313

Route: 125

Stop: 7

*101FURRS 191586*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NM-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|------|--|--|----------|--|----------|--|-------|--|--|--|
| 02/01/2014 | | | 2083053 | | 02/22/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG31314013148455 | | | | 02/01/2014 | EG | | WEB-2 | | 466743 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20 26 | $20 26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17 13 | $17 13 | |
| 2 00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17 26 | $34 52 | |
| 1 00 | 1 00 | CASE | 173400 | Cantaloupe 15-18 Ct | | | | N | $21 33 | $21 33 | |
| 1 00 | 1 00 | CASE | 102100 | Cauliflower 12 Ct Crittp | | | | N | $17 48 | $17 48 | |
| 1 00 | 1 00 | CASE | 102350 | Celery 36 Ct | | | | N | $22 03 | $22 03 | |
| 1 00 | 1 00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | | | N | $5 59 | $5 59 | |
| 1 00 | 1 00 | CASE | 601350 | Eggs Large 15 Dozen | | | | N | $23 33 | $23 33 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13 45 | $13 45 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon 5x Choice 165 Ct | | | | N | $26 32 | $26 32 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | | N | $18 58 | $18 58 | |
| 2 00 | 2 00 | CASE | 108650 | Lettuce Romaine 24 Ct | | | | N | $18 51 | $37 02 | |
| 1 00 | 1 00 | CASE | 112950 | Mushroom Sliced 10# | | | | N | $18 20 | $18 20 | |
| 1 00 | 1 00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | | N | $16 50 | $16.50 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $17 20 | $17 20 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | | | N | $16 68 | $16 68 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | | N | $17 16 | $17 16 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:

Page 1



P.O. Box 670464
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )

# Invoice 191586

## Customer FURRS  / FUR313

Route: 125

Stop:    7



*101FURRS  191586*

Bill To:
Furr's Family Dining
2701 E  Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467 7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/01/2014 | | | 2083053 | | 02/22/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| FRG31314013148455 | | | | 02/01/2014 | EG | WEB-2 | | | 466743 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | Qty Reason |
| 1 00 | 1 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14 18 | $14 18 | |
| 1 00 | 1 00 | CASE | 203450 | Potato Sweet #1 6-8 Oz  40# | | N | $26 57 | $26 57 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27 53 | $27 53 | |
| 2 00 | 2 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 40 | $38 80 | |
| 2 00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $34 40 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $484 26 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $484.26 |

Cases= 25 00  Splits= 1 00              Signature: _____

Page  2



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: [ ]

# Invoice 193847

**Customer FURRS / FUR313**

Route: 136

Stop: 10



'101FURRS 193847'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/05/2014 | | | 2067292 | | 02/26/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG31314020448554 | | | | 02/05/2014 | EG | | WEB-2 | | 469930 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |

| Ordered | Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.88 | $17.88 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $22.54 | $22.54 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $14.39 | $28.78 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $19.35 | $19.35 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $19.39 | $19.39 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $25.09 | $25.09 | |
| -1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.60 | $18.60 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $13.81 | $13.81 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $19.22 | $19.22 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $29.15 | $29.15 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.99 | $15.99 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $17.05 | $17.05 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $15.05 | $15.05 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.46 | $17.46 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the FACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $348.99 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $348.99 |

Cases= 18.00  Splits= 0.00

Signature _____

Page 1



**CELEBRATING 70 YEARS**

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting( ) -

# Invoice 998521

**Customer FURRS / FUR315**

Route: 120

Stop: 10



*101FURRS 998521*

**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-Over-Ordered  WK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/07/2013 | | | 1910175 | | 09/28/2013 | | 21 Day Terms | | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| FRG31513090843599 | | | | 09/07/2013 | EG | | WEB-2 | | | 978753 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1 00 | CASE | 170650 | Apple GS Premium 88 Ct | | | | N | $37 75 | $37 75 | |
| 1.00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20.20 | $20 20 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17 13 | |
| 1.00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17.26 | $17 26 | |
| 1.00 | 1 00 | CASE | 173400 | Cantaloupe 15-18 Ct. | | | | N | $13 96 | $13.96 | |
| 2.00 | 2 00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | $15.09 | $30.18 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | | N | $21.80 | $21.80 | |
| 1.00 | 1 00 | CASE | 173905 | Grapes White Seedless 18# | | | | N | $21.82 | $21.82 | |
| 1.00 | 1.00 | CASE | 174000 | Honeydew 8 Ct | | | | N | $13.50 | $13.50 | |
| 2.00 | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13.45 | $26.90 | |
| 2.00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | | N | $24.41 | $48.82 | |
| 2.00 | 2 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | | N | $18.58 | $37.16 | |
| 2.00 | 2 00 | CASE | 108650 | Lettuce Romaine 24 Ct | | | | N | $18.51 | $37 02 | |
| 1.00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | $24.35 | $24.35 | |
| 1.00 | 1 00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | | N | $14.84 | $14.84 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $16.20 | $32.40 | |
| 1.00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | | | N | $16.68 | $16.68 | |

Get the inside scoop with a Hardie's warehouse tour!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature: _____

Page 1



# Invoice 998521

**Customer FURRS / FUR315**

Route: 120

Stop: 10



*01FURRS 998521*

P.D. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2233          Accounting: [ ] -

**Bill To:**
Fun's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004



NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/07/2013 | | 1910175 | | 09/28/2013 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | | Cust Order Number | |
| FRG31513090643599 | | | 09/07/2013 | EG | WEB-2 | | | 978753 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty/Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | | N | $22.68 | $22.68 | |
| 1 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | N | $17.16 | $17.16 | |
| 3 | 3 00 | CASE | 202200 | Potato Idaho 090 Ct | | | N | $21.18 | $63.54 | |
| 1 | 1 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | $24.97 | $24.97 | |
| 1 | 1 00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | $9.59 | $9.59 | |
| 1 | 1 00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | $15.55 | $15.55 | |
| 1 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16.66 | $16.66 | |
| 2 | 2 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $16.09 | $32.18 | |

Get the inside scoop with a Hardie's warehouse tour!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $634.10 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $634.10 |

Cases= 33.00  Splits= 1.00

Signature: _____

Page 2



# Invoice 156228

**Customer FURRS** / **FUR315**

Route: 120

Stop: 0



*01FURRS 156228*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MX-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DO-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/2013 | | | 2008899 | | 12/21/2013 | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | Salesperson | Order Taker | | Our Order Number | |
| | FRIG3131312946466 | | | 11/30/2013 | EG | WEB-2 | | 373507 | |

| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20.20 | $20.20 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | | N | $21.80 | $21.80 | |
| 3.00 | 3.00 | CASE | 601350 | Eggs Large 15 Dozen | | | | N | $26.73 | $80.19 | |
| 1.00 | 1.00 | CASE | 173550 | Grapefruit 32 Ct | | | | N | $20.32 | $20.32 | |
| 1.00 | 1.00 | CASE | 174000 | Honeydew 8 Ct | | | | N | $15.17 | $15.17 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13.45 | $26.90 | |
| 1.00 | 1.00 | CASE | 174680 | Lemon Sk Choice 165 Ct. | | | | N | $22.56 | $22.56 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mexican Mix 4/2# | | | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean 5 Trim 4/2# | | | | N | $16.40 | $16.40 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $16.20 | $32.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | | | N | $22.68 | $22.68 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct | | | | N | $14.18 | $42.54 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | | N | $25.47 | $25.47 | |

**Happy Holidays from Hardie's**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:_____

Page 1



P.O. Box 610414
Dallas TX 75361
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )  -

# Invoice 156228

Customer FURRS   / FUR315

Route:  120

Stop:  8



'IO1FURRS 156228'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/2013 | | | 2009899 | | 12/21/2013 | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | Salesperson | Order Taker | | Our Order Number | |
| | FRG31513112946466 | | | 11/30/2013 | EG | WEB-2 | | 373507 | |
| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | M | | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | | $16.66 | $16.66 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | | $14.66 | $14.66 | |
| 1.00 | 1.00 | BOX | 177750 | Watermelon 1 Ct | | N | | $10.00 | $10.00 | |

Happy Holidays from Hardie's

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.

$$\$ \emptyset 478.55$$

| | | |
|---|---|---|
| NonTaxable Subtotal | | $448.75 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $448.75 |

Cases= 27.00  Splits= 0.00       Signature:                                Page  2



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 173849

**Customer FURRS / FUR315**

Route: 120

Stop: 6



"I01FURRS 173849"



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SN-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/02/2014 | | | 2046539 | | 01/23/2014 | | | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| | FRG31514010147519 | | | 01/02/2014 | EG | | WEB-2 | | | 446739 | |
| Quantity | | | | | | | | | | | Return |
| Ordered | Shipped | Pack | Item Code | Description | | | | Tax | Unit Price | Amount | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 311900 | Leaves Banana 10/3# | | | | N | $27.00 | $27.00 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | | | N | $26.32 | $26.32 | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | $18.51 | $37.02 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | | N | $16.50 | $16.50 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | | | N | $16.68 | $16.68 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct | | | | N | $14.18 | $42.54 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | $16.65 | $16.68 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | | N | $14.66 | $14.66 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb. | | | | N | $17.20 | $34.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $340.43 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $340.43 |

Cases= 19.00 Splits= 0.00

Signature: _____

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 174318

Customer FURRS  / FUR315

Route: 120

Stop: 4



"101FURRS  174318"



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DO-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/03/2014 | | | 2047777 | | 01/24/2014 | | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| | FRG3151401024 7552 | | | 01/03/2014 | EG | | WEB-2 | | 447720 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct. | | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $14.34 | $14.34 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 173550 | Grapefruit 32 Ct | | N | $18.82 | $18.82 | |
| 1.00 | 1.00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | $38.38 | $38.38 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choce 165 Ct | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | SACK | 200800 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct. | | N | $17.18 | $17.18 | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | $14.18 | $28.36 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $16.66 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14.66 | $14.66 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:

Page 1



Birdie's

CELEBRATING 70 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )  -

# Invoice 174318

Customer FURRS  / FUR315

Route: 120

Stop:  4



*101FURRS  174318*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | | Terms | | |
|------|--|----------|--|----------|--|--|--|-------|--|--|
| 01/03/2014 | | 2047777 | | 01/24/2014 | | | | 21 Day Terms | | |
| | Purchase Order Number | | Order Date | | Salesperson | | Order Taker | | | Our Order Number |
| | FRG31514010247552 | | 01/03/2014 | | EG | | WEB-2 | | | 447720 |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|----------|--|--|-----------|-------------|--|-----|-----|-----------|--------|-------|
| Ordered | Shipped | Pack | | | | | | | | |
| 2 00 | 2 00 | CASE | 118775 | Tomato Grape 10 lb | | | N | $17.20 | $34.40 | |
| 2 00 | 2 00 | BOX | 177750 | Watermelon 1 Ct | | | N | $10.00 | $20.00 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|--|--|--|
| NonTaxable Subtotal | | $412.60 |
| Taxable Subtotal | | $0.00 |
| Tax 0.080% | | $0.00 |
| Total Invoice | | $412.60 |

Cases= 22 00  Splits= 0.00

Signature:



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 8666
Fax: (214) 421 - 2222          Accounting: ( )  -

# Invoice 175089

**Customer FURRS / FUR315**

Route: 120

Stop: 6



"IOIFURRS 175089"

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Fnwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  OO-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2014 | | | 2049395 | | 01/25/2014 | | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | Our Order Number | | |
| FRG31514010347395 | | | | 01/04/2014 | EG | | WEB-2 | | 448696 | | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return |
| Ordered | Shipped | Pack | | | | | | | | | Qty Reason |
| 1.80 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct | | | | N | $37.85 | $37.85 | |
| 1.80 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | | N | $6.64 | $6.64 | |
| 1.00 | 1.00 | CASE | 173400 | Cantaloupe 15-18 Ct | | | | N | $21.33 | $21.33 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | | N | $21.80 | $21.80 | |
| 2.00 | 2.00 | CASE | 601350 | Eggs Large 15 Dozen | | | | N | $26.88 | $53.76 | |
| 1.00 | 1.00 | CASE | 173905 | Grapes White Seedless 18# | | | | N | $38.38 | $38.38 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13.45 | $26.90 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | | N | $26.32 | $52.64 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | | N | $18.58 | $18.58 | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | $18.51 | $37.02 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | | N | $16.50 | $16.50 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | | | N | $16.68 | $16.68 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust

(Continued)                    Signature: _____                    Page 1



### Invoice 175089

**Customer FURRS / FUR315**

Route: 120

Stop: 6



*ı01FURRS 175089*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2014 | | | 2049395 | | 01/25/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | Our Order Number | | |
| FRG31514010347595 | | | | 01/04/2014 | EG | WEB-2 | | 448696 | | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35-40# | | | N | $30.15 | $30.15 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu. | | | N | $22.68 | $22.68 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct | | | N | $14.18 | $42.54 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | | N | $15.55 | $15.55 | |
| 1.00 | 0.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16.66 | $0.00 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | N | $14.66 | $14.66 | |
| 1.00 | 1.00 | CASE | 117500 | Tomato 2 Layer 4x5 | | | N | $22.21 | $22.21 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | NonTaxable Subtotal | $591.07 |
|---|---|---|
| | Taxable Subtotal | $0.00 |
| | Tax 0.000% | $0.00 |
| | Total Invoice | $591.07 |

Cases= 28.00  Splits= 1.00

Signature: _____

Page 2



ardie's
CELEBRATING 70 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222     Accounting: ( )

# Invoice 175378

## Customer FURRS  / FUR315

Route: 811

Stop: 02



*101FURRS  175378*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need   NO-Did Not Order   OO-OverOrdered   MK-Mis-keyed   SH-Short On Truck   BD-Bad Product   SW-Mis-shipped   DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2014 | | | | | 01/25/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| | | | | 01/04/2014 | EG | | JUAN | | | 448906 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | $16.66 | $16.66 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay Interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| Non Taxable Subtotal | $16.66 |
| Taxable Subtotal | $0.00 |
| Tax  0.000% | $0.00 |
| Total Invoice | $16.66 |

Cases= 1 00  Splits= 0 00        Signature:

Page  1



# Invoice 175931

### Customer FURRS / FUR315

Route: 120

Stop: 7



*01FURRS 175931*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222  Accounting: ( )  -

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  MO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  OD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|
| 01/06/2014 | | 2051295 | | 01/27/2014 | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | Our Order Number | |
| FRG315140 10547648 | | | 01/06/2014 | EG | WEB-2 | | 449378 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | N | $6.64 | $6.64 | |
| 1.00 | 1.00 | CASE | 102350 | Celery 36 Ct. | | | N | $23.88 | $23.88 | SH |
| 1.00 | 1.00 | CASE | 173905 | Grapes White Seedless 18# | | | N | $36.38 | $36.38 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct — green lena lena | | | N | $13.45 | $26.90 | BD |
| 1.00 | 1.00 | CASE | 108650 | Lettuce Romaine 24 Ct | | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | N | $14.21 | $14.21 | |
| 1.00 | 4.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | | N | $16.68 | $16.68 | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | $14.18 | $28.36 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $27.53 | $27.53 | |

**Wishing you a fresh and flavorful New Year!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $251.68 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $251.68 |

Cases= 13.00 Splits= 1.00  Signature: _____

Page 1



Hardie's

CELEBRATING 70 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 176641

**Customer FURRS / FUR315**

Route: 120

Stop: 6



*101FURRS 176641*

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-Over-Ordered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/07/2014 | | | | 01/28/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| Sharon | | | 01/07/2014 | EG | JUAN | | | 449631 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 102350 | Celery 36 Ct. | | | N | $23.88 | $23.88 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $23.88 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $23.88 |

Signature:

Cases= 1.00  Splits= 0.00

Page 1



Ardie's

CELEBRATING 20 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )  -

# Invoice 176642

**Customer** FURRS  / FUR315

Route: 120

Stop:  7



*101FURRS 176642*



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/07/2014 | | | 2053344 | | 01/28/2014 | | 21 Day Terms | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | Our Order Number | |
| FRG31514010647686 | | | | 01/07/2014 | EG | WEB-2 | | 450220 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20.26 | $20.26 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17.26 | $34.52 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 107850 | Kale Premium 24 Ct | | | N | $13.45 | $13.45 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | | N | $18.30 | $18.30 | |
| 2.00 | 2.00 | CASE | 202200 | Potato Idaho 090 Ct | | | N | $14.18 | $28.36 | |
| 1.00 | -1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $27.53 | $27.53 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb. | | | N | $17.20 | $17.20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $192.04 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $192.04 |

Cases= 11.00  Splits= 0.00

Signature:

Page  1



# Invoice 177337

## Customer FURRS / FUR315

Route: 120

Stop: 5



*101FURRS 177337*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )  -

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need   NO-Did Not Order   OO-OverOrdered   MK-Mis-keyed   SH-Short On Truck   BD-Bad Product   SW-Mis-shipped   DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/08/2014 | | 2054528 | | 01/29/2014 | | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | | Our Order Number | |
| FRG31514010747725 | | | 01/08/2014 | | EG | WEB-2 | | | 450870 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 2.00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17.26 | $34.52 | |
| 2.00 | 2.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | N | $6.64 | $13.28 | |
| 1.00 | 1 00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | | N | $5.59 | $5.59 | |
| 1.00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $16.20 | $16.20 | |
| 1.00 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu. | | | N | $22.68 | $22.68 | |
| 2.00 | 2 00 | BAG | 241200 | Radish Trimmed 4/5# | | | N | $9.38 | $18.76 | |
| 1.00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | $19.40 | $19.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $130.43 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $130.43 |

Cases= 5.00  Splits= 3.00

Signature:_____

Page 1



# Invoice 178013

**Customer FURRS / FUR315**

Route: 120

Stop: 4



*101FURRS 178013*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222
Accounting: ( ) -

**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Old Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/2014 | | | 2056385 | | 01/30/2014 | | 21 Day Terms | | | |
| | Purchase Order Number | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| | FR031514010847772 | | | 01/09/2014 | EG | WEB-2 | | | 451389 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | Qty Reason |
| | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20 26 | |
| | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13 84 | $13.84 | |
| | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $26 90 | |
| | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $26 32 | |
| | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14 21 | $14 21 | |
| | 1 00 | SACK | 200500 | Onion Yellow Jumbo 50# | | N | $16.20 | $16 20 | |
| | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16 68 | $16 68 | |
| | 1 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $14 18 | |
| | 2 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $33.32 | |
| | 1 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14 66 | $14 66 | |
| | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27 53 | $27.53 | |
| | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $17 20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $281.61 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| **Total Invoice** | **$281.61** |

Cases= 16 00  Splits= 0.00

Signature: 

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 178593

**Customer FURRS / FUR315**

Route: 120

Stop: 8

*ID1FURRS 178593*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Track  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|------|--|----------|--|----------|--|-------|--|--|--|
| 01/10/2014 | | 2057752 | | 01/31/2014 | | 21 Day Terms | | | |

| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | Our Order Number | |
|---|---|---|---|---|---|---|---|---|
| FRG31514010947800 | | | 01/10/2014 | EG | WEB-2 | | 452196 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return |
|----------|--|--|-----------|-------------|-----|-----|------------|--------|--------|
| Ordered | Shipped | Pack | | | | | | | Qty Reason |
| 100 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20 26 | $20 26 | |
| 100 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $17 26 | |
| 100 | 1 00 | CASE | 173400 | Cantaloupe 15-18 Ct | | N | $21 33 | $21 33 | |
| 100 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 100 | 1 00 | CASE | 1 /3550 | Grapefruit 32 Ct | | N | $18 82 | $18 82 | |
| 100 | 1 00 | CASE | 174000 | Honeydew 6 Ct | | N | $18 04 | $18 04 | |
| 100 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13 45 | $13 45 | |
| 100 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26 32 | $26 32 | |
| 100 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18 51 | |
| 100 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24 35 | $24 35 | |
| 100 | 1 00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16 50 | $16 50 | |
| 100 | 1 00 | SACK | 200500 | Onion Yellow Jumbo 50# | | N | $16 20 | $16 20 | |
| 100 | 1 00 | CASE | 175700 | Orange Sk Choice 088 Ct | | N | $24 08 | $24 08 | |
| 200 | 2 00 | CASE | 202200 | Potato Idaho 080 Ct | | N | $14 18 | $28 36 | |
| 100 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $16 66 | |
| 200 | 2 00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17 20 | $34 40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $336.34 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $336.34 |

Cases= 18.00  Splits= 0.00

Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: 1 1 -

# Invoice 179123

Customer FURRS  / FUR315

Route: 120

Stop:  4



"ID1FURRS  179123"

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004



NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MX-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/2014 | | | 2059315 | | 02/01/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| FRG31514011047847 | | | | 01/11/2014 | EG | | WEB-2 | | | 453041 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1 00 | CASE | 171400 | Apple Red XFCY 88 Ct | | | | N | $25.85 | $25.85 | |
| 1.00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17.13 | |
| 1.00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | | N | $6.64 | $6.64 | |
| 1.00 | 1.00 | CASE | 173400 | Cantaloupe 15-18 Ct | | | | N | $21.33 | $21.33 | |
| 1.00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | | | N | $17.48 | $17.48 | |
| 2.00 | 2 00 | CASE | 601350 | Eggs Large 15 Dozen | | | | N | $24.88 | $49.76 | |
| 1.00 | 1 00 | CASE | 174000 | Honeydew 8 Ct | | | | N | $18.04 | $18.04 | |
| 2.00 | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13.45 | $26.90 | |
| 2.00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | | N | $26.32 | $52.64 | |
| 2.50 | 2 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | $18.58 | $37.16 | |
| 1.00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | $18.51 | $18.51 | |
| 1.00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | $24.35 | $24.35 | |
| 2.00 | 2 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $16.20 | $32.40 | |
| 1.00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | | | N | $16.68 | $16.68 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:

Page  1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( ) -

# Invoice  179123

**Customer FURRS   / FUR315**

Route:  120

Stop:    4



'101FURRS  179123'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  OO-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/11/2014 | 2059315 | 02/01/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG315140110047847 | 01/11/2014 | EG | WEB-2 | 453041 |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $30.15 | $30.15 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu. | | N | $22.68 | $22.68 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $42.54 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $16.66 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14.66 | $14.66 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $34.40 | |
| 2.00 | 2.00 | BOX | 177750 | Watermelon 1 Ct. | | N | $9.90 | $19.80 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)) The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $876.76 |
| Taxable Subtotal | $0.00 |
| Tax  0.000% | $0.00 |
| Total Invoice | $876.76 |

Cases= 36.00  Splits= 1.00          Signature: _____



# Invoice 180064

**Customer FURRS / FUR315**

Route: 120

Stop: 6



"IOIFURRS 180064"

**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004



P.O. Box 610064
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Miskeyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/13/2014 | | | 2061184 | | 02/03/2014 | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
| FRG3151401 1247898 | | | 01/13/2014 | | EG | | WEB-2 | | 453772 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct. | | N | $37.85 | $37.85 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 108650 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $14.18 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $17.20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $208.95 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $208.95 |

Signature:

Cases= 11.00  Splits= 0.00

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222     Accounting: ( )   -

# Invoice 180947

**Customer FURRS   / FUR315**

Route: 120

Stop:    5a



*101FURRS 180947*



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|
| 01/14/2014 | | 2052349 | | 02/04/2014 | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number |
| FRG31514011347922 | | | 01/14/2014 | EG | | WEB-2 | | 454614 |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 2 00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $34 52 | |
| 1 00 | 1 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $6.64 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | N | $26.32 | $26.32 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | $14.18 | $28.36 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27 53 | |
| 1.00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19 40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.

| | | NonTaxable Subtotal | $176.10 |
|---|---|---|---|
| | | Taxable Subtotal | $0.00 |
| | | Tax 0.000% | $0.00 |
| | | Total Invoice | $176.10 |

Cases= 9 00  Splits= 1 00              Signature: _____

Page  1



P.O. Box 616484
Dallas TX 75261
Phone: (214) 426 - 5646
Fax: (214) 421 - 2222

Accounting: ( )

# Invoice 181433

Customer FURRS / FUR315

Route: 120

Stop: 7



'IO1FURRS 181433'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/2014 | | | 2063643 | | | 02/05/2014 | | 21 Day Terms | | | | |
| | Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number | |
| | FRG315140114479953 | | | 01/15/2014 | | EG | | WEB-2 | | | 455241 | |
| Quantity | | | Item Code | Description | | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | | N | $17.26 | $17.26 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | | | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | | | N | $14.71 | $14.71 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | | | | N | $9.38 | $9.38 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | | | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | | N | $15.66 | $15.66 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | | | N | $14.66 | $14.66 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | | | | N | $17.20 | $17.20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $169.16 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $169.16 |

Cases= 9.00  Splits= 1.00

Signature:_____

Page 1



# Invoice 182046

**Customer FURRS / FUR315**

Route: 170

Stop: 3



"101FURRS 182046"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DO-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/2014 | | | 2064572 | | 02/06/2014 | | 21 Day Terms | | |

| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
|---|---|---|---|---|---|---|---|---|---|---|
| FRG31514011547989 | | | 01/16/2014 | | EG | | WEB-2 | | 455605 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20 26 | $20 26 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17 26 | $17 26 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $13 84 | $13 84 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | N | $13 45 | $13 45 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | | N | $24 35 | $24 35 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $16 20 | $16 20 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | | N | $16 68 | $16 68 | |
| 1 00 | 1 00 | CASE | 202200 | Potato Idaho 090 Ct | | | N | $14 18 | $14 18 | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16 66 | $16 66 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $27.53 | $27 53 | |
| 1 00 | 1 00 | CASE | 118775 | Tomato Grape 10 lb | | | N | $17.20 | $17 20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $216.12 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $216.12 |

Cases= 12 00  Splits= 0 00

Signature: _____

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2323

Accounting: ( )

# Invoice 183167

**Customer FURRS / FUR315**

Route: 120

Stop: 5



*101FURRS 183167*

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/2014 | | | 2067591 | | 02/08/2014 | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | | |
| FRG31514011748058 | | | 01/18/2014 | EG | | WEB-2 | | 457588 | | |
| Quantity | | | Item Code | Description | | | | COO | Tax | Unit Price | Amount | Return Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | | | N | | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | | N | | $20.26 | $20.26 | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | | $17.13 | $34.26 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | | $17.26 | $17.26 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | | N | | $6.64 | $6.64 | |
| 1.00 | 1.00 | CASE | 102350 | Celery 36 Ct. | | | | N | | $22.38 | $22.38 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | | N | | $21.80 | $21.80 | |
| 2.00 | 2.00 | CASE | 601350 | Eggs Large 15 Dozen | | | | N | | $22.88 | $45.76 | |
| 1.00 | 1.00 | CASE | 173550 | Grapefruit 32 Ct | | | | N | | $24.52 | $24.52 | |
| 1.00 | 1.00 | CASE | 174000 | Honeydew 8 Ct | | | | N | | $18.04 | $18.04 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | | $13.45 | $26.90 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | | | N | | $26.32 | $52.64 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | | $18.58 | $18.58 | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | | $18.51 | $37.02 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | | $24.35 | $24.35 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | | | N | | $18.30 | $18.30 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | | N | | $16.50 | $16.50 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature: _____

Page 1



# Invoice 183167

**Customer FURRS / FUR315**

Route: 120

Stop: 5



*!01FURRS 183167*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #315 - LBJ Frwy
39779 LBJ Freeway
Duncanville TX 75237
(972) 298-2004

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: [ ] -

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | | Due Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/18/2014 | | | 2067591 | | | 02/08/2014 | | | | 21 Day Terms | | |
| | Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Customer Number | |
| FRG31514011748058 | | | | 01/18/2014 | | EG | | WEB-2 | | | 457588 | |
| Quantity | | | Item Code | Description | | | | COGI | Tax | Unit Price | Amount | Return/Qty/Reason |
| Ordered | Shipped | Pack | | | | | | | | | | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | | N | $16.20 | $32.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | | | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35-40# | | | | | N | $30.20 | $30.20 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | | | | N | $22.68 | $22.68 | |
| 1.00 | 1.00 | CASE | 178950 | Pineapple Premium Golden 6 Ct. | | | | | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | | | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | | N | $16.66 | $16.66 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | | | N | $14.66 | $14.66 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | | | N | $27.53 | $27.53 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | | | N | $19.40 | $19.40 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | | | | N | $17.20 | $34.40 | |
| 2.00 | 2.00 | BOX | 177750 | Watermelon 1 Ct | | | | | N | $9.90 | $19.80 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| Non Taxable Subtotal | $698.18 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $698.18 |

Cases= 36.00 Splits= 1.00

Signature: _____

Page 2



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5866
Fax: (214) 421 - 2222

Accounting: ( )  -

# Invoice 183986

## Customer OLIVE  / OG1497

Route: 121

Stop: 8



*101OLIVE 183986*



Bill To:
Olive Garden
P. O. Box 593330
Orlando FL 32859-333
(407) 245-6709

Ship To:
Olive Garden #1497 - Grapevine
301 State Hwy. 114 West
Grapevine TX 76051
(817) 251-0222

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date 01/20/2014 | | | Ship Via 2068941 | | Due Date 02/19/2014 | | Terms 30 Day Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order Number 8006898 | | | | Order Date 01/20/2014 | Salesperson LE | Order Taker WEB-2 | | | Our Order Number 458063 | |
| Quantity | | | | | | | | | | Return |
| Ordered | Shipped | Pack | Item Code | Description | | COO | Tax | Unit Price | Amount | Qty Reason |
| 1.00 | 1.00 | CS | 101125 | Asparagus Standard 11/1# N&D | | N | | $27.20 | $27.20 | |
| 2.00 | 2.00 | CS | 220775 | Broccoli Florets 6/3# N&D | | N | | $22.87 | $45.74 | |
| 1.00 | 1.00 | CS | 220855 | Cabbage Green 1/2" Cut 3/2# N&D | | | N | $7.58 | $7.58 | |
| 1.00 | 1.00 | CS | 102801 | Eggplant Fancy N&D | | | N | $16.95 | $16.95 | |
| 1.00 | 1.00 | CS | 173835 | Grapes De-Stemmed 4/4# N&D | | | N | $36.07 | $36.07 | |
| 1.00 | 1.00 | LB | 103700 | Herb Basil 1# N&D | | | N | $8.93 | $8.93 | |
| 1.00 | 1.00 | BAG | 105705 | Herb Mint 4 Oz  N&D | | | N | $4.84 | $4.84 | |
| 2.00 | 2.00 | CS | 104655 | Kale 24 Ct. N&D | only 1 cs | | N | $14.47 | $28.94 | |
| 1.00 | 1.00 | CS | 174350 | Lemon Choice 200 Ct N&D | | | N | $28.39 | $28.39 | |
| 12.00 | 12.00 | CS | 230201 | Lettuce Salad Mix 6/5# N&D | | | N | $20.06 | $240.72 | |
| 1.00 | 1.00 | CS | 175350 | Lime 48 Ct. "N&D" 10LB | | | N | $10.22 | $10.22 | |
| 1.00 | 1.00 | CS | 111600 | Mushroom Med Cap Destemmed 10# N&D / | | | N | $25.20 | $25.20 | |
| 1.00 | 1.00 | CS | 112150 | Mushroom Portabella Cap 2.5-4.5" 5# | | | N | $14.70 | $14.70 | |
| 1.00 | 1.00 | CS | 114440 | Mushroom Sliced Blend 10# N&D | | | N | $16.70 | $16.70 | |
| 1.00 | 1.00 | BAG | 232300 | Onion Green C&T N&D 4/2# | | | N | $4.05 | $4.05 | |
| 2.00 | 2.00 | CS | 234000 | Onion Red W/Center 3/16" 4/5# | | | N | $25.46 | $50.92 | |
| 1.00 | 1.00 | CS | 234650 | Onion Yellow Diced 1/4" N&D 4/5 | | | N | $16.94 | $16.94 | |

## Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:_____

Page 1