

# Invoice 183420

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426-5666
Fax: (214) 421-2222    Accounting: ( ) -

**Customer FURRS / FUR234**

Route: 132

Stop: 17



*101FURRS 183420*



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need   NO-Did Not Order   OO-OverOrdered   MK-Mis-keyed   SH-Short On Truck   BD-Bad Product   SW-M(s-shipped   OD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | Terms | |
|------|--|----------|--|----------|--|--|-------|--|
| 01/18/2014 | | 2067220 | | 02/08/2014 | | | 21 Day Terms | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number |
| FRG23414011174B051 | | | 01/18/2014 | EG | | WEB-2 | | 457390 |

| Quantity | | | Item Code | Description | | COD | Tax | Unit Price | Extended | Return & Qty Reason |
|----------|--|--|-----------|-------------|--|-----|-----|-----------|----------|------|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 177750 | Banana 5 Color 40# | | | N | $20.26 | $20 26 | |
| 2 00 | 2 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17 13 | $34 26 | |
| 1 00 | 1 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | N | $6.64 | $6 64 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $13.84 | $13 84 | |
| 1 00 | 1 00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | | N | $5.59 | $5.59 | |
| 2 00 | 2 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | N | $21 80 | $43.60 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | N | $13 45 | $13 45 | |
| 2 00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | | N | $26.32 | $52 64 | |
| 2 00 | 2 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | N | $18.58 | $37.16 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | N | $18.51 | $18.51 | |
| 1 00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | | N | $14 71 | $14.71 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $16.20 | $16 20 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | N | $17 16 | $17 16 | |
| 3 00 | 3 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16.66 | $49 98 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $27.53 | $27 53 | |
| 2 00 | 2 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | $19.40 | $38 80 | |

**Wishing you a fresh and flavorful New Year!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorney's fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|--|--|
| NonTaxable Subtotal | $410.33 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $410.33 |

Cases= 21 00  Splits= 2.00          Signature:_____

Page 1



Ica 618484
Ias TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222      Accounting: ( )  -

# Invoice 184775

Customer FURRS  / FUR234

Route: 122

Stop:   5

*!01FURRS 184775*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/2014 | | | 2070174 | | | 02/11/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | | Order Date | | Salesperson | Order Taker | | | Our Order Number | | |
| FRG23414012048121 | | | | 01/21/2014 | | EG | WEB-2 | | | 458730 | | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | | Return |
| Ordered | Shipped | Pack | | | | | | | | | | Qty Reason |
| 1.00 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct | | | | N | $37.85 | $37.85 | | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | | | N | $25.85 | $25.85 | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17.13 | | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17.26 | $34.52 | | |
| 2.00 | 7.00 | BAG | 271400 | Cabbage Red Shredded 1/8" 4/5# | | | | N | $6.64 | $13.28 | | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | $13.84 | $13.84 | | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | | | N | $17.48 | $17.48 | | |
| 1.00 | 1.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1#- | | | | N | $5.59 | $5.59 | | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | | N | $26.32 | $26.32 | | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | | N | $18.58 | $18.58 | | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | $24.35 | $74.35 | | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | | N | $15.21 | $15.21 | | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $17.20 | $17.20 | | |
| 1.00 | 1.00 | CASE | 175700 | Orange Sk Choice 088 Ct | | | | N | $25.08 | $25.08 | | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | | | N | $16.68 | $16.68 | | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | | N | $15.55 | $15.55 | | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | $16.66 | $33.32 | | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)                                    Signature:_____                    Page  1



# Invoice 184775

**Customer FURRS / FUR234**

Route: 122

Stop: 5



"I01FURRS 184775"



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 · Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  OD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/21/2014 | | | 2070174 | | 02/11/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| FRG2341401204B121 | | | | 01/21/2014 | EG | WEB-2 | | | 458730 | |
| Quantity | | | Item Code Description | | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | | N | $19 40 | $19.40 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | | N | $19 40 | $19.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $396.63 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $396.63 |

Cases= 19.00  Splits= 2.00

Signature:_____



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: c. 1.

# Invoice 186305

**Customer FURRS / FUR234**

Route: 132

Stop: 11



*I01FURRS 186305*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/23/2014 | | 2072305 | | 02/13/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| FRG23414012246184 | | | 01/23/2014 | EG | WEB-2 | | | 450250 | |
| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20 26 | $20 26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17 13 | $17 13 | |
| 3 00 | 3 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17 26 | $51 78 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $13 84 | $13 84 | |
| 1 00 | 1 00 | CASE | 102350 | Celery 36 Ct | | | N | $21 14 | $21 14 | |
| 1 00 | 1 00 | CASE | 601350 | Eggs Large 15 Dozen | | | N | $21 88 | $21 88 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | N | $18 58 | $18 58 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $17 20 | $17 20 | |
| 1 00 | 1 00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | | N | $14 08 | $14 08 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $195.89 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $195.88 |

Cases= 10 00 Splits= 1.00

Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2322

Accounting: ( 1 -

# Invoice 187633

Customer FURRS / FUR234

Route: 132

Stop: 17



*101FURRG 187633*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|------|------|------|----------|------|----------|------|-------|------|------|------|
| 01/25/2014 | | | 2075511 | | 02/15/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG23414012448257 | | | | 01/25/2014 | EG | | WEB-2 | | 462085 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1 00 | 1 00 | CASE | 171400 | Apple Red XFCY 88 Ct | | | | N | $25 85 | $25 85 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17 13 | $17 13 | |
| 2 00 | 2 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | | N | $6 64 | $13 28 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | $13 84 | $13 84 | |
| 2 00 | 2 00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | | | N | $5 59 | $11 18 | |
| 2 00 | 2 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | | N | $21 80 | $43 60 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13 45 | $13 45 | |
| 2 00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | | | N | $26 32 | $52 64 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | $18 58 | $18 58 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | $24 35 | $24 35 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $17 20 | $17 20 | |
| 1 00 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | | | N | $22 68 | $22 68 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | | N | $17 16 | $17 16 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2.5# | | | | N | $15 55 | $15 55 | |
| 2 00 | 2 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | $16 66 | $33 32 | |
| 2 00 | 2 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | | N | $27 53 | $55 06 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:_____

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222          Accounting: ( ) -

# Invoice 187633

## Customer FURRS  / FUR234

Route: 132

Stop: 17



'101FURRS 187633'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/25/2014 | | | 2075511 | | 02/15/2014 | | 21 Day Terms | | | |
| | Purchase Order Number | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| | FRG23414012448257 | | | 01/25/2014 | EG | WEB-2 | | | 462085 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | |

| Ordered | Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 2 00 | 2 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 40 | $38 80 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | Amount |
|---|---|
| NonTaxable Subtotal | $452.18 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $452.18 |

Cases= 21 00  Splits= 2.00          Signature:_____          Page  2



ardie's
2013
CELEBRATING 70 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222      Accounting: ( )   -

# Invoice 187791

**Customer FURRS   / FUR234**

Route: 809

Stop:  02



*101FURRS  187791*



Bill To:
Furr's Family Dining
2701 E  Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need   NO-Did Not Order   OO-Over/Ordered   MK-Mis-keyed   SH-Short On Truck   BD-Bad Product   SW-Mis-shipped   DD-Damaged On Delivery

| Date | | | Ship Via | | | Due Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/25/2014 | | | | | | 02/15/2014 | | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number | |
| | dnver | | | 01/25/2014 | | EG | | JSANCHEZ1 | | | 462386 | |
| Quantity | | | Item Code | Description | | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | | |
| 3 00 | 3 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | | N | $17 26 | $51 78 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this Invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $51 78 |
| Taxable Subtotal | $0.00 |
| Tax  0.000% | $0 00 |
| Total Invoice | $51.78 |

Cases= 3 00  Splits= 0 00          Signature: _____

Page  1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 189075

**Customer FURRS / FUR234**

Route: 132

Stop: 11



*101FURRS 189075*



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-Over/Ordered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DO-Damaged On Delivery

| Date | | | Ship Via | | | Due Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/28/2014 | | | 2076139 | | | 02/18/2014 | | | 21 Day Terms | | | |
| | Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | | Our Order Number | |
| | FRG23414012748324 | | | 01/28/2014 | | EG | | WEB-2 | | | 463353 | |
| Quantity | | | Item Code | Description | | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | | N | | $20 26 | $20 26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | | $17 13 | $17 13 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | | $17 26 | $17 26 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | | $13 84 | $13 84 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | | | N | | $17 48 | $17 48 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | | $13 45 | $13 45 | |
| 1 00 | 1 00 | CASE | 106850 | Lettuce Romaine 24 Ct | | | | N | | $18 51 | $18 51 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | | $17 20 | $17 20 | |
| 1 00 | 1 00 | CASE | 175700 | Orange Sk Choice 088 Ct | | | | N | | $26 08 | $26 08 | |
| 1.00 | 1 00 | CASE | 114560 | Pepper Green Bell Chop 1 1/9 Bu | | | | N | | $16 68 | $16 68 | |
| 1.00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | | | N | | $15 55 | $15 55 | |
| 2 00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | | $16 66 | $33 32 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | | N | | $19 40 | $19 40 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $246.16 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $246.16 |

Cases= 14.00  Splits= 0.00

Signature: _____

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 436 - 5666
Fax: (214) 421 - 2222

Accounting: (  )  -

# Invoice  190327

## Customer FURRS  / FUR234

Route: 132

Stop: 15



'101FURRS  190327'

Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6455 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|------|---|---|----------|---|----------|---|-------|---|---|---|
| 01/30/2014 | | | 2080337 | | 02/20/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
| FRG23414012948393 | | | | 01/30/2014 | | EG | WEB-2 | | 464743 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | Qty Reason |
| 1 00 | - 1 00 | CASE | 170650 | Apple GS Premium 88 Ct | | N | $37 85 | $37 85 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 13 | $17 13 | |
| 2 00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $34 52 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13 84 | $13 84 | |
| 1 00 | 1 00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $23 33 | $23.33 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17 20 | $17 20 | |
| 2 00 | 2 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $33 32 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $190.64 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $190.64 |

Cases= 10.00  Splits= 0 00

Signature:

Page  1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426-5666
Fax: (214) 421-2222

Accounting: ( )

# Invoice 191619

**Customer FURRS / FUR234**

Route: 132

Stop: 11



*10\FURRS 191619*



**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  OD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/2014 | | 2083185 | | 02/22/2014 | | 21 Day Terms | | | |

| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
|---|---|---|---|---|---|---|---|---|---|
| FRG23414013148457 | | | 02/01/2014 | | EG | WEB-2 | | 466828 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 171400 | Apple Red XFCY 88 Ct | | | N | $25 85 | $25 85 | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20 26 | $20 26 | |
| 2 00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17 26 | $34 52 | |
| 2 00 | 2 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | N | $6 64 | $13 28 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $13 84 | $13 84 | |
| 2 00 | 2 00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | | N | $5 59 | $11 18 | |
| 2 00 | 2 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | N | $21 80 | $43 60 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | N | $13 45 | $13 45 | |
| 2 00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | N | $26 32 | $52 64 | |
| 2 00 | 2 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | N | $18 58 | $37 16 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | | N | $24 35 | $24 35 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $17 20 | $17 20 | |
| 1 00 | 1 00 | CASE | 175700 | Orange Sk Choice 088 Ct | | | N | $26 08 | $26 08 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | | N | $16 68 | $16 68 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | N | $17 16 | $17 16 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | | N | $15 55 | $15 55 | |

**Delight yourr guests with fresh cut flowers for Valentine's Day!**

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Signature: _____

(Continued)

Page 1



# Invoice 191619

**Customer FURRS / FUR234**

Route: 132

Stop: 11



'10!FURRS 191619'

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222     Accounting: ( ) -



**Bill To:**
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/01/2014 | | 2083185 | | 02/22/2014 | | 21 Day Terms | | | |

| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | Our Order Number | | |
|---|---|---|---|---|---|---|---|---|---|
| FRG23414013148457 | | | 02/01/2014 | EG | WEB-2 | | 466828 | | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $16 66 | |
| 2 00 | 2 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27 53 | $55 06 | |
| 2 00 | 2 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 40 | $38 80 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1 5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs neccesary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $511.83 |
| Taxable Subtotal | $0.00 |
| Tax 0 000% | $0.00 |
| Total Invoice | $511.83 |

Cases= 24.00  Splits= 2.00          Signature:_____

Page 2



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 8660
Fax: (214) 421 - 2222    Accounting: ( )

# Invoice 193139

**Customer FURRS    / FUR234**

Route: 132

Stop.    8



'101FURRS  193139'

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070



NN-Did Not Need   NO-Did Not Order   OO-OverOrdered   MK-Mis-keyed   SH-Short On Truck   BD-Bad Product   SW-Mis-shipped   OD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/04/2014 | | 2086224 | | 02/25/2014 | | 21 Day Terms | | | |

| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number |
|---|---|---|---|---|---|---|---|---|---|
| FRG2341020348517 | | | 02/04/2014 | | EG | | WEB-2 | | 469062 |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20 26 | $20 26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17 88 | $17 88 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Canon 45-50# | | | N | $17 26 | $17 26 | |
| 1 00 | 1 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | N | $6 64 | $6 64 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $15 10 | $15 10 | |
| 1 00 | 1 00 | CASE | 102100 | Cauliflower 12 Ct Cello | | | N | $18 03 | $18.03 | |
| 1 00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | | N | $13 81 | $13 81 | |
| 1 00 | 1 00 | SACK | 200800 | Onion Yellow Jumbo 50# | | | N | $19 22 | $19 22 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | | N | $17 49 | $17 49 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | $19 68 | $19 68 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $165 37 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $165.37 |

Cases= 9 00  Splits= 1.00    Signature: _Jose O'Jeda_    Page  1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 194485

**Customer FURRS  / FUR234**

Route: 132

Stop:  11



'I01FURRS  194485'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #234 - Dallas
6465 Samuell Blvd
Dallas TX 75228
(214) 321-8070

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  OD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|------|------|------|------|------|------|------|------|------|------|------|
| 02/06/2014 | | | 2088267 | | 02/27/2014 | | 21 Day Terms | | | |
| | Purchase Order Number | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| | FRG2341402054858A | | | 02/06/2014 | EG | WEB-2 | | | 470948 | |
| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17 88 | $17.88 | |
| 2 00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17.26 | $34.52 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $15 10 | $15 10 | |
| 2 00 | 2 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | N | $22 54 | $45 08 | |
| 1 00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | | N | $23 33 | $23 33 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | N | $19 35 | $19.35 | |
| 2 00 | 2 00 | CASE | 109550 | Mesclun Mix 3# | | | N | $8 57 | $17 14 | |
| 1 00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | $19.68 | $19.68 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act. 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|------|------|------|
| NonTaxable Subtotal | | $192.08 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $192.08 |

Cases= 11.00 Splits= 0.00

Signature:

Page  1



# Invoice 993673

**Customer FURRS / FUR302**

Route: 137

Stop: 10



*01FURRS 993673*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222   Accounting: ( ) -

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2900

**Ship To:**
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need   NO-Did Not Order   OO-OverOrdered   MK-Mis-keyed   SH-Short On Truck   BD-Bad Product   SW-Mis-shipped   DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/30/2013 | | | 1897328 | | 09/20/2013 | | | 21 Day Term | | |
| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | | Our Order Number | | |
| FRG30213082943315 | | | 08/30/2013 | EG | WEB-2 | | | 963722 | | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return / Off |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | N | | $17.13 | $17.13 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | N | | $17.26 | $34.52 | |
| 1.00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | N | | $15.09 | $15.09 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | N | | $17.48 | $17.48 | |
| 1.00 | 1.00 | CASE | 174000 | Honeydew 8 Ct | N | | $13.50 | $13.50 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | N | | $24.41 | $24.41 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | N | | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | N | | $18.51 | $18.51 | |
| 2.00 | 2.00 | CASE | 109550 | Mesclun Mix 3# | N | | $8.35 | $16.70 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | N | | $16.20 | $32.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | N | | $15.68 | $16.68 | |
| 2.00 | 2.00 | CASE | 203550 | Potato Sweet Jumbo 40# | N | | $22.47 | $44.94 | SHIPS |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | N | | $15.55 | $15.55 | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | N | | $16.66 | $33.32 | |
| 3.00 | 3.00 | CASE | 177550 | Strawberry 8/1# | N | | $14.79 | $44.37 | |

Hardie's will be OPEN on Labor Day with first run deliveries only.

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

$ 340.71

NonTaxable Subtotal $363.18
Taxable Subtotal $0.00
Tax 0.000% $0.00
Total Invoice $363.18

Cases= 22.00 Splits= 0.00

Signature 

Page 1



Hardie's

CELEBRATING 70 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )

# Invoice 111572

Customer FURRS / FUR302

Route: 130

Stop: 12



"IOIFURRS 111572"



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Did Not Order  OO-Over Ordered  WK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/25/2013 | | | 1932394 | | 10/16/2013 | | | | 21 Day Terms | | |
| Purchase Order Number | | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
| FRG30213092444200 | | | | 09/25/2013 | | EG | | WEB-2 | | 136834 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1 00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | N | | $20.20 | $20.20 | |
| 1 00 | 1 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | N | | $6.64 | $6.64 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | N | | $21.80 | $21.80 | |
| 2 00 | 2 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | | $16 20 | $32 40 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | | N | | $16.68 | $16 68 | |
| 1 00 | 1 00 | CASE | 116550 | Squash Butternut 39# | | | N | | $35.21 | $35.21 | SH cs |
| 3 00 | 3 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | | $14.79 | $44.37 | |

Get the inside scoop with a Hardie's warehouse tour!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

$142.09

| | |
|---|---|
| NonTaxable Subtotal | $177.30 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $177.30 |

Cases= 9.00  Splits= 1.00

Signature:_____

Page 1



# Invoice 174563

P.O. Box 610484
Dallas CX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222     Accounting: ( ) -

**Customer FURRS / FUR302**

Route: 137

Stop: 10



*01FURRS 174563*

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Old Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/03/2014 | | 2047609 | | 01/24/2014 | | | 21 Day Terms | | |

| Purchase Order Number | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
|---|---|---|---|---|---|---|---|---|---|
| FRG30214010247553 | | 01/03/2014 | | EG | | WEB-2 | | 447726 | |

| Quantity | | | Item Code | Description | | | | COO | Tax | Unit Price | Amount | Return Qty Received |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | | | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | | | | N | $25.85 | $25.85 | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | | N | $17.13 | $34.26 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | | N | $17.26 | $34.52 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | | | N | $6.64 | $6.64 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | | | N | $26.32 | $26.32 | |
| 2.00 | 2.00 | CASE | 109550 | Mesclun Mix 3# | | | | | N | $8.35 | $18.70 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | | | | N | $16.68 | $16.68 | |
| 2.00 | 2.00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | | | | N | $14.08 | $28.16 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | | | N | $27.53 | $27.53 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $254.66 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $254.66 |

Cases= 12.00  Splits= 2.00     Signature: _____     Page 1



# Invoice 175752

**Customer FURRS   / FUR302**

Route: 137

Stop:   8



'I0IFURRS  175752'

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222        Accounting: (   )  -



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MX-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/06/2014 | 2051700 | 01/27/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG302140105-47647 | 01/06/2014 | EG | WEB-2 | 449317 |

| Quantity | | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | | | | | | | | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $34.26 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $34.52 | |
| 1.00 | 1.00 | CASE | 223825 | Carrot Shredded OSI TF 4/5# | | N | $18.69 | $18.69 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 2.00 | 2.00 | CASE | 109550 | Mesclun Mix 3# | | N | $8.35 | $16.70 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $25.57 | $25.57 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

**Wishing you a fresh and flavorful New Year!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $202.47 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $202.47 |

Cases= 12.00  Splits= 0.00          Signature:_____

Page  1



# Invoice 178480

**Customer FURRS / FUR302**

Route: 137

Stop: 8



'I01FURRS 178480'

P.O. Box 610464
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2322     Accounting: ( )   -



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #302 · Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  OD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/10/2014 | 2057769 | 01/31/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG30214010947801 | 01/10/2014 | EG | WEB-2 | 452195 |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 2 00 | 2 00 | CASE | 100/00 | Broccoli Crowns 18-20# | | N | $17 13 | $34 26 | |
| 2 00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $34 52 | |
| 1 00 | 1 00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17 48 | $17 48 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21 80 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26 32 | $26 32 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | $18 58 | $18.58 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16 20 | $16.20 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15.55 | $15.55 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Dnsco# | | N | $27.53 | $27 53 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19 40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $250 15 |
| Taxable Subtotal | $0.00 |
| Tax  0.000%> | $0.00 |
| Total Invoice | $250.15 |

Cases= 13.00  Splits= 0.00      Signature: _____

Page  1



Celebrating 70 Years

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 8666
Fax: (214) 421 - 2322

Accounting: ( )

# Invoice 181546

Customer FURRS / FUR302

Route: 137

Stop: 11



*101FURRS 181546*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BD-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/15/2014 | | 2063465 | | 02/05/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG30214011447951 | | | 01/15/2014 | EG | | WEB-2 | | 455168 | |

| Quantity | | | | | | | | | Return |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | Item Code | Description | CDO | Tax | Unit Price | Amount | Qty Reason |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1 00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | N | $6.64 | $6.64 | |
| 1 00 | 1.00 | CASE | 223825 | Carrot Shredded OSI TF 4/5# | | N | $18.69 | $18.69 | |
| 1 00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1 00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $22.88 | $22.88 | |
| 1 00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14.71 | $14.71 | |
| 2 00 | 2 00 | SACK | 200500 | Onion Yellow Jumbo 50# | | N | $16.20 | $32.40 | |
| 1 00 | 1 00 | CASE | 175700 | Orange Sk Choice 088 Ct. | | N | $25.08 | $25.08 | |
| 1 00 | 1 00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | N | $14.08 | $14.08 | |
| 1 00 | 1 00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.16 | $17.16 | |
| 1 00 | 1 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26.57 | $26.57 | |
| 2 00 | 2 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $55.06 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorney fees, and costs necessary to collect any balance due hereunder. Interest, attorney fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $292.59 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $292.59 |

Cases= 13.00 Splits= 2.00

Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5466
Fax: (214) 421 - 2222

Accounting: ( )

# Invoice 182814

Customer FURRS / FUR302

Route: 137

Stop: 8



"101FURRS 182814"



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date 01/17/2014 | | | Ship Via 2065037 | | Due Date 02/07/2014 | | Terms 21 Day Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Purchase Order Number FRG3021401648007 | | | Order Date 01/17/2014 | | Salesperson EG | Order Taker WEB-2 | | Our Order Number 456181 | | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17 13 | $34 26 | |
| 12.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17 26 | $34 52 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | N | $6 64 | $6 64 | |
| 1.00 | 1.00 | CASE | 106550 | Lettuce Iceberg Liner 24 Ct | | | N | $18 58 | $18 58 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | N | $18 51 | $18 51 | |
| 1.00 | 1.00 | 10LB | 114706 | Pepper Jalapeno 35-40# | | | N | $14 08 | $14 08 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | N | $15 55 | $15 55 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $27 53 | $27 53 | |
| 1.00 | 1.00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | $19 40 | $19 40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | NonTaxable Subtotal | $189.07 |
|---|---|---|
| • | Taxable Subtotal | $0.00 |
| | Tax 0.000% | $0.00 |
| | Total Invoice | $189.07 |

Cases= 9.00  Splits= 2.00

Signature:_____

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 185686

**Customer FURRS / FUR302**

Route: 137

Stop: 9



'I01FURRS 185686'



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/22/2014 | | | 2071485 | | 02/12/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG30214012148155 | | | | 01/22/2014 | EG | | WEB-2 | | 459678 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |

| Ordered | Shipped | Pack | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17.48 | $17.48 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $17.20 | $34.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $33.32 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $181.79 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $181.79 |

Cases= 10.00  Splits= 0.00

Signature: _____

Page 1



ndie's
2013
CELEBRATING 70 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) - -

# Invoice 186972

Customer FURRS / FUR302

Route: 137

Stop: 11



"101FURRS 186972"

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/24/2014 | | | 2073263 | | 02/14/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| FRG3021401234S217 | | | | 01/24/2014 | EG | WEB-2 | | | 450669 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 100790 | Broccoli Crowns 18-20# | | | N | $17 13 | $17.13 | |
| 2 00 | 2 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17 26 | $34.52 | |
| 1 00 | 1 00 | BAG | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | N | $6 64 | $6 64 | |
| 1 00 | 1 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | $26 57 | $26 57 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | | N | $15 55 | $15 55 | |
| 2 00 | 2 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $27 53 | $55 06 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | $19 40 | $19 40 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $195.13 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $195.13 |

Cases= 9 00  Splits= 1 00

Signature: _____



# Invoice 188456

**Customer FURRS / FUR302**

Route: 137

Stop: 8



'l01FURRS 188456'

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #3.2 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885 1541

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/27/2014 | | | 2077120 | | 02/17/2014 | | 21 Day Terms | | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| | 1HO3021401264B299 | | | 01/27/2014 | EG | | WEB-2 | | 462785 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 2 00 | 2 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17 13 | $34 26 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17 26 | $17 26 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13 45 | $13 45 | |
| 1 00 | 1 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | | N | $26 32 | $26 32 | |
| 1 00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | | | N | $18 58 | $18 58 | |
| 1 00 | 1 00 | SACK | 203153 | Onion Red Jumbo 25# | | | | N | $16 21 | $16 21 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $17 20 | $17 20 | |
| 1 00 | 1 00 | 10LB | 114700 | Pepper Jalapeno 35-40# | | | | N | $14 08 | $14 08 | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | $16 66 | $16 66 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | | |
|---|---|---|
| NonTaxable Subtotal | | $174.02 |
| Taxable Subtotal | | $0.00 |
| Tax 0.000% | | $0.00 |
| Total Invoice | | $174.02 |

Cases= 9.00  Splits= 1 00

Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )   -

# Invoice 189742

**Customer FURRS / FUR302**

Route: 137

Stop: 7



*101FURRS 189742*

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|------|---|---|----------|---|----------|---|-------|---|---|---|
| 01/29/2014 | | | 2079457 | | 02/19/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number | |
| FRG302140128485356 | | | 01/29/2014 | | EG | | WEB-2 | | 463980 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|----------|---|---|-----------|-------------|---|-----|-----|-----------|--------|------|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17.13 | $17.13 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17.26 | $17.26 | |
| 1 00 | 1 00 | CASE | 102100 | Cauliflower 12 Ct Cello | | | N | $17.48 | $17.48 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | N | $21.80 | $21.80 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | N | $18.51 | $18.51 | |
| 2 00 | 2 00 | CASE | 101550 | Mesclun Mix 3# | | | N | $8.35 | $16.70 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $17.20 | $17.20 | |
| 2 00 | 2 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | N | $27.53 | $55.06 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $181.14 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $181.14 |

Signature: _____

Cases= 10.00  Splits= 0.00

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426-5666
Fax: (214) 421-2222

Accounting: ( )

# Invoice 190771

**Customer FURRS / FUR302**

Route: 137

Stop: 10



'101FURRS 190771'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|------|---|----------|---|----------|---|-------|---|---|---|
| 01/31/2014 | | 2081594 | | 02/21/2014 | | 21 Day Terms | | | |

| Purchase Order Number | | | Order Date | | Salesperson | | Order Taker | | Our Order Number |
|---|---|---|---|---|---|---|---|---|---|
| FRG30214013048428 | | | 01/31/2014 | | EG | | WEB-2 | | 465526 |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | N | $17.26 | $17.26 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | | N | $13.84 | $13.84 | |
| 1 00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | N | $21.80 | $21.80 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | | N | $13.45 | $13.45 | |
| 1 00 | 1 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | $28.57 | $28.57 | |
| 2 00 | 2 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16.66 | $33.32 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | $19.40 | $19.40 | |

Delight yourr guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $165.90 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $165.90 |

Cases= 9.00  Splits= 0.00

Signature:

Page 1



# Invoice 192426

**Customer FURRS** / FUR302

Route: 137

Stop: 7



"101FURRS 192426"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2223          Accounting: ( ) -



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #302 - Sulphur Springs
1300 Mockingbird Lane
Sulphur Springs TX 75482
(903) 885-1541

NN-Did Not Need NO-Did Not Order OO-OverOrdered MK-Mis-keyed SH-Short On Truck BO-Bad Product SW-Mis-shipped DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/03/2014 | | | 2085235 | | 02/24/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| FRG3021402024B499 | | | | 02/03/2014 | EG | WEB-2 | | | 468185 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 2.00 | 2.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.88 | $35.76 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17.26 | $34.52 | |
| 1.00 | 1.00 | BAG | 221400 | Cabbage Red Shredded 1/6" 4/5# | | | | N | $6.64 | $6.64 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | | | N | $18.03 | $18.03 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | $19.39 | $19.39 | |
| 2.00 | 2.00 | SACK | 300600 | Onion Yellow Jumbo 50# | | | | N | $19.22 | $38.44 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | | N | $15.99 | $15.99 | |

Delight your guests with fresh cut flowers for Valentine's Day!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $168.77 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $168.77 |

Cases= 9.00  Splits= 1.00          Signature: _____          Page 1



# Invoice 997914

**Customer FURRS / FUR313**

Route: 125

Stop: 7

"!01FURRS 997914"

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( ) -



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | Ship Via | | Due Date | | Terms |
|------|----------|---|----------|---|-------|
| 09/06/2013 | 1908315 | | 09/27/2013 | | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|-----------------------|------------|-------------|-------------|------------------|
| FRG31313090543555 | 09/06/2013 | EG | WEB-2 | 976976 |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20.20 | $20.20 | |
| 1.00 | 1.00 | CASE | 173400 | Cantaloupe 15-18 Ct | | | N | $13.96 | $13.96 | |
| 1.00 | 1.00 | CASE | 102100 | Cauliflower 12 Ct Cello | | | N | $17.48 | $17.48 | |
| 1.00 | 1.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | | N | $5.34 | $5.34 | |
| 2.00 | 2.00 | CASE | 601350 | Eggs Large 15 Dozen | | | N | $21.03 | $42.06 | |
| 1.00 | 1.00 | CASE | 174000 | Honeydew 8 Ct | | | N | $13.50 | $13.50 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | | | N | $13.45 | $26.90 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 CL | | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | N | $14.84 | $14.84 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35-40# | | | N | $36.77 | $36.77 | |
| 4.00 | 4.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | $21.18 | $84.72 | |
| 1.00 | 1.00 | CASE | 203450 | Potato Sweet #1 6-8 Oz. 40# | | | N | $24.97 | $24.97 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | N | $24.97 | $24.97 | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16.66 | $33.32 | |
| 2.00 | 2.00 | CASE | 177550 | Strawberry 8/1# | | | N | $16.09 | $32.18 | |

Get the inside scoop with a Hardie's warehouse tour!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $452.65 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $452.65 |

Cases= 23.00  Splits= 1.00    Signature    DINIA RODRIGUEZ    Page 1



Hardie's
CELEBRATING 70 YEARS

P.O. Box 610284
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )

# Invoice 157030

**Customer FURRS / FUR313**

Route: 125

Stop: 12



"101FURRS 157030"

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DO-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/02/2013 | | | 2011756 | | 12/23/2013 | | 21 Day Terms | | | |
| Purchase Order Number | | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| FRG31313120146520 | | | | 12/02/2013 | EG | WEB-2 | | | 376906 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | | | N | $29.75 | $29.75 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | N | $20.20 | $20.20 | BD |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | N | $21.80 | $21.80 | |
| 1.00 | 1.00 | CASE | 311900 | Leaves Banane 10/3# | | | N | $40.50 | $40.50 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | | N | $22.56 | $22.56 | |
| 1.00 | 1.00 | CASE | 112950 | Mushroom Sliced 10# | | | N | $18.10 | $18.10 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | N | $14.11 | $14.11 | |
| 1.00 | 1.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | N | $16.20 | $16.20 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu. | | | N | $22.56 | $22.56 | |
| 1.00 | 1.00 | CASE | 118775 | Tomato Grape 10 lb | | | N | $17.20 | $17.20 | |

Happy Holidays from Hardie's

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.



| | |
|---|---|
| NonTaxable Subtotal | $256.91 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $256.91 |

Cases= 12.00  Splits= 0.00

Signature:

Page 1



**Hardie's**

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )  -

# Invoice 168788

**Customer FURRS / FUR313**

Route: 136

Stop: 5



*101FURRS 168788*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | |
|---|---|---|---|---|---|---|---|---|
| 12/20/2013 | | 2032562 | | 01/10/2014 | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | Our Order Number | |
| FRG3131312194710) | | | 12/20/2013 | EG | WEB-2 | | 423685 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $17 26 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $14 34 | $14 34 | |
| 1 00 | 00 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17 48 | $17 48 | |
| 1 00 | 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13 45 | $13 45 | |
| 1 00 | 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18 58 | $18 58 | |
| 1 00 | 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24 35 | $24 35 | |
| 1 00 | 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18 30 | $18 30 | |
| 1 00 | 00 | SACK | 200600 | Onion Yellow Jumbo 50# Short Is per | | N | $16 20 | $16 20 | SH |
| 1 00 | 00 | CASE | 178950 | Pineapple Premium Golden 8 Ct | | N | $17 16 | $17 16 | |
| 1 00 | 00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | $14 18 | $14 18 | |
| 3 00 | 3 00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $25 57 | $76 71 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15 55 | $15 55 | |
| 1 00 | 00 | CASE | 115950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $16 66 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27 53 | $27 53 | |
| 1 00 | 00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17 20 | $17 20 | |

**Ask about our HOT BUY on Cauliflower this week!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

$337.34

| | |
|---|---|
| NonTaxable Subtotal | $343 46 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $343 46 |

Cases= 18.00 Splits= 0.00    Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )

# Invoice 173913

**Customer FURRS** / FUR313

Route: 125

Stop: 7



*101FURRS 173913*



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/02/2014 | | 2045333 | | 01/23/2014 | | | 21 Day Terms | | |
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
| FRG31313123147477 | | | 01/02/2014 | | EG | WEB-2 | | 446417 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty/Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17 13 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $17 26 | |
| 1.00 | 1.05 | CASE | 102100 | Cauliflower 12 Ct Cello | | N | $17.48 | $17 48 | |
| 1 00 | 1.00 | CASE | 102350 | Celery 36 Ct | | N | $25 09 | $25.09 | |
| 1 00 | 1 00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.59 | $5 59 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21.80 | $21.80 | |
| 1 00 | 1 00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $26.88 | $26 88 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13 45 | $13.45 | |
| 1 00 | 1.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26 32 | $26.32 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $18 58 | |
| 1 00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1 00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18 30 | |
| 1 00 | 1.00 | CASE | 112950 | Mushroom Sliced 10# | | N | $18.20 | $18 20 | |
| 1 00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16.50 | $16.50 | |
| 1 00 | 1 00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14 71 | $14.71 | |
| 1 00 | 1 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $16 20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:



Hardie's

CELEBRATING 70 YEARS

P.O. Box 610464
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 3222

Accounting: ( )

# Invoice 173913

**Customer FURRS / FUR313**

Route: 125

Stop: 7

*01FURRS 173913*

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Old Not Order  OO-OverOrdered  MK-Mis-kayed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | Terms | |
|---|---|---|---|---|---|---|---|---|
| 01/02/2014 | | 2045333 | | 01/23/2014 | | | 21 Day Terms | |

| Purchase Order Number | | Order Date | Salesperson | Order Taker | Order Number |
|---|---|---|---|---|---|
| FRG31313123147477 | | 01/02/2014 | EG | WEB-2 | 446417 |

| Quantity | | | Item Code | Description | COD | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $30.15 | $30.15 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $28.36 | |
| 1 00 | 1 00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19.40 | $19.40 | |
| 1.00 | 1 00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $17.20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $434.90 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $434.90 |

Cases= 22.00 Splits= 1 00

Signature: _____

Page 2



# Invoice 175146

**Customer** FURRS  / FUR313

Route: 125

Stop: 7

*101FURRS 175146*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( )  -



**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Data | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2014 | | | 2048672 | | 01/25/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| FRG31314010347582 | | | | 01/04/2014 | EO | | WEB-2 | | | 448296 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17.13 | |
| 1 00 | 1 00 | CASE | 221400 | Cabbage Red Shredded 1/8" 4/5# | | | | N | $20.55 | $20.55 | |
| 1 00 | 1 00 | CASE | 173400 | Cantaloupe 15-18 Ct | | | | N | $21.33 | $21.33 | |
| 1 00 | 1.00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | $14.34 | $14.34 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | | | N | $21.80 | $21.80 | |
| 1 00 | 1 00 | CASE | 174000 | Honeydew 8 Ct | | | | N | $18.04 | $18.04 | |
| 2 00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | | | | N | $13.45 | $26.90 | |
| 2 00 | 2 00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | | | N | $26.32 | $52.64 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | | | N | $18.58 | $18.58 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | | | N | $18.51 | $18.51 | |
| 1 00 | 1 00 | CASE | 110000 | Mushroom Button (Small) 10# | | | | N | $18.30 | $18.30 | |
| 1 00 | 1 00 | CASE | 112950 | Mushroom Sliced 10# | | | | N | $18.20 | $18.20 | |
| 1 00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | | | N | $14.71 | $14.71 | |
| 2 00 | 2 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $16.20 | $32.40 | |
| 1 00 | 1 00 | CASE | 175700 | Orange Sk Choice 088 Ct | | | | N | $22.93 | $22.93 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Crop 1 1/9 Bu | | | | N | $16.68 | $16.68 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:

Page 1



Edie's
CELEBRATING 70 YEARS

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

# Invoice 175146

**Customer FURRS / FUR313**

Route: 125

Stop: 7

*101FURRS 175146*

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/2014 | | 2048672 | | 01/25/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | | Our Order Number | |
| FRG31314010347582 | | | 01/04/2014 | | EG | WEB-2 | | | 448296 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct. | | | | N | $17.16 | $17.16 | |
| 4.00 | 4.00 | CASE | 202200 | Potato Idaho 090 Ct. | | | | N | $14.18 | $56.72 | |
| 2.00 | 2.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | | N | $25.57 | $51.14 | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | | | N | $9.38 | $9.38 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2.5# | | | | N | $15.55 | $15.55 | |
| 3.00 | 0.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | $16.66 | $0.00 | |
| 1.00 | 1.00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | | N | $14.66 | $14.66 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | | N | $27.53 | $27.53 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | | | N | $17.20 | $34.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $599.84 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $599.84 |

Cases= 32.00  Splits= 1.00

Signature: 

Page 2



P.O. Box 656484
Dallas TX 75261
Phone: (214) 426 - 5066
Fax: (214) 421 - 2322

Accounting: [ ] -

# Invoice 175358

**Customer FURRS / FUR313**

Route: 806

Stop: 08



*101FURRS 175358*



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DO-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/04/2014 | | | | 01/25/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| n/a | | | 01/04/2014 | EG | | SALVARADO | | 448890 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16 66 | $16 66 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $16 66 |
| Taxable Subtotal | $0 00 |
| Tax 0.000% | $0 00 |
| Total Invoice | $16.66 |

Cases= 1 00   Splits= 0 00    Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426-5666
Fax: (214) 421-2222        Accounting: ( )

# Invoice 175986

**Customer FURRS / FUR313**

Route: 125

Stop: 7



*101FURRS 175986*

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
| --- | --- | --- | --- |
| 01/06/2014 | 2051179 | 01/27/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
| --- | --- | --- | --- | --- |
| FRG31314010547645 | 01/06/2014 | EG | WEB-2 | 449310 |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty / Reason |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 170650 | Apple GS Premium 88 Ct | | N | $37.85 | $37.85 | |
| 1 00 | 1 00 | CASE | 171400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25.85 | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13.84 | $13.84 | |
| 1 00 | 1 00 | CASE | 173800 | Grapes Red Seedless 18-20# | | N | $38.38 | $38.38 | |
| 2 00 | 2 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $26.90 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $18.58 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1 00 | 1 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1 00 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu. | | N | $22.68 | $22.68 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $28.36 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2.5# | | N | $15.55 | $15.55 | |
| 3 00 | 3 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $49.98 | |
| 2 00 | 2 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14.66 | $29.32 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)        Signature: _____        Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: 1 1 -

# Invoice 175986

**Customer FURRS / FUR313**

Route: 125

Stop: 7

*101FURRS 175986*

**Bill To:**
Furr's Family Dining
2701 F Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | | Terms | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/06/2014 | | | 2051179 | | 01/27/2014 | | | 21 Day Terms | | |
| Purchase Order Number | | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG31314010547645 | | | | 01/06/2014 | EG | | WEB-2 | | 449310 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | Qty. Reason |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $34.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $477.36 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $477.36 |

Cases= 25.00  Splits= 0.00

Signature: _____

Page 2



P.O. Box 630484
Dallas TX 75263
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: 1 1 -

# Invoice 177576

**Customer FURRS / FUR313**

Route: 805

Stop: 13



"101FURRS 177576"



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  OD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/08/2014 | | | | 01/29/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | Order Taker | | | Our Order Number | |
| | | | 01/08/2014 | EG | IRODRIGUEZ | | | 451014 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 172700 | Banana Color Four Green Tip 40# | | | N | $20 26 | $20 26 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $20.26 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $20.26 |

Cases= 1.00  Splits= 0 00

Signature: _____

Page 1



# Invoice 177388

**Customer FURRS / FUR313**

Route: 125

Stop: 6



*101FURRS 177388*

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222

Accounting: ( ) -

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/08/2014 | | 2054133 | | 01/29/2014 | | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | | |
| FRG3131401074715 | | | 01/08/2014 | EG | | WEB-2 | | 450687 | | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 173750 | Banana 5 Color 40# | | N | $20 26 | $20 26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 13 | $17 13 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17 26 | $17 26 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 1 00 | 1 00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $24 88 | $24 88 | |
| 1 00 | 1 00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13 45 | $13 45 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 112950 | Mushroom Sliced 10# | | N | $18 20 | $18 20 | |
| 2 00 | 2 00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16 20 | $32 40 | |
| 3 00 | 3 00 | CASE | 202200 | Potato Idaho 090 Ct. | | N | $14 18 | $42 54 | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16 66 | $16 66 | |
| 1 00 | 1 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14 66 | $14 66 | |
| 1 00 | 1 00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17 20 | $17 20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

NonTaxable Subtotal
Taxable Subtotal
Tax 0.000%
Total Invoice



Cases= 16.00  Splits= 0.00

Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 436 - 5666
Fax (214) 421 - 2222

Accounting: 1 1 -

# Invoice 178712

**Customer FURRS / FUR313**

Route: 136

Stop: 10



"101FURRS 178712"



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | | Ship Via | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/2014 | | | 2056897 | | 01/31/2014 | | 21 Day Terms | | | | |
| | Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| | FRG31314010947785 | | | 01/10/2014 | EG | | WEB-2 | | | 451767 | |
| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | | | N | $17.26 | $17.26 | |
| 2.00 | 2.00 | SACK | 101900 | Carrot Medium Table 25# | | | | N | $13.84 | $27.68 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Cr | | | | M | $13.45 | $26.90 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Cr | | | | N | $28.32 | $52.64 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | | | N | $18.30 | $18.30 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | | | N | $16.50 | $16.50 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | | | N | $16.20 | $32.40 | |
| 1.00 | 1.00 | CASE | 114700 | Pepper Jalapeno 35-40# | | | | M | $30.15 | $30.15 | |
| 1.00 | 1.00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu | | | | N | $22.68 | $22.68 | |
| 3.00 | 3.00 | CASE | 202700 | Potato Idaho 090 Cr | | | | N | $14.18 | $42.54 | |
| 2.00 | 2.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | | | N | $25.57 | $51.14 | |
| 1.00 | 1.00 | BAG | 241200 | Radish Trimmed 4/5# | | | | N | $9.38 | $9.38 | |
| 1.00 | 1.00 | CASE | 242950 | Spinach Flat 4/2 5# | | | | N | $15.55 | $15.55 | |
| 2.00 | 2.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | | N | $16.66 | $33.32 | |

## Wishing you a fresh and flavorful New Year!

The Perishable Agricultural Commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

Signature: _____



# Invoice 178712

P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2223

Accounting: ( )

**Customer FURRS / FUR313**

Route: 135

Stop: 10



*101FURRS 178712*

Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/2014 | | 2056897 | | 01/31/2014 | | 21 Day Terms | | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | | Our Order Number | |
| FRG31314010947785 | | | 01/10/2014 | EG | | WEB-2 | | | 451767 | |

| Quantity | | | Item Code | Description | | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | | | N | $27.53 | $27.53 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | | | N | $17.20 | $34.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $520.11 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $520.11 |

27.00 Splits= 1.00          Signature:_____

Page 2



P.O. Box 650484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )   -

# Invoice 179326

**Customer FURRS / FUR313**

Route: 125

Stop: 7



'101FURRS 179326'



Bill To:
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2014 | | 2058850 | | 02/01/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | | Salesperson | Order Taker | | Our Order Number | |
| FRG31314011047832 | | | 01/11/2014 | | EG | WEB-2 | | 452815 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 1/1400 | Apple Red XFCY 88 Ct | | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $34.52 | |
| 1.00 | 1.00 | BAG | 225750 | Cilantro Taylor Farms C&W 4/1# | | N | $5.59 | $5.59 | |
| 1.00 | 1.00 | CASE | 601350 | Eggs Large 15 Dozen | | N | $24.88 | $24.88 | |
| 1.00 | 1.00 | CASE | 174000 | Honeydew 8 Ct | | N | $18.04 | $18.04 | |
| 2.00 | 2.00 | CASE | 10/650 | Kale Premium 24 Ct | | N | $13.45 | $26.90 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct. | | N | $26.32 | $52.64 | |
| 2.00 | 2.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18.58 | $37.16 | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $37.02 | |
| 1.00 | 1.00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24.35 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 1.00 | 1.00 | CASE | 112950 | Mushroom Sliced 10# | | N | $18.20 | $18.20 | |
| 1.00 | 1.00 | CASE | 232350 | Onion Green Clean & Trim 4/2# | | N | $16.50 | $16.50 | |
| 1.00 | 1.00 | SACK | 200150 | Onion Red Jumbo 25# | | N | $14.21 | $14.21 | |
| 2.00 | 2.00 | SACK | 200800 | Onion Yellow Jumbo 50# | | N | $16.20 | $32.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the
Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these
commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the
sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect
any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be
considered sums owing in connection with this transaction under the PACA trust.

Signature:_____



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222   Accounting: ( ) -

# Invoice 179326

**Customer FURRS   / FUR313**

Route: 125

Stop:   7



ˉ101FURRS  179326ˉ

Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Old Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/11/2014 | | 2058850 | | 02/01/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG31314011047832 | | | 01/11/2014 | EG | | WES-2 | | 452815 | |

| Quantity | | | Item Code | Description | | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | | N | $16.68 | $16 68 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct. | | | N | $14 18 | $28 36 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 S# | | | N | $15.55 | $15 55 | |
| 1 00 | 1 00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | | N | $16 66 | $16 66 | |
| 1 00 | 1 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | | N | $14.66 | $14 66 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | | N | $19 40 | $19 40 | |
| 1 00 | 1 00 | CASE | 118775 | Tomato Grape 10 lb | | | N | $17 20 | $17 20 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $552.46 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $552.46 |

Cases= 30 00  Splits= 1 00          Signature: _____          Page  2



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222   Accounting: ( )  -

# Invoice 180107

**Customer FURRS / FUR313**

Route: 125

Stop: 8



*101FURRS 180107*



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|------|----------|----------|-------|
| 01/13/2014 | 2060743 | 02/03/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|------|------|------|------|------|
| FRG31314011247892 | 01/13/2014 | EG | WEB-2 | 453585 |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20 26 | $20 26 | |
| 1 00 | 1 00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17 13 | $17 13 | |
| 1 00 | 1 00 | SACK | 101900 | Carrot Medium Table 25# | | N | $13 84 | $13 84 | |
| 1 00 | 1 00 | CASE | 102350 | Celery 36 Ct | | N | $22 38 | $22 38 | |
| 1 00 | 1 00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | | N | $21 80 | $21 80 | |
| 1 00 | 1 00 | CASE | 112950 | Mushroom Sliced 10# | | N | $18 20 | $18 20 | |
| 1 00 | 1 00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu. | | N | $16 68 | $16 68 | |
| 2 00 | 2 00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14 18 | $28.36 | |
| 1 00 | 1 00 | CASE | 118100 | Tomato Bulk 6x6 Large 25# | | N | $19 40 | $19 40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $178.05 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $178.05 |

Cases= 10 00  Splits= 0 00

Signature:

Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )

# Invoice 181531

### Customer FURRS / FUR313

Route: 136

Stop: 8



*101FURRS 181531*



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BO-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/15/2014 | | 2063159 | | 02/05/2014 | | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Cus Order Number | | |
| FRG3131401447944 | | | 01/15/2014 | EG | | WEB-2 | | 455015 | | |

| Quantity | | | Item Code | Description | COD | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1 00 | 1 00 | CASE | 170650 | Apple GS Premium 88 Ct. | | N | $37.85 | $37 85 | |
| 1 00 | 1 00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1 00 | 1 00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | | N | $17.26 | $17.26 | |
| 1 00 | 1 00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct | | N | $18 58 | $18 58 | |
| 1 00 | 1 00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18 51 | $18 51 | |
| 1 00 | 1 00 | CASE | 109750 | Mesclun Mix 4/3# | | N | $24.35 | $24 35 | |
| 1 00 | 1 00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18 30 | |
| 1 00 | 1 00 | CASE | 114700 | Pepper Jalapeno 35-40# | | N | $30 20 | $30.20 | |
| 1 00 | 1 00 | CASE | 114950 | Pepper Red Bell Chopper 1 1/9 Bu. | | N | $22.68 | $22 68 | |
| 1 00 | 1 00 | CASE | 242950 | Spinach Flat 4/2 5# | | N | $15 55 | $15.55 | |
| 1 00 | 1 00 | CASE | 117050 | Squash Zucchini Medium 23-25# | | N | $14.66 | $14.66 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $238.20 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $238.20 |

Cases= 11 00  Splits= 0 00    Signature:    Page 1



O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222    Accounting: ( )

# Invoice 182093

**Customer FURRS / FUR313**

Route: )25

Stop: 10



'K)1FURRS 182093'



Bill To:
Furr's Family Dining
2701 E Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

Ship To:
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-kayed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | | Ship Via | | Due Date | | Terms | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/16/2014 | | 2054519 | | 02/06/2014 | | 21 Day Terms | | | |
| Purchase Order Number | | | Order Date | Salesperson | | Order Taker | | Our Order Number | |
| FRG31314011547988 | | | 01/16/2014 | EG | | WEB-2 | | 455771 | |

| Quantity | | | Item Code | Description | COO | Tax | Unit Price | Amount | Return Qty Reason |
|---|---|---|---|---|---|---|---|---|---|
| Ordered | Shipped | Pack | | | | | | | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | | N | $20.26 | $20.26 | |
| 1.00 | 1.00 | CASE | 100700 | Broccoli Crowns 18-20# | | N | $17.13 | $17.13 | |
| 1.00 | 1.00 | CASE | 173400 | Cantaloupe 15-18 Ct | | N | $21.33 | $21.33 | |
| 1.00 | 1.00 | CASE | 107650 | Kale Premium 24 Ct | | N | $13.45 | $13.45 | |
| 2.00 | 2.00 | CASE | 174650 | Lemon Sk Choice 165 Ct | | N | $26.32 | $52.64 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | | N | $18.58 | $18.58 | |
| 1.00 | 1.00 | CASE | 108850 | Lettuce Romaine 24 Ct | | N | $18.51 | $18.51 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | | N | $18.30 | $18.30 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | | N | $16.20 | $32.40 | |
| 1.00 | 1.00 | CASE | 114550 | Pepper Green Bell Chop 1 1/9 Bu | | N | $16.68 | $16.68 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | | N | $17.18 | $17.18 | |
| 3.00 | 3.00 | CASE | 202200 | Potato Idaho 090 Ct | | N | $14.18 | $42.54 | |
| 1.00 | 1.00 | CASE | 203550 | Potato Sweet Jumbo 40# | | N | $26.57 | $26.57 | |
| 1.00 | 1.00 | CASE | 116950 | Squash Yellow Straight Med 23-25# | | N | $16.66 | $16.66 | |
| 1.00 | 1.00 | FLAT | 177450 | Strawberry 8/1# Domes Driscoll | | N | $27.53 | $27.53 | |
| 2.00 | 2.00 | CASE | 118775 | Tomato Grape 10 lb | | N | $17.20 | $34.40 | |

Wishing you a fresh and flavorful New Year!

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.
Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

| | |
|---|---|
| NonTaxable Subtotal | $394.14 |
| Taxable Subtotal | $0.00 |
| Tax 0.000% | $0.00 |
| Total Invoice | $394.14 |

Cases= 21.00  Splits= 0.00    Signature:    Page 1



P.O. Box 610484
Dallas TX 75261
Phone: (214) 426 - 5666
Fax: (214) 421 - 2222     Accounting: ( )

# Invoice 183371

**Customer FURRS   / FUR313**

Route: 125

Stop:    6



*101FURRS  183371*

**Bill To:**
Furr's Family Dining
2701 E. Plano Parkway
Suite 200
Plano TX 75074
(214) 291-2842

**Ship To:**
Furr's #313 - S. Arlington
300 E Interstate 20
Arlington TX 76018
(817) 467-7001

NN-Did Not Need  NO-Did Not Order  OO-OverOrdered  MK-Mis-keyed  SH-Short On Truck  BD-Bad Product  SW-Mis-shipped  DD-Damaged On Delivery

| Date | Ship Via | Due Date | Terms |
|---|---|---|---|
| 01/18/2014 | 2067328 | 02/08/2014 | 21 Day Terms |

| Purchase Order Number | Order Date | Salesperson | Order Taker | Our Order Number |
|---|---|---|---|---|
| FRG31314011748055 | 01/18/2014 | EG | WEB-2 | 457460 |

| Ordered | Shipped | Pack | Item Code | Description | CR/CR Tax | Unit Price | Amount | Return Qty |
|---|---|---|---|---|---|---|---|---|
| 1.00 | 1.00 | CASE | 170650 | Apple GS Premium 88 Ct. | N | $37.85 | $37.85 | |
| 1.00 | 1.00 | CASE | 171400 | Apple Red XFCY 88 Ct | N | $25.85 | $25.85 | |
| 1.00 | 1.00 | CASE | 172750 | Banana 5 Color 40# | N | $20.26 | $20.26 | |
| 2.00 | 2.00 | CASE | 101250 | Cabbage Green Medium Carton 45-50# | N | $17.26 | $34.52 | |
| 1.00 | 1.00 | CASE | 221400 | Cabbage Red Shredded 1/8" 4/5# | N | $20.55 | $20.55 | |
| 2.00 | 2.00 | SACK | 101900 | Carrot Medium Table 25# | N | $13.84 | $27.68 | |
| 1.00 | 1.00 | CASE | 102750 | Cucumber Select 1 1/9 Bu 45-55# | N | $21.80 | $21.80 | |
| 2.00 | 2.00 | CASE | 107650 | Kale Premium 24 Ct | N | $13.45 | $26.90 | |
| 1.00 | 1.00 | CASE | 174650 | Lemon Sk Choice 185 Ct. | N | $26.32 | $26.32 | |
| 1.00 | 1.00 | CASE | 108550 | Lettuce Iceberg Liner 24 Ct. | N | $18.58 | $18.58 | |
| 2.00 | 2.00 | CASE | 108850 | Lettuce Romaine 24 Ct | N | $18.51 | $37.02 | |
| 1.00 | 1.00 | CASE | 110000 | Mushroom Button (Small) 10# | N | $18.30 | $18.30 | |
| 1.00 | 1.00 | CASE | 112950 | Mushroom Sliced 10# | N | $18.20 | $18.20 | |
| 2.00 | 2.00 | SACK | 200600 | Onion Yellow Jumbo 50# | N | $16.20 | $32.40 | |
| 1.00 | 1.00 | CASE | 175700 | Orange Sk Choice 088 Ct. | N | $25.08 | $25.08 | |
| 1.00 | 1.00 | CASE | 176950 | Pineapple Premium Golden 8 Ct | N | $17.16 | $17.16 | |
| 1.00 | 1.00 | CASE | 203450 | Potato Sweet #1 6-8 Oz. 40# | N | $26.57 | $26.57 | |

**Wishing you a fresh and flavorful New Year!**

The Perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

Interest at 1.5%/month added to unpaid balance. Buyer agrees to pay interest, attorneys fees, and costs necessary to collect any balance due hereunder. Interest, attorneys fees, and costs necessary to collect any balance due hereunder shall be considered sums owing in connection with this transaction under the PACA trust.

(Continued)

Signature:

Page   1