John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE:<br><br>BUFFET PARTNERS, L.P., et al.<br><br>DEBTORS.[1] | CASE NO. 14-30699-11<br><br>CHAPTER 11<br><br>Jointly Administered |

**NOTICE OF HEARING**
*[Relates to Docket No. 8]*

**PLEASE TAKE NOTICE** that a hearing on the following matter filed by the Debtors is set for hearing on **March 4, 2014 at 10:00 A.M. (Prevailing Central Time)** before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, in Courtroom 3, 14th Floor, 1100 Commerce Street, Dallas, Texas  75242-1496:

- Debtors' Emergency Motion to Pursuant to 11 U.S.C. §§ 105(a) and 1107(a) and 7 U.S.C. § 499a *et seq.* to Establish Critical Vendor and PACA Vendor Payment Procedures [Docket No. 8] (final hearing).

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

| | |
|---|---|
| Dated: February 17, 2014<br>Dallas, Texas | Respectfully submitted,<br><br>**BAKER & McKENZIE LLP**<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 2300<br>Dallas, Texas 75201<br>Tel: (214) 978-3000<br>Fax: (214) 978-3099<br>Emails: john.mitchell@bakermckenzie.com<br>rosa.shirley@bakermckenzie.com<br><br>By: */s/ John E. Mitchell*<br>John E. Mitchell, SBT # 00797095<br>Rosa A. Shirley, SBT #24056313<br><br>**PROPOSED ATTORNEYS<br>FOR THE DEBTORS** |

## CERTIFICATE OF SERVICE

This is to certify that on February 17, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid, or electronic mail, to those parties listed on the Debtors' Master Service List.

*/s/ Rosa A. Shirley*
Rosa A. Shirley