John Massouh SBN 24026866
SPROUSE SHRADER SMITH P.C.
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

*Attorneys for Kendrick Oil Company*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § § § § § | CASE NO. 14-30699-hdh11 |
| BUFFET PARTNERS, L.P., et al | | CHAPTER 11 |
| Debtors. | | (Jointly Administered) |

## NOTICE OF HEARING

You are hereby notified that a hearing on Kendrick Oil Company's Application for Allowance and Immediate Payment of Administrative Claim in the above-captioned bankruptcy proceeding [Doc. #89] is set for hearing on March 19, 2014 at 2:00 p.m. in U.S. Bankruptcy Court, Earle Cabell Federal Building, 1100 Commerce St., Rm. 1254, Dallas, Texas 75242.

Respectfully submitted,

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH P.C.
701 S. Taylor, Suite 500, 79101
P.O. Box 15008
Amarillo, Texas 79105-5008
806/468-3300
806/373-3454 (Fax)

/s/ John Massouh
　　John Massouh

ATTORNEYS FOR KENDRICK OIL COMPANY

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail on **February 18, 2014** upon all parties entitled to such notice as provided by the ECF filing system or mailed in the United States mail, postage prepaid, to the following:

**Debtor:**
Buffet Partners, L.P.
2701 E. Plano Parkway, Suite 200
Plano, TX 75074

**Debtor's Attorney:**
John E. Mitchell
Baker & McKenzie LLP
2001 Ross Ave., Suite 2300
Dallas, TX 75201

**U.S. Trustee:**
Office of the United States Trustee
1100 Commerce St., Rm. 976
Dallas, Texas  75242-1496

and to all parties requesting notice.

          /s/ John Massouh
            John Massouh

772457_1.docx
9627.03