Kevin M. Lippman (TX Bar No. 00784479)
Deborah M. Perry (TX Bar No. 24002755)
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Telephone:  (214) 855-7500
Facsimile:  (214) 855-7584
Email:   klippman@munsch.com
         dperry@munsch.com

and

Jeffrey N. Pomerantz (CA Bar No. 143717)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email:   jpomerantz@pszjlaw.com

Bradford J. Sandler (DE Bar No. 4142)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  bsandler@pszjlaw.com

*[Proposed] Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 14-30699-11 |
| BUFFET PARTNERS, L.P., et al., § | CHAPTER 11 |
| § | |
| Debtors. § | (Jointly Administered) |
| § | |
| § | **HEARING DATE: MARCH 19, 2014** |
| § | **HEARING TIME: 2:00 P.M. (CT)** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Motion of the Official Committee of Unsecured Creditors for Order Approving Information Access Protocol Under Sections 105(A), 107(B), and 1102(B)(3)(A) of the Bankruptcy Code* [Docket No. 110], (the "Motion") has been set for **March 19, 2014, at 2:00 p.m. (CT)**, before the Honorable Harlin D. Hale, at the U.S. Bankruptcy Court for the Northern District of Texas, Earl Cabell Building, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

Dated:  February 25, 2014       **MUNSCH HARDT KOPF & HARR, P.C**.
3800 Lincoln Plaza
500 N. Akard Street
Dallas, Texas 75201-6659
Telephone: (214) 855-7500
Facsimile: (214) 855-7584
E-mail:  klippman@munsch.com
E-mail:  dperry@munsch.com

By: /s/ Deborah M. Perry
    Kevin M. Lippman
    Texas Bar No. 00784479
    Deborah M. Perry
    Texas Bar No. 24002755

and

Jeffrey N. Pomerantz (CA Bar No. 143717)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Facsimile:  (310) 201-0760
Email: jpomerantz@pszjlaw.com

Bradford J. Sandler (DE Bar No. 4142)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com

**(PROPOSED) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

## CERTIFICATE OF SERVICE

      This is to certify that the undersigned caused a true and correct copy of the foregoing Notice of Hearing to be served upon all parties on the Limited Service List [Docket No. 102] via email (if available as indicated thereon) and via United States first class mail postage prepaid, and (ii) via email upon the parties that receive electronic notice in this case pursuant to the Court's ECF filing system, on the 25th day of February, 2014.

                                                                             /s/ Deborah M. Perry
                                                                             Deborah M. Perry

MHDocs 4970447_1 14559.1