John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

**PROPOSED ATTORNEYS FOR THE DEBTORS**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE: § § § | |
| § | CASE NO. 14-30699-11 |
| BUFFET PARTNERS, L.P., et al. § § | CHAPTER 11 |
| DEBTORS.[1] § § | (Jointly Administered) |
| § | |

NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
MARCH 4, 2014 AT 10:00 A.M. BEFORE THE HONORABLE HARLIN D. HALE AT
THE UNITED STATES BANKRUPTCY COURT, LOCATED AT
<u>1100 COMMERCE STREET, COURTROOM 3, 14th FLOOR, DALLAS, TEXAS 75242</u>

1. *Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Sections 105, 361, 362, and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(b), and (II) Granting Adequate Protection to the Prepetition Secured Lender* [Docket No. 10] ("<u>Cash Collateral Motion</u>") (final hearing)

    Objections:

    - *Omnibus Objection of PACA Creditors to (A) Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(B), and (II Granting Adequate Protection to the Prepetition Secured Lender and (B) Debtors'*

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

> *Emergency Motion Pursuant to 11 U.S.C. §§105(a) and 1107(a) and 7 U.S.C. §499a et seq. to Establish Critical Vendor and PACA Vendor Payment Procedures* [Docket Nos. 77, 78, 79, 80], filed by Food Services of America, Inc., Go Fresh Produce, Inc., Hardies Fruit and Vegetable Company Houston, LP, Hardies Fruit and Vegetable Company South LP, Hardies Fruit and Vegetable Company, LP, Loffredo Fresh Produce Co., Inc., Potato Specialty Co., Segovias Distributing, Inc., and Stern Produce Company, Inc.

- *PACA Trust Beneficiaries National Frozen Foods Corporation and the Pictsweet Company's Joinder with Omnibus Objection [Doc.77] Filed on February 14, 2014 by PACA Creditors Food Services of America, Inc. et al. to (A) Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Use of Cash Collateral Pursuant to Sections 105, 361, 362 and 363 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 4001(B), and (II Granting Adequate Protection to the Prepetition Secured Lender and (B) Debtors' Emergency Motion Pursuant to 11 U.S.C. §§105(a) and 1107(a) and 7 U.S.C. §499a et seq. to Establish Critical Vendor and PACA Vendor Payment Procedures* [Docket No. 121], filed by PACA Trust Creditors National Frozen Foods Corp. and The Pictsweet Company

- Informal objection of Inn Foods

- Informal comments/objections received from the Official Committee of Unsecured Creditors

Status: This matter is going forward.

2. *Debtors' Emergency Motion for Interim and Final Order Providing Adequate Assurance of Utility Payments* [Docket No. 6]

   Objections:

   - *Objection of Consolidated Edison Solutions, Inc. to the Debtors' Emergency Motion for Interim and Final Order Providing Adequate Assurance of Utility Payments* [Docket No. 81]

   - Informal objection by Oklahoma Gas and Electric Company

   - Informal objection by PNM

   Status: This matter is going forward.

3. *Debtors' Emergency [First] Motion to Reject Unexpired Leases of Non-Residential Real Property and Related Equipment Leases Pursuant to 11 U.S.C. § 365 Nunc Pro Tunc to the Petition Date* [Docket No. 9]

 Objections: None.

 Status: This matter is going forward.

4. *Emergency Motion to Authorize Maintenance of Certain Prepetition Bank Accounts and Cash Management System* [Docket No. 4] (final hearing)

 Objections: None.

 Status: This matter is going forward.

5. *Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Professionals* [Docket No. 40]

 Objections: None.

 Status: This matter is going forward.

6. *Application to Employ Bridgepoint Consulting LLC Pursuant to 11 U.S.C. § 327(a) to Provide Financial Advisory and Restructuring Services to the Debtors* [Docket No. 41]

 Objections: None.

 Status: This matter is going forward.

7. *Application for Approval of Employment of Baker & McKenzie LLP as Counsel for the Debtors* [Docket No. 42]

 Objections: None.

 Status: This matter is going forward.

8. *Application for an Order Authorizing the Employment and Retention of James W. Sargent as Special Finance Counsel Pursuant to 11 U.S.C. §§ 327(e) and 328(a) Nunc Pro Tunc to the Petition Date* [Docket No. 44]

 Objections: None.

 Status: This matter is going forward.

9. *Debtors' Emergency Motion Pursuant to 11 U.S.C. §§105(a) and 1107(a) and 7 U.S.C. §499a et seq. to Establish Critical Vendor and PACA Vendor Payment Procedures* [Docket No. 8]

   Objections:

   - *See* objections filed by various PACA creditors to the Cash Collateral Motion.

   - Informal comments/objections received from the Official Committee of Unsecured Creditors.

   Status:    This matter is going forward.

The Debtors reserve the right to amend and/or supplement this Notice of Agenda as appropriate.

Dated: February 28, 2014
       Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Emails: john.mitchell@bakermckenzie.com
        rosa.shirley@bakermckenzie.com

By: */s/ John E. Mitchell*
    John E. Mitchell, SBT # 00797095
    Rosa A. Shirley, SBT #24056313

**PROPOSED ATTORNEYS**
**FOR THE DEBTORS**

## **CERTIFICATE OF SERVICE**

  This is to certify that on February 28, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via United States first class mail, postage pre-paid, or electronic mail, to those parties listed on the Debtors' Master Service List.

                */s/ John E. Mitchell*
                John E. Mitchell