UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 14-30699-hdh-11 |
| | § | |
| BUFFET PARTNERS, L.P., et al. | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

Hearing: March 4, 2014
10:00 a.m.

**SAMP 2, LLC'S OBJECTION TO DEBTORS' EMERGENCY [FIRST] MOTION TO REJECT UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY AND RELATED EQUIPMENT LEASES PURSUANT TO 11 U.S.C. § 365 *NUNC PRO TUNC* TO THE PETITION DATE (Docket No. 9)**

COMES NOW SAMP 2, L.L.C. ("SAMP"), a creditor and lessor of the Debtors in the above captioned and numbered bankruptcy case ("Bankruptcy Case"), and files this Objection ("Objection") to Debtors' Emergency [First] Motion to Reject Unexpired Leases of Non-Residential Real Property and Related Equipment Leases Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Petition Date ("Motion")  (Docket No. 9) and in support thereof would show the Court as follows:

**BACKGROUND**

1. On February 4, 2014 (the "Petition Date"), Debtors filed voluntary petitions under Chapter 11 of the Bankruptcy Code in this Bankruptcy Court.  Debtors are continuing in possession of their business and property as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. On the same day, Debtors filed their Emergency [First] Motion to Reject Unexpired Leases of Non-Residential Real Property and Related Equipment Leases Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Petition Date.

3. On February 14, 2014, Debtors filed their Supplement [Request to Abandon

Property] to Motion to Reject Certain Leases (Docket No. 74).

4.     SAMP is the lessor on a non-residential real property lease that Debtors seek to reject for the property located at 7863 S Interstate 35, San Antonio, Texas 78224 (the "Property"). The Property is one of the restaurants that Debtors have concluded is not profitable and Debtors seek in their Motion to reject the lease *nunc pro tunc* to the Petition Date.

5.     SAMP purchased the Property on December 17, 2013 from Sanzarnn, LLC.  The lease between Sanzarnn, LLC and Debtor, Buffet Partners, L.P.  ("Lease") was assigned to SAMP on the same day  (the "Lease").  SAMP has received no lease payments from Debtors since the Property was purchased and  has had to expend significant sums of money as a result of Debtors failure to honor its obligations under the Lease, including, *inter alia,* the 2013  property taxes in the amount of $84,538.35 and a utility deposit in the amount of $13,200.00.

## OBJECTION TO RETROACTIVE REJECTION

6.     Debtors claim they abandoned the Property in mid-January of 2014 when it closed the restaurant it operated there.  However, Debtors did not vacate the Property and have not to date. Most, if not all, of the furniture, trade fixtures and equipment on the Property was leased by Debtors.  Debtors  left all of the furniture, fixtures and equipment in the premises as well as its personalty, where it all remains as of this date.

7.     SAMP was informed by Debtors that it would be contacted by third-party vendors for entry into the Property to retrieve their respective leased property.   To date, the only vendor who has retrieved its property is Pepsi, which retrieved a soft drink dispenser.

8.     Contrary to Debtors' assertions in its Supplement [Request to Abandon Property] to Motion to Reject Certain Leases, the furniture, fixtures and equipment left in the Property are not inconsequential and is a greater burden to SAMP than it is to Debtors. Further, its precludes SAMP

from entering into an agreement to relet the premises after rejection because of the detritus of Debtors' abandonment. In short, in addition to the sums that Debtor should be paying to SAMP and is not, SAMP is incurring the costs of Debtors using its Property as a *de facto* storage unit. Moreover, they are doing so without an offer of payment for the use of the Property as a storage facility.

9. SAMP does not oppose the Debtors' rejection of its lease. It objects to Debtors' proposed retroactive rejection of the Lease with SAMP when they have not yet vacated the premises.

10. SAMP requests that an order approving the rejection of the Lease should not be entered or effective until Debtors totally vacate the Property by removing the personal property therein.

## ARGUMENTS AND AUTHORITIES

11. As stated by this Court, "[t]he general rule in this Circuit is that the effective date of a rejection is the date of the entry of the bankruptcy court's order approving lease rejection." *In re Cafeteria Operators, L.P.*, 299 B.R. 384, 394 (Bankr. N.D. Tex. 2003). This Court also recognized that "nothing precludes a bankruptcy court, based on the equities of the case, from approving the ... rejection of a non-residential real property lease retroactively to an earlier date." *299 B.R. at 394* quoting *In re Amber's Stores, Inc.*, 193 B.R. 819, 826-27 (Bankr. N.D. Tex. 1996). In *Cafeteria Operators, L.P.*, this Court permitted the retroactive rejection of leases of certain restaurant locations operated by the debtor because the debtor had vacated the restaurants prior to the petition date.

12. In a case on point, Judge Houser refused to allow retroactive rejection of a lease in *In re Romacorp, Inc.*, 2006 Bankr. LEXIS 4677 (Bankr. N.D. Tex., Feb. 24, 2006). In that case, as

in the case here, the debtor left personal property in the leased space. The debtor in *Romacorp* did not seek to abandon the property under section 554 of the Bankruptcy Code until the date of the hearing. Judge Houser pointed out that the lessors were unable to make use of the space by either removing the personal property or re-letting the premises along with the personal property without first seeking relief from the automatic stay imposed by section 362 of the Bankruptcy Code. As stated by Judge Houser, "[t]he Court cannot require the Lessors to guess as to whether or not the Debtor truly rejected the Coral Springs Lease; to do so would be inequitable and place an onerous and unnecessary burden upon the Lessors. Before the Court should grant the extraordinary equitable remedy of retroactive rejection, something more than the Debtor's business judgment must be shown." *2006 Bankr. LEXIS at \*15*.

13. Here, Debtors filed a Supplement to their Motion indicating their intention to abandon property left in the various leaseholds on February 14, 2104. However, Debtors, in the Supplement, referred to the property they were intending to abandon as "inconsequential" or "burdensome to the estate", without listing any of the specific property. In SAMP's case, Debtors left everything. A restaurant completely outfitted with tables, chairs, dishware, glassware, serving buffets, etc., is hardly personal property that is "inconsequential". As in *Romacorp*, allowing retroactive rejection of the Lease would place an onerous and unnecessary burden upon SAMP.

14. The effective date of the rejection of SAMP's lease should be the date Debtors vacate the Property by removing all of the personal property that remains.

WHEREFORE, SAMP 2, LLC, prays that the Debtors' Emergency [First] Motion to Reject Unexpired Leases of Non-Residential Real Property and Related Equipment Leases Pursuant to 11 U.S.C. § 365 *Nunc Pro Tunc* to the Petition Date be denied as to the retroactive rejection and that Debtors not be permitted to reject its Lease with SAMP until it has removed all the personalty that

belongs to it or its third party vendors and/or lessors.  SAMP also requests such other and further relief as this Court may deem just.

DATED: February 28, 2014.

>Respectfully Submitted,
>
>BARRON & NEWBURGER, P.C.
>1212 Guadalupe, Suite 104
>Austin, Texas 78701
>(512) 476-9103
>(512) 476-9253 Facsimile
>bbarron@bn-lawyers.com and LSaarinen@bn-lawyers.com
>
>By: */s/ Lynn Saarinen*_____
>Lynn Saarinen (SBN 17498900)
>Barbara M. Barron (SBN 01817300)
>
>ATTORNEYS FOR SAMP 2, L.L.C.

## CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a copy of foregoing was served by email or First Class Mail as shown on the attached Master Service List attached.  In addition, the foregoing document was served on those parties set forth below either by email or by First Class Mail, postage prepaid and properly addressed, on February 28, 2014.

>*/s/ Lynn Saarinen*
>Lynn Saarinen

1750 Redondo, LLC
c/o Don McMillin
170 Argonne Avenue
Long Beach, CA  90803
don@dmproperties.net

Erland L. and Mary Ann Stenberg
Stenberg Properties
4691 Chileno Valley Road
Petaluma, CA  94952

Rohde-Herzog Family Trust of 1999
Contact:  Stephen F. Rohde, Esq.
1801 Century Park East, Suite 2400
Los Angeles, CA  90067
rohdevictr@aol.com


Sparky Sanders LLC
Attn:  Joe Purdy
PO Box 7004
(2728 Ocotillo Avenue)
Santa Maria, CA 93456
purdyphd@swbell.net

Houlounnn LLC
c/o Hermansen Land Dev.,  Inc.
5944 Luther Lane, Suite 725
Dallas, Texas  75225
Attn:  Kirk M. Hermansen
Kirk@hermansenlanddevelopment.com

Olympic Compactor Rentals, Inc.
P.O. Box 800336
Houston, TX 77280-0338

All States Compactors, Inc.
P.O. Box 93717
Las Vegas, NV 89193

Olympic Inc.
P.O. Box 96383
Las Vegas, NV 89193

## Master Service List[1]

**Debtors:**

Barry M. Barron, Sr.
Chief Executive Officer
Buffet G.P., Inc.
2701 E. Plano Parkway, Suite 200
Plano, Texas 75074
bbarron@furrs.net

**Proposed Counsel for the Debtors:**

John E. Mitchell
Rosa A. Shirley
Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue Dallas, Texas 75201
john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

Internal Revenue Service
1100 Commerce St., Rm. 121
Dallas, TX 75242

Lin Wang
Senior Managing Director
Chatham Capital
400 Galleria Parkway, Suite 1950
Atlanta, GA 30339

Chatham Credit Management III LLC
c/o Bryan Glover
Burr & Forman LLP
171 17th Street, NW, Suite 1100
Atlanta, GA 30363
bglover@burr.com

**United States Trustee:**

Erin Marie Schmidt
Office of the U.S. Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
erin.schmidt2@usdoj.gov

**Proposed Financial Advisor for the Debtors:**

Dawn Ragan
Bridgepoint Consulting, LLC
1700 Commerce Street
Suite 810
Dallas, TX 75201
dragan@bridgepointconsulting.com

Maxus Capital Group, LLC
c/o Mark Stout
Padfield & Stout, LLP
421 W. Third Street, Suite 910
Ft. Worth, TX 76102
ms@livepad.com

The Richards Group Inc.
c/o Jamie Welton
Lackey Hershman, LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
jrw@lhlaw.net

Seth Schnittman
National Sales Manager
Local & Western of Texas, Inc.
5445 La Sierra, Suite 100
Dallas, TX 75231

---

[1] Highlighted parties have filed a notice of appearance and will therefore be served via ECF.

1

EXHIBIT A

Chatham Credit Management III LLC
c/o Joseph M. Coleman and Jason Binford
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, TX 75201
jcoleman@krcl.com
jbinford@kcrl.com

Ecolab Inc.
c/o Samuel Wisotzkey
Kohner, Mann & Kailas, SC
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

The Richards Group
c/o Jamie R. Welton and Deborah Deitsch-Perez
Lackey Hershman, L.L.P.
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219
jrw@lhlaw.net
ddp@lhlaw.net

Gary Donofrio
Senior Client Executive
Wells Fargo Insurance Services
5151 Belt Line Road, Suite 200
Dallas, TX 75254

Tony Wood
Sales Mgr
Papercraft Southwest
2005 Valley View Lane, Ste 120
Dallas, TX 75234

Rafi Rubin,
Sales
Rubin Sales
2111 11th Avenue W
Seattle, WA 98119

National Retail Properties, LP
c/o Robert LeHane
Kelley Drye & Warren LLP
101 Park Avenue
New York New York 10178
KDWBankruptcyDepartment@kelleydrye.com

Sheri Sund
Sales Account Executive
QVD USA LLC
11235 S.E. 6th St., Suite 140
Bellevue, WA 98004

Bottling Group, LLC/Pepsi Beverages
c/o Joseph Frank
FRANKGECKER LLLP
325 North LaSalle St, Suite 625
Chicago, IL 60654
jfrank@fgllp.com

ARC CafeUSA001, LLC
c/o R. Brandon Bundren
Duane Morris LLP
1330 Post Oak Boulevard, Suite 800
Houston, TX 77056-3166
rbbundren@duanemorris.com

Lynx Associates, LP
c/o John Hardin
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
john.hardin@klgates.com

Jane Bohley
Director of Nat'l Accounts
Mission Foods
5125 West Scott Drive
Greenwood, IN 46142

Bob Ford, Owner
Okeene Milling Co.
PO Box 1000
Okeene, OK 73763

2

Mary Sanderson
Key Account Executive
Valassis Dire
600 North Cockrell Hill Road
Dallas, TX 75211

Bob Ashmun, VP Sales
c/o Delores Johnson
National Frozen Foods Corporation
1600 Fairview Ave E, Suite 200
Seattle, WA 98102

Brenna Wadleigh
President
N3 335 Plano TX LLC
620 E. Southlake Blvd.
Southlake, TX 76092

Tarrant County, Dallas County
c/o Elizabeth Weller
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Fwy., Suite 1000
Dallas, TX 75207
dallas.bankruptcy@publicans.com

Hildago Co., Hildalgo Co. Drainage Dist #1 and McAllen ISD
c/o John T. Banks
Perdue, Brandon, Fielder, Collins & Mott, LLP
3301 Northland Drive, Suite 505
Austin, TX 78731
jbanks@pbfcm.com

Bexar County and Ector CAD
c/o David G. Aelvoet
Linebargar Goggan Blair & Sampson, LLP
711 Navarro St., Suite 300
San Antonio, TX 78205
sanantonio.bankrptcy@publicans.com

Betty Laxton
Ntl Sales Mgr
Pacific Cheese Co., Inc.
PO Box 56598 / 21090 Cabot Blvd.
Hayward, CA 94545

JoAnn McGuinness
President
Inland Diversified Dallas Wheatland, LLC
Bldg. #65092, 2901 Butterfield Rd.
Oakbrook, IL 60523

National Retail Properties
c/o Robert L. LeHane, Esq. and Gilbert R. Saydah Jr., Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178
KDWBankruptcyDepartment@kelleydrye.com

Richardson ISD, Arlington ISD
c/o Elizabeth Banda Calvo
Perdue, Brandon, Fielder, Collins & Mott, LLP
P.O. Box 13430
Arlington, TX 76094-0430
ebcalvo@pbfcm.com

Oklahoma Gas & Electric Co.
c/o Stephanie G. Houle
OGE Energy Corp.
321 N. Harvey
Oklahoma City, OK 73102
houlesg@oge.com

Lynx Associates, L.P.
c/o John R. Hardin and Amanda N. Pennington
K&L Gates LLP
1717 Main St., Suite 2800
Dallas, TX 75201
john.harding@klgates.com
amanda.pennington@klgates.com

SAMP 2, L.L.C.
c/o Barbara M. Barron
Lynn Saarinen
Barron & Newburger, P.C.
1212 Guadalupe St., Suite 104
Austin, TX 78701
bbarron@bn-lawyers.com
LSaarinen@bn-lwyers.com

Collin County Tax Assessor/Collector
c/o David B. McCall
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th St.
Plano, TX 75074
bankruptcy@ntexas-attorneys.com

Proposed Counsel for the Official Committee
of Unsecured Creditors of Buffet Partners, L.P.
c/o Bradford J. Sandler
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
bsandler@pszjlw.com

Midland Central Appraisal District
c/o Lee Gordon
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 1269
Round Rock, TX 78680

Boston & Mays, LLC
c/o Conrad D. Hester
Brown & Fortunato, P.C.
905 S. Fillmore, Suite 400
Amarillo, TX 79101
cdhester@bf-law.com

Proposed Counsel for the Official Committee
of Unsecured Creditors of Buffet Partners, L.P.
c/o Deborah M. Perry and Kevin M. Lippman
Munsch Hardt opf & Harr, P.C.
500 N. Akard St., Suite 3800
Dallas, TX 75201-6659
dperry@munsch.com
klippman@munsch.com

Proposed Counsel for the Official Committee
of Unsecured Creditors of Buffet Partners, L.P.
c/o Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
jpomerantz@pszjlw.com

Inland Diversified Dallas Wheatland, L.L.C.
c/o Kevin M. Newman
Menter, Rudin & Trivelpiece, P.C.
308 Maltbie Street, Suite 200
Syracuse, NY 13204-1498
knewman@menterlaw.com

Cameron County, South Texas ISD, South
Texas College and City of McAllen
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428
austin.bankruptcy@publicans.com

505 Cordova, LLC
c/o Nancy H. Hamren
Coats, Rose, Yale, Ryman & Lee, P.C.
3 E. Greenway Plaza, Suite 2000
Houston, TX 77046
nhamren@coatsrose.com

Kendrick Oil Company
c/o John Massouh
Sprouse Shrader Smith P.C.
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, TX 79105-5008
bankruptcy.docs3@sprouselaw.com

Ecolab Inc.
c/o Samuel C. Wisotskey
Kohner, Mann & Kailas, S.C.
Washington Building
Barnabas Business Center
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1059
swisotzkey@kmksc.com

Dot Foods, Inc.
c/o Ashely M. Chan
Hangley Aronchick Segal Pudlin & Schiller
One Logan Square, 27th Floor
Philadelphia, PA 19103
achan@hangley.com