John E. Mitchell, SBT # 00797095
David W. Parham, SBT# 15459500
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax: (214) 978-3099
john.mitchell@bakermckenzie.com
david.parham@bakermckenzie.com
rosa.shirley@bakermckenzie.com

**ATTORNEYS FOR THE DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 14-30699-11** |
| | § | |
| **BUFFET PARTNERS, L.P., et al.** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.**[1] | § | **Jointly Administered** |
| | § | |
| | | *(Expedited Hearing Set for March 19, 2014 at 2:00 p.m.)* |

**NOTICE OF EXPEDITED HEARING TO APPROVE (I) PROCEDURES FOR (A) THE SALE OF SUBSTANTIALLY ALL ASSETS (B) THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES (C) THE ESTABLISHMENT OF CURE AMOUNTS, (II) APPROVING FORM OF NOTICE AND <u>(III) SETTING A HEARING DATE FOR THE APPROVAL OF THE SALE</u>**

**PLEASE TAKE NOTICE THAT** an expedited hearing to approve the *Sale Procedures*, as requested in the *Debtors' Expedited Motion for an Order (i) Approving the Procedures for (A) the Sale of Substantially All Assets (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (C) the Establishment of Cure Amounts, (ii)*

---
[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

*Approving Form of Notice and (iii) Setting a Hearing Date for the Approval of the Sale* (the "Sale Motion")[Dkt. No. 184]), will be heard on ***March 19, 2014, at 2:00 p.m. (CST)*** before the Honorable Harlin D. Hale, United States Bankruptcy Judge, Northern District of Texas, 14th Floor, 1100 Commerce Street, Dallas, Texas 75252.

Dated:  March 14, 2014         Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:   john.mitchell@bakermckenzie.com
             david.parham@bakermckenzie.com
             rosa.shirley@bakermckenzie.com

By:  */s/ John E. Mitchell*
     John E. Mitchell, SBT # 00797095
     David W. Parham, SBT# 15459500
     Rosa A. Shirley, SBT #24056313

**ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

This is to certify that on March 14, 2014, a copy of the foregoing document, Sale Motion, and any order approving the expedited hereing referenced herein was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and on those parties on the Master Service List via overnight mail, and electronic mail, where available.

 */s/ John E. Mitchell*
John E. Mitchell