FILED
MAR 2 4 2014
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

In Re: § Case No. 14-30699-11
§
Buffet Partners, L.P. and §
Buffet Partners, G.P., Inc., §
§
Debtors §
§ CHAPTER 11

## NOTICE OF HEARING OF MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER 11 USC §362

The attached Motion for Relief from Automatic Stay Under 11 USC §362 has been filed and will be submitted to the Court for consideration at a hearing on April 23, 2014 at 1:30 at the United States Bankruptcy Court, Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242-1496.

Respectfully submitted,

**THE STEWART LAW FIRM, PLLC**
3000 South IH 35, Suite 150
Austin, Texas 78704
Phone: (512) 326-3200 | Fax: (512) 326-8228

By: _____
**STEPHEN W. STEWART**, TSB No. 50511607
**S. BURGESS WILLIAMS**, TSB No. 24072426
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on all parties of record on this 19th day of March, 2014.

*Via Facsimile: (214) 965-5948*
John E. Mitchell
**BAKER & MCKENZIE, LLP**
2001 Ross Avenue, Suite 2300
Dallas, TX 75201
john.mitchell@bakermckenzie.com
**ATTORNEY FOR DEBTORS/DEFENDANT**

_____
STEPHEN W. STEWART