Kevin M. Lippman (TX Bar No. 00784479)
Deborah M. Perry (TX Bar No. 24002755)
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard Street, Suite 3800
Dallas, TX 75201-6659
Telephone:  (214) 855-7500
Facsimile:   (214) 855-7584
Email:   klippman@munsch.com
             dperry@munsch.com

and

Jeffrey N. Pomerantz (CA Bar No. 143717)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:  (310) 277-6910
Facsimile:   (310) 201-0760
Email:   jpomerantz@pszjlaw.com

Bradford J. Sandler (DE Bar No. 4142)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email:  bsandler@pszjlaw.com

*[Proposed] Counsel to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE: | § |
| | §   CASE NO. 14-30699-11 |
| BUFFET PARTNERS, L.P., et al., | §   CHAPTER 11 |
| | § |
| Debtors. | §   (Jointly Administered) |
| | § |
| | §   **HEARING DATE: APRIL 9, 2014** |
| | §   **HEARING TIME: 2:00 P.M. (CT)** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing on the *Joint Motion of the Official Committee of Unsecured Creditors and the Debtors for Order Approving Compromise of Controversies in Accordance With the Term Sheet* [Docket No. 223], (the "Motion") has been set for **April 9, 2014, at 2:00 p.m. (CT)**, before the Honorable Harlin D. Hale, at the U.S. Bankruptcy Court for the Northern District of Texas, Earl Cabell Building, 1100 Commerce Street, 14th Floor, Dallas, Texas 75242.

**NOTICE OF HEARING —Page 1**

| | |
|---|---|
| Dated: March 25, 2014 | **MUNSCH HARDT KOPF & HARR, P.C**.<br>500 N. Akard Street, Suite 3800<br>Dallas, Texas 75201-6659<br>Telephone: (214) 855-7500<br>Facsimile: (214) 855-7584<br>E-mail: klippman@munsch.com<br>E-mail: dperry@munsch.com<br><br>By: /s/ Deborah M. Perry<br>    Kevin M. Lippman<br>    Texas Bar No. 00784479<br>    Deborah M. Perry<br>    Texas Bar No. 24002755<br><br>and<br><br>Jeffrey N. Pomerantz (CA Bar No. 143717)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: jpomerantz@pszjlaw.com<br><br>Bradford J. Sandler (DE Bar No. 4142)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: bsandler@pszjlaw.com<br><br>**(PROPOSED) COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

## CERTIFICATE OF SERVICE

On March 25, 2014, a true and correct copy of the foregoing Notice of Hearing was served (i) on all parties entitled to ECF notification in the cases by electronic transmission, (ii) by e-mail transmission on all parties to the Master Service List [Docket No. 166] to the extent noted thereon, and (iii) on all parties to the Master Service List [Docket No. 166] by First Class, U.S. Mail, postage prepaid.

      /s/ Deborah M. Perry
     Deborah M. Perry

MHDocs 5020841_1 14559.1