John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

ATTORNEYS FOR THE DEBTORS

## UNITED STATED BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | **CASE NO. 14-30699-11** |
| | § | |
| **BUFFET PARTNERS, L.P., et al.,** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.**[1] | § | **(Jointly Administered)** |
| | § | |

### NOTICE OF FILING OF STALKING HORSE PURCHASE AGREEMENT

**PLEASE TAKE NOTICE THAT** pursuant to the Order (i) Approving the Procedures for (a) the Sale of Substantially All Assets (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (c) the Establishment of Cure Amounts, (ii) Approving Form of Notice and (iii) Setting a Hearing Date for the Approval of the Sale [Dkt. No. 216] (the "Sale Procedures Order"), attached hereto is the fully executed Purchase Agreement with the Stalking Horse, with all Schedules thereto.

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

Dated: March 28, 2014                    Respectfully submitted,

                                         **BAKER & McKENZIE LLP**
                                         Trammell Crow Center
                                         2001 Ross Avenue, Suite 2300
                                         Dallas, Texas 75201
                                         Tel:  (214) 978-3000
                                         Fax:  (214) 978-3099
                                         Emails:   john.mitchell@bakermckenzie.com
                                                       rosa.shirley@bakermckenzie.com

                                         By:   */s/ John E. Mitchell*
                                               John E. Mitchell, SBT # 00797095
                                               Rosa A. Shirley, SBT #24056313

                                         **ATTORNEYS FOR THE DEBTORS**