John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax: (214) 978-3099
Emails: john.mitchell@bakermckenzie.com,
rosa.shirley@bakermckenzie.com

**ATTORNEYS FOR THE DEBTORS**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § § § BUFFET PARTNERS, L.P., et al. § § DEBTORS.[1] § § § | CASE NO. 14-30699-11 CHAPTER 11 Jointly Administered |

### NOTICE OF OMNIBUS HEARING DATES

**PLEASE TAKE NOTICE** that the Court has scheduled the following dates and times as the pre-set hearing dates and times for hearing all motions and other matters in the above-captioned case:

- **May 28, 2014 @ 2:00 p.m. CDT**
- **June 24, 2014 at 9:00 a.m. CDT**

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

776473-v1\DALDMS

Dated:  April 24, 2014
        Dallas, Texas

Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:  john.mitchell@bakermckenzie.com
             rosa.shirley@bakermckenzie.com

By:  */s/ John E. Mitchell*
     John E. Mitchell, SBT # 00797095
     Rosa A. Shirley, SBT #24056313

**ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

     This is to certify that on April 24, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and to those parties listed on the Debtors' Master Service List via first-class U.S. mail.

                     */s/ John E. Mitchell*
                     John E. Mitchell