John E. Mitchell, SBT #00797095
Rosa A. Shirley, SBT #24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
　　　　rosa.shirley@bakermckenzie.com

**ATTORNEYS FOR THE DEBTORS**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO. 14-30699-11** |
| | § | |
| **BUFFET PARTNERS, L.P., et al.** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.**[1] | § | **Jointly Administered** |

### NOTICE OF HEARING
*[Relates to Dkt. No. 391]*

**PLEASE TAKE NOTICE** that a hearing on the following matter filed by the Debtors is set for hearing on **June 24, 2014 at 9:00 a.m. (Prevailing Central Time)** before the Honorable Harlin D. Hale, United States Bankruptcy Judge for the Northern District of Texas, in Courtroom 3, 14th Floor, 1100 Commerce Street, Dallas, Texas  75242-1496:

- *Debtors' Motion for Authorization to Pay Final Fees and Expenses of Brookwood Associates, L.L.C.* [Dkt. No. 391].

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

|  |  |
|---|---|
| Dated:  May 27, 2014<br>           Dallas, Texas | Respectfully submitted,<br><br>**BAKER & McKENZIE LLP**<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 2300<br>Dallas, Texas 75201<br>Tel:  (214) 978-3000<br>Fax:  (214) 978-3099<br>Emails:  john.mitchell@bakermckenzie.com<br>              rosa.shirley@bakermckenzie.com<br><br>By:  */s/ John E. Mitchell*<br>       John E. Mitchell, SBT #00797095<br>       Rosa A. Shirley, SBT #24056313 |

**ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

This is to certify that on May 27, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and via email (where available) or United States First Class Mail on those parties listed on the Debtors' Master Service List.

 */s/ John E. Mitchell*
John E. Mitchell