John E. Mitchell, SBT #00797095
Rosa A. Shirley, SBT #24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
          rosa.shirley@bakermckenzie.com

**ATTORNEYS FOR THE DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | **CASE NO. 14-30699-11** |
| § | |
| **BUFFET PARTNERS, L.P., et al.** § | **CHAPTER 11** |
| § | |
| **DEBTORS.**[1] § | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED FOR
MAY 28, 2014 AT 2:00 P.M. BEFORE THE HONORABLE HARLIN D. HALE
AT THE UNITED STATES BANKRUPTCY COURT, LOCATED AT
<u>1100 COMMERCE STREET, COURTROOM 3, 14th FLOOR, DALLAS, TEXAS 75242</u>**

1. *Debtors' Expedited Motion for an Order (I) Approving the Procedures for (A) the Sale of Substantially All Assets (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (C) the Establishment of Cure Amounts, (II) Approving Form of Notice and (III) Setting a Hearing Date for the Approval of the Sale* [DN 184] (Hearing on Certain Objections to Assumption and Assignment); Notice of Amount Deemed Necessary to Cure [DN 234]; Amended Notice of Amount Deemed Necessary to Cure [DN 263].

   <u>Objections that have been resolved:</u>

   - *Objection of N3 335 Plano TX, LLC to Proposed Cure Amount*, filed by N3 335 Plano TX, LLC [DN 297].

   - *Limited Objections of The Richards Group, Inc. to the Sale Motion*, filed by The Richards Group, Inc. [DN 277].

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

1

<u>Objections Continued and Reset for June 2, 2014</u>: The parties have agreed to continue the hearing on these objections and reset them to ***June 2, 2014 at 1:30 P.M.***, or such other time as convenient for the parties.

- *505 Cordova, LLC's Objection to Cure Notice and Proposed Assumption and Assignment of Real Property Lease (Furr's Store #116 Santa Fe, NM)*, filed by 505 Cordova, LLC [DN 288].

- *Objection of National Retail Properties to the Debtors' Expedited Motion to Approve Sale Procedures for the Sale of Substantially all of the Debtors' Assets*, filed by National Retail Properties, Inc. [DN 207].

- *Objection to Proposed Cure Amount*, filed by ARC CAFEUSA001, LLC [DN 292].

- *Objection of Arthur N. Rupe Foundation to the Proposed Cure Amount*, filed by Arthur N. Rupe Foundation [DN 276].

- *Objection of PACCAR Financial Corp. to the Debtors' Proposed Assumption and Assignment of "Tractor Lease,"* filed by PACCAR Financial Corp. [DN 282].

- *National Retail Properties' (I) Objection to the Debtors' (A) Proposed Assumption and Assignment of Leases to Stalking Horse Bidder or Its Designee, (B) Proposed Cured Amounts, and (II) Demand for Security Required Pursuant to 11 U.S.C. 365(l)*, filed by National Retail Properties, Inc. [DN 296].

- *Limited Objection of Bottling Group, LLC to Cure Notice and Proposed Assumption and Assignment of Executory Contracts*, filed by Bottling Group, LLC [DN 280].

- *Objection of Consolidated Edison Solutions, Inc. to the Proposed Cure Amount*, filed by Consolidated Edison Solutions, Inc. [DN 260].

<u>Objections to be Heard on May 28, 2014</u>:

- *Inland Diversified Dallas Wheatland, L.L.C.'s Objection to Debtor's Expedited Motion for an Order (I) Approving the Procedures for (A) the Sale of Substantially all Assets (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (C) the Establishment of Cure Amounts, (II) Approving Form of Notice and (III) Setting a Hearing for the Approval of the Sale*, filed by Inland Diversified Dallas Wheatland, L.L.C. [DN 201].

- *Objection of Las Palmas Riocan, L.P, as Successors to A.D.D. Holdings, L.P. to Amended Cure Notice*, filed by Las Palmas Riocan, L.P, as Successors to A.D.D. Holdings, L.P. [DN 314].

- *San Juan Plaza Partners, LP's Joinder in Objection to Debtor's Expedited Motion for an Order (I) Approving the Procedures for (A) the Sale of Substantially all Assets (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (C) the Establishment of Cure Amounts, (II) Approving Form of Notice and (III) Setting a Hearing for the Approval of the Sale*, filed by San Juan Plaza Partners [DN 204].

- *Limited Objections of Hume Investment Advisors, LLC and Hume Arizona Holdings LLC to the Sale Motion*, filed by Hume Investment Advisors, LLC and Hume Arizona Holdings LLC [DN 271].

- *BRE/DP TX LLC's Objection to Cure Claim*, filed by BRE/DP T LLC [DN 289].

- *Inland Diversified Dallas Wheatland, L.L.C.'s Objection to Debtor's Expedited Motion for an Order (I) Approving the Procedures for (A) the Sale of Substantially all Assets (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (C) the Establishment of Cure Amounts, (II) Approving Form of Notice and (III) Setting a Hearing for the Approval of the Sale*, filed by Inland Diversified Dallas Wheatland, L.L.C. [DN 294].

- *San151NNN, LLC's Objection to Cure Notice and Proposed Assumption and Assignment of Real Property Lease*, filed by San151NNN, LLC [DN 295].

Status: Except with respect to the objections that have been resolved and those for which the hearing has been reset to June 2, 2014, this matter is going forward.

2. *Debtors' Expedited Motion for Extension of Lease Rejection Period Pursuant to Section 365(d)(4)(B)(i) of the Bankruptcy Code* [DN 370].

   Objections:   *Inland Diversified Dallas Wheatland, L.L.C.'s Objection to Debtor's Motion for Extension of Lease Rejection Period Pursuant to Section 365(D)(4)(B)(I) of the Bankruptcy Code* [DN 393].

   Status: This matter is going forward.

4. *Debtors' Emergency Motion to Continue Hearing on the United States Trustee's Motion to Convert Case to Chapter 7* [Dkt. No. 380].

   Objections:   The Office of the United States Trustee for the Northern District of Texas has informally objected to this motion.

   Status: This matter is going forward.

| | |
|---|---|
| Dated:  May 27, 2014<br>Dallas, Texas | Respectfully submitted,<br><br>**BAKER & McKENZIE LLP**<br>Trammell Crow Center<br>2001 Ross Avenue, Suite 2300<br>Dallas, Texas 75201<br>Tel:  (214) 978-3000<br>Fax:  (214) 978-3099<br>Emails:  john.mitchell@bakermckenzie.com<br>             rosa.shirley@bakermckenzie.com<br><br>By:  */s/ John E. Mitchell*<br>       John E. Mitchell, SBT #00797095<br>       Rosa A. Shirley, SBT #24056313 |

**ATTORNEYS FOR THE DEBTORS**

**CERTIFICATE OF SERVICE**

This is to certify that on May 27, 2014, a copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas, and on those parties listed on the Debtor's Master Service List.

 */s/ John E. Mitchell*
John E. Mitchell