**AMENDED**

**SCHEDULES**

**to**

**ASSET PURCHASE AGREEMENT**

**among**

**CHATHAM CREDIT MANAGEMENT III, LLC**

**and**

**BUFFET PARTNERS, L.P.**

**dated as of March 28, 2014**

These Amended Schedules (these "<u>Schedules</u>" and each, a "<u>Schedule</u>") are being delivered in accordance with, and are incorporated and made part of that certain Asset Purchase Agreement, dated as of March 28, 2014 (as amended, the "<u>Agreement</u>"), by and among Chatham Credit Management III, LLC, a Georgia limited liability company ("<u>Purchaser</u>") and Buffet Partners, L.P., a Texas limited partnership ("<u>Seller</u>"). Capitalized terms used in these Schedules but not otherwise defined herein will have the respective meanings given to them in the Agreement.

Matters reflected in these Schedules are not necessarily limited to matters required by the Agreement to be reflected in these Schedules, which additional matters are included for information purposes only. Information disclosed in any Schedule shall be deemed to be disclosed on any other Schedule to the extent that it is reasonably apparent from the face of such disclosure that such disclosure is applicable to such other Schedule or Schedules, without the necessity of a cross-reference.

Nothing in these Schedules will be deemed or will constitute an admission of any liability or obligation of any party to any third party, nor an admission to any third party against the interests of any or all of the parties.

All descriptions of any documents appearing herein are summary in nature and are qualified by reference to the complete documents. The information contained herein is subject to the confidentiality provisions contained in the Agreement.

The undersigned have signed these Schedules on June 20, 2014.

**FRESH ACQUISITIONS, LLC,** a Delaware limited liability company

By:    Chatham Credit Management III, LLC, a Georgia limited liability company, its Manager

    By: _____

    Name: _____

    Its: _____

**BUFFET PARTNERS, L.P.**

By: Buffet G.P., Inc.
Its: General Partner

By:_____
    Barry M. Barron, Sr.
    CEO

ii

These Amended Schedules (these "Schedules" and each, a "Schedule") are being delivered in accordance with, and are incorporated and made part of that certain Asset Purchase Agreement, dated as of March 28, 2014 (as amended, the "Agreement"), by and among Chatham Credit Management III, LLC, a Georgia limited liability company ("Purchaser") and Buffet Partners, L.P., a Texas limited partnership ("Seller"). Capitalized terms used in these Schedules but not otherwise defined herein will have the respective meanings given to them in the Agreement.

Matters reflected in these Schedules are not necessarily limited to matters required by the Agreement to be reflected in these Schedules, which additional matters are included for information purposes only. Information disclosed in any Schedule shall be deemed to be disclosed on any other Schedule to the extent that it is reasonably apparent from the face of such disclosure that such disclosure is applicable to such other Schedule or Schedules, without the necessity of a cross-reference.

Nothing in these Schedules will be deemed or will constitute an admission of any liability or obligation of any party to any third party, nor an admission to any third party against the interests of any or all of the parties.

All descriptions of any documents appearing herein are summary in nature and are qualified by reference to the complete documents. The information contained herein is subject to the confidentiality provisions contained in the Agreement.

The undersigned have signed these Schedules on June 20, 2014.

**FRESH ACQUISITIONS, LLC**, a Delaware limited liability company

By:  Chatham Credit Management III, LLC, a Georgia limited liability company, its Manager

By: _____
Name: _____
Its: _____


**BUFFET PARTNERS, L.P.**

By: Buffet G.P., Inc.
Its: General Partner

By: _____
Dave Siebert
CFO

ii

# LIST OF SCHEDULES

| SCHEDULE | DESCRIPTION |
| --- | --- |
| 1.1 | Pre-Petition Financing |
| 2.1(b) | Included Contracts |
| 2.1(d)(i) | Owned Real Property |
| 2.1(d)(ii) | Leased Real Property |
| 2.1(e) | Purchased Intellectual Property |
| 2.2(b) | Excluded Contracts |
| 2.3(a) | Trade Accounts Payable |
| 2.3(d) | Cure Amounts |
| 2.3(i) | Assumed Liabilities |
| 3 | Seller Disclosure Schedule |
| 4 | Purchaser Disclosure Schedule |
| 5.12 | Contract & Cure Schedule |
| 10.1 | Employees |

iii

## <u>Schedule 1.1 – Pre-Petition Financing</u>

1.     Promissory Note (Advances), dated April 3, 2009, in the original principal amount of $5,479,740.31, executed by Borrower, payable to the order of Chatham Credit Management III, LLC, as Administrative Agent;

2.     Amended and Restated Promissory Note (Term Loan A), dated April 3, 2009, in the original principal amount of $12,499,999.95, executed by Borrower, payable to the order of Chatham Credit Management III, LLC, as Administrative Agent;

3.     Second Amended and Restated Promissory Note (Term Loan B), dated April 3, 2009, in the original principal amount of $8,495,610.58, executed by Borrower, payable to the order of Chatham Capital Management II, LLC, a Georgia limited liability company, not individually, but as agent for Chatham Investment Fund QPII, LLC and Chatham Investment Fund II, LLC, as assigned to Chatham Credit Management III, LLC, not individually but as agent for Chatham Investment Fund III, LLC and Chatham Investment Fund QPIII, LLC, pursuant to that certain Assignment and Acceptance Agreement dated August 12, 2013;

4.     Promissory Note (Term Loan X), dated April 3, 2009, in the original principal amount of $2,950,000.00, executed by Borrower, payable to the order of Chatham Credit Management III, LLC, as Administrative Agent;

5.     Promissory Note (Term Loan X Add On), dated November 4, 2011, in the original principal amount of $3,000,000.00, executed by Borrower, payable to the order of Chatham Credit Management III, LLC, not individually, but as agent for Chatham Investment Fund QPIII, LLC and Chatham Investment Fund III, LLC; and

6.     Promissory Note (Priority Advance), dated August 29, 2013, in the original principal amount of $1,000,000.00, executed by Borrower, payable to the order of Chatham Credit Management III, LLC, not individually, but as agent for Chatham Investment Fund QPIII, LLC and Chatham Investment Fund III, LLC.

## Schedule 2.1(b) – Included Contracts

**Included Contracts**

| Vendor Name | Description of Contract |
|---|---|
| ACE | D&O, EPL & Fiduciary Insurance |
| Admiral Linen | Linen and mat service |
| AIG | Network Security |
| Air Gas | CO2 for the stores soft drink machines |
| Air Liquide | Dynamic Foods - liquid Nitrogen |
| Allen Canning Co | Purchase contract; Canned Vegetables |
| Aloha - Radiant Systems | POS - On line reporting |
| American Bankers | NFIP Insurance |
| Ameripride Services | Linen and Mat service |
| AP Food Sales | Food Broker |
| Aramark | 318 - Linen and mat service |
| ASO Agreement/TPA, United Healthcare | UHC Admin Agreement |
| AT&T | Telecom services for retained locations |
| Atmos Energy | Gas Contract for W. TX units & DF plant |
| Bellah & Associates | Food Broker |
| BioControl Systems | Provide Swabs for MVP ICON |
| Brinks US. | Armored service for 311 |
| CCS Quickship | Disaster Recovery Services - Hardware |
| Cigna | Dental Insurance for employees |
| Cintas | Uniform Service |
| Clear Channel | Wireless Internet backup for 318 |
| Clear Channel | Outdoor Bulletin Advertising - 500 |
| CNA | General Liability Excess Care |
| CNE Gas | Gas |
| Compass Professional Health Services | Employees assistance with medical plan |
| ConAgra | Estimated Contract Residual 11,335 cases; Ketchup and Rotel |
| ConneX Systems Inc. | Maintenance Agreement |
| Consolidated  Edison Solutions, Inc. | Electric for approx. 10 units plus corporate office |
| Creative Restaurant Services | Exit interviews for Managers, Consulting for Ops. Manual |
| Crunch Time | License Agreement |
| Crunch Time Information Systems | Agreement - System to manage Food Cost, Labor etc. |
| Dexter Service Agreement | Risk Administration |
| Dickinson Frozen Foods | Purchasing agreement |
| Discover Link | Learning Management System |
| Dr Pepper/Seven Up, Inc. | Purchasing agreement |
| Eco Lab Dish Machine leases | Dish machines - all stores |
| Eco Lab Water Softener Leases | Water Softeners in certain stores |
| Ecolab | Cleaning Chemicals |
| Fidelity Investments | 401K Service Agreement |

2

| Vendor Name | Description of Contract |
|---|---|
| Fiddler Marketing | Food Broker |
| Garda | Armored Service |
| GreatAmerica Financial Services | Xerox Copier Systems |
| Headrick Outdoor Media | Sulphur Springs - Billboard |
| Hyster Capital | Operating lease |
| IBM Credit | iSeries software and hardware maintenance |
| IBM/Kenaxa | Click and Hire application/assessment portal |
| IBM | Service Elite, Tape Drive Hardware Maintenance |
| Idahoan Foods | Purchasing agreement; Mashed Potatoes, Hash Browns |
| Indian Harbor Insurance Co | Poll Legal Liabiity & UST's Insurance |
| InfoSync Agreement | Outside Accounting Services |
| International Food Products | Purchasing agreement; Granulated Sugar |
| Iron Mountain | Secure Storage for corporate files |
| J R Simplot Co | Purchasing  agreement; French Fries & Sweet Rstd Corn |
| J.M. Smucker Co. | Purchasing agreement; Evap Milk |
| JC's Terminex | Pest Control |
| John Sanfilippo | Food Broker |
| Konica Minolta - DF | Copier lease |
| Lincoln Life | Life/ADD,STD, LTD Provider |
| Lloyd's of London | Motor Truck Cargo Insurance, Prod Recall |
| Lookout Agreement | I-9 licensing |
| Loomis | Armored service |
| Maxus Capital Group | Schedule 2 (Store 319) and Schedule 3 (Dynamic/Lubbock) |
| Messageware Incorporated | Software License Agreement |
| Mexus Group LP | Wireless internet for #500 |
| Morgan Birge & Assoc. | Phone maintenance for Plano and Lubbock |
| National Frozen Foods | Purchasing Agreement |
| Northwest Fire Protection | Fire inspection |
| North American | Tx Nonsubscribers employee injury plan |
| NuCo2 Agreement | CO2 for the stores soft drink machines |
| Okeene Milling Co | Supply agreement |
| Old Seville Waste Management | Various stores - Trash pickup and other waste services |
| One Source | Tax Lookup Software |
| Peterson Farms / Cherrco | Purchasing agreement; IQF Cherries |
| Pictsweet | Purchasing agreement |
| Pitney Bowes | Postage Meter Rental |
| Pitney Bowes | Software (SoftGuard) |
| Premium Assignment Corp | Financing for Annual Insurance Package |
| Pro Act | Broker; Fresh Produce Contract for the Stores (see below) |
| Producers Rice Mill, Inc. | Purchasing agreement; Rice |
| Protection One | Fire alarm and monitoring for DFW stores. |
| Providence Risk | Admin & Claims costs for TNS - TPA |

776158-v11\DALDMS

| Vendor Name | Description of Contract |
|---|---|
| Qwest - Century Link | Telecom service |
| R3/Papercraft | Pricing letter |
| Radiant Software License | POS - On line reporting, See Aloha Contract |
| Rich Products | Purchasing agreement; Whip Topping, Biscuits, Pizza Crust |
| Ricoh - Print Solutions Maintenance | DF Printer Maintenance |
| Rocket Software/Aldon | iSeries change Management Software |
| Safesite | Offsite data storage |
| Sand Trap Service | Pump Greasetrap - 319 |
| Sara Lee | Purchasing agreement; Texas Toast |
| Securitas Security Systems | Security services |
| Seenergy Foods Limited | Purchasing agreement; Black Beans IQF - Brinker |
| Simplex Grinnell | Service agreement, fire systems inspection |
| Snagajob | Job Postings online for field hourly |
| Sedgwick | Admins and claims costs - GL policy TPA |
| Summer Prize Fruit Co | Food Broker |
| Supply One | Purchasing Agreement |
| Sure Fresh | Purchasing Agreement |
| Swisher | Restroom Cleaning Service - 148 - 318 |
| TALX Employer Service | Unemployment Claims Management |
| Transamerica Life Ins. | Employee paid supplemental insurance plans |
| Travelers | Umbrella Insurance |
| Tri-venture Marketing | Food Broker |
| UHC | Stoploss for Medical ASO Plan, Service agreement - TPA for medical plans |
| VALASSIS DIRECT MAIL INC | Online marketing and direct mail |
| Ventura Foods | Purchasing agreement; shortenings and oils |
| VSP | Vision Plan |
| Wells Fargo Client Service Agreement | Property and casualty insurance agreement |
| Wells Fargo Merchant Agreement | Merchant Processor Service Agreement |
| Wells Fargo Merchant Agreement | Zurich - Property, Auto  Insurance, Workers Comp All States but TX |
| Zurich | Property, Auto  Insurance, Workers Comp All States but TX |

4

**Pro Act Vendors (Fresh Produce Contract for the Stores)**
Hardies Fruits &
Vegetables
Potato Specialty Co.
Loffredo Fresh
Produce Co
Stern Produce Co.
Segovias Distributing,
Inc.
Tulsa Fruit Company
Go Fresh
Food Services of
America

**Lonestar  Logos &
Signs LLC Inc.**

| Contract Number | Description |
| --- | --- |
| O-39500-SM31 | Billboard - IH 027 @ Exit 049 |
| O-39525-SP9Q | Billboard - IH 040 @ Exit 064 |
| O-40597-951Y | Billboard - IH 030 @ Exit 124 |
| O-40930-8B7H | Billboard - IH 020 @ Exit 134 |
| O-41186-NTSF | Billboard - IH 030 @ Exit 052A |
| O-41522-PXBV | Billboard - IH 635 @ Exit 011A |
| O-41644-8RZD | Billboard - SH 151 @ Exit IH 410 |
| O-38266-7ZC1 | Billboard - LP 0289 @ Exit INDIANA AVE |
| O-44853-9C52 | Billboard - IH 010 @ Exit 032 |
| O-44152-3QSM | Billboard - LP 0250 @ Exit SH 191 |
| O-45528-8K9T | Billboard - IH 020 @ Exit 450 |

5

## Unexpired Real Property Leases

| Vendor Name | Description of Contract | Location of Lease |
|---|---|---|
| One Energy Shopping Center LLC | Lease | #101-Odessa, TX |
| MCM Properties LTD | Lease | #102-Odessa, TX |
| Tomorrow IX Broadmoor, LP | Lease | #103-Hobbs, NM |
| Mesa Center, LLC | Lease | #104-Midland, TX |
| Boston and Mays LLC | Lease | #110-Amarillo, TX |
| WFC Wyoming NM, LLC | Lease | #115-Albuquerque, NM |
| 505 Cordova LLC | Lease | #116 Santa -FE, NM |
| The Holland Island, LLC | Lease | #123-Amarillo, TX |
| ARC CAFEUSA001,LLC | Lease | #148-Garland, TX |
| Segura Investors XII, LLC | Lease | #160-Albuquerque, NM |
| San Juan Plaza Partners | Lease | #175-Farmington, NM |
| Joe E. Monarrez, Jr. and Bricia Margarita Monarrez, Co-trustees of the Monarrez Family Trust Dated 2/4/2010 | Lease | #176-Plainview, TX |
| Anchor Equities, Ltd | Lease | #190-Lubbock, TX |
| MDJ Furrs Alta, LLC | Lease | #191-Ft. Worth, TX |
| National Retail Properties, LP | Lease | #204-McAllen, TX |
| Hume Arizona Holdings, LLC | Lease | #231-Tucson, AZ |
| Hume Investment Advisors, LLC | Lease | #234-Dallas, TX |
| Arthur N. Rupe Foundation | Lease | #235-Lubbock, TX |
| Michael & Sandra Trammel | Lease | #302-Sulphur Springs,TX |
| National Retail Properties, LP | Lease | #311-Moore, OK |
| Rogers Avenue Properties, LLC | Lease | #312-Ft. Smith, AR |
| National Retail Properties, LP | Lease | #313-Arlington, TX |
| N3 335 Plano TX LLC | Lease | #319-Plano, TX |
| Las Palmas Dunhill LP | Lease | #500-El Paso, TX |
| IndCor Properties | Lease | Plano – Corp. Office |

**Principal Balance of Capital Leases -**

| | |
|---|---|
| Maxus (Schedule 2, Store #319) | $448,304.00 |
| Maxus (Schedule 3, Dynamic – Lubbock) | $111,450.75 |
| Great American Financial | $ 4,055.75 |

6

## Schedule 2.1(d)(i) – Owned Real Property

1. Food Processing Manufacturing Plant Land, Dynamic Foods, 1001 E. 33rd Street, Lubbock, TX 79404 – Land Value and Property Improvements

2. Building and improvements subject to ground lease; store #500 – El Paso, TX

776158-v11\DALDMS

## Schedule 2.1(d)(ii) – Leased Real Property

| Site # | Address | City | State |
|--------|---------|------|-------|
| 101 | 3120 Andrews Highway | Odessa | TX |
| 102 | 4101 East 42nd Street | Odessa | TX |
| 103 | North Turner & Sanger | Hobbs | NM |
| 104 | 1116 N Midkiff | Midland | TX |
| 110 | 2640 Wolflin Square | Amarillo | TX |
| 115 | 2272 Wyoming , N.E. | Albuquerque | NM |
| 116 | 522 Cordova | Santa Fe | NM |
| 123 | 2201 Southwestern St #145 | Amarillo | TX |
| 148 | 1540 Eastgate Dr. | Garland | TX |
| 160 | 5001 Montgomery Plaza #109 | Albuquerque | NM |
| 175 | 3030 E. Main | Farmington | NM |
| 176 | 3605 Olton Road | Plainview | TX |
| 190 | 2817 Loop 289 South | Lubbock | TX |
| 191 | 3233 Alta Mere Drive | Ft. Worth | TX |
| 204 | 901 W Expressway | McAllen | TX |
| 231 | 1095 W St. Mary's | Tucson | AZ |
| 234 | 6465 Samuell Blvd. | Dallas | TX |
| 235 | 6001 Slide Road | Lubbock | TX |
| 302 | 1300 Mockingbird Lane | Sulphur Springs | TX |
| 311 | 1201 S. Interstate Dr. | Moore | OK |
| 312 | 5707 Rogers Avenue | Fort Smith | AR |
| 313 | 300 E Interstate 20 Highway | Arlington | TX |
| 319 | 1900 N Central Expressway | Plano | TX |
| 500 | 11925 Gateway West Blvd. | El Paso | TX |
| Corp | 2701 E. Plano Parkway, Ste 200 | Plano | TX |

8

## Schedule 2.1(e) – Purchased Intellectual Property

| Trademark Information | State/Country | Goods/Services | Deadline(s) |
|---|---|---|---|
| **FURR'S**<br>Serial No. 19165<br>Filing Date: December 15, 1977<br>Registration No. 19165<br>Registration Date: December 15, 1977 | Arizona | IC 14: Prepared foods and/or ingredients thereof. | *Registered*<br><br>12/14/2017 – Renewal due. |
| **DYNAMIC FOODS**<br>Serial No. 74/285,258<br>Filing Date: June 16, 1992<br>Registration No. 1,987,794<br>Registration Date: July 23, 1996 | USA | IC29: G & S: meat; seafood; prepared foods; namely, beef and pork cutlets and patties; organ meats; fish filets; prepared entrees consisting primarily of meat, fish, poultry or vegetables; and desserts; namely, fruit-based pie fillings and fruit-based dessert toppings<br><br>IC 30: bakery goods; sauces; prepared foods; namely, bread products in the nature of bread loaves, rolls, dumplings, biscuits, pie crusts and bread crumbs; and desserts; namely, pies, cakes, and cobblers; prepared entrees consisting primarily of pasta or rice. | *Registered*<br><br>07/23/2016 – Section 8 & 9 renewal due. |
| **DYNAMIC FOODS (and Design)**<br><br>*Dynamic Foods*<br><br>Serial No. 77/206,504<br>Filing Date: June 14, 2007<br>Registration No. 3,584,008<br>Registration Date: March 3, 2009 | USA | IC29: Meat; seafood, not live; prepared foods, namely, beef and pork cutlets and patties; organ meats made of liver; fish filets; prepared entries consisting primarily of meat, fish, poultry or vegetables; and desserts, namely, fruit-based pie fillings and fruit-based dessert toppings.<br><br>IC30: Bakery goods; sauces; prepared foods, namely, bread products in the nature of bread loaves, rolls, dumplings, biscuits, pie crusts and bread crumbs; and desserts; namely, pies, cakes and cobblers; prepared entries consisting primarily of pasta or rice. | *Registered*<br><br>03/03/2015 – Section 8 & 15 Declaration due.<br><br>03/03/2019 – Section 8 & 9 renewal due. |

| Trademark Information | State/Country | Goods/Services | Deadline(s) |
|---|---|---|---|
| **FURR'S**<br>Serial No. 74/067,344<br>Filing Date: June 11, 1990<br>Registration No. 1,870,079<br>Registration Date: December 27, 1994 | USA | IC 42: Restaurant services. | *Registered*<br><br>12/27/2014 – Section 8 & 9 renewal due. |
| **FURR'S FAMILY BUFFET**<br>Serial No. 78/848,164<br>Filing Date: March 28, 2006<br>Registration No. 3,208,318<br>Registration Date: February 13, 2007 | USA | IC 43: Restaurant services. | *Registered*<br><br>02/13/2017 – Section 8 & 9 renewal due. |
| **FURR'S FAMILY BUFFET (and Logo)**<br><br>Serial No. 78/848,146<br>Filing Date: March 28, 2006<br>Registration No. 3,208,315<br>Registration Date: February 13, 2007 | USA | IC 43: Restaurant services. | *Registered*<br><br>02/13/2017 – Section 8 & 9 renewal due. |
| **FURR'S FAMILY DINING**<br>Serial No. 74/067,337<br>Filing Date: June 11, 1990<br>Registration No. 1,878,073<br>Registration Date: February 7, 1995 | USA | IC 42: Restaurant services. | *Registered*<br><br>02/07/2015 – Section 8 & 9 renewal due. |
| **FURR'S FRESH BUFFET**<br>Serial No. 78/848,154<br>Filing Date: March 28, 2006<br>Registration No. 3,208,316<br>Registration Date: February 13, 2007 | USA | IC 43: Restaurant services. | *Registered*<br><br>02/13/2017 – Section 8 & 9 renewal due. |
| **FURR'S FRESH BUFFET (and Design)**<br><br>Serial No. 85/311,760<br>Filing Date: May 4, 2011<br>Registration No. 4,180,545<br>Registration Date: July 24, 2012 | USA | IC 43: Restaurant and catering services. | *Registered*<br><br>07/24/2018 – Section 8 & 15 Declaration due.<br><br>07/24/2022 – Section 8 & 9 renewal due. |

10

| Trademark Information | State/Country | Goods/Services | Deadline(s) |
|---|---|---|---|
| **FURR'S FRESH BUFFET (and Logo)**  Serial No. 78/848,159 <br> Filing Date: March 28, 2006 <br> Registration No. 3,208,317 <br> Registration Date: February 13, 2007 | USA | IC 43: Restaurant services. | *Registered* <br><br> 02/13/2017 – Section 8 & 9 renewal due. |
| **FURR'S FRESH SELECTIONS (and Design)**  Serial No. 85/091,735 <br> Filing Date: July 23, 2010 | USA | IC 43: Catering of food and drinks; restaurant services. | *Pending* <br><br> Awaiting acceptance of Statement of Use. |
| **JUST WHAT YOU WANT. MADE FRESH.** <br> Serial No. 85/256,589 <br> Filing Date: March 3, 2011 <br> Registration No. 4,250,667 <br> Registration Date: November 27, 2012 | USA | IC 43: Catering services; restaurant services. | *Registered* <br><br> 11/27/2018 – Section 8 & 15 Declaration Due. <br><br> 11/27/2022 – Section 8 & 9 renewal due. |

11

## Schedule 2.2(b) – Excluded Contracts

### Rejected Real Property Leases

| Store No. | Lessor | Property Location |
|---|---|---|
| 128 | Parkway Development LLC | 200 West 22nd Street, Clovis, NM 88101 |
| 141 | Farm Properties, Inc. | 6560 East 51st Street, Tulsa, OK 74145 |
| 228 | Humboldt Rio West, LLC | 505 N. US Hwy 491, Gallup, NM 87301 |
| 315 | Inland Diversified Dallas Wheatland LLC | 39779 LBJ Frwy, Dallas, TX 75237 |
| 273 | 1750 Redondo, LLC | 1606 South Georgetown, Wichita, Kansas 67218 |
| 247 | Erland L. Stenberg and Mary Ann Stenberg | 4900 Kipling, Wheat Ridge, Colorado 80033 |
| 308 | National Retail Properties, LP | 2340 E Griggs Ave., Las Cruces, NM 88001 |
| 309 | National Retail Properties, LP | 51 South Pantano Road, Tucson, Arizona, 85710 |
| 221 | Rohde-Herzog Family Trust | 937 N. Expressway Brownsville, TX 78521 |
| 271 | Sparky-Sanders, LLC | 2503 South Gregg, Big Spring, Texas 79720 |
| 316 | HOULOUNNN, LLC | 21005 Interstate 45, Spring TX 77373 |
| 317 | SAMP 2 L.L.C. | 7863 S Interstate 35, San Antonio, TX 78224 |

12

**Rejected Equipment Leases**

| Store No. | Lessor | Property Location |
|---|---|---|
| 316 | Olympic Compactor Rentals, Inc. | 21005 Interstate 45, Spring TX 77373 |
| 317 | Maxus Capital Group, LLC | 7863 S Interstate 35, San Antonio, TX 78224 |
| 317 | All States Compactors, Inc. | 7863 S Interstate 35, San Antonio, TX 78224 |
| 318 | Olympic Inc. | 8410 Highway 151, San Antonio, TX 78245 |

**Rejected Contracts**

| Vendor Name | Description of Contract |
|---|---|
| CS Stars LLC | STARS Software Statement of Work #3 |

13

## Schedule 2.3(a) – Trade Accounts Payable

| Trade Accts Payable- Estimated Based on 6.19.14 Aging | |
| --- | --- |
| **Vendor Name** | **Total Post AP Amount Due 6.19.14** |
| Advanced Graphix | $ 3,343.20 |
| Baxter Clean Care | $ 7,185.60 |
| Billingly Produce | $ 12,622.50 |
| Bosch Packaging Service, Inc. | $ 181.50 |
| Bruce Foodservice | $ 4,189.40 |
| CSM/Caravan Ingredients | $ 235.26 |
| Cain Foods, Inc. | $ 1,857.72 |
| Cintas Corporation #18A | $ 291.24 |
| Clements Foods | $ 2,041.04 |
| Ecolab Inc 15714967 | $ 2,395.85 |
| FedEx | $ 401.66 |
| FleetPride | $ 2,557.39 |
| Home Depot Credit Services | $ 1,017.52 |
| Hurley Packaging | $ 72.00 |
| Hyster Capital | $ 3,852.85 |
| IBT Inc | $ 61.78 |
| Ingomar | $ 1,797.12 |
| Insco Distributing Inc | $ 225.64 |
| International Food Products | $ 41,612.46 |
| J R Simplot | $ 1,475.55 |
| Johnson Bros Bakery Supply | $ 1,470.24 |
| Kerry Savory | $ 893.44 |
| Local & Western | $ 24,523.48 |
| Lubbock Electric Co | $ 1,012.91 |
| Lubbock Fire Extinguisher Service | $ 178.07 |
| Mayfield Paper Co. | $ 543.46 |
| Mission Foods | $ 9,711.99 |
| NMHG FINANCIAL SERVICES | $ 3,314.38 |
| National Frozen Foods Corp | $ 20,093.23 |
| National Onion | $ 5,243.00 |
| Nestle Brand Food Service | $ 1,307.34 |
| Okeene Mills | $ 17,200.00 |
| Paccar Financial Corp | $ 4,440.26 |
| Peterson Farms | $ 38,506.29 |
| Potato Specialty | $ 188.32 |
| RefrigiWear (acct#BUFF5000) | $ 115.72 |
| Rich Products Corp | $ 300.00 |
| Robert Heath Trucking | $ 3,860.00 |
| Royal Cup Coffee 1084459 | $ 6,178.78 |
| Rusty's Weigh Scales & Service, Inc. | $ 438.41 |

| Vendor Name | Total Post AP Amount Due 6.19.14 | |
|---|---|---:|
| Schepp's Dairy Inc | $ | 35,750.15 |
| Shawnee Milling Co | $ | 5,754.50 |
| Thermal Scientific, Inc. | $ | 824.87 |
| Trans Consolidated Distributors Inc | $ | 2,047.68 |
| UDawg | $ | 2,566.60 |
| UniFirst Holdings, Inc. | $ | 316.35 |
| United Parcel Service | $ | 850.64 |
| Ventura Foods, LLC (#33149-001) | $ | 186.75 |
| Western Marketing Inc | $ | 500.85 |
| VIOLA DURON | $ | 30.00 |
| OLD SEVILLE WASTE CONSULTING | $ | 2,332.69 |
| GREEN PRODUCTS INC | $ | 242.48 |
| IVAN BUSTOS | $ | 130.00 |
| SHOES FOR CREWS INC | $ | 96.27 |
| OKLAHOMA NATURAL GAS | $ | 555.79 |
| BLAST MASTERS INC | $ | 5,354.39 |
| AMILCAR MONROY | $ | 422.50 |
| HARDIES FRUIT& VEGETABLE SO LP | $ | 1,590.10 |
| OAK FARMS SAN ANTONIO | $ | 74.46 |
| CRUNCH TIME INFORMATIONS | $ | 14,240.58 |
| WELLS FARGO INSURANCE SERVICE | $ | 68,727.52 |
| NATIONAL WELDERS SUPPLY CO INC | $ | 45.60 |
| ANNETTE SHELL BALDWIN | $ | 1,001.25 |
| ARAMARK UNIFORM SERVICES INC | $ | 217.21 |
| BARRY M BARRON SR | $ | 372.82 |
| KIM SLEDGE | $ | 201.02 |
| TOTAL | $ | 371,369.67 |

**Critical Vendor List**

| Vendor Alpha | Critical Amount Agreed to Pay |
|---|---|
| Advanced Food Systems | $ 9,321.75 |
| American Yeast Sales (#2398-01) | $ 19,607.00 |
| Idahoan Foods, LLC | $ 30,450 |
| Illes Seasonings & Flavors | $ 7,012.50 |
| International Food Products | TBD |
| Mission Foods | $ 28,011.96 |
| Okeene Mills | $ 70,857.75 |
| Plains Transportation, Inc. | $ 11,019 |
| Precise Food Ingredients, Inc. | $ 9,007.50 |
| R3 / Papercraft Southwest | $ 73,688.57 |
| Robert Heath Trucking Inc | $ 9,806.25 |
| Rubin Sales | $ 45,106.88 |
| Shawnee Milling Co | $ 8,573.00 |
| Sonstegard Foods | $ 24,354.00 |
| West Texas Seasoning | $ 2,493.66 |
| | $ 349,309.84 |

| | |
|---|---|
| Undetermined payout | $ 10,790 |
| 75% Allowed | $ 360,099 |

## Schedule 2.3(d) – Cure Amounts

| Landlord Name | TOTAL CURE AMOUNT ($) |
|---|---|
| 505 Cordova LLC C/o Westgate Properties | 36,692.29 |
| Air Gas | 10,201.69 |
| Air Liquide | 3,252.00 |
| AM Realty Capital (ARC CafeUSA001) | 109,460.40 |
| Anchor Equities Ltd | 32,161.69 |
| Arthur N Rupe Foundation | 83,359.55 |
| BioControl Systems | 11,160.09 |
| Boston & Mays LLC Inc | 5,478.40 |
| Bre Central Ind Non Reit | 16,888.33 |
| Cigna Health & Life Insurance Company | |
| Cintas Corp | 1,648.53 |
| Clear Channel | 2,571.43 |
| Consolidated Edison Solutions | 50,000.00 |
| Consolidated Holdings DBA Mesa Center LLC | 0 |
| Crunch Time Information Systems | 7,824.00 |
| Dennis A Gura Segura Holdings | 27,696.58 |
| Dr Pepper/Seven Up, Inc. | 53,320.75 |
| Ecolab – Dish Machines | 55,573.67 |
| Ecolab Inc. – Chemical Supply Agreement | 98,039.44 |
| Farm Properties Inc | 0 |
| Gallup Rio West LLC - Attn: Anita Artalejo | 0 |
| Greatamerica Financial Services | 1,004.17 |
| Headrick Outdoor Media | 1,026.30 |
| Holland Island LLC | 108,850.04 |
| Hume Arizona Holdings LLC - Attn: Jonathan Garonce | 14,322.88 |
| Hume Investment Advisors, LLC C/o Incorp Services | 56,165.18 |
| Hyster Capital | 3,852.85 |
| Inland Diversified Real Estate Services | 0 |
| Iron Mountain | 7,197.67 |
| Joe E Monarrez Jr | 0 |
| Konica Minolta Premier Finance | 1,133.03 |
| Las Palmas Riocan | 54,443.59 |
| Lone Star Signs | 0 |
| M Trammell | 36,085.35 |
| MacGuffin Films | 25,000.00 |
| Maxus Capital Group | 36,507.16 |
| MDJ Furrs Alta, LLC | 0 |
| Music City Mall Properties | 57,072.34 |
| N3 335 Plano TX LLC | 74,577.14 |
| National Retail Properties, LP - #204 | 0 |
| National Retail Properties, LP - #311 | 0 |
| National Retail Properties, LP - #313 | 104,790 |
| New Mexico Logos | 0 |
| NMHG Financial | 3,314.38 |
| One Energy Shopping Center LLC | 6,299.94 |
| Parkway Development Co C/o Commercial Prop Serv | 0 |
| Premium Assignment Corp | 58,583.05 |

| Landlord Name | TOTAL CURE AMOUNT ($) |
|---|---|
| Radiant Systems Inc. (Aloha Radiant) | 53,833.16 |
| Pepsi-Cola | 0 |
| Rogers Avenue Properties LLC | 11,916.67 |
| San Juan Associates | 3,107.12 |
| Tomorrow IX Broadmoor | 4,727.55 |
| Wells Fargo Insurance Service USA, Inc. | 206,182.56 |
| WFC Wyoming NM LLC - Attn: Alicia & Jeronimo | 75,408.77 |
| | $1,631,085 |

18

## Schedule 2.3(i) – Assumed Liabilities

**Gift Cards**

| | | |
|---|---|---|
| Gift Cards - Unredeemed | $ | $186,679.30 |
| Subtotal – Gift Cards | $ | $186,679.30 |

**Ad Valorem Taxes**

| **Creditor** | | **Amount** |
|---|---|---|
| Bexar County Tax Assessor | $ | 19,377.61 |
| City of El Paso & El Paso County Tax Assessor | $ | 73.03 |
| City of El Paso & El Paso County Tax Assessor | $ | 2,268.21 |
| City of Garland | $ | 1,534.92 |
| City of McAllen | $ | 986.10 |
| City of Sulphur Springs | $ | 285.19 |
| Collin County Tax Assessor | $ | 1,631.34 |
| Collin County Tax Assessor | $ | 5,382.77 |
| Dallas County Tax Office | $ | 20,866.92 |
| Dallas County Tax Office | $ | 1,424.27 |
| Dallas County Tax Office | $ | 3,121.47 |
| Ector County Tax Assessor | $ | 2,125.00 |
| Ector County Tax Assessor | $ | 2,776.71 |
| Garland ISD | $ | 2,730.23 |
| Hale County Appraisal District | $ | 1,757.48 |
| Hidalgo County & ISD | $ | 4,686.75 |
| Hopkins County Tax Office | $ | 501.86 |
| Lubbock County Appraisal District | $ | 7,373.45 |
| Lubbock County Appraisal District | $ | 64,296.69 |
| Lubbock County Appraisal District | $ | 1,997.73 |
| Lubbock County Appraisal District | $ | 1,786.02 |
| Lubbock County Appraisal District | $ | 918.17 |
| Lubbock County Appraisal District | $ | 6,316.05 |
| Lubbock County Appraisal District | $ | 134.98 |
| Lubbock County Appraisal District | $ | 202.45 |
| Lubbock County Appraisal District | $ | 134.98 |
| Lubbock County Appraisal District | $ | 73,444.15 |
| Lubbock County Appraisal District | $ | 258.56 |
| Lubbock County Appraisal District | $ | 183.71 |
| Lubbock County Appraisal District | $ | 255.43 |
| McKinley County Treasurer | $ | 304.64 |
| Midland County Tax Assessor | $ | 290.13 |
| Midland Central Appraisal District | $ | 2,029.92 |
| Potter County, Tax Assessor | $ | 5,625.96 |
| Potter County, Tax Assessor | $ | 3,877.34 |

| | | |
|---|---|---|
| Sharon Hollingsworth – Tax Assessor | $ | 4,247.08 |
| Sulphur Springs ISD | $ | 881.81 |
| Tarrant County | $ | 3,279.60 |
| Tarrant County | $ | 1,430.59 |
| Tarrant County Tax Assessor | $ | 187.40 |
| Oklahoma Employee Secruity Commission | $ | 7,604.36 |
| Colorado Dept of Revenue | $ | 2,183.00 |
| Oklahoma Dept of Revenue | $ | 15,349.51 |
| Arizona Dept of Revenue | $ | 9,297.77 |
| Arkansas Dept of Revenue | $ | 8,827.00 |
| City of Tucson, Collections | $ | 2,741.15 |
| City of Wheat Ridge City Hall | $ | 1,475.35 |
| New Mexico Dept of Revenue | $ | 116,261.12 |
| Texas Dept of Revenue | $ | 327,195.55 |
| Subtotal - Ad Valorem Taxes | $ | 739,873.45 |
| **Total Assumed Liabilities** | **$** | **926,552.75** |

*Notwithstanding the foregoing, the 2013 and any prior year ad valorem taxes that are due and payable with respect to the Purchased Assets shall be paid upon the later of (a) Closing or (b) such later date as agreed upon by the Purchaser and applicable taxing authority, and the Purchased Assets shall be sold subject to the liens for the 2014 ad valorem taxes, liability for which taxes is assumed and shall be paid by the Purchaser in the ordinary course of business.

## Schedule 3 – Seller Disclosure Schedule

None.

**<u>Schedule 4 – Purchaser Disclosure Schedule</u>**

None.

## Schedule 5.12 – Contract & Cure Schedule

| Landlord Name | Store # | Description | Docket # of Court Order, if applicable | TOTAL CURE AMOUNT ($) | ASSUME OR REJECT |
|---|---|---|---|---|---|
| 505 Cordova LLC C/o Westgate Properties | 116 | Rent/Lease/Property | | 36,692.29 | ASSUME |
| Air Gas | | | | 10,201.69 | ASSUME |
| Air Liquide | DF | Nitrogen Contract | | 3,252.00 | ASSUME |
| AM Realty Capital  (ARC CafeUSA001) | 148 | Rent/Lease/Property | [__] | 109,460.40 | ASSUME |
| Anchor Equities Ltd | 190 | Rent/Lease/Property | | 32,161.69 | ASSUME |
| Arthur N Rupe Foundation | 235 | Rent/Lease/Property | | 83,359.55 | ASSUME |
| BioControl Systems | | Lab Supply Agreement | | 11,160.09 | ASSUME |
| Boston & Mays LLC Inc | 110 | Rent/Lease/Property | | 5,478.40 | ASSUME |
| Bre Central Ind Non Reit | corporate | Rent/Lease/Property | | 16,888.33 | ASSUME |
| Cigna Health & Life Insurance Company | | Dental Plan | | | ASSUME |
| Cintas Corp | | Service Agreement | | 1,648.53 | ASSUME |
| Clear Channel | | Billboard Contract | | 2,571.43 | ASSUME |
| Consolidated Edison Solutions[1] | | | | 50,000.00 | ASSUME |
| Consolidated Holdings DBA Mesa Center LLC | 104 | Rent/Lease/Property | | 0 | ASSUME |
| Crunch Time Information Systems | | License Agreement | | 7,824.00 | ASSUME |
| Dennis A Gura Segura Holdings | 160 | Rent/Lease/Property | | 27,696.58 | ASSUME |
| Dr Pepper/Seven Up, Inc. | | Purchasing agreement | | 53,320.75 | ASSUME |
| Ecolab – Dish Machines | | Dish Machines | | 55,573.67 | ASSUME |
| Ecolab Inc. – Chemical Supply Agreement | | | | 98,039.44 | ASSUME |
| Farm Properties Inc | 141 | Rent/Lease/Property | | 0 | REJECT |
| Gallup Rio West LLC - Attn: Anita Artalejo | 228 | Rent/Lease/Property | | 0 | REJECT |
| Greatamerica Financial Services | | Xerox Copier Systems | | 1,004.17 | ASSUME |
| Headrick Outdoor Media | | Sulphur Springs - Billboard | | 1,026.30 | ASSUME |
| Holland Island LLC | 123 | Rent/Lease/Property | | 108,850.04 | ASSUME |
| Hume Arizona Holdings LLC - Attn: Jonathan Garonce | 231 | Rent/Lease/Property | | 14,322.88 | ASSUME |
| Hume Investment Advisors, LLC C/o Incorp Services | 234 | Rent/Lease/Property | | 56,165.18 | ASSUME |
| Hyster Capital | | Operating lease | | 3,852.85 | ASSUME |

---

[1] Assumed Per Email Agreement Dated 6/24/14 – Agree Order to Be Submitted.

| | | | | | |
|---|---|---|---|---|---|
| Inland Diversified Real Estate Services | 315 | Rent/Lease/Property | 426 | 0 | REJECT |
| Iron Mountain | | | | 7,197.67 | ASSUME |
| Joe E Monarrez Jr | 176 | Rent/Lease/Property | | 0 | REJECT |
| Konica Minolta Premier Finance | | Copier lease | | 1,133.03 | ASSUME |
| Las Palmas Riocan | 500 | Rent/Lease/Property | 430 | 54,443.59 | ASSUME |
| Lone Star Signs | | Billboard Contract | | 0 | ASSUME |
| M Trammell | 302 | Rent/Lease/Property | | 36,085.35 | ASSUME |
| MacGuffin Films | | | | 25,000.00 | ASSUME |
| Maxus Capital Group | | Schedule 2 (Store 319); Schedule 3 (Dynamic) | | 36,507.16 | ASSUME |
| MDJ Furrs Alta, LLC | 191 | Rent/Lease/Property | | 0 | ASSUME |
| Music City Mall Properties | 102 | Rent/Lease/Property | | 57,072.34 | ASSUME |
| N3 335 Plano TX LLC | 319 | Rent/Lease/Property | | 74,577.14 | ASSUME |
| National Retail Properties, LP - #204 | 204 | Rent/Lease/Property | | 0 | ASSUME |
| National Retail Properties, LP - #311 | 311 | Rent/Lease/Property | | 0 | ASSUME |
| National Retail Properties, LP - #313 | 313 | Rent/Lease/Property | | 104,790 | ASSUME |
| New Mexico Logos | | Billboard Contract | | 0 | ASSUME |
| NMHG Financial | | Operating lease (Lift Equipment) | | 3,314.38 | ASSUME |
| One Energy Shopping Center LLC | 101 | Rent/Lease/Property | | 6,299.94 | ASSUME |
| Parkway Development Co C/o Commercial Prop Serv | 128 | Rent/Lease/Property | | 0 | REJECT |
| Premium Assignment Corp | | Financing for Annual Insurance Package | | 58,583.05 | ASSUME |
| Radiant Systems Inc. (Aloha Radiant) | | POS - On line reporting, See Aloha Contract | | 53,833.16 | ASSUME |
| Pepsi-Cola | | Purchasing agreement | | 0 | REJECT |
| Rogers Avenue Properties LLC | 312 | Rent/Lease/Property | | 11,916.67 | ASSUME |
| San Juan Associates | 175 | Rent/Lease/Property | 428 | 3,107.12 | ASSUME |
| Tomorrow IX Broadmoor | 103 | Rent/Lease/Property | | 4,727.55 | ASSUME |
| Wells Fargo Insurance Service USA, Inc. | | Merchant Processor Service Agreement | | 206,182.56 | ASSUME |
| WFC Wyoming NM LLC - Attn: Alicia & Jeronimo | 115 | Rent/Lease/Property | | 75,408.77 | ASSUME |
| | | | | $1,631,085 | |

24

## <u>Schedule 10.1 – Employees</u>

**(i) Senior management**

| Position | Name |
| --- | --- |
| Chief Executive Officer | Barry M. Barron, Sr. |
| Chief Financial Officer | David Siebert |
| Vice President – Operation | Sam Pyeatt |
| Senior Director – Operations (Dynamic Foods) | Richard Hill |
| Senior Director – Purchasing (Dynamic Foods | Connie Luck |

**(ii) At-will employees**

*Note: Regional Managers (4), Corporate staff and Store level personnel may not require written agreements.

25