John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT # 24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Email: john.mitchell@bakermckenzie.com
rosa.shirley@bakermckenzie.com

ATTORNEYS FOR THE DEBTORS

## UNITED STATED BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| | § | |
| **IN RE:** | § | **CASE NO. 14-30699-11** |
| | § | |
| **BUFFET PARTNERS, L.P., et al.,** | § | **CHAPTER 11** |
| | § | |
| **DEBTORS.**[1] | § | **(Jointly Administered)** |
| | § | |

## <u>NOTICE OF CLOSING OF SALE</u>

On March 14, 2014, the Debtors filed their *Expedited Motion for an Order (1) Approving the Procedures for (A) the Sale of Substantially All Assets (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (C) the Establishment of Cure Amounts, (II) Approving Form of notice and (III) Setting a Hearing Date for the Approval of the Sale* [Dkt. No. 184] (the "<u>Sale Motion</u>").

On March 24, 2014, the Court entered the *Order (i) Approving the Procedures for (a) the Sale of Substantially All Assets (b) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases (c) the Establishment of Cure Amounts, (ii) Approving Form of*

---

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.

*Notice and (iii) Setting a Hearing Date for the Approval of the Sale* [Dkt. No. 216] (the "Sale Procedures Order").

Pursuant to the Sale Procedures Order, on March 28, 2014, the Debtors filed the fully executed Purchase Agreement with the Stalking Horse [Dkt. No. 233].

On May 12, 2014, the Court entered the Order (A) Approving the Sale of Substantially All Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts [Dkt. No. 364] (the "Sale Order"), which approved the Sale Motion as set forth therein.

**PLEASE TAKE NOTICE** that on June 20, 2014, the Debtors and Chatham Credit Management III LLC closed on the Sale (as defined in the Sale Order).

Dated:  June 21, 2014

Respectfully submitted,

**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel:  (214) 978-3000
Fax:  (214) 978-3099
Emails:  john.mitchell@bakermckenzie.com
           rosa.shirley@bakermckenzie.com

By:  */s/ John E. Mitchell*
     John E. Mitchell, SBT # 00797095
     Rosa A. Shirley, SBT #24056313

**ATTORNEYS FOR THE DEBTORS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 21, 2014, a true and correct copy of the foregoing document was served on the parties registered to receive electronic notification via the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

I further certify that service via United States first-class mail on those parties listed on the Debtors' Master Service and counterparties to the Debtors' executory contracts and unexpired leases as set forth in the attached **<u>Exhibit A to Certificate of Service</u>** will follow and a supplemental certificate of service will be filed accordingly.

*/s/ John E. Mitchell*
John E. Mitchell

**Exhibit A to Certificate of Service**

1 Source International
925 Woodstock Rd., Ste. 150
Roswell, GA 30075

1750 Redondo LLC
170 Argonne Avenue
Long Beach, CA 90803

505 Cordova LLC
508 W. Cordova Rd.
Santa Fe, NM 87505

Admiral Linen
2030 Kipling
Houston, TX 77098

Adobe Systems Inc.
345 Park Ave.
San Jose, CA 95110-2704

Air Gas
4119 Colony Dr.
Hatboro, PA 19040

Air Liquide
801 West North Carrier Pkwy.
Grand Prairie, TX 75050

AKR Recruiting
5209 N. Shartel Ave.
Oklahoma City, OK 73118

Allen Canning Co
PO Box 841080
Dallas, TX 75284-1080

Alliance Processors
PO Box 77101
Dallas, TX 75284-1081

Aloha- Radiant Systems
PO Box 198755
Atlanta, GA 30384

Ameripride Services
6025 W. Van Buren
Phoenix, AZ 85043-3509

Anchor Equities, Ltd
3839 Bee Caves Rd., Ste. 200
Austin, TX 78746

AP Food Sales
7501 Hughes Dr.
Plano, TX 75024

Aramark
AUS Central Lockbox
PO Box 731676
Dallas, TX 75284-1085

ARC CAFEUSA001, LLC
200 Dryden Rd., Ste. 1100
Dresher, PA 19025

Arthur N. Rupe Foundation
3887 State St., Ste. 22
Santa Barbara, CA 93105

ASO Agreement/TPA, United Healthcare
5800 Granite Pkwy., Ste. 900
Plano, TX 75024

AT&T -Local Exchange Services #2
PO Box 105414
Atlanta, GA 30348

AT&T -Managed Internet Service
PO Box 5019
Carol Stream, IL 60197

AT&T Business Network Service #1
PO Box 5019
Carol Stream, IL 60197

AT&T Business Network Service #1
PO Box 105414
Atlanta, GA 30348

AT&T Completelink 2.0 ILEC Pricing
PO Box 105414
Atlanta, GA 30348

AT&T FLexible Reach - IP Toll-Free-Voice
PO Box 5001
Carol Stream, IL 60197

AT&T Managed Internet Service
PO BOX 5019
Carol Stream, IL 60197

Atmos Energy
PO Box 790311
Saint Louis, MO 63179

Audio Video Media
21 Sabin St.
Pawtucket, RI 02860

Bellah & Associates
4200 Boston Ave., Ste. 10
Lubbock, TX 79413

BioControl Systems
12822 SE 32nd St.
Bellevue, WA 98005

Boston and Mays LLC
914 S. Tyler St.
Amarillo, TX 79101

Brinks U.S.
3900 Vassar Dr. NE
Albuquerque, NM 87107

Brinks U.S.
2600 Shull Ave.
Oklahoma City, OK 73111

CCS Quickship LLC
3002 Dow Ave., Ste. 402
Tustin, CA 92780

Chris Hamilton
4200 Bridgeview Dr., Apt. 1332
Fort Worth, TX 76109

Cigna
1640 Dallas Pkwy.
Plano, TX 75093

Cintas
PO Box 88005
Chicago, IL 60680-1005

City of Albuquerque - 115
PO Box 1313
Albuquerque, NM 87103

City of Odessa - 104
PO Box 2552
Odessa, TX 79760

City of OK
PO Box 26570
Oklahoma City, OK 73126

Clear Channel
Dept. CH 14365
Palatine, IL 60055

Clear Channel
File #30005
PO Box 847247
Dallas, TX 75284

Click Here
8750 N. Central Expy., Ste. 1200
Dallas, TX 75231

CNE Gas
9960 Corporate Campus Dr.
Louisville, KY 40223

Compass Professional Health Services
13601 Preston Rd.
Dallas, TX 75240

ConAgra
1 ConAgra Drive
Omaha, NE 68102

ConneX Systems Inc.
2033 Chennault Dr., Ste. 150
Carrollton, TX 75006

Consolidated Edison Solutions, Inc.
100 Summit Lake Dr., Ste. 410
Valhalla, NY 10595

Creative Restaurant Services
401 E. Gordon Dr.
Exton, PA 19341

Crunch Time Systems Inc.
129 Portland St.
Boston, MA 02114

CS Stars Renewal Agreement
1225 17th St., Ste. 1300
Denver, CO 80202

**EXHIBIT A TO CERTIFICATE OF SERVICE**

CS Stars Software and Maintenance
PO Box 201739
Dallas, TX 75320

Dexter Service Agreement
3601 Cedar Springs
Dallas, TX 75219

Dickinson Frozen Foods
2746 Momentum Place
Chicago, IL 60689-5327

DIRECTV Business Service Center
1505 NW 167th St.
Miami, FL 33169

Discover Link
27 W. 250 Saint Charles Rd.
West Chicago, IL 60185

Dr Pepper/Seven Up, Inc.
PO Box 848424
Dallas, TX 75284-8424

Eco Lab Dish Machine leases
Attn: Chris Fiest
370 Wabasha St.
Saint Paul, MN 55102

Eco Lab Water Softener Leases
GCS Service Inc.
24673 Network Place
Chicago, IL 60673

Ecolab
PO Box 70343
Chicago, IL 60673-0343

Erland L. and Mary Ann Stenberg
4691 Chilena Valley Rd.
Petaluma, CA 94952

Farm Properties, Inc.
5321 S. Sheridan, Ste. 27
Tulsa, OK 74145

Fidelity Investments
One Destiny Way, WA2L
Westlake, TX 76262

Fidler Marketing
205 NW 66th St.
Oklahoma City, OK 73116

Food Services of America
PO Box 561439
Denver, CO 80256

Gallagher Consulting Agreement
Two Pierce Place-14th Floor
Itasca, IL 60143

Garda
301 N. Lake Ave. Suite 600
Pasadena, CA 91101

Global Food Exchange
2009 West Littleton Blvd., Ste. 310
Littleton, CO 80120

Grant Thornton
1717 Main St., Ste. 1500
Dallas, TX 75201-4667

GreatAmerica Financial Services
PO Box 660831
Dallas, TX 75266-0831

Halco Foods
716 Mountain Laurel Dr.
East Stroudsburg, PA 18301

Hardies Fruits & Vegetables
PO Box 610484
Dallas, TX 75261

Hardies Fruits & Vegetables-Houston LP
PO Box 610413
Dallas, TX 75261

Hardies Fruits & Vegetables South
PO Box 613216
Dallas, TX 75261

Headrick Outdoor Media
One Freedom Square
Laurel, MS 39440

Holmes Murphy
12712 Park Central Dr., Ste. 100
Dallas, TX 75251

Hospitality Recruiters
10706 Cortland Ridge Ln.
Cypress, TX 77433

HOULOUNN, LLC
5944 Luther Ln., Ste. 725
Dallas, TX 75225

Humboldt Rio West, LLC
1300 W Maloney Ave., Ste. 1
Gallup, NM 87301

Hume Arizona Holdings, LLC
241 West 71st St.
New York, NY 10023

Hysler Capital
PO Box 64379
Pittsburgh, PA 15264-3749

IBM Credit
PO Box 67667300
Dallas, TX 75267

Idahoan Foods
PO BOX 52280
Idaho Falls, ID 83405-2280

IndCor Properties
Two North Riverside Plaza, Ste. 2350
Chicago, IL 60606

InfoSync Services
1938 N. Woodlawn, Ste. 110
Wichita, KS 67208

Inland Diversified Dallas Wheatland LLC
2901 Butterfied Rd., Bldg. 65092
Oak Brook, IL 60523

International Food Products
4600 Railhead Rd.
4029 Solutions Center
Fort Worth, TX 76106

Iron Mountain
1000 Campus Dr.
Collegeville, PA 19426

J R Simplot Co
951 Southwood Dr.
Lubbock, TX

J&R Industrial Cleaning
3415 Hunters Stand St.
San Antonio, TX 78230

J.M. Smucker Co.
39198 Treasury Center
Chicago, IL 60694-9100

JC's Terminex
5212 B 34th St
Lubbock, TX 79407

Joe E. and Bricia M. Monarrez
Co-Trustes of the Monarrez Family Trust
16830 Ventura Blvd., Ste. 100
Encino, CA 91436

John Gannon, Inc.
525 Park Grove
Katy, TX 77450

John Sanfilippo
4290 Solutions Center
Elgin, IL 60123

Konica Minolta - DF
PO Box 740423
Atlanta, GA 30374-0423

La Foy Services, Inc.
1756 Jay Ell Drive
Richardson, TX 75081

Las Palmas Dunhill LP
3100 Monticello Ave., Ste. 300
Dallas, TX 75205

Lincoln Life
4975 Preston Park Blvd., Ste. 510-WDD
Plano, TX 75093

Loffredo Fresh Produce Co.
4001 SW 63rd St.
Des Moines, IA 50321

Loffredo Fresh Produce Co.
4001 SW 63rd St.
Des Moines, IA 50321

Lookout
PO Box 1692
Stafford, TX 77497

Loomis
17120 Dallas Pkwy. 200
Dallas, TX 75248

Loomis- Fargo -123
Dept. 0757
PO Box 120001DD
Dallas, TX 75312

Lynx Associates, LP
767 Fifth Ave., 7th Fl.
New York, NY 10153

Maxus Capital Group
31300 Bainbridge Rd.
Cleveland, OH 44139

MCM Properties Ltd.
4101 E. 42nd Street D
Odessa, TX 79762

Mechanical Solutions
3235 Halifax St.
Dallas, TX 75247

Mesa Center, LLC
1031 Andrews Hwy., Ste. 100
Midland, TX 79701

Messageware Incorporated
6711 Mississauga Rd., Ste. 308
Mississauga, ON L5N 6J5
CANADA

Mexus Group LP
1012 N. Campbell
El Paso, TX 79902

Michael & Sandra Trammel
10230 Pinetree Dr.
San Diego, CA 92131

Microsoft South Central District
7000 SR-161
Irving, TX 75039

Morgan Birge & Assoc.
119 W. Hubbard St., 4th Fl.
Chicago, IL 60654

N3 335 Plano TX LLC
620 E. Southlake Blvd.
Southlake, TX 76092

National Retail Properties
450 South Orange Ave., Suite 900
Orlando, FL 32801

National Retail Properties, LP
450 S. Orange Ave., Ste. 900
Orlando, FL 32801

National Retail Properties, LP
450 S. Orange Ave., Ste. 900
Orlando, FL 32801

National Retail Properties, LP
450 S. Orange Av., Ste. 900
Orlando, FL 32801

National Retail Properties, LP
450 S. Orange Ave., Ste. 900
Orlando, FL 32801

New Mexico Logos
510 Airport Dr. NW A4
Albuquerque, NM 87109

NMAA
6600 Palomas NE
Albuquerque, NM 87109

Northwest Fire Protection
PO Box 6237
Fort Smith, AR 72906

NuCo2 Agreement
PO Box 9011
Stuart, FL 34995

Okeene Milling Co.
PO Box 1000
Okeene, OK 73763

Old Seville Waste Management Inc.
PO Box 967
Gulf Breeze, FL 32562

One Energy Shopping Center LLC
9041 Trask Ave., Ste. B
Garden Grove, CA 92844

**EXHIBIT A TO CERTIFICATE OF SERVICE**

One Source
PO Box 6016
Carol Stream, IL 60197

Oracle
Bane of America Leasing & Capital LLC
PO Box 405874
Atlanta, GA 30384

Paccar Financial
PO Box 1518
Bellevue, WA 98009

Paragon Foods
345 Rae's Creek Dr.
Greenville, SC 29609

Parkway Development LLC
5214 68th St., Ste. 408
Lubbock, TX 79424

Pepsi Beverage Contract
Pepsi Direct 9598813
PO Box 841828
Dallas, TX 75284-1828

Peterson Farms / Cherrco
PO Box 115
Shelby, MI 49455

Pictsweet
PO Box 198233
Atlanta, GA 30384-8233

Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874

Potato Specialty Co.
PO Box 3925
Lubbock, TX 79452

Premium Assignment Corp
3522 Thomasville Rd., Ste. 400
Tallahassee, FL 32309

Pro Act
24560 Silver Cloud Court
Monterey, CA 93940

Producers Rice Mill, Inc.
PO Box 1000 Dept. #17
Memphis, TN 38148

Providence Risk
P.O. Box 700370
San Antonio, TX 78270-0370

Qwest-Century Link
PO Box 856169
Louisville, KY 40285

R3/Papercraft
PO Box 847348
Bunzi/R3
Dallas, TX 75284-7348

Radiant Software License
Okie Handyman Ser
1004 N. Jones Ave.
Tahlequah, OK 74464-6808

Rancier Investment 1 LLC
1330 Cielo Ranch Rd.
San Marcos, TX 78666

Reed & Association
3621 Pottsboro Road #149
Denison, TX 75020

Rich Products
PO Box 98333
Chicago, IL 60693

Ricoh - Print Solutions Maintenance
6300 Diagonal Hwy,
Boulder, CO 80301-9270

Rocket Software/Alden
77 4th Ave.
Waltham, MA 02451-7565

Rogers Avenue Properties, LLC
109 North 6th St.
Fort Smith, AR 72901

Rohde-Herzog Family Trust of 1999
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067

Safesite
9505 Johnny Morris Rd.
Austin, TX 78724-1527

SAMP 2 LLC
1604 Chasewood Dr.
Austin, TX 78727

San Juan Plaza Partners
2325 San Pedro NE, Ste. 2A
Albuquerque, NM 87110

SAN151NNN, LLC
5944 Luther Ln., Ste. 725
Dallas, TX 75225

Sand Trap Service
PO Box 1823
Fort Worth, TX 76101

Sara Lee
PO Box 8424370 D
Boston, MA 02284-2437

Schwan Food Company
PO Box 1450
NW7023
Minneapolis, MN 55485-7023

Securitas Security Systems
3414 Joliet Ave.
Lubbock, TX 79413

Seenergy Foods Limited
121 Jevlan Dr.
Woodbridge, ON L4L 8A8
CANADA

Segovias Distributing, Inc.
1920-A Columbia Dr. SE
Albuquerque, NM 87106

Segura Investors XII, LLC
1112 Montana Ave., Ste. 722
Santa Monica, CA 90403-7129

Simplex Grinnell
5500 Midway Park Place NE
Albuquerque, NM 87109

Snagajob
4851 Lake Brook Dr.
Glen Allen, VA 23060

Sparky Sanders LLC
2728 Ocotillo Ave.
Santa Maria, CA 93455

Specialty Risk Services
4245 Meridian Pkwy., Ste. 201
Aurora, IL 60504

Stern Produce Co.
3200 S. 7th St.
Phoenix, AZ 85040

Summer Prize Fruit Co.
PO Box 2230
Watsonville, CA 95077-2230

Swisher
PO Box 473526
Charlotte, NC 28247

Symantec World Headquarters
350 Ellis St.
Mountain View, CA 94043

TALX Emplayer Service
4076 Paysphere Circle
Chicago, IL 60674

The Holland Island, LLC
616 Williams St.
Berlin, MD 21801

The Richards Group
8750 N. Central Expy., Ste. 1200
Dallas, TX 75231

Tomorrow IX Broadmoor, LP
320 Gold Ave. SW, Ste. 400
Albuquerque, NM 87102

Top Brass Building Services
1828 Swift, Ste. 206, N.
Kansas City, MO 64116

Transamerica Life Insurance
PO Box 8063
Little Rock, AR 72203

Tri-venture Marketing
2525 Drane Field Rd., Ste. 1
Lakeland, FL 33811

Tulsa Fruit Company Go Fresh
1691 North 161st East Ave.
Tulsa, OK 74116

United Healthcare
5800 Granite Pkwy., Ste. 900
Plano, TX 75024

Valassis Direct Mail Inc.
PO Box 70179
Los Angeles, CA 90074

Ventura Foods
26259 Network Place
Chicago, IL 60673-1262

Video Insight
3 Riverway
Houston, TX 77056

Wells Fargo Client Service Agreement
551 Belt Line Rd., Ste. 200
Dallas, TX 75254

Wells Fargo Merchant Agreement
5080 Spectrum Dr., Ste. 500
Addison, TX 75001

WFC Wyoming NM, LLC
9301 E. Shea Blvd., Ste. 124
Scottsdale, AZ 85260