

**U.S. BANKRUPTCY COURT**

**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**TAWANA C. MARSHALL, CLERK**

THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 14, 2014**

*United States Bankruptcy Judge*

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | § | |
|---|---|---|
| IN RE: | § | CASE NO. 14-30699-11 |
| | § | |
| BUFFET PARTNERS, L.P., et al.[1] | § | CHAPTER 11 |
| | § | |
| DEBTORS. | § | Jointly Administered |
| | § | |

**ORDER GRANTING DEBTORS' MOTION TO AMEND ORDER
(A) APPROVING THE SALE OF SUBSTANTIALLY ALL ASSETS AND
(B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS [DKT NO. 364] TO ALLOW FOR
THE ASSUMPTION AND ASSIGNMENT OF DEBTORS' 401K PLAN**

*[Relates to Docket No. 584]*

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors") to amend the *Order (A) Approving the Sale of Substantially All Assets and (B) Authorizing the Assumption and Assignment of Certain Executory Contracts* [Dkt. No. 364] (the "Sale Order"), to allow for the assumption and assignment of the Debtors' 401k plan;

___

[1] The Debtors in these chapter 11 cases are Buffet Partners, L.P. and Buffet G.P., Inc.
[2] Each capitalized term used, but not otherwise defined herein, shall have the meaning ascribed to such term in the Motion.

785643-v1\DALDMS

the Court having reviewed the Motion and the Amendment No. 3 to Purchase Agreement attached thereto as Exhibit A; the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and (c) notice of the Motion given by the Debtors was sufficient under the circumstances; and the Court being fully advised in the premises and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief herein granted, and after due deliberation and cause appearing therefor, it is **HEREBY ORDERED** that:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to assume and assign the Debtors' 401k Plan to the Purchaser.

3. Paragraph 27 of the Sale Order is deleted, and the provisions of paragraph 27 of the Sale Order are deemed null and void.

4. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

6. All relief not expressly granted in this order is denied.

# # # END OF ORDER # # #

Prepared and submitted by:

*/s/ John E. Mitchell*
John E. Mitchell, SBT # 00797095
Rosa A. Shirley, SBT #24056313
**BAKER & McKENZIE LLP**
Trammell Crow Center
2001 Ross Avenue, Suite 2300
Dallas, Texas 75201
Tel: (214) 978-3000
Fax: (214) 978-3099
Emails: john.mitchell@bakermckenzie.com
 rosa.shirley@bakermckenzie.com

**ATTORNEYS FOR THE DEBTORS**