

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 20, 2015**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| BUFFET PARTNERS, L.P., et al, | § | Case No. 14-30699-11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER DISMISSING CHAPTER 11 CASES

CAME ON FOR HEARING on June 24, 2014 (the "<u>Hearing</u>"), the *Joint Motion of Debtors and Committee for Entry of an Order, Pursuant to 11 U.S.C. §§ 105(a), 305(a), and 349 and Fed. R. Bankr. P. 1017(a) (A) Dismissing the Debtors' Chapter 11 Cases Following Sale and (B) Granting Related Relief* [Docket No. 402] (the "<u>Dismissal Motion</u>")[1], filed by the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") and the Debtors, whereby the Committee

---

[1] Capitalized terms not defined herein shall have the meanings used in the Motion.

**ORDER DISMISSING CHAPTER 11 CASES – Page 1**

and the Debtors sought entry of an order dismissing Case Nos.14-30699-hdh and 14-30704-hdh; (collectively, the "Bankruptcy Cases").

On July 28, 2014, the Court entered its *Ruling on Motion to Dismiss Debtor's Chapter 11 Cases Following Sale and Related Relief* [Docket No. 489] (the "Ruling") granting the Dismissal Motion.

For all of the reasons stated in the Ruling, it is hereby:

ORDERED that Case Nos. 14-30699-hdh and 14-30704-hdh are hereby dismissed pursuant to § 1112(b) of the Bankruptcy Code, effective as of the date of entry of this Order; it is further

ORDERED that notwithstanding § 349 of the Bankruptcy Code, all prior orders of this Court entered in the Bankruptcy Cases shall remain in full force and effect and shall survive the dismissal of the Bankruptcy Cases; and it is further

ORDERED that the Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the interpretation or implementation of this Order and any other order entered in the Bankruptcy Cases.

# # # END OF ORDER # # #

MHDocs 6045786_1 14559.1